## IN THE UNITED STATES COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| Chris Sevier<br>Plaintiff<br><br>V. | ) ) ) ) | CASE NO: |
| HP Inc. ( herein after also referred to as PC) | ) ) ) ) | JURY TRIAL |
| (case to be consolidated with the one against Apple Inc.)<br>Defendant | ) ) ) | |

## COMPLAINT

NOW COMES:

"Hi your a MAC and your a PC and I'm Chris Sevier," and I'm here to demand to that these defendants heed the call of President Obama for American to heed to higher disciplinary standards to protect children, which can be accomplished immediately, if the Defendants' do the right thing and agreed to sell their devices on "safe mode," in joining "the joint task force" with the United Kingdom.

## 1. JOINT TASK FORCE WITH THE UNITED KINGDOM:

I am demanding that the defendants and Federal Government accept the Prime Minister's, David Cameron, call to join a joint United Kingdom and American task force to push the world back towards a place of innocence to protect children and marriages. Just as we have asked the United

Kingdom to align its interest with ours on the matters in Syria, we should be responsive to the

Prime Minister's call to join the joint task force that would protect millions of our child at home.

How dare any one in this Country, especially these defendants, even consider not entering into a

joint alliance with the United Kingdom on this matter, given the well documented evidence of

the adverse impact that pornography online is having on women, children, and families, shifting

our culture in terrible ways.  By joining with the UK on this matter at this time, HP and Apple

will be doing their part on war on terror. For anyone to object to this sensible solution is to admit

that they are an advocate of child pornography, child exploitation, and sex trafficking.  Although

Apple and HP hold themselves out as law abiding, they are inescapably in direct violation of

child obscenity laws in every state in our union, as they sell products in an "unsafe" manner that

erodes the quality of life, hijacks dopamine receptors, destroys the capacity for intimacy for both

men and women, and ruins lives in countless other ways. What I am proposing constitutes an

easy fix with potentially a high reward and is consistent with the values upon which our nation

was founded. This lawsuit is about porn addiction, not approval addiction, so I am not here to

win any popularity contests. I am here to stand for what is right and bang the drum as loudly as

possible until the Federal Congress wakes up and  passes a laws that curbs the harmful impact

that the device makers are having on the world, while imploring the Courts to do their job to

enforce the existing products liability and child obscenity laws in the event that the device

makers even consider not complying with the demand here. The British Prime Minister has

called our nation to form a joint task force with theirs to push our world back towards

innocences, and the Defendants and Congress should respond to this call for the sake of our

children and generations to come. .

2. **NOT WORLD POLICE, BUT  AMERICA HAS A HIGHER CALLING**: On September 10, 2013, President Obama explained to our Nation that although America is not the World Police, we have a higher callings to help humanity out of the abundance of our prosperity taking the moral high ground on matters that protect children. Such a position was unequivocally directly consistent with the spirit of Americanism that has marked our Nation since its inception. The President has called for our Nation to be responsive to Syria's nefarious use of chemical weapons that killed 1,400 civilians to include children in violation of set in place regulation, as shown here: http://www.youtube.com/watch?v=EMUkGZgV3UE. The President implied that America should engage in the transferred right of self-defense to protect children around the world following self-evident  universal law. The President suggested that we as American's have a call to be responsive in the face of overt evil, even if there are minor risks and set backs, as a result of our responsiveness because we have a higher calling on our nation.

The same exact rational applies squarely to the instant case. Apple and HP need to sell their products in a fashion that will protect millions of our children and our families at home and abroad.  We need to invoke our higher calling in this matter and join with our allies in the UK to push our world back towards innocence, by selling devices with filters that blocks porn for minors, and protects those who are not interested in having their lives devastated by the perils of porn.  Even if there are some minor set backs or inconveniences in implementing this, it is worth it and consistent with our Nations higher calling to protect children at home and across the world.  To those whom much is given, much is expected. Our nation is in a position of leadership and prosperity and we have a duty to set a positive example for other nations regarding smut. Prospectively, hundreds of millions of children and marriages could be protected by adhering to

this higher calling here in a matter that will keep families from breaking apart and improve the

way that men and women view and treat one another.

3. **SUA SPONTE ACCEPTANCE** : Over all, I love Apple and HP. We all do. MAC and PC

have done tremendous positive things for the world. They should be applauded for all the good

they have accomplished in the name of progress.  MAC and PC are by and large pro-family, pro-

values, pro-education, pro-science, pro-progress. I am not bringing this lawsuit because I want to

hurt Apple or HP employees, as they have harmed me. I invite Apple and HP to be part of the

solution, not part of the problem by leading the way on this matter because I believe that its

leaders have the integrity and character to do what is right in this regard.  Apple and HP lack the

incentive not to strictly comply with the well founded demanded in this action put forth by

myself and the British Prime Minister, not only for my sake, but for the sake of all marriages and

children to include their own.  Hundreds of millions of men, of all ages, are being adversely

impacted by internet porn that is accessible through the use of their products. This is a private

matter that is playing itself out publicly in devastating ways.  Apple and HP have no loyalty to

porn makers, but they do have an affirmative duty of loyalty to protect the biological make up of

their customers from having their minds eroded because marketing companies are taking

advantage of the males biological make up and the lack of filters to protect them due to the

failures of the device manufacturers, like the defendants named here. Consistently with my

allegations in the original complaint against Apple on July 11, 2013, the British Prime Minister

called for device makers in the United Kingdom on July 23, 2013 to "sua sponte" join in on his

sensible proposal that prevents one from buying things online that they are prohibited from

buying in stores.  The British Prime Minister then called for the the United States to join a joint

task force with his nation. Apple and HP should not tell our primary ally no at this time on this straight forward matter. I am here to beg, plead, and insist that Apple and HP come forward "on their own" and heed this call for the sake of all of our children, and generations to come. Non-responsiveness to such blatant failures of HP and Apple should not be tolerable by civilized society, our consumer market, or this Honorable Court. What I have proposed here should not even be something that I need to demand. It is something that needs to be done out off common sense and intrinsic morality.

4. **HOW A JOINT TASK FORCE WITH THE UK ON THIS MATTER IMPACTS THE WAR ON TERROR:** I hate terrorist more than just about anyone who works at Apple or HP. I joined the United States military in response to the attack on September 11, 2001. I have been personally attacked by insurgents in Operation Iraqi Freedom, which is more than just about anyone at Apple and HP can say. But just hating one's adversary is an insufficient response in 2013 by our Country. We have a duty to understand what motivates their violence in an effort to be peace makers wherever possible in the pursuit of overall justice. The evidence demonstrates that terrorist attacks are usually motivated by some kind of disdain towards western culture practices and how western culture posses a threat to traditional family values in middle eastern homes. Of all the adverse by products of western culture, online pornography accessible on devices, like the ones made by the defendants, is probably the worst in how it affronts traditional values in the middle east and throughout the world. Instead, of fighting the war on terror with guns and bullets, perhaps device makers, like HP and Apple, can help us fight terrorist here by the adaptation of this proposed policy put forth by the British Prime Minister by forming a "joint task force." Doing so would serve to undermine the primary motivation behind many terrorist

attacks, which are designed to preserve an old way of life that our cultural influence threatens.
Such a maneuver would be a sign of good faith to the middle east on the eve of potentially
military attack on Syria's chemical weapons facilities and could help promote Syria's cooperation
in some indirect way prospectively. Such a move would show that us Westerners are not just
imperialistic bullies, but we are humanitarians who are concerned with everyone's welfare in the
recognition of inherently obvious universal truths that are self-evident on their face. Who can
deny that children and families are the worlds most precious asset? I do not see how anyone
could suggest that promulgation of policies that protect a way of life that works and safe guards
our children's innocence should not remain a central focus point for all of us to proactively
prioritize, given the political landscapes and what is at stake.

5.  Device makers in the United States should be equally agreeable to comply with the policy
proposed here as the device makers in the UK have been. The people in the middle east are also
our brothers and sisters in effect, and their concern that western values are shifting to threaten
civilizations most prized asset, the family unit, is a valid concern, even if their methods to get
their point across through the unlawful use of force against civilians merits condemnation. As
someone who has personally been injured by Apple and HP products, I believe that we owe it to
everyone impacted by the war on terror in Iraq and Afghanistan on both sides to require device
makers to sell their products on "safe mode." Given the current state of affairs, now would be a
good time for Apple and HP to play their part on the war on terror by joining the joint task force
with the United Kingdom on this matter, sending the right message to countries in the middle
east. (*"All of the terrorism that is currently on the planet is really an extension of a
fundamentalist urge to protect an old way of sexuality and family that is shifting."* - Patrick

*Carns)*

## 6. O'REILLY, LETTERMAN, LENO ARE GIGGLING ABOUT CUTTING DOWN THE DEMAND SIDE OF CHILD PORNOGRAPHY AND SEX TRAFFICKING: While

O'Reilly, Leno, and Letterman might have thought the original complaint against Apple was funny, women who are chained to radiators in places like, Thailand, Malaysia, and Greece, who are being sex trafficked by Tourist, who got their start down a voyeuristic path after accessing pornography on their Apple and HP that took hold and triggered sexual compulsive behavior, are not laughing. These women and teenagers are being irreversibly traumatized and in many cases dying. There is no doubt that our society is shaped by how men and women treat one another. To suggest that online pornography is not adversely shaping how men and women perceive one another in this country and elsewhere is laughable. Online pornography creates crushing expectations about sex; it yields arousal addiction, compulsory sex addiction, voyeurism, and a litany of social ills that were the basis for obscenity laws in this Country in the first place. Women are objectified by pornography and the capacity for intimacy for both genders is diminished, which could yield less fulfilling lives. Anyone who takes this matter lightly is basically admitting that they are a proponent of child porn, the objectification of women, increased terrorist attack, and should not have the right to call themselves American's as they fail to adhere to the higher disciplinary calling on our County that President Obama addressed this week. The Syria matter demonstrates that there is evil in the world. And porn is part of that evil in a different regard in that it is a lie which comes in the form of misguided ideas. Online porn that is accessible on devices made by these defendants poisons the human heart, threatens families, rewires the brain adversely, and damages others healthy relationships is an evil that

should not be unregulated.

**7. WAKE UP FEDERAL CONGRESS**: If any federal Congress members are reading this, I would like them to take something into consideration along with the Defendants. Apple, HP, and other devices makers are violating obscenity laws by selling devices without filters to minors. I did not go to Iraq, and risk my life on the rule of law missions, only to have laws like obscenity ones be converted into blue law. MAC and PC products are crossing state lines, therefore the United States Congress has the right to regulate this criminal misconduct under the Commerce Clause of the United States Constitution. Federal Question jurisdiction is invoked and Congress should be responsive in the same way that Parliament in the UK is, heading the British Prime Minister's call to form a joint task force immediately. Congress should pass a law that requires all device makers to install filters that automatically block pornography. If the purchaser is under 18, device makers should not provide a password to remove the filters because doing so violates our states obscenity laws that protects our children's innocence. If the purchaser is over and would like the filters remove at their own risk, HP and Apple should required them to take the initiative to acquire a password "opting in." "Intentionality" should be shifted onto the individual user who want to see porn by choice, not those who desire to avoid it. This Country has always held that pornography featuring adults is not illegal. We are wired for both sex and intimacy mentally and physically. We were born with corresponding sexual features after all. Online porn should not be illegal for adults, and we should not prosecute one another for merely being human. In fact, porn should not be prohibited in the same way that alcohol should not. But like in the case of alcohol, there needs to be strict restrictions on online pornography, which will make all of us more free in the long run, as it shifts our perception of sex in a healthy direction.

8. Our Congress has always recognized the perils of smut and have legitimately regulated the time, place, and manner of this speech in a way that makes it inconvenient for the average man to be inadvertently harmed by the corrosive content. This lawsuit asks the products makers to protect us, by making it harder for us guys to access content that could yield the litany of problems the pornography creates for us. Accordingly, Congress should standing for what is right and respond to the call of the British Prime minister, pushing our nation back towards innocence by passing a law that shifts the burden onto those that want to see porn to have to take the step to remove filters instead of placing the burden on those who do not want to see porn to have to be proactive. This proposal is not just equitable under the rubric of common sense, this policy comports squarely with the rational basis test connected with the Constitutionality litmus of matters arising under the First Amendment. Those of us who are male, who prefer to maintain our capacity to bond and experience intimacy, as opposed to becoming addicted to intensity-based thrill seeking voyerism, should not be punished by having the burden to block content that is damaging to our neurological hardwiring, destroying our capacity for a relationship by reducing the levels of oxytosen. As a person of achievement and with a strong honor core myself, the quality of my life would have been much better if that policy had been in place when I purchased these defendant's products. Those who do not want to see porn should not have to be concerned about stumbling upon or being sucked into it by internet marketing companies, who tirelessly exploit the fact that us guys are stimulated visually. In passing such a law, Congress will be acting consistently with reality and protecting us from ourselves and moving our nation and world back towards innocence in step with our brothers and sisters in the United Kingdom and in the middle east. While device makers like Apple and PC should "sua sponte" agree to

employ such a sensible policy and not even consider giving anyone any push back, the Federal

Congress must start passing legislation that makes the cyber-world, and those who make it

available, subject to following the same laws as the entities in the analog world. "What one

cannot get in the store, they should be prohibited from accessing online," explains the British

Prime Minister, as he seeks to protect children's innocense out of an abundance of good faith.

The evidence demonstrates that our nation as a whole needs more regulation over the free flow

of information on the web, which is having adverse physiological, psychological, and

metaphysical effect and hurting our economy by making many business incapable of monetizing

assets that would otherwise be valuable.

**9.  HEY MEDIA - INTERVIEW DR. PATRICK CARNS AND PASTOR TIM KELLER**:

By the time this is filed, I should be living in Paris working on EDM tracks and mission projects.

Patrick Carns is the leader in sex addiction. Check him out here: http://www.youtube.com/

watch?v=i1pQfGD_MQI. His analysis of these matters is spot on. Tim Keller might be about the

most logical thinker on the planet, when it comes to how online pornography and how Apple and

HP failures are adversely impacting their consumers. I ask the media to interview these men

about this matter. I also recommend that these individuals be invited to be part of the joint task

force on the non-tech side.


**ADDRESSING THE GENERAL PUBLIC AND THE YOU  - WHAT MADEON, ZEDD,
KE$HA, METALICA, HARRY POTTER AND STIMULATION ADDICTION HAVE TO
DO WITH THIS COMPLAINT**

**10.  HARRY POTTER MIRROR OF ERISED**:

"So," said Dumbledore, slipping off the desk to sit on the floor with Harry, "you, like hundreds
before you, have discovered the delights of the Mirror of Erised."
"I didn't know it was called that, Sir."

"But I expect you've realized by now what it does."

"It -- well -- it shows me my family --"

"And it showed your friend Ron himself as head boy."

"How did you know --."

"I don't need a cloak to become invisible," said Dumbledore gently.

"Now, can you think what the Mirror of Erised shows us all." Harry shook his head.

"Let me explain. The happiest man on earth would be able to use the Mirror of Erised like a normal mirror, that is, he would look into it and see himself exactly as he is. Does that help."

Harry thought. Then he said slowly, "It shows us what we want... whatever we want..."

"Yes and no," said Dumbledore quietly.

"It shows us nothing more or less than the deepest, most desperate desire of our hearts. You, who have never known your family, see them standing around you. Ronald Weasley, who has always been overshadowed by his brothers, sees himself standing alone, the best of all of them. However, this mirror will give us neither knowledge or truth. Men have wasted away before it, entranced by what they have seen, or been driven mad, not knowing if what it shows is real or even possible.

Looking at porn is kind of like the mirror of Erised, for us guys. It shows many of us our deepest desires. Many of us guys can get lost in that mirror. What we will gain by installing filters is worth what we might lose.  Pornography can appeal to many of us guys deepest longings, but it is a lesser form of the real thing.

**11.  GHOST WARS - MOCEANS RED HERRING:**  Besides having been a lawyer, combat

Army Officer, CEO of a record company, overseas missionary, fashion model, I formed an EDM

band, Ghost WARS, that gives all of its proceeds to Christian charitable organizations. I

referenced Ghost WARS the original complaint filed against Apple as a red herring to draw

Apple out, which worked. Apple had a spokes person step forward in response to my complaint

and allege that my lawsuit was about trying to promote my band. In doing so, Apple

demonstrated that it expects everything to be about money. Which is the same kind of arrogance

an immoral thinking that causes Apple and HP to negligently fail to install filters in the first

place,which has caused them to be sued for good reason.  But what this lawsuit aims to do is to

highlight Apple and HP that there is more to life than money. There is duty for us to love one

another, protect one another, serve one another, look out for one another, hold each other

accountable in nonintrusive ways, protect marriages, protect families, protect children, and

promote courses of conduct that allow us to maximize our lives. By being responsive to the call

of the British Prime Minister, we will be accomplishing these things.   If this action were to

promote Ghost WARS as an ancillary side effect, I would use that to tell the youth to follow my

example by standing up for what is right, even if its not popular. Standing up for what is right is

not intolerance but an invitation to life.

**The Ghost WARS Music video for this lawsuit is: http://www.youtube.com/watch?**

**v=mxJK9F0SHuQ**

12. **NO KILL JOY AND MADEON**: What the British Prime Minister and I am proposing is

not designed to be a kill joy. We need restrictions to protect us from each other. Stopping at at a

red light might be inconvenient, but if we did not have enforceable restrictions that made drivers

stop at red lights, it would be more difficult for us to get to where we were trying to go and less

safe. The proposal here promotes personal and relational progress and sends a clear message to

females in the United States that they are special, precious, valuable, and worth protecting.  If all

we did was eat desert all the time, we would be quiet unhealthy. Sometimes we need restrictions

in place like "eating desert after diner" which might not be fun at the time, but we'll be better off

for placing things in the right context. Here is a Madeon Vocal Edit that articulates the need for

accountability to stop us from doing bad things to ourselves: http://www.youtube.com/watch?

v=8Z7eqap3rHc.

13. **ELECTRIC ZOO CANCELLED**: Two people just died at Electric Zoo music festival,

which I was headed to, because they overdosed on drugs. Celebrities have glorified that doing

drugs and promiscuous activity as a positive. But if such things were not glorified and if we

gently encouraged one another to adhere to higher standards. The imposition of filters is

consistent with that idea.

14. **LADY GAGA AND MACLAMOR**: Lady Gaga and McLamor are promoting a bandwagon

in which they attempt to make gay marriage as an equal rights matter. In doing so, their conduct

is patently racist because it attempts to recast sexual orientation as incontrollable as being born a

certain color, which is offends common sense and cheapens the plight of the civil rights

movement. Healthy sex, in the right context that has can be life giving in ever regard, is the kind

of sex relationships worth protecting. All other forms are perpetuation of a life style of settling

for less.

15. **MILEY CYRUS AND PORN**: Miley Cyrus and porn promote the concept of abstinence is

dead. They promote non committed sex with multiple partners which in the end victimizes all

those who participate. Miley and porn promote intensity based intercourse to escape reality, not

form deeper bonds and more solid connections that reconfirm a covenant relationship. Both are

advancing illusory promises that victimize those who buy into their message because it causes

them to an inferior life and decreases the capacity to form meaningful bonds in the future. Any

athlete will attest that you perform in the final game like you practice.

16. **RAISING THE DRINKING AGE FROM 18 TO 21 ANALOGY**: Lets face the facts.

The drinking age in this Country used to be 18 and up until the legislature raised the age to 17.

Although raising the drinking age did not prevent all minors from acquiring alcohol and

drinking, it unequivocally cut down on the all of the problems that stem from drinking alcohol.

The evidence suggests that there were fewer alcohol related accidents, deaths, and crimes

committed while under the influence proportionally. There evidence demonstrates that the number of people who would have developed the disease of alcoholism was reduced thanks to the restricted access. By making alcohol harder to get for persons under 21 better protected all of us. Similarly, some teens under 18 may attempt to remove the filters or go to greater effort to seek out websites with obscene content that slipped past the filters. But sensible policies like that proposed by our Allies in the UK that attempt to make pornography online harder to access will be doing all of us a favor, given the scientific data of the adverse impact of pornography on the developing adolescent mind.

**18. THE NOTEBOOK**: Yep, going there. Everyone should have the right to have the capacity to prospective develop a relationship like that found in the movie the Note Book. By adopting the policy proposed here, Apple and HP would be better giving individuals a chance to have enriching intimacy based relationships like that found in the movie the Note Book. Now imagine a 5th grade males who gets sucked into watching a girl get gang banged or tortured in sex on his unfiltered MAC and PC. Such visuals could cause the 5th grader to shut down sexually and never have the kind of live giving relationship found in the notebook.

**19. MTV 16 AND PREGNANT**: The reality TV show 16 and Pregnant constitutes Exhibit A as to why Apple and PC should sell their devices with filters. Internet Pornography promotes voyeurism and sexually compulsory behavior, without the need for commitment. The consequence of this can be births out of wed lock, increased single parent homes, an increase in welfare dependency, emotionally unstable children, STDs, irreparable emotional scars, and other social ills that harm our communities. Prevention measures are cheaper than trying to fix that which cannot be mended.

**20. METALLICA**: When Lars from Metallic sued Napster for the rampant copyright infringement online that has subsequently all but tanked the music business, thanks to the lie that free flow of information was good for the economy, he sued the wrong party. (Human nature being what it is will always be flawed and broken - when given the opportunity to pay for something or take it for free, people will steal.) Like porn content providers, Sean Parker was an opportunist, who was taking advantage of human nature, exploiting the lack of enforcement for his personal benefit, given his own greed and disregard for the welfare of his customers. Temptation to exploit the under regulated internet is no different than temptation to look at porn after being bombarded by marketers, who set out to entice and trick men into visiting porn sites with through pop-ups of temptresses and false advertising.

Metallica should have sued device makers like Apple and HP instead. The internet is not some space vacuum. The world wide web is merely a part of a sum that is a computer created by device makes like Apple and HP that sits in our homes. Without the device that allows customers likely myself to use the software to log onto the internet, there is no internet. Without the ability to log onto the internet the downsides of the internet are dissolved and dissipate. Sean Parker should not have been sued for creating Napster any more so than porn content providers, who are exploiting the fact that they can get teenaged hooked on their products, should be because of Apple and HP's failure to sell their products with filters. Because of Apple and PC's disregard of the rule of law, people, like Sean and Sex traffickers, are faced with an overwhelming temptation to take advantage of the platform to exploit others for their personal benefit, even if it victimizes others. Meanwhile the tax payers have to pay the cost of by dealing with the fall out of pornography, sex addiction, single parent homes, and voyeurism, and crimes of passion relating

Page 15 of 64

to jealousy, rage, envy, shame addiction, low self-esteem, and wrongful perceptions of one's self

and others. We don't need more sex offenders or prisons in this Country, we need more

preventative measures that prevent people's hearts from being poisoned from the top down.

## FRAMING THE ISSUE

**21. THE WORLD WIDE WEB IS AN ILLUSION**: The world wide web, cyber space, is the

sexy name for an illusion. (Kind of like how the promise of porn is illusory to adolescent males.)

The web is merely the sum of a part. The internet is merely a part of the device that allows you to

access it in the first place. Apple and HP make those devices. (The Federal and State Congress

needs to profit from my litigation here to see that to "if you control the device, you control the

internet.") It is not complex. This should be a bi-partisan issue and what's best for our Country

should be acted on. Congressional members should do what is obviously right and good for the

country, which this is. After all, placating to ones constituency when the major's beliefs affronts

common sense is retro. Device makers do not have the right to facilitate criminal activity, when

they have the means to reduce it by adding restrictions in the name of actual progress. The

internet is merely a reflection of virtual society, and it should be subjected to the same laws as

the rest of analog society. A very large rock needs to be rolled back over the black hole of

internet pornography that Apple and HP products are making available to us. Additionally, if the

Congress is concerned about the economy, it will plainly see that free flow of information on the

web is destroying many industries. There are countless enterprises that can no longer monetize

assets that were once valuable and a source of income and dignity.

**22. PARTS OF THE SUM:** Given the public interest in this matter, I ask the Defendants and

the Court for some leeway, as I call upon us all to shift our thinking about this issue that is

hurting all of us. I will do some more explaining in this complaint of the concept, then I would

otherwise. Lets say I purchased a car; if a faulty engine failed and caused injury due to

negligence, I would not file suit against the engine maker, I would bring an action against the car

manufacturer. The engine is a part of the sum that is the car. This is no different than the internet

being a part of a sum that is a computer. The idea that the illustrious world wide web is

something separate is merely classic misdirection proliferated by self-interested individuals, who

place greed above how their products are hurting families and children. Apple and HP knows or

should know the dangers porn that is accessible through their products, how it is linked to

organized crime and how marketing companies are relentlessly exploiting male biology through

pop up ads to suck us guys into the world of porn that is "always just one click away." This

problem is rampant and no one wants to talk about it, until recently but that has to change

because we are undoubtedly courting disaster by not regulating this matter. (That which is most

private is most public). The internet is not "a cube in the desert that glows" its one part of

devices made by a handful of device makers, who are subjected to child obscenity laws in the

same way as bricks and mortar stores.

23. **GROCERY STORE ANALOGY:** If a minor was to go into a grocery store and put milk,

eggs, and a Hustler magazine in his shopping cart, while he was checking out, the clerk would

not allow him to leave with the porn mag, but he could leave with everything else. Otherwise, the

grocer could be subject to prosecution. Here, Apple and HP's stores are no different than the

grocery store in this analogy. MAC and PC stores are allowing the minors to check out with

infinite pornography amongst other content items that are good, useful, and accessible on the

Apple and HP products. Mac and PC have the ability to filter to easily filter the bad and leave

the good, which would help all of us. Apple and HP have had the ability to filter porn for years,

but arrogance has caused the companies to be non responsive to a problem that is getting out of

control - going from being a private matter to a public one.

24. When checking out of their store, Apple and HP should not allow the minor to leave with

pornographic content, any more than in the grocery store analogy. Currently, MAC and PC are

willfully thumbing their nose at obscenity laws and allowing marketers to exploit the male

biology by sucking them into addicting porn sights. Failing to make reasonable efforts to comply

with these laws should cause the Federal Government to prosecuted Apple and PC for overt

noncompliance, if necessary. (Its better for the U.S attorney's office to prosecute the few bad

apples at the top, then the many at the bottom, who will simply be replaced. It is nearly always

better to address the disease, not the symptom curing a problem.

25. **THE SNEAKY GROCER**: I am not a minor, even though many of my adversaries suggest

that I act like one since I DJ in an EDM band, Ghost WARS - soundcloud.com/ghostwars - so

requiring filters for adults does not apply under obscenity laws. So what about those of us who

are over 18? Back to the grocery store analogy, when I am checking out of the grocery store as

an adult, I do not want the grocer to slip a porn magazine in my bag as I check out, even if I was

entitled to have a free porn mag under the grocery store's policy. I do not want the grocery to slip

other addicting products in my cart as I attempt to leave - like cigarettes, beer, meth - even if

these items were free and I was entitled to them under the stores policy.   Instead, the grocer

should require me to ask for a copy of the free porn mag, since the recent study's are proving that

porn is an addicting poison and superseding root of many of societies ills. I should be required to

take the additional step to ask for the porn magazine to be added to my cart. Apple and HP should not just assume that their adult customers want access to content that could cause them to be fired from their job, ruin their entire family, and generate addictive thinking.

26. The grocery is otherwise taking away "intentionality" from adult males, encouraging intensity based sex, while damaging their relationships and the customers capacity to form bonds. I should not have to take the tricky steps to keep the grocery from slipping the free porn mag in my cart, as I check out. I should not have to be on guard that the clerk might put addicting content in my cart. The checkout clerk is in the better position to be on guard for me. If the sneaky grocer were to have placed a porn mag my bag surreptitiously, once at home in the privacy of my room, if was to stumble upon it, I might be overwhelmingly tempted to sneak a peak in "moment of weakness" because "Hello, I am biologically and nero-chemically designed to love looking at naked girls." Above all things, fewer things are better. Yet, this lawsuit sets out to establish here what we know about other areas, like in the case of cocaine, that something make us feel so good temporarily that they are bad for us. Seeing sexual acts or a naked woman is such a large dopamine rush and is so special that context control by the viewer should be valued and protected by those who could influence to an unduly degree. Us guys should not have to apologize for how the laws of attraction play out on us, but we should expect Apple to protect us from being unreasonably exposed to content that tempts us and exploits our biology.

27. Just because us guys, like something does not mean that it would be good for us to have it. Restraint is a foundation of masculinity after all. I make no apologies for that and neither should any other male purchaser of the Defendant's products. 50% of the world's population can attest that they are visually stimulated and other other 50% can attest that they do not want their

significant others looking at porn starlets but just them instead, when it comes to being naked. Apple and HP are effectively like the grocer in this analogy, who slipped the porn content in my cart as I check out without giving me any warnings. Apple and HP provided no warnings that porn was addicting or harmful as they reasonably foresaw. By not selling their products on safe mode Apple and HP are doing their male customers a disfavor by placing them in a situation of overwhelming temptation. By selling computers on "safe mode" to adults and making the purchaser take the initiative to acquire a password to remove the filter, Apple and HP can sincerely say that their hands are clean from any adverse consequences that follow from their costumers intentional use of their products to access pornography at their election.

## 28.  CALLING ALL US ATTORNEYS AND LAW ENFORCEMENT TO BE

**RESPONSIVE:** Lets be clear up front: what I am not here to do is to threaten criminal liability against Apple and HP's CEOs so that I can get some large personal payout in the instant lawsuit, regardless of the validity of the claim for personal pecuniary damages. Many of my opponents to this concept in the general public have such polluted hearts that they assume everyone else is as rotten as they are. My proposed rule 68 motion attached here clarifies that my paramount demand is simply that device makers and the United States heed the call of the British Prime Minister in joining the joint task force in aligning with common sense. If this is done, I'll drop the case. Yet, I call upon the U.S. Attorney's office and state prosecutors to begin prosecuting the CEOs of device making companies for violating child obscenity laws in selling their devices not on "safe mode" to minors.  I have been privy to the same information and seminars that Apple and HP have that are being put forth by federal law enforcement, who have linked an increase in online pornography to a correlating increase in organized crime, sex trafficking, and child

pornography production.  I met with the FBI field office in Tennessee and Texas and the United

States attorney's office, all of whom agreed that Apple and HP  may very well be in direct

violation of child obscenity laws and "could be subjected to prosecution" for failure to sell their

devices on "safe mode" to minors.  Apple and PC cannot hold themselves out publicly as law

abiding entities, and refuse to comply child obscenity laws. While the burden proposed here is

light on the device makers, the benefit for the rest of us is great. Our wives, girl friends, and

daughters will appreciate our leadership on this for generations to come. We owe it to them to act

in this regard.  Apple and HP have the technology and are in the best position to make reasonable

attempts to block pornography. I will borrow a direct quote from the British Prime Minister's

speech in late July 2013: "Put simply – what you can't get in a shop, you will no longer be able

to get online."  It doesn't get much straight forward than that an our the Defendant's need to

change their practices.


**29. Anonymity, Affordability, and Accessibility**: Twenty years ago, if someone wanted to look

at porn it took time money and effort to see it. Now it takes time money and effort to avoid it.

This is outrageous and the foundation that supports a  claim under res ispa loquitar. Even

grandparents are being drawn into porn sights given the abundance and availability online.

Internet porn makes us guys become a worse version of ourselves. I have a right not to have my

brain hijacked and biology exploited to unduly degrees because of negligent manufacturing. I

have the right to be the best man I can be for the girl I am in a relationship with. I and others do

not need outside influences unduly interfering for unjustifiable considerations.


**30.  NEW SEXUAL REVOLUTIONARY WAR ALIGNED WITH THE UNITED**

**KINGDOM THROUGH THE JOINT TASK FORCE:**

Our country was formed when the colonist relocated here from England. The pilgrims came to experience freedom of religion to keep the state out of church, not the the church out of the state. Our Nation has always felt a kindred spirit with the United Kingdom. Our brothers and sisters across the pond have always been one of our greatest Allies, since the inception of the declaration. The Honorable British Prime Minister came up with an original idea in July 2013 in which he requested that device makers sell their computers on "safe mode" which filters that make a reasonable effort to block smut. If the purchaser is over 18 they can "op in" and request a password that will be provided by the device maker in which they can see all the porn they want. If the purchaser is under 18, they will not be provided a password so that obscenity laws will be honored. The British Prime Minister's intent behind the sensible proposal is not to legislate morality. He is not a moralist, and neither am I. Legislating morality does not necessarily work when it comes to this topic, but that does not mean that making something that is harmful to our biological and nerochemical make up harder to access is invalid. This is as much as a scientific argument as it is a spiritual one.

31. The Honorable Prime Minister believes the policy he is asking our country and device makers to adopt will protect children, strengthen families, decrease personal bondage, and push our world back towards innocence based on scientific evidence. Forming an alliance is a "no brainer." Hundreds of millions of children and families could be impacted for the better now and in the future if we are affirmatively responsive. The British Prime Minister is respectfully asking our Nation to join a joint task force and we should be responsive now, just as we were when President Roosevelt honored Prime Minister Church Hill's request for lend-lease. Just like we are asking the UK to back us, if we are responsive to the crossing of the red line in Syria, we should

agree to enter into the joint Task Force with the UK, in keeping with not just quid pro quo, but

objective common sense and recognition of inherent universal truth. Our Country's prospective

of sex has invariably become distorted, dysfunctional, destructive, and counter productive. (See

the 2013 VMAs.)  I am an extremely aggressive litigator, but I do not desire to be litigious

against HP and Apple because I believe that their good natured sensibilities should cause them to

adopt this proposal.  If there is any hesitation, I would ask all men of conviction and all female

employees of both companies to stand with me in this demand for the sake of our children,

marriages, and the perception of women.  I prefer peace over war and would like these matters to

merely be adopted by the device makers and reinforced with Federal and state legislation.

Device makers consists of fair-minded, outstanding, family oriented, people of common sense

and good will, who are pro-science and pro-education. Accordingly, I am asking that device

makers and other parallel types in this Country to follow the call issued by the British Prime

Minister like the devices makers there have.  Congress and the Courts need to wake up to the fact

that "if we control the device makers, we control the internet." Congress and the Courts need to

invest more time into understanding that internet is having devastating consequences on our

nation in some regards because we are failing to stand up for what is right given a counter

productive spirit of "hyper tolerance", which arrests our development. Device makers deserve

greater scrutiny in order to keep us safe from ourselves, given the realities of human nature.

Simply stated, we need device makers to protect us from selling us products that harm the quality

of our lives in the same way that we needed cigarette manufacturers to place warning labels on

cigarette packages.

32.  Our Federal and state Legislature should lock arms with our brothers and sisters in the

United Kingdom by starting a collective sexual revolutionary war to push our world back

towards innocence. Our Federal Congress and state legislatures must require all device makers to

comply with child obscenity laws, and promote sex in the right context, which will reduce sex

related crimes and other social ills. Although some adults maybe able to handle viewing porn

better than others (no different than how drinking alcohol has different effects on individuals),

the scientific evidence provided by psychiatrist, like Patrick Carns, is conclusively demonstrating

that many relationships are being devastated by internet pornography. Intimacy is the casualty of

online pornography. The United Kingdom is rightfully recognizing that porn is a source that

poisons our hearts and leads to a litany of social ills that becomes expensive to address on the

back end, when preventive measures are cheap and readily available which can ward off the

damage before it begins.

**33. DEVICE MAKERS CANNOT SUCCESSFULLY INVOKE THE EICHMANN**

**DEFENSE RAISED IN THE MOVIE HANNAH ARENDT**: President Obama just

acknowledged that our Country sometimes recognizes universal law and even compared Bashar

al-Assad to the Nazi leaders in making the case for action in Syria (So that it does not become

another Rwanda). It is appropriate that I draw an analogy from World War II. At the trial of

Adoph Eichman, the former Nazi administrator's best defense was that while he admitted to

being in charge of putting millions of Jews on the trains for transportation, he was not

responsible for their destination or what happened to them after arrival. Here in the instant case,

Apple and HP, can not legitimately raise this kind of defense regarding their customers, who

leave with the store with their products. Eichmann knew or should have known that he was

placing those under his care on a course to be transported to their deaths. Eichmann had a duty to

the welfare of the people under his charge. Therefore, Eichman was guilty of war crimes against

humanity, even if he was following orders.  When MAC and PC sell their devices to minors and

adult males they cannot argue that they do not know that their customers are being set up to be

exposed to online pornography and all of the dangers that associate with it. By selling their

products on "unsafe mode," Apple and HP are setting up their customers for relationship

problems and possible extermination of their capacity for intimacy.  It is unreasonable for Apple

and HP to suggest that they are unaware that minors are using their devices to access

pornography that they could never purchase in a bricks and mortar store.


34. **Statistic**:  Upon information and belief, Apple and HP know that 2/3rd of minors are

watching pornography online while doing their homework.

35. **Statistic**:  Apple and HP are aware that there are 900,000 cases of AID in this country

annually, which costs an average of $155,000 a piece to treat.

36.  **Statistic**: Apple and HP know that 40,000,000 Americans look at at pornography online

daily, many of whom are accessing this damaging content on Apple and HP machines, which was

the vehicle that was used to get them hooked in the first place.

347. **Statistic**:  Apple and HP know that the porn industry generates a revenue that is more than

major league baseball, the NFL, and NBA combined annually. Its a 15 billion dollar industry.

38. **Statistic**: Online pornography is a foundational source that is creating one of the biggest

problem in schools, it is one of the biggest problems for child injury, it is one of our biggest

problem socially in how it is reshaping prospectives, and yet, Apple and HP are not selling their

devices with filters.

39. **Statistic**: Apple and HP are aware that Illegal child porn websites are generating 3 billion a

year in our country. 11 Billion is spent on prostitution. 5 billion is spent at sex clubs.

40.  **Statistic**: Apple and HP are aware that 2/3rds of kids watch pornography while watching
doing their homework and 34% of those will engage in sexual compulsory behavior.

41.  **Statistic**: Apple and HP know that 40% of men of current college age students started
looking at internet porn before the age of 10. Most of those males accessed that pornography on
devices created by HP and Apple.

42. Statistic: Apple and HP know that most pornography is being downloaded in America
between 9am to 5pm. So it is a work  place problem. Many companies predict that they are
losing 90 minutes a day of productive work due to some form of internet sex. Looking at porn at
work involves being sneaky. And it can get people fired, which would not occur if HP and Apple
were more concerned with keeping their customers from forming the habit of escaping through
porn.

## ADDRESSING CONSIDERATIONS FOR CONGRESS, PARLAMENT, AND THE DEFENDANTS

42. **FREEDOM OF SPEECH ISSUES:** First of all, Apple and PC are not state actors so the

first amendment does not even apply to them whatsoever. Apple and PC can unilaterally zap and

block sights at will that are obviously associated with organized crime and terrorism. Apple and

PC have a duty to comply with child obscenity laws and have failed to do so. Apple and PC are

private companies who have a duty to sell their products safely to consumed and to warn them

about their dangers. They breached that duty as it applies to me and hundreds of millions of men.

Apple and HP must not cannot sell products that unduly promote addiction and compulsory

behavior that decreases the quality of an individuals life. To prove that I have lodged the instant

products liability lawsuit for good cause.

**43.  STATE ACTION:** It is possible that states could file lawsuits against device makers in the same way that they did against tobacco manufacturers, who caused states to have to pay astronomical amounts in addressing the adverse health impact of smoking.  Here, the evidence shows that the states have had to shoulder the burden of that stem from the fall out of single parent homes and failed relationships that resulted from exposure to porn. The state could also hold Apple and HP financially liable for the increasing expense in fighting cyber crimes, as Apple and HP products are being used to increase the demand for child pornography.

**44.  CONGRESS CAN PASS A LAW THAT REGULATES THE TIME, PLACE, AND MANNER OF SPEECH AND SHIFT THE BURDEN:** The British Prime Minister got it right in his analysis regarding free speech. Just like Parliament can pass a law that regulates the time, place, and manner of speech on device makers regarding accessibility of pornography, our Federal and state legislatures can promulgate regulation that makes porn more inconvenient to access.  Passing a uniform law that requires device makers to comply with child obscenity laws should be an obvious bipartisan matter because it is predicated on safe guarding children and their innocence. Such a law passes Constitutional muster under the rational basis test. For anyone to oppose this idea, it should be said over and over again that they are pro-sex trafficking, anti-family, and for the proliferation of child pornography and compulsive sexual behavior and should be publicly categorized as such. Although all of us have a duty to protect marriages and children, none of us have a duty to encourage the proliferation of prostitution, sex trafficking, and child molestation.

**45.  BURDEN SHIFTING CONSISTENT WITH THE LONG STANDING POLICIES IN**

**THE UNITED STATES AND THE FIRST AMENDMENT**: I am demanding that device makers and the Federal and state legislature shift the burden onto those who want to see pornography to have to take the steps to remove the filter. The burden should not be on those who want to see pornography to have to go through the troubles of figuring out how to install filtering software to avoid it. Not everyone has a computer science degree and can figure out how to install filtering software to filter. I can imagine a Grandpa who makes an attempts to install filters to protect himself and his grandchildren, only to unknowingly failed to have effectively done so because he is not tech savvy, like the army of technicians employed by Apple and HP, who could install filters in their sleep. So, while the Grand father thinks his grandkids are safe to use his computer, they might come to grandpa's house often just to access porn that they couldn't get at home on Grandpa's computer. The spirit of the first amendment requires that the burden be on those who want to access pornography to have to take the steps to remove the filter. The scientific evidence demonstrates that pornography is a dangerous form of speech that warrants the burden to be on those who want to access it to take the extra steps to do so. Congress should regulate harmful speech of this kind.

**46. ALL COMPULSORY ADDICTION IS LIMITED BY OPPORTUNITY**

Apple and HP understand that all compulsory addiction activity is limited by opportunity. If there are fewer casinos, there are fewer gambling addicts. If internet porn is restricted there are fewer cases of sex addiction, inability to have intimacy, arousal addiction, intensity addiction, failed relationships, and broken homes.

**47. REASONABLE ATTEMPTS TO BLOCK, NOT PERFECT:** To clarify, I think what the British Prime Minister is pushing for in the UK is that device makers install filters that make a

"reasonable and good faith effort" to block pornography online. This is what I am demanding here. Not absolute perfection, but that Apple and PC be able to show that they have installed filters that make best efforts to block content that would otherwise violate obscenity laws. I am asking that Apple and HP make it harder for us guys to access porn so we can have an actual relationship with a non viral female. If the filters at least make it more difficult to access or stumble upon pornography, then its doing its job. Incidental encounters with porn should be a thing of the past in light of the new scientific data on these matters and res ispa loquitar.

49. **COVENANT MARRIAGE ACT:** While I have Congresses attention, I would respectfully like the state legislatures in each state to pass the "Covenant Marriage Act," as found in the state of Louisiana. (The matter could be decided by the individual states). The act requires that couples who agree to engage in a covenant marriage be required to attend counseling before being allowed to divorce. Our country has lost sight of the sanctity of marriage and the passing of this act in each state would better strengthen our nation. That way if porn or any other source of undue influence was to interfere with a marital contract as occurred in this instance case, their would be an increased possibility that the couple could salvage their relationship.

50. **FAILURE TO WARN:** The Defendants knew or should have known that online pornography was addicting or could cause arousal addiction. The Defendants failed to provide any warnings about the perils of pornography. I am a demanding that Apple and PC comply with the proposal offered by the British Prime Minister and provide its customers with express warnings that explains that some forms of online pornography might be illegal and those who view pornography on the web might "face consequences, such as losing their job, their family, and even access to their children if they continue." Why would Apple and HP even consider not

issuing such a warning that they know to be true?

**51.  IF YOU WANT TO KILL A SNAKE, CUT ITS HEAD OFF**: Genesis starts with a poetic story about a snake and an Apple in a garden that cause down fall of man kind. Apple is the head of this snake that is poisoning our youth and the this Court and the Federal Legislature should cut its head off if they give any push back to my demands.  By lining ourselves with the UK on this, we will be cutting the head off a snake that is poisoning hundreds of millions of people and making the quality of their life much worse than it could be. All other devices makers make up part of that head as well, and to prevent the foreseeable perils of online pornography playing out, we need to cut the head off this snake by requiring filters to protect us from us.

52.  Upon Information and belief, Apple and HP are aware that addiction does not require taking a chemical. Behavioral addiction taps into the same parts of the brain as a chemical addiction.

53. Apple and HP know that the brain adjusts in looking at porn. The brain recalibrates itself. The way that the brain is structured shifts when a person is using something to numb pain. An impulse to look at online porn, becomes compulsive, and then many of us men get to the point where we can't stop despite the risk. That is what happened in the case of Bill Clinton. . Bill Clinton was in a place where his brain could not go backwards. Clinton risked the welfare of our Nations for a few sexual moments with a girl who was not even very attractive. This is potent stuff.

54. **THIS NOT HATE**: Standing up for what is right is not "hate speech," it is an invitation to life.

**55.  BEHAVIORAL ADDICTION:** Addiction is a brain disease. What we use to cope with stress can become addicting. Sex addiction is merely an attempt to avoid pain. An impulse becomes compulsive. And then you get to the place where you can't stop because the brain cannot go backwards. A behavioral addiction is the same thing as a chemical addiction. A behavioral addiction uses the same reward centers in the brain. The same chemicals, like dopamine are at play. Sometimes somethings are just too good for us. For example, one cannot be a recreational user of meth. Meth raises dopamine levels 111% in the brain. Thank goodness that meth is illegal. Internet porngraphy is one of those things that is simply too good, raising dopamine levels 100%. We are wired to be sexual because its about survival of our species. Sex is sensate and presentation matters when it comes to intercourse. Presenting access to sex online is a lesser form of sex that exploits our biological make up in adverse ways causing a reconfiguration of hero-pathways in adverse restructuring. There is an adverse rewiring of the brain that takes place in watching internet pornography over time. Although their might be a temporal perceived benefit, the long term accumulative effect is devastating to ones quality of life and our individual effectiveness in society. Like alcohol, cigarettes, and illegal drugs, porn has implications on the brain, which explains why we have child obscenity laws in place that Apple and HP have disregarded. Apple and PC know or should know that these things are true and yet they sell their products in an illegal fashion that sets their customers up to be injured.


**56.  GERIATRIC SEX ADDICTION:** there are countless old men who are coming forth to seek help for sexual compulsive behavior due to how the sexual imagery online has impacted them. Given the accessibility, one can now access sexually vulgar images in two seconds that

Case 3:13-cv-00955   Document 1   Filed 09/13/13   Page 31 of 78 PageID #: 31

were nonexistent 10 years ago. Neropathways can change in the brain in males no matter what their age, but male adolescents are especially susceptible. This is why old people are seeking help for sexually compulsive behavior after they too were provoked by morbid curiosity presented by the easily accessibility of online pornography on devices that failed to provide any warnings of the dangers associated with their products.  Apple and HP are placing males of all ages in a position to be injured by failing to warn and take proactive preventive measures.

### 57.  PORNOGRAPHY ONLINE IS HURTING WOMEN WHO WATCH IT TOO:

Although it might be unusual for a woman to walk into a sex shop. Some women are taking more risk online. After all no one wants to be alone, and we all want to feel loved. Women are doing very male like things given the private nature and easily accessibility of the internet on Apple and HP devices. Because HP and Apple have failed to sell their products on safe mode, many woman are putting themselves at risk by meeting people who are high risk. Further, many women think that to get a man they have to replicate what the girls are doing in the porn videos, which ultimately create crushing expectations and sets them up to develop stimulation/intensity additions of their own. Females were not designed to be treated like that women in porn videos. Women who are sucked into the vulgar world of internet pornography through their Apple and HP products are losing the capacity for intimacy and to form bonds themselves. Such women who have bought into the lie that porn is harmless end up alone often.  Pornography is making it more difficult for women to experience intimacy in the same way that it is impacting men. A drop in oxytosen is occurring that hurts both sexes. Here is Maria's story: http://www.youtube.com/watch?v=cQR4FF6qLBk.

58. **I AM NOT ANTI-SEX**: I am pro-healthy sex. I am an advocate for erotic sex between committed partners who have the capacity to be present, who have  intimacy based sex, that reinforces their covenant connection and security with one another. Don't get it twisted, this lawsuit is about pushing culture in a position where people will have a better kind of sex. Imposing unilateral filter requirements will serve to further shift us back to a place were sex is beautiful again, where it is spiritual, where it is worth protecting, and where is sacred, while messages promoting promiscuity should be viewed with caution. Installing filters reinforces the notion that sex between members of the opposite sex in a covent relationship is prized and worth safeguarding, above all forms of relationships in our society in contrast to the liberal counter productive pop culture agenda which is destructive and a manufacturer of misery. By joining the "joint task force" with the UK, our Nations send a message to the world that marriages and children are worth protecting, and that sex is special.


59. **SOMEONE'S DAUGHTER, SOMEONE'S FUTURE SPOUSE:**   Females are meant to be treated with affection, tenderness, and due care by us men.  I am begging the decision makers at Apple and HP to send that message to their own wife's and daughters by being responsive to this mission, by agreeing to sell their products on "safe mode," which could help shift our cultural prospective in a healthy and more rewarding direction.  After all, the girl in the porn video is someone's daughter, some man's future wife; the man in the porn is someone's son, and someone's future husband. The question begs what if that was your daughter or your future wife, or from the females prospective, your son or future husband. Those engaging in porn creation are

hurting not only the viewer, but their future significant other in creating a permeant fix record of

sex with someone they were not in a committed relationship with. Apple and HP are violating

universal moral principle by encouraging their customers to watch this activity by being non-

responsive to outrageous conditions.  The future spouse of a former porn participant has grounds

to sue Apple and HP for intentional infliction of emotional distress upon discovery of the

pornographic content that Apple and HP are distributing every time they sell their devices. The

installation of filters would absolve HP and Apple from liability to that end under the spirit of the

principles in the Second Restatement of Torts.


**60.  THE BENEFITS OF PRESET FILTERS OUTWEIGH THE COSTS:** Rational decision

making is predicated on the benefits outweighing the costs. If device makers and the legislature

were to adopt this proposal, there could be some websites that are inadvertently blocked as a

result of their policy. But the minor loss would not outweigh the major benefit in subscribing to

the "joint task force" with the United Kingdom.  These incidental losses would be without

material consequence. Protecting families, decreasing sexually compulsive behavior, reducing

the demand side of sex trafficking and child pornography are superior considerations to any

possible downsides related to inadvertent loss of inconsequential information.


**61.  THIS MATTER IS FUNDAMENTAL TO OUR SPECIES:** But for the advent of the

internet, we probably not even be considering any kind of court cases that could allow any Court

to even consider something as vile as idea of same sex relationships being remotely considered

as valid.   The unregulated internet on devices made by Apple and PC is shifting our cultures

perspective of sex in tragic ways, where we think its acceptable to ratify a lesser form of relationship as same sex ones, which will always inherently be self-evidently foul and incapable of producing physical life. We to have an honest public discussion and face facts regarding the importance of promoting healthy forms of sex in order for our species to thrive. As Aristole said "Without Courage, we have no virtue." We must face our demon that device makers deliver to us by shirking responsibility.

**62. HELL, FIRE, AND MISDIRECTION**: While I am a huge proponent of the Bible, I did not file this lawsuit because I of the mindset of an angry "bible banger" standing on the street corner yelling: "repeat ye sinners or you gonna burn in hell for watchin' that there porn." That is not what this lawsuit is about. It is about the wrongful exploitation of the male biology, protecting adolescent minds, safeguarding marriages, giving us increased capacity to form bonds, decreasing the demand side for sex trafficking, reducing sex crime, improving the quality of life for all of us, diminishing the demand side of child pornography, and creating an environment were sex can be at its best.  This lawsuit is designed to encourage great sex, not inferior kinds. This is a scientific based lawsuit that just happens to coincide with judeo-christian values because one set of truths tend to support and ratify another on its face. Online marketers are flooding the internet with provocative images that are specifically designed to induce males into the endless world of internet pornography, which tragically remains one click away at all times without filters. Its difficult these days for us males to access the internet and not be subjected to endless pop ups of provocative images that are crafted to tantalizeand entice us males into a world of pornography that is silently addicting and destructive.

**63.  THAT WHICH IS MOST PRIVATE IS MOST PUBLIC**: Millions of people suffer from online porn addiction. It is such a shame and guilt based condition that no one wants to deal with it.  Millions of people deny it exist but there is  a lot more science that is backing the realities of pornography addiction.

People are now having sexual compulsory problems that never would have happened without access to the internet. But the internet is not the superseding problem. The device makers are to blame.

**64.  LUWINSKY AND CLINTON**: Take President Bill Clinton's affair with Monica Lewinsky. At the time of the incident, President Clinton was married. He had more to lose than all of us given his position. But he elected to have an affair with Monica Lewinsky, as a form of anxiety reduction, compartmentalization, and coping mechanism that had adverse implications for our country as a whole.  President Clinton let the entire nation down for a few moments of personal gratification as a stress reliever, with a companion who wasn't even very attractive.  At the end of the day, Bill Clinton is merely just a flawed man, who is wired for sex like the rest of us guys. Just because someone has an impulse does not mean that it should be encouraged or acted upon. There are some important take aways from the President Clinton situation, given what he was willing to risk verses the reward. Apple and PC have a duty to engage in practices that reduce the wrongful exploitation of our biology and increase sexual compulsory behavior. Online pornography trigger sexual compulsory behavior more so than any other source.  It warps our perception to think of sex as intensity base source of escapism that compels self-destructive

behavior that reduces the quality of one's life and leave one worse off than before.   Apple and

HP would be reducing the kind of sexual compulsive behavior in lives that almost caused Bill

Clinton to be impeached by simply installing preset filters.

**65.  INCONSISTENT OBJECTIONS FROM OPPONENTS AND THE LIST OF**

**NAMES:"** Pornography is about trying to fill, escapism, and numbing out. This was what it is

designed for in the same way that illegal drugs are. Its about escapism and experiencing a rush.

If individuals who are over 18, who believe that they can manage the risk that stem from viewing

porn want to "op in" and get the password to remove the porn filters, such individuals names

should go on a list that could be subpoenaed and made publicly available. Those who "opt in"

should have no objections to this because they have asserted that they do not believe in the perils

of pornography by opting in. They assume the risk. Any objections they might have should be

overruled because by opting in their are either admitting that they have bad judgment or that porn

is harmless, and so they should have nothing to worry about by having their name added to the

list if that is the case. They cannot have it both ways. On the one hand they cannot say that

pornography is harmless only to balk at having their name added to the list upon "opting in." If

fear of having one's name added to the list is the same kind of deterrent that keeps guys from

going to a porn shop to face to look the clerk in the face as they check out, then so be it. We'll all

be better off if we help one another choose a better way of life.

**IDENTIFYING THE TREND**

66. **THE CLASSIC GROWING TREND AND SCENARIO**: I do not really understand how

anyone could be shocked at my filing of the original lawsuit or this one.  Here is the common

progression of a typical scenario impacting millions of men. A man is in a committed

relationship with a woman. The man subsequently purchases Apple and HP computer

exclusively for work purposes. The computers are sold to him without filters nor do they contain

any warnings about the dangers of porn that can be access on the device. The man does not even

know about the possibility of filters because he is not computer savvy. Additionally, the man

believes that he has the will power to resist looking at porn. The man and woman have intimacy

based sex that reconfirms their commitment to one another. The man gets in the habit of having

sex regularly and his body adjust to that as part of conditioning. One night the woman is not in

the mood for sex, but the man is. The man gets on his computer in the privacy of his home office

to do work. But he is inundated with pop up ads featuring provocative looking woman with

revealing parts that are reasonably calculated to trigger his sexual response systems causing him

to feel distracted and turned on by what he sees. The man then accidentally keys in words that

lead him to a porn site. Or perhaps the man is enticed to clicks on the ad inadvertently or in a

moment of weakness that leads him into the endless oceans of pornography online that has at all

times been just one click away. Obviously, the porn is more exciting than the boring/stressful

work he was working on.

67. Upon seeing the porn, the man is overwhelmed with temptation. There are no warnings by

Apple or HP that the content he was come in contact with could damage him, but by that point it

doesn't even matter. He surreptitiously uses pornography for the purpose for which it was created

without letting his partner know. The episode allows the man to escape and numb out in the same

way that using illegal drugs would. There are no warnings that there is anything wrong with this

practice; the man feels that he is not hurting anyone because he is just watching sexual content

from afar; so night after night the same cycle repeats as a stress reliever and escape mechanism, when the woman is sexually unavailable. A new kind of conditioning begins to take place unknowingly. The man becomes rewired for intensity, not intimacy. There is an element of secrecy, lust, and forbiddenness introduced into his sexual reward cycle under which he desires different. Eventually, the woman who he is in a relationship with cannot provide the same sexual stimulation that the porn stars on multiple pages that are open on two computers can. Eventually, the man loses the capacity to emotionally connect with the woman because the porn has rewired him. His dopamine receptors have been sent into over drive, which has an adverse impact on Delta fosb absorption. The relationship that was good for him, the woman, their child, and society falls apart. Children that would have been born never come into existence. The quality of everyone's life is grossly depleted. Society must then subsequently demand with the various forms of fall out that comes from a broken home that cost tax payers tremendously. Eventually, the excitement of porn decreases for the man after he turns to more extreme forms to experience the same rush. The man gets to the point that he decides that he would like to have porn type sex in real life. The man then begins dating promiscuous girls who have bought into the philosophy and values promoted by Miley Cyrus, as portrayed in her knew video appropriately named "Wrecking Ball." http://www.mtv.com/videos/miley-cyrus/954189/wrecking-ball.jhtml#artist=2408193. The whole point of the new dating relationships is for this man to experience the fix of "hooking up"and "getting off.". Emotional connection or bond formation have no part of this process. As time progresses, the man decides that it makes logical sense for him to just pay for escorts to save time and avoid emotional messes. Sex becomes tied to money, power, convenience, and control. The man, who was otherwise moral and law abiding, begins

employing escorts through backpages.com that he accesses with ease on his Apple and HP.

These illegal practices cause the man to become completely emotionally numb and incapable of

forming meaningful connections, after conditioning himself to objectifying members of the

opposite sex. The quality of the mans life becomes dismal compared to what it was or what it

could have been.  Eventually, the man develop the need to up the excitement of perverse sex

even more to maintain the same degree of the rush he was experiencing. To do so he begins

flying to Taiwan, where he pays off the police to have sex with minors, who are held captive

against their will by members of organized crime groups, who have abducted the victim by trick.

The man wants to stop but finds that he cannot. The man is not alone in this pattern; there are

hundreds of thousands on the same path.  Our government, as well as others, then have to expend

resources to combat these kinds of practices, which costs tax payers tremendous sums of

resources to the point that the budget for sex crimes surpasses the budget for the war on drugs.

The man wants to stop but feels that he cannot because he has been reprogramed by pornography

that was assessed on his Apple and HP. Meanwhile, he has not been warned of the perils of

online pornography by HP and Apple. All of this could have likely been avoided if the Apple and

HP were sold with filters that would have prevented him from inadvertently stopped him from

coming in contact with porn online. Online Porn that is accessible on HP and Apple can start a

process where stage feeds the other until we are "dead." Dead spiritually, dead emotionally, dead

relationally, and dead physically. The installation of preinstalled filters could prevent cases like

this.

68.  Fortunately, this scenario did not play out of myself like that. But it could have. Apple and

HP's products were the delivery mechanism for destructive pornography that was not harmless.

My way of recovery and rebooting was to take a proactive role in supporting the fight against sex trafficking on the extraction side. Additionally, this lawsuit is my way of recovering from the adverse impact of pornography and to expose the horrible danger it posses, if we are not more responsive to the realities of it. If the demand side of sex trafficking does not exist, then girls will not be sex trafficked. Guys who are engaging in sex trafficking, did not start out as sex criminals marked with morbid curiosity. The rampant online pornography that is made readily available on Apple and HP products has a lot to do with the increase in encouraging the demand side sex trafficking and production of child pornography.

69. **SIGNIFICANCE OF BACKLASH:** When I filed the original complaint against Apple, I included a vocal edit music video for Zedd's "Shave It" that included a message by Standford Psychologist, Philip Zimbardo, called "The Demise of Guys." The video got thousands of views and hundreds of disparaging comments were made which ultimately even caused the video to be removed. Youtube said that the video violated the terms and conditions because it referenced porn (The video has been reposted properly here and meets the education exception to their policies: http://www.youtube.com/watch?v=aVXmzZdRcNE).

70. That activity has significance here. Apple and PC should work with law enforcement to unilaterally zap/block sights from there computers like "Backpage.com" and others that are clearly running prostitution circuits and encouraging the proliferation of organized crime. Apple and PC are not state actors. Apple and PC have no incentive not to work with the federal and state law enforcement to have such sights blocked. "If you want to kill a snake, you have to cut its head off." The burden of fighting and preventing sex crimes should not just fall on law enforcement. We all have a collective duty to oppose criminal misconduct if its within our power

to. HP and Apple should make reasonable attempts to not allow their devices to be used to

proliferate crimes against humanity. If backpages.com has a problem with this, then they can go

manufacture their own computers, but neither Apple nor HP should allow their customers access

to sights like Backpages that are hubs of prostitution. (To make this uniform Congress should

pass a law that subjects all device makers to the proposal put forth by the British Prime

Minister). I hope that one of the impacts of this litigation is that the doors between law

enforcement and device makers will be further open for the benefit of us all.

71. Other sights like Backpages will pop up, and Apple and PC will not be able to block all porn

and all websites that facilitate prostitution. But that does not relieve Apple and HP from the duty

to having to attempted to block such sights when their devices leave the store. Just as Apple and

HP send out soft ware updates, Apple and HP can send up filtering updates. What neither I nor

the British Prime Minister are demanding is perfection, but we want best efforts made in good

faith to stop criminal activity by using common sense.


**72. STARTING POLITICAL CAREER IN A SEX SCANDAL**: Suffice it to say, unlike
Anthony Weiner, I prefer to step out onto the stage of politics in the midst of a sex scandal, not
subsequently. (I'm not interested in politics just right and wrong).


**ANTICIPATORY DEFENSE TO SMEAR CAMPAIGNS AND TINKER BELL TACTICS
FROM MY OPPONENTS IN OTHER CASES THAT EXTEND FROM MY TRACK
RECORD OF WHISTLE BLOWING:**

**73.** Given the public interest in these matters, I am going to ward off a preemptive attack by my

opponents as it relates to dis-credidation tactics. If Apple and HP would like to initiate a smear

campaign against me, as a form of opposition, because they are not interested in adopting my

proposal they should be advised that they are a tad bit late to that party. That idea has been carried out multiple time by my adversaries in other controversies. I am a whistle blower by nature.

   *"Phony Stalker Charge To Assail Integrity"*:  Celebrity Apprentice and Country Western singer John Rich had me falsely arrested for stalking and filed a frivolous $20,000,000 lawsuit against me after I exposed a litany of corruption that derailed his plans to run for Governor of the state of Tennessee and threatens his new deal with T.V. Guide/CBS Corp/Loins Gate. Although Donald Trump didn't "fire" poor Rich, Mr. Rich's legal tactics have completely backfired by costing him millions of dollars and exposing him to be a calculating fraud, who lacks the capacity to let things go as demonstrated here: http://www.youtube.com/watch?v=oywB5aOUg4c. For proof positive that I was framed by John Rich see exhibit the lawsuit that I filed contemporaneously with this one. (See Attached exhibits).

   *"A Second Phony Stalker Allegation To Capitalize on Media Coverage By An Aspiring Actress/Model :"* The John Rich phony stalking charge made such a sensation in the news that an aspiring model actress Nila Frederickson, thought it would be wise to jump on the bandwagon and falsely accuse me of stalking as well to still up the media hoopla again for her benefit. (See the Lawsuit that was filed contemporaneously with this one).  Since she wanted to be famous so bad, here is her profile: http://macsamax.com/amax/models/scout/nila-frederiksen/book/

   *"Phony Dignoises OF False Mental Illness In Iraq To Keep Me From Reporting To DoD IG Against A Congressman"* While in Operation Iraqi Freedom, I promised to report Congressman Windle to the office of the Inspector General while acting within the scope and line of my duty as a Judge Advocate for mismanagement and abuse, for having improper sexual

relations with a lower enlisted Soldier in violation of General Order 1, and for violating DoD

regulations. To silence my voice Congressman Windle misused the combat stress clinic to keep

me silent. He had a psychiatrist Major Lewis falsely find that my efforts to report the

Congressman was "grandiose" and therefore, evidence of mental illness, even though I was doing

my job as a Judge Advocate General on behalf of my commanders in Mosul. This caused me to

be confined and grossly abused in a effort to keep me quiet - which was in fact traumatic.

Undeterred, I filed a lawsuit against Congressman Windle in Federal Court, the complaint is

attached. Also, in August 2013, I asked the DoD IG to reopen the matters. Yet, my adversaries in

other cases have had a virtual field day with this maneuver from Congressman Windle.

   "*The Lets take Away His Law License Trick By Using His Military Service To*

*Discriminate Against Him*" Nancy Jones is the Chief Disciplinarian at the Tennessee Board of

Professional Responsibility, which is an agent of the Tennessee Supreme Court. I reported the

former President of the Nashville Bar and member of Neal & Harwell, Bill Ramsey to the ethics

commission for verifiable misconduct in representing John Rich. Mrs. Jones not only failed to

prosecute Mr. Ramsey, who she was friends with, she began relentlessly antagonizing me with

frivolous ethical inquiries. This was no different than how the Alaskan ethics commission

blanketed Vice President candidate Sarah Palen with frivolous ethical inquires or how the IRS

targeted christian conservative groups with inquires given value systems that differed from their

own. Mrs. Jones was jockeying for a slot on the Court of Appeals at the time and wanted the

support of Neal & Harwell, so she began abusing me to cur. I filed a lawsuit against Nancy Jones

for abuse of process because she was misusing her position at the BPR to interfere with valid

civil litigation. To accomplish what she would not have been able to through the ethics

commission, Mrs. Jones and her agent, Krisann Hodges, picked up on the move from

Congressman Windle and attempted to use my military service as a sword to prejudice my

personal interest in a manner that has constituted willful discrimination against a combat veteran.

Not only did Mrs. Jones and Mrs. Hodges violate HIPPA in that process, they got the TNS to

ratify unconscionably corrupt acts that impeach the integrity of the Court itself because it has

participated in discrimination against veterans. Currently, I have filed motions to have the

Tennessee Supreme Court's prior decision vacated for good cause.

So, the point is that it should be so noted in the event my opponents here want to try the

discreditation method route as others have attempted.

**74. BRING ON THE PERSECUTION AND PROSECUTION:** When someone proposes

truth in this manner that I am, I expect three phases to occur: ridicule, violently opposition, and

then its accepted as self-evident. Yet, I expect Apple, HP, all other device makers, and Congress

to join the "joint task force" with the United Kingdom. I am being persecuted and prosecuted at

every turn for filing this lawsuit, but that will not stop me from staying the course because I care

about people and how porn is hurting them like it did me. It has to stop.

<u>PARTIES:</u>

75. The Plaintiff was residing in Tennessee at the time of the injury at 9 Music Square South 247,

Nashville, TN.

76. Apple Inc., formerly Apple Computer, Inc., is an American multinational corporation

headquartered in Cupertino, California that designs, develops, and sells consumer electronics,

computer software and personal computers. Its best-known hardware products are the Mac line

of computers, the iPod music player, the iPhone smartphone, and the iPad tablet computer. Its

software includes the OS X and iOS operating systems, the iTunes media browser, the Safari web

browser, and the iLife and iWork creativity and production suites.

77. HP is a Corporation located at 3000 Hanover StreetPalo Alto, CA 94304-1185

## JURISDICTION

78.  Plaintiff brings his complaint under federal diversity jurisdiction, 28 U.S.C. 1332, as the

parties are completely diverse in citizenship and the amount in controversy exceeds the minimal

jurisdictional limit of $75,000.

79.  This case arises under the United States Constitution and 42 U.S.C.Sections 1983 and 1988,

as amended. This Court has jurisdiction in this matter pursuant to 28 U.S.C. Sections 1331 and

1343. The declaratory and injunctive relief sought is authorized by 28 U.S.C. Sections 2201 and

2202, 42 U.S.C. Section 1983 and Rule 57 of the Federal Rules of Civil Procedure.

80. This Court is an appropriate venue for this cause of action pursuant to 28U.S.C. 1391(b)(1)

and (b)(2).

## FACTS:

81. The Plaintiff purchased an Apple Computer from the Apple Store. The Plaintiff purchased a

HP from a store that sells them.

82. The computers came with preinstalled software that was intentionally designed to allow the Plaintiff to incorporate materials on the internet on the device.

83. Neither Apple nor HP gave any warning to the Plaintiff that he could be injured by using their products as intended.

84. Neither Apple nor HP provided the Plaintiff with any warning that he could encounter pornographic content in using their device that might decrease the quality of his life, cause addiction, and be harmful.

85. Apple and HP were aware when they sold the device to the Plaintiff that it was probable that he would encounter pornography online the internet could cause him to be adversely impacted.

86. Despite this knowledge, neither Apple nor HP failed to do anything to keep the Plaintiff from coming in contact with the content that would ultimately cause the quality of his life to diminish.

87. The Plaintiff has the right to be free from unknowingly developing an addicting as a result of using the Defendant's products.

88. The Plaintiff has the right to not have pornography decrease the quality of his life by accidentally accessing porn on HP and Apple devices.

89. HP and Apple were aware that the Plaintiff, along with all other normal healthy males, was sexually stimulated by visualization of illicit content that could be access in abundance on their products.

90. HP and Apple were aware that the Plaintiff's dopamine levels would be impacted by viewing pornography that was accessible on their devices.

91. HP and Apple knew that when pleasure pathways are used compulsively a downgrading occurs in a neurotransmitter called dopamine. HP and Apple were aware that porn that is accessible through their products has the potential to reset the pleasure thermostat in their costumers brains, as it did in the Plaintiff, as it destroyed his capacity for intimacy.

92. HP and Apple know that nearly all of their male customers are stimulated to by sight.

93. Apple and HP had a duty to warn the Plaintiff of the ways in which his mind and body could be altered in using their products.

94. When Apple and HP sold the computer to the Plaintiff they knew that in using the software as intended that the Plaintiff could stumble upon pornographic content that would cause compulsory sexual behavior, arousal addiction, and decrease the Plaintiff's capability to experience intimacy by hijacking his dopamine receptors.

95.   When Apple and HP sold their device to the Plaintiff, they did not card him to ask him if he was over 18, knowing that if the Plaintiff used the device as intended that he would come in contact with pornographic content that would cause them to be in violation of child obscenity laws, if he was a minor.

96. Apple and HP violated child obscenity laws by not verifying the Plaintiff's age before they sold him their product that became loaded with pornographic content, when being used as intended.

97. The Plaintiff has never smoked a cigarette in his life. He has never tried illegal drugs ever. The Plaintiff does not drink. The Plaintiff has no history of addiction whatsoever, until he purchased the Apple and HP products.

98. Neither Apple nor HP provided any warnings that accessing pornography through their devices could cause arousal addition, stimulation addition, or a decrease in the quality of the Plaintiff's life.

99. The Plaintiff stumbled into Porn on his HP unintentionally, when he type "cream pie" in a search engine because he was interested in making one.

100. The Plaintiff stumbled into porn on his Apple when he misspelled "Facebook.com."

101. The Plaintiff was relentless enticed to look at pornography by the constant pop ups that amounted to "hooks," as he worked on otherwise not as interesting subjects.

102. These pop ups were distracting and reasonably calculated to exploit the Plaintiff's attraction by sight him to click on the ad.

103. The purpose of porn is unquestionably vicarious sex.

104. Apple and HP know that the porn accessible on their product causes sexually compulsory behavior.

105. Apple and HP know that porn accessible on their product causes intensity addiction.

106. Upon stumbling into porn on his HP and Apple computer, the Plaintiff became hooked.

107. The Plaintiff discovered that he could use pornography to escape reality and to numb pain.

108. This discovered entered into the reward cycle of the Plaintiff and hijacked his capacity for intimacy.

109. This escapism because addicting and caused the Plaintiff's quality of life to deteriorate.

110. As a result of observing porn on the Defendant's products, the Plaintiff's quality of life suffered.

111. The Plaintiff lost his wife and child as a result of his porn addiction that was developed because of Apple and HP products.

112. If the Apple and HP had filters in place, the Plaintiff never would have been injured in this capacity.

113. If Apple and HP had sold the Plaintiff him their products on safe mode, he would have never opted to remove the filter, even if the option was available to do so.

114. If Apple and HP had made better attempts to block pornography the Plaintiff would not have stumbled upon it by accident or been enticed to investigate it.

115. Eventually, the Plaintiff became to not just want to look at porn but to participate in porn scenarios in real life. He began having dates with countless beautiful girls, just hoping to have intensity based sex because that is what porn conditioned him to desire.

116. Since the Plaintiff was classically conditioned by pornography to be conditioned to desire to get the fix of just getting off with an attractive member of the opposite sex, the Plaintiff began to investigate ways to skip the dating process. Because doing so was logical.

117. The Plaintiff discovered backpages.com. Backpages.com's adult escort section took up the slack, when Craig's list closed down its adult section.

118. Backpages.com adult section is unquestionably a hub for criminal prostitution.

119. There are women of all age, race, and nationality who make themselves available for sex for pay in every major metropolitan area in the world. There are no emotional strings attached to these prostitutes.

120. Accessible porn lead him to the Plaintiff to the very door step of the dark world of criminalized sex on demand made available on Apple and PC products with absolute impunity.

121. As a man, it was easy for the Plaintiff to see how online pornography could proliferate the demand side of sex trafficking.

122. The Plaintiff is an attorney and is not a scoff law. He is a man of honor that prides himself on integrity, and yet, he was nearly completely undone and crippled by the potency of the porn effect.

123. Instead of opening the door that back pages presents the Plaintiff, chose to join causes that fight sex trafficking, as a form of recovery and to expose this problem.

124. Filing this lawsuit demanding that device makers heed the call to the British Prime Minister to help us guys protect ourselves from ourselves is a form of recovery to reverse the process that Apple and HP products started.

125. If the opportunity for voyeuristic sex was greater limited by device makers the quality of the Plaintiff's life would be dramatically improved.

126. If this is true for the Plaintiff, it is the case for millions of other guys, who do not have the courage or the skill set to do what the Plaintiff is doing here.

## CAUSES OF ACTION

## COUNT ONE FRAUDULENT MISREPRESENTATION

127. The Plaintiff realleges and incorporates by reference each and every allegation contained in the preceding paragraphs as if set forth fully herein.

128. The Apple and PH intentionally misrepresented to the Plaintiff a material fact in regards to the dangers of their products in so far as they allowed him to come in contact with content on their machines that damaged him.

129. Because the Plaintiff reasonably relied on the misrepresentation that use of the Mac Book was safe, the Plaintiff continued his use of safari and suffered severe loss of enjoyment of life, loss of his capacity to earn a living, medical expenses, physical and mental pain and suffering.

130. Neither Apple nor HP did anything to safeguard the Plaintiff from using their devices in a way that foreseeably exposed him to content that was damaging.

131. Apple and HP help their products out as being safe when the Plaintiff purchased the device, when they knew that the Plaintiff would come in contact with addicting content through the normal use of their device.

132. Apple and HP were aware of the abundance of obscene pornography that could be access through the normal use of their devices. Yet, neither Apple nor HP did anything to prevent the Plaintiff from coming in contact with the damaging content.

## COUNT TWO PRODUCTS LIABILITY

133. The Plaintiff realleges and incorporates by reference each and every allegation contained in the preceding paragraphs as if set forth fully herein. Plaintiffs aver that Apple and HP, by processing, manufacturing or furnishing electronic devices that allowed unfiltered assess to addicting content that was a significant and substantial health risk to the public at large, and more particular, to the Plaintiff, violated the Tennessee Products Liability Act of 1978, T.C.A. § 29-28-101, et seq. T.C.A. § 29-28-105 provides that manufacturers, processors, or finishers who provide products which are unreasonably dangerous are held strictly liable for any injury to a person caused by that product.

134. Apple and HP knowingly sold devices that gave their customers, to include the Plaintiff, access to harmful content that they knew could cause addiction and could cause the quality of their customers lives to diminish. Apple and HP could have taken a few easy steps to protect the Plaintiff from coming in contact with unwanted materials by selling the product on "safe mode" but failed to do so. (If Apple can install safari software to connect to the internet, it can install

filtering software to protect the customer from unwillingly coming into content that causes

damage from the normal use of their products).

135. As manufacturer, processor, or furnisher of a device that allowed the Plaintiff to access

addicting content without warning, Apple and HP processed a finished product which was

unreasonably dangerous or defective pursuant to T.C.A. § 29-28-102(2)(8) inasmuch as the

danger of stumbling upon pornography that causes addiction was not one that would have been

contemplated by the ordinary consumer and inasmuch as the content accessible through the use

of the computers proved it to be defective or in a dangerous condition that it would not have been

furnished to the public by a reasonable prudent manufacturer, processor, or furnisher.

136. Apple and HP sold computers to the consumer with software to access the internet without

any filters to block addicting pornography. They failed to provide the Plaintiff with any warning

that viewing pornography online could be psychologically harmful and addicting.

137. The devices were in an unsafe condition without having installed filtering porn software or

control settings that block porn at the time it left the Plants.

138. The Plaintiff avers that the injuries suffered were a direct and proximate result of the

unreasonably dangerous or defective condition of the products created by Apple and HP in the

absence of pre-set filters upon sale. Apple and HP knew the damaging and addicting qualities of

pornography and are liable and answerable to the Plaintiff for the injuries suffered.


## COUNT THREE RES ISPA LOQUITAR RELATING TO PERSONAL INJURY


139. The Plaintiff realleges and incorporates by reference each and every allegation contained in

the preceding paragraphs as if set forth fully herein. Apple and HP have a "duty" to act "reasonably."

140. It is unreasonable for Apple and HP to place a burden on their customers who do not want inadvertently come in contact with pornography to have the burden to instal filtering software.

141. Apple and HP are well aware of the amount of pornography online and how internet marketing companies are attempting to entice males to get hooked on porn.

142. It used to be the case that it took time, money, and expense to view pornography. Now it takes time money and expense to avoid it on the Defendant's device, which is an unreasonable and unjust circumstance created by Apple and HP.

143. Apple and HP placed an undue burden on the Plaintiff.

144. Apple and HP knew that Plaintiff is attached to beautiful women by sight, as all normal healthy males are.

145. Requiring those who want to avoid seeing pornography to have the burden to take steps to install filters is unreasonable.

146. Apple and HP sell their products to their customers with software that allows them to

connect to the internet and expects that they will, as part of the normal use of their products.

147. Apple and HP knew that the Plaintiff could stumble on upon content that had addicting qualities and could produce sexually compulsive behavior that would diminish the quality of the Plaintiff's life.

148. It would be an easy and inexpensive fix for Apple and HP to sell their products on safe mode which would filter out illicit pornographic content.

149. If Apple and HP have sold their products to Plaintiff in safe mode, he would not have stumbled upon pornography and become injured.

150. Neither Apple nor HP warned the Plaintiff of the harmful impact that porn could have on his life if he was to stumble upon it through the normal use of the device they sold him.

COUNT FOUR RES

ISPA LOQUITAR RELATING TO INJURY OF WASTE

151. The Plaintiff is a tax payer.

152. Presumably some of the money that the Plaintiff pays goes to law enforcement to include units that fight cyber crime.

153. The budgets for law enforcement relating to cyber crimes has increased in recent years.

154. Wasting tax pay dollars is an injury to tax payers, like the Plaintiff.

155. Apple and HP have a duty to act reasonably.  Yet, Apple and HP have breached this duty by selling devices to minors in violation of child obscenity laws. Apple and HP have breached their duty to act reasonably knowing that their devices are being used in a manner that encourages organized crime and criminal activity to include prostitution. Apple and HP have not acted reasonably knowing that their products are being used to encourage sex crimes through the unwarranted objectification of women.

156. Apple and HP breached a duty to tax payers by not selling their devices with filters, which has increased the demand side of sex trafficking, child pornography, and other forms of criminal sexual misconduct.

157. Fewer of the taxes paid by the Plaintiff would go towards fighting sex crimes, if Apple and HP honored its duty to act reasonably by selling its devices with filters in accordance with state law.

158. Accordingly, the Plaintiff has been directly injured by the Defendants breach of their duty in this regard and has standing under this claim, as well as the others.

## COUNT FOUR OUTRAGEOUS CONDUCT AND INTENTIONAL INFLICTION OF

## EMOTIONAL DISTRESS

159. The Plaintiff realleges and incorporates by reference each and every allegation contained in the preceding paragraphs as if set forth fully herein. Apple and HP knew or should have known that all male customers, which includes the Plaintiff, are chemically and biologically designed to be attracted to females by sight.

160. Apple and HP knew or should have know that the Plaintiff could accidentally stumble upon pornographic images that would hook him into the online porn world to the point of causing arousal addiction.

161. Apple and HP knew or should have know that the impact of such a condition could destroy the Plaintiff's family, quality of life, income producing capability, and so forth.

162. Apple and HP could have easily sold its devise with filtering software installed which required the Plaintiff to take an additional step to acquire a password that was specifically designed to have the filter removed with little burden to itself.

163. The foreseeable and proximate cause of the injuries inflicted on the Plaintiff directly stem from Apple and HP's failure to act.

164. The fact that Apple and HP were well aware of the of damaging qualities of pornography but did not provide any warnings to the Plaintiff of how the content assessable on their products could cause him injury.

165.  The burden placed on Apple and HP to make the adjustments to keep their products from harming their customers is low.

## TORTIOUS INTERFERENCE

166. The Plaintiff had a marital contract.

167. The manner under which the Defendants sold their products to the Plaintiff interfered with this contract, causing breach.

168. The Defendants' breach was the proximate cause that injured the Plaintiff due to the Defendant's negligence and reckless disregard for his well being.

## COUNT FIVE NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

169. The Plaintiff realleges and incorporates by reference each and every allegation contained in the preceding paragraphs as if set forth fully herein.

170. Defendants owed the Plaintiff a duty of care by selling him a device that would not cause him mental, physical, and emotional injuries and diminish the quality of his life.

171. The Defendants breached their duty of care by negligently, accidentally or recklessly creating a punishing, hazardous and unduly harsh living environment, by negligently, accidentally or recklessly failing to safeguard the mental and physical health and well-being of Plaintiff by selling him a device that was not set on "safe mode," and by negligently, accidentally or recklessly failing to provide plaintiff with notice of the dangers of pornography that was accessible through the device.

172. Apple and HP's breach of this duty directly and proximately caused the Plaintiff to suffer damages, mental and emotional, including fear, humiliation, depression, severe physical, thrill seeking, and emotional distress in causing the quality of his life to diminish.

173. As a result, the Plaintiff has been damaged in an amount to be determined at trial.

175. WHEREFORE,

1. Plaintiff demands a preliminary and permanent injunction be imposed on products created by Apple and HP, going forward that requires the installation of software that makes reasonable attempts to block pornography online. The Plaintiff demands that the injunction cause HP and Apple to comply with child obscenity laws. The Plaintiff asks that the filtering software not be removed, by Apple or HP unless the purchaser can prove that he is over 18 years of age and requests that the filters be removed. Otherwise, the filters should remain in place.

2. The Plaintiff demands that Apple make a donation to A21, Stop Sex Trafficking Now,

International Justice Mission, Orphan Secure, and Abolition International to assist in their effort

to combat the systemic problems that have stemmed from Apple's negligent decision to not

safeguard its customers from the inherent dangers of viewing pornography.

3. The Plaintiff demands that he be awarded an amount over $75,010 minimal jurisdictional limit

to cover loss of income, medical expenses, costs, disbursements, reasonable attorneys fees,

interest, for his personal damages, and whatever other relief the Court deems just and equitable.

4. The Plaintiff demands that a permanent and preliminary injunction be imposed on Apple and

HP to work with law enforcement to block websites that are likely engaging in organized crime,

like Backpages.com.

5. The Plaintiff demands and injunction that requires Apple and HP to respond in favor to joining

a joint task force the United Kingdom in filtering porn online to protect children and families.

Thanks so much,
s/Chris Sevier Esq./
ghostwarsmusic@gmail.com
BPR#026577
615 500 4411
9 Music Square South 247
Nashville, TN 37203
soundcloud.com/ghostwars
 yourbrainonporn.com
http://www.youtube.com/watch?v=mxJK9F0SHuQ



Case 3:13-cv-00955   Document 1   Filed 09/13/13   Page 63 of 78 PageID #: 63



# WE SERVED. VA SERVES US.

**Learn what benefits you may be eligible for.** visit www.VA.gov

Like 352k    Follow @thedailybeast    TUMBLR    75.5°   DOW 15,366.4 +85.7, NASDAQ 3,722.2 +8.2        Search The Daily Beast   SEARCH



**THE DAILY BEAST**
READ THIS SKIP THAT

HOME | POLITICS | BUSINESS | VIDEO | ENTERTAINMENT | FASHION | BOOKS | ART | WOMEN IN THE WORLD

*Featured:* WASHINGTON BUREAU  TRAVEL  THE HERO PROJECT  TORONTO FILM FESTIVAL        SUBSCRIBE - ONE MONTH FREE



# WORLD NEWS

## British Prime Minister David Cameron's War on Porn

*by Nico Hines*   Jul 23, 2013 4:45 AM EDT

**Prime Minister David Cameron sparked a furor with new rules that would block online porn unless specially requested by a household. Nico Hines reports.**

151     Like 626     Tweet 55                    52

The British prime minister thinks he can stop people watching pornography. Tech experts doubt it. But one thing is certain: his anti-porn crusade has kicked up a hornet's nest.



*Prime Minister David Cameron delivers a speech about making the internet safer for children and cracking down on online pornography at the NSPCC headquarters in London today. (Stefan Rousseau/PA, via Landov)*

David Cameron's initiative to cut off his nation's porn supply was met with a barrage of anger, consternation, and ridicule when announced on Monday. According to the new rules, adult content will be <u>automatically blocked from every home computer in Britain</u> unless it is specifically requested by the Internet account holder. And that could spark a lot of awkward conversations between spouses, roommates, and teenage boys and their mothers.

Cameron's sweeping alterations also include a deal with Britain's biggest wifi



REPSOL
*Let's invent the future*

# PROGRESS IS NOT JUST WORDS, IT'S ABOUT GOALS.

FIND OUT MORE AT REPSOL.COM

☑ **Cheat Sheet Newsletter**
DAILY
Twice a day, we deliver must reads from all over.

Enter your email address         SIGN UP

Case 3:13-cv-00955   Document 1   Filed 09/13/13   Page 64 of 78 PageID #: 64

providers and mobile phone companies to block content deemed inappropriate for under-18s for anyone in a public place.

The new rules stunned industry insiders who thought a less far-reaching compromise deal had been struck. "Something's obviously gone wrong," Dominique Lazanski, a former employee at Yahoo! and Apple, told the Daily Beast. "It's very strange, they've been working on this deal for two years and then, between the negotiating table and Number 10, something changed."

Internet security analysts said the move would do little to sanitize the darkest corners of the Internet and instead enrage regular Internet users who are likely to be blocked from thousands of perfectly safe websites by blunt-edged filters. All Internet account holders will be asked in the coming year if they want to remove new filters that would apply to every device in the household. But tech experts say the filters will be easy to evade, using VPN or proxy servers.

"It's impossible for a politician to be successful in blocking porn online," said Lazanski. "There seems to have been a lack of understanding at No. 10."

The severity of the filters will be dictated by the service providers, although an independent watchdog will ensure they are sufficiently rigorous.

Civil liberties campaigners complained the prime minister had conflated two separate issues. As well as restricting access to legal pornography, Cameron on Monday promised to make it illegal to download some forms of extreme pornography, including simulated rape scenes, and force search engines, like Google, to block search terms that relate to child abuse footage. If users do access abuse images, a pop-up window will warn them not to proceed.

> The Daily Mail newspaper, which had led a charge to crack down on "filth" online, may inadvertently get caught by the filter, too, because of the newspaper's frequent use of photos of women in swimwear on its online site.



*From swimsuit photos to outright nudity, the Daily Mail regularly publishes all sorts of scandalous content.*

Cameron's personal quest to clean up the Internet intensified after he met the parents of two children who were killed by pedophiles, both of whom had accessed child abuse images online. "There is no single silver bullet, there is no single solution but I

WORLD NEWS

CLEVER
## Syria Scatters Weapons Stock
To confuse inspectors.

RUSSIA
## Mental Hospital Fire Kills 37
Latest in a series of blazes.

STRIKES
## Al Qaeda Calls for Attacks in U.S.
Says 'should bleed America economically.'

INDIA
## Four Rapists Sentenced to Death
Plan to appeal.

UH-OH
## Assad Sets Conditions for Deal
Says the U.S. has to stop arming rebels.



### Chemical Weapons are 'Profoundly Destabilizing'

In his testimony at the House Foreign Affairs Committee hearing, Defense Secretary Hagel echoed President Obama's concern regarding the use of chemical weapons in Syria. 'Our adversaries must not believe that they can develop and use weapons of mass destruction without consequence,' Hagel argued.

  

Rice: 'Chemical    Assad: U.S.    The Great Syria
Weapons Are    Should Expect    Debate
Different'    Retaliation

# WOMEN IN THE WORLD



**TX Senator Filibusters Abortion Bill**
*by The Daily Beast*
Would force almost all clinics to close.
MORE

Case 3:13-cv-00955   Document 1   Filed 09/13/13   Page 65 of 78 PageID #: 65

think I'll be able to look those parents in the eye and say we're doing everything we possibly can to help make this situation better," he told Channel 5.

The worst of these extreme images are not typically found by regular browsing or by using traditional search engines, however, but shared peer-to-peer by pornography rings or accessed via anonymous networks.

Jim Gamble, the former head of the Child Exploitation and Online Protection agency, said the proposals will be ineffective against the worst of the images. "Let's create a real deterrent. Not a pop-up that pedophiles will laugh at but an actual deterrent where we see pedophiles being led from the police car to the court room," he told the BBC.

The new rules are more likely to prevent people from finding information on breast cancer, sex education or wine-tasting, which have been classified as suitable for over-18s in the U.K., civil liberties advocates say.

Jim Killock, from the Open Rights Group, said Cameron's plan was not only bound to fail but also sets a dangerous precedent of government intervention when it comes to freedom of expression and access to information. "I'm not sure censorship is ever the answer," he said. "It's a shocking attempt to claim the moral high ground... I don't think he fully understands what he is proposing."

A Member of Parliament for the Liberal Democrats, which is part of the coalition government, agreed that Cameron had struggled to accurately describe his own policy. "His rhetoric is not quite how things will be," Julian Huppert told the Daily Beast. "I think he's slightly exaggerating the point."

Huppert said he, too, had grave concerns about the affect of implementing widespread filters. "Too often they over-block—for instance for young people unsure about their sexuality—if you filter out references to homosexuality, then you make things a lot worse for children. It's very hard to get filtering correct."

The Daily Mail newspaper, which had led a charge to crack down on "filth" online, may inadvertently get caught by the filter, too, because of the newspaper's frequent use of photos of women in swimwear on its online site.

While Cameron's anti-porn initiative may win favor in some conservative circles, it is unlikely to secure widespread support. "The fact is people like pornography," said Alan Thomson, a London website designer. "Forcing people to explain to their mother, wife, or roommate why they want the porn filter off is hardly going to be a vote winner."

Like The Daily Beast on Facebook and follow us on Twitter for updates all day long.

Nico Hines is the London editor of The Daily Beast.

For inquiries, please contact The Daily Beast at editorial@thedailybeast.com.

TAGS: **World News, Pornography, David Cameron**

PREVIOUS
Cameron's War on Porn                    **WORLD**

NEXT
Cameron's War on Porn

YOU MIGHT ALSO LIKE

   



### Women Breadwinners On Rise
*by CNBC*
The phenomenon of women bringing home the bacon is nothing new.... MORE



### Shining a Light on Poverty
*by Janine di Giovanni*
Her name is Luci, and she's a solar-powered lantern.... MORE

**SEE ALL WOMEN IN THE WORLD STORIES**



Today you can see that I'm alive.

### Malala's 'New Life'

She is a true inspiration. Teenage activist Malala Yousafzai has released a video statement for the first time since being shot by the Taliban last October. 'God has given me this new life,' Malala says, and in return, she is launching the Malala Fund, created to help educate children all over the world.

  

Dona Anna: Intrepid in the Favelas

Women's Work: Breaking Gender Norms

The Backstory on Angelina Jolie's Report

# LATEST FROM THE DAILY BEAST



**Julianne Moore Cast in 'Hunger Games,' Miss New York Calls Miss America Fat**
And Carson Daly joins the 'Today' show.

Case 3:13-cv-00955   Document 1   Filed 09/13/13   Page 66 of 78 PageID #: 66

 salon.com          http://www.salon.com/2013/07/22/david_cameron_introduces_default_filter_to_block_access_to_internet_porn/

MONDAY, JUL 22, 2013 5:42 PM UTC

# David Cameron introduces default filter to block access to Internet porn

**Cameron says unchecked access to pornography "corrodes childhood," but critics say he is limiting free speech**

BY KATIE MCDONOUGH



British Prime Minister David Cameron  (Credit: AP Photo/Richard Drew)

Every household in the United Kingdom will soon have to opt-out of an automatic filter blocking access to Internet pornography if they want to view explicit material online, according to a new proposal announced on Monday by British Prime Minister David Cameron.

Cameron, who said access to pornography "corrodes childhood," announced that the new regulations will go into effect by the end of next year. The filter, he added, will apply to all devices connected to the household's network and across the public wi-fi network "wherever children are likely to be present."

New customers will have the filter automatically activated, and existing customers will be contacted by their Internet providers to opt-in or out. Customers who do not respond to requests from providers to accept or decline the new terms of service will have the filter automatically activated.

While Cameron has indicated that the filter is intended to target child pornography (which is already illegal and monitored in the country) and images depicting violence against women, Internet privacy, feminist and free speech advocates have expressed concerns about the new proposal.

Laurie Penny at the New Statesman nicely captures what's troubling about Cameron's "family friendly" filter, which

Case 3:13-cv-00955   Document 1   Filed 09/13/13   Page 67 of 78 PageID #: 67

is also being packaged as an effort to curb the circulation of misogynistic and otherwise violent images:

> The worst thing about this debate is that it turns a real-world, complex problem into a simple moral choice: porn is either good or bad, right or wrong, and not one shade of grey can be permitted, let alone 50. Having watched a great deal of pornography in the name of research and recreation, I can assure you that not all of it is violent, and indeed that almost any sexual taste, from the placid and petal-strewn to the eyebrow-raisingly reptilian, is catered to online for a modest fee.

> It is equally true that there is something traumatic about a lot of modern-day pornography, something repressed, violent and deeply involved with a particularly vengeful misogyny that has been on the rise only since women have become more economically independent over the past two generations. Some people like that sort of thing; others have grown up learning it as an erotic script, because sex is fundamentally a social idea. To say that dirty pictures are the problem in themselves, rather than a structure of violent misogyny and sexual control, is to confuse the medium with the message.

And as Paul Bernal also notes, the implementation of the filter raises several complicated questions about censorship and free expression:

> Will this be done automatically, or will there be some kind of "porn board" of people who will scour the internet for images and decide what is "OK" and what isn't? [...]

> Who's going to make the decisions, and on what basis? Further to that, who's going to "watch the watchmen?" The Internet Watch Foundation, that currently "polices" child abuse images, though an admirable body in many ways, is far from a model of transparency (see this excellent article by my colleague Emily Laidlaw). If a body is to have sweeping powers to control content — powers above and beyond those set out in law — that body needs to be accountable and their operations transparent. How [is David Cameron] planning to do that?

In the United States, Rick Santorum proposed a similar ban on "hardcore pornography" while vying to be the Republican presidential nominee. While campaigning on the proposed restrictions, Santorum said that "America is suffering a pandemic of harm from pornography."

*Katie Mcdonough*
 *Katie McDonough is an assistant editor for Salon, focusing on lifestyle. Follow her on Twitter @kmcdonovgh or email her at kmcdonough@salon.com.*

Copyright © 2011 Salon.com. All rights reserved.

Case 3:13-cv-00955   Document 1   Filed 09/13/13   Page 68 of 78 PageID #: 68

# Britain makes plans to filter out porn at prime minister's urging

The Takeaway                                        Published 25 July, 2013 07:00:00



British Prime Minister David Cameron, pictured on May 11, 2010, led efforts to make pornography more difficult to find. (Photo courtesy of the Prime Minister's Office.)

**Keeping adult content out of the hands of children has become exponentially more difficult since the dawn of the internet. British Prime Minister David Cameron announced this week that he was committed to keeping young people away from illicit content, by implementing a national filter on pornographic content.**



Keeping pornographic images out of the hands of children used to be as simple as creating physical barriers to the obscene content.

Nude magazine? Sell it from a high shelf kids can't reach. Explicit videos? Sell them in a kid-free section of the video store.

But with the proliferation of Internet access, those preventative measures are nowhere near enough to prevent children from accessing explicit content, and in the United Kingdon, Prime Minister David Cameron has taken large steps to put porn out of reach in the Internet Age.

Cameron announced a series of crackdown measures on Monday that he has pushed forward with the cooperation of all of the country's largest Internet service providers, as well as the biggest search

Case 3:13-cv-00955   Document 1   Filed 09/13/13   Page 69 of 78 PageID #: 69

companies in the world.

The announcement included two distinct "challenges" to Britains, including the government, parents, Internet providers, educators and charities.

The first challenge is to prohibit access to child abuse images at every point — hosting, transmission, viewing and downloading.

"The Internet is not just where we buy, sell, and socialize; it's where crimes happen. It's where people can get hurt — it's where children and young people learn about the world, each other and themselves," Cameron said.

Cameron announced the construction of a single database for police forces, including the existing Child Exploitation and Online Protection Centre, to "close the net on pedophiles."

He also called out Google, Microsoft and Yahoo for being too soft on child abuse image searchers, saying their inaction was abetting criminals who view and spread the illicit content.

"We need a situation where you cannot have people searching for child abuse images and being aided in doing so," Cameron said.

Cameron's second challenge was to parents and Internet service providers, who he said need to control underage access to the many legal sources of pornography.

"When it comes to Internet pornography, parents have been left too much on their own," he said. "And I'm determined to put that right."

All of Britain's mobile operators have agreed to put default adult content filters onto mobile phones that can be deactivated only when the user has proven they are over 18 years old, Cameron announced.

Public Wi-Fi providers have agreed to put similar filters in places like stores, hotels and on transportation by the end of July, he said.

The most hotly debated aspect of Cameron's announcement has been his partnership with companies that provide internet services in homes.

"In a really big step forward, all the ISPs have rewired their technology so that once your filters are installed they will cover any device connected to your home internet account," he said.

The change will only affect new broadband accounts or those switching providers, though companies have agreed to contact existing customers about installing a child-safe filter.

While some praise Cameron's sweeping protective measures, many people in Britain are concerned about free speech violations and the possibility of making things worse.

Case 3:13-cv-00955   Document 1   Filed 09/13/13   Page 70 of 78 PageID #: 70

"When you try and control anything by clamping down in every way you possibly can, you force something even further into the shadows and underground and you make more bad things happen," said Cindy Gallop, advertising agency expert and founder of Make Love Not Porn.

Others consider the problem too serious to not take corrective action.

"The world is going to change through people organizing together for equality and justice," said Gail Dines, professor of sociology and women's studies at Wheelock College. "Pornography is an industry that is based on inequality, sexism, misogyny, racism and the hatred of women."

Cameron said all of his actions as a leader and a father came back to the same idea: "protecting the most vulnerable in our society." And while debate continues over whether he is going too far to implement his challenges, Cameron has said if companies refuse to cooperate he is prepared to advance legislation requiring compliance.

--------------------------------------------------------

<u>"The Takeaway"</u> is a national midday news magazine that features unique conversations about topics of the day with both newsmakers and diverse voices. The show is a co-production of WNYC and PRI, in editorial collaboration with the BBC, The New York Times Radio, and WGBH Radio Boston.

Case 3:13-cv-00955   Document 1   Filed 09/13/13   Page 71 of 78 PageID #: 71

# Britain makes plans to filter out porn at prime minister's urging

The Takeaway                                      Published 25 July, 2013 07:00:00



British Prime Minister David Cameron, pictured on May 11, 2010, led efforts to make pornography more difficult to find. (Photo courtesy of the Prime Minister's Office.)

**Keeping adult content out of the hands of children has become exponentially more difficult since the dawn of the internet. British Prime Minister David Cameron announced this week that he was committed to keeping young people away from illicit content, by implementing a national filter on pornographic content.**



Keeping pornographic images out of the hands of children used to be as simple as creating physical barriers to the obscene content.

Nude magazine? Sell it from a high shelf kids can't reach. Explicit videos? Sell them in a kid-free section of the video store.

But with the proliferation of Internet access, those preventative measures are nowhere near enough to prevent children from accessing explicit content, and in the United Kingdon, Prime Minister David Cameron has taken large steps to put porn out of reach in the Internet Age.

Cameron announced a series of crackdown measures on Monday that he has pushed forward with the cooperation of all of the country's largest Internet service providers, as well as the biggest search

Case 3:13-cv-00955   Document 1   Filed 09/13/13   Page 72 of 78 PageID #: 72

companies in the world.

The announcement included two distinct "challenges" to Britains, including the government, parents, Internet providers, educators and charities.

The first challenge is to prohibit access to child abuse images at every point — hosting, transmission, viewing and downloading.

"The Internet is not just where we buy, sell, and socialize; it's where crimes happen. It's where people can get hurt — it's where children and young people learn about the world, each other and themselves," Cameron said.

Cameron announced the construction of a single database for police forces, including the existing Child Exploitation and Online Protection Centre, to "close the net on pedophiles."

He also called out Google, Microsoft and Yahoo for being too soft on child abuse image searchers, saying their inaction was abetting criminals who view and spread the illicit content.

"We need a situation where you cannot have people searching for child abuse images and being aided in doing so," Cameron said.

Cameron's second challenge was to parents and Internet service providers, who he said need to control underage access to the many legal sources of pornography.

"When it comes to Internet pornography, parents have been left too much on their own," he said. "And I'm determined to put that right."

All of Britain's mobile operators have agreed to put default adult content filters onto mobile phones that can be deactivated only when the user has proven they are over 18 years old, Cameron announced.

Public Wi-Fi providers have agreed to put similar filters in places like stores, hotels and on transportation by the end of July, he said.

The most hotly debated aspect of Cameron's announcement has been his partnership with companies that provide internet services in homes.

"In a really big step forward, all the ISPs have rewired their technology so that once your filters are installed they will cover any device connected to your home internet account," he said.

The change will only affect new broadband accounts or those switching providers, though companies have agreed to contact existing customers about installing a child-safe filter.

While some praise Cameron's sweeping protective measures, many people in Britain are concerned about free speech violations and the possibility of making things worse.

"When you try and control anything by clamping down in every way you possibly can, you force something even further into the shadows and underground and you make more bad things happen," said Cindy Gallop, advertising agency expert and founder of Make Love Not Porn.

Others consider the problem too serious to not take corrective action.

"The world is going to change through people organizing together for equality and justice," said Gail Dines, professor of sociology and women's studies at Wheelock College. "Pornography is an industry that is based on inequality, sexism, misogyny, racism and the hatred of women."

Cameron said all of his actions as a leader and a father came back to the same idea: "protecting the most vulnerable in our society." And while debate continues over whether he is going too far to implement his challenges, Cameron has said if companies refuse to cooperate he is prepared to advance legislation requiring compliance.

--------------------------------------------------------

"The Takeaway" is a national midday news magazine that features unique conversations about topics of the day with both newsmakers and diverse voices. The show is a co-production of WNYC and PRI, in editorial collaboration with the BBC, The New York Times Radio, and WGBH Radio Boston.

Case 3:13-cv-00955   Document 1   Filed 09/13/13   Page 74 of 78 PageID #: 74

You've selected the U.S. Edition. Would you like to make this your default edition?   Yes  |  No      Close

SET EDITION: U.S. | INTERNATIONAL | MÉXICO | ARABIC

TV: CNN | CNNi | CNN en Español | HLN

**CNN** Tech

Sign up   Log in

SEARCH

| Home | TV & Video | CNN Trends | U.S. | World | Politics | Justice | Entertainment | Tech | Health | Living | Travel | Opinion | iReport | Money | Sports |

# UK wants to restrict access to online porn

By **Doug Gross**, CNN
updated 5:05 PM EDT, Mon July 22, 2013 | Filed under: Web

**SHARE THIS**

Print
Email
More sharing

Recommend   4.2k

Cameron cracks down on child porn



Introducing the Acura RLX.
Luxury, taken to a whole new level.

SHOP RLX

ACURA

ADVERTISEMENT

Part of complete coverage on

## CNN Recommends

**STORY HIGHLIGHTS**

- British Prime Minister David Cameron is cracking down on Internet porn
- Cameron wants the UK's Internet service providers to filter out porn by default
- To access pornography on home computers, users would have to opt in
- Critics of the plan say effective Web filters simply don't exist

ADVERTISEMENT

**360 Savings**

CapitalOne

(CNN) -- Saying that "the darkest corners of the Internet" pose a real threat to children, British Prime Minister David Cameron on Monday rolled out a plan that would, by default, block pornography on most computers, smartphones and tablets.

British wireless and Internet providers have agreed to put adult-content filters on phones, public Wi-Fi networks and home computers in the coming months. By the end of the year, the filters will become the default setting for anyone setting up broadband Internet service at home, Cameron said.

"I'm not making this speech because I want to (moralize) or scare-monger, but because I feel profoundly as a politician, and as a father, that the time for action has come," Cameron said. "This is, quite simply, about how we protect our children and their innocence."

All of those filters could be deactivated by those who can "prove" they are 18 or older, Cameron said.

The plan is the result of a monthslong effort by Cameron to restrict access to Internet porn. He has called Google and other search companies into meetings, demanding they do more to hide porn from children, and appointed Parliament member Claire Perry as a special adviser targeting the issues.

The plan will require no action from Parliament because service providers and other Web companies are participating voluntarily. Some already provide service with porn filters as their default settings.

Not surprisingly, Web freedom advocates and other critics were quick



**Syria crisis: Putin 1, Obama 0**
updated 2:00 PM EDT, Thu September 12, 2013

The diplomatic wrangling over Syria has seen Russia and the U.S. try to one-up each other. But Putin may have outmaneuvered his rival.



**Fake mustaches, hidden cameras**
updated 6:24 AM EDT, Fri September 13, 2013

From 1950 onwards, the Stasi infiltrated almost every aspect of society. Its techniques used to brutalize East Germany are now revealed.



**Why are Kurdish men dressing in drag?**
updated 10:59 AM EDT, Fri September 13, 2013

These men are dressed in the colorful garb traditional among Kurdish women to strike a blow for feminism in community that still has honor killings.



**Where have India's women gone?**
updated 5:01 PM EDT, Wed September 11, 2013

The New Delhi rape case left the world wondering why India is treating its women so badly. In fact, the discrimination starts in the womb.

**Madeleine Albright: U.S. threat worked**
updated 7:18 PM EDT, Wed September 11, 2013

Case 3:13-cv-00955   Document 1   Filed 09/13/13   Page 75 of 78 PageID #: 75

to decry the plan. For one, many say effective Web filters simply don't exist.

"As a technological feat, it would be utterly impossible," columnist Andy Dawson wrote in the Daily Mirror, a nationwide tabloid frequently critical of Cameron's Conservative Party.

"His porn shield speech today, and the proposals that are in it are the deranged ravings of someone who has decided that something must be done, has decided what it is, but doesn't (realize) that it isn't actually feasible. He's got just as much chance of banning (gray) clouds while giving us all access to the nice white, fluffy ones."

Critics say that automated filtering technology inevitably allows offensive material through accidentally as well as creating "false positives" that block inoffensive content. Others, such as BBC technology correspondent Rory Cellan-Jones, say default-on filters can create a false sense of security among parents, who could become more lax in monitoring their children's online behavior.

The Internet service providers that have signed off on the plan provide service to roughly nine out of 10 households in Great Britain.

In his speech, Cameron cited a two-pronged problem: the online exploitation of children through child pornography and the easy access children have to otherwise legal pornography at an early age.

"In one we're talking about illegal material, the other legal material that is being viewed by those who are underage," he said. "But both these challenges have something in common. They are about how our collective lack of action on the Internet has led to harmful -- and in some cases truly dreadful -- consequences for children."

The prime minister announced an effort to expand and streamline currently fragmented child-porn databases and a new interpretation of law that will make porn depicting rape illegal.

He also announced a new "Family Friendly Wi-Fi" label that will allow hotels, restaurants and other businesses to advertise that the Web access they provide has porn filters enabled.

Two recent British murder trials in which the defendants were each said to have viewed images of child sexual abuse online have heightened public concern over the issue.

One case was that of April Jones, a 5-year-old girl whose disappearance last year in a remote part of Wales sparked a huge search. Mark Bridger was found guilty of her murder in May, but her body has still not been found. The other was the murder of a 12-year-old girl, Tia Sharp, by her grandmother's partner.

Cameron said he had met with the parents of those two girls on Friday.

"Protecting the most vulnerable in our society, protecting innocence, protecting childhood itself -- that is what is at stake," Cameron said. "And I will do whatever it takes to keep our children safe."


Former Secretary of State Madeleine Albright tells CNN's Jake Tapper that the threat of force by the U.S. is the reason diplomacy is now an option.

### Life after Lehman Brothers

Lynn Gray lost her job when Lehman Brothers collapsed. As a single mom with a daughter in college, she had to get back on her feet quickly.

### Louvre hit by fake Chinese ticket scam
updated 6:41 AM EDT, Fri September 13, 2013

Authorities suspect Chinese organized criminals to be behind fake tickets to Louvre -- a scam worth hundreds of thousands of euros.

### Bourdain explores Jerusalem's old city
updated 4:01 PM EDT, Mon September 9, 2013

Jerusalem's old city is divided into 4 independently functioning quarters: Muslim, Jewish, Christian and Armenian. Anthony Bourdain explores.

### new generation of 'modelpreneurs'
updated 10:47 AM EDT, Fri September 13, 2013

Gisele Bundchen now tops Forbes list of richest models, earning $42m in a year -- she marks rise of the "modelpreneur."

### Saving Kenya's elephants
updated 8:31 AM EDT, Fri September 13, 2013

The number of elephants in Kenya is dropping, and they may be extinct in the next 10 years. CNN's Zain Verjee reports.

### Inventions borne of adversity
updated 8:56 AM EDT, Fri September 13, 2013

Necessity, so the saying goes, is the mother of all invention. But as history often shows adversity is often the catalyst for creativity.

### Voyager 1 probe leaves solar system
updated 10:23 PM EDT, Thu September 12, 2013

NASA's Voyager 1 probe has reached interstellar space, making history as the first human-made object to leave the the heliosphere.

### Laser light could save cyclists
updated 6:09 AM EDT, Fri September 13, 2013

It looks like a regular bike light, but one day a Blaze could save your life. Blaze bike light uses laser to alert motorists to nearby cyclist.

### Meet 2014's world record breakers
updated 4:40 PM EDT, Thu September 12, 2013

The longest beard on a woman, the smallest living dog, the fastest female wearing high heels: Meet 2014's world record breakers.

**3409**
Comments »

SHARE THIS

4.2k

Recommend

Print
Email
More sharing

## From Around the Web

Case 3:13-cv-00955   Document 1   Filed 09/13/13   Page 76 of 78 PageID #: 76


MONDAY, JUL 22, 2013 5:42 PM UTC

# David Cameron introduces default filter to block access to Internet porn

**Cameron says unchecked access to pornography "corrodes childhood," but critics say he is limiting free speech**

BY KATIE MCDONOUGH



British Prime Minister David Cameron  (Credit: AP Photo/Richard Drew)

Every household in the United Kingdom will soon have to opt-out of an automatic filter blocking access to Internet pornography if they want to view explicit material online, according to a new proposal announced on Monday by British Prime Minister David Cameron.

Cameron, who said access to pornography "corrodes childhood," announced that the new regulations will go into effect by the end of next year. The filter, he added, will apply to all devices connected to the household's network and across the public wi-fi network "wherever children are likely to be present."

New customers will have the filter automatically activated, and existing customers will be contacted by their Internet providers to opt-in or out. Customers who do not respond to requests from providers to accept or decline the new terms of service will have the filter automatically activated.

While Cameron has indicated that the filter is intended to target child pornography (which is already illegal and monitored in the country) and images depicting violence against women, Internet privacy, feminist and free speech advocates have expressed concerns about the new proposal.

Laurie Penny at the New Statesman nicely captures what's troubling about Cameron's "family friendly" filter, which is also being packaged as an effort to curb the circulation of misogynistic and otherwise violent images:

> The worst thing about this debate is that it turns a real-world, complex problem into a simple moral choice: porn is either good or bad, right or wrong, and not one shade of grey can be permitted, let alone 50. Having watched a great deal of pornography in the name of research and recreation, I can assure you that not all of it is violent, and indeed that almost any sexual taste, from the placid and petal-strewn to the eyebrow-raisingly reptilian, is catered to online

for a modest fee.

It is equally true that there is something traumatic about a lot of modern-day pornography, something repressed, violent and deeply involved with a particularly vengeful misogyny that has been on the rise only since women have become more economically independent over the past two generations. Some people like that sort of thing; others have grown up learning it as an erotic script, because sex is fundamentally a social idea. To say that dirty pictures are the problem in themselves, rather than a structure of violent misogyny and sexual control, is to confuse the medium with the message.

And as Paul Bernal also notes, the implementation of the filter raises several complicated questions about censorship and free expression:

Will this be done automatically, or will there be some kind of "porn board" of people who will scour the internet for images and decide what is "OK" and what isn't? [...]

Who's going to make the decisions, and on what basis? Further to that, who's going to "watch the watchmen?" The Internet Watch Foundation, that currently "polices" child abuse images, though an admirable body in many ways, is far from a model of transparency (see this excellent article by my colleague Emily Laidlaw). If a body is to have sweeping powers to control content — powers above and beyond those set out in law — that body needs to be accountable and their operations transparent. How [is David Cameron] planning to do that?

In the United States, Rick Santorum proposed a similar ban on "hardcore pornography" while vying to be the Republican presidential nominee. While campaigning on the proposed restrictions, Santorum said that "America is suffering a pandemic of harm from pornography."

*Katie Mcdonough*

*Katie McDonough is an assistant editor for Salon, focusing on lifestyle. Follow her on Twitter @kmcdonovgh or email her at kmcdonough@salon.com.*

Copyright © 2011 Salon.com. All rights reserved.