*Exhibit A*

Because the Inspector General in Germany and at Fort Campbell were not responsive for whatever reason, I filed a Federal lawsuit against Maj Lewis and LTC Windle in the District Court for the Middle District of Tennessee in March 2011. The case was filed within the statute of limitations period. In May 2011, I voluntarily nonsuited the case in light of the Ferries Doctrine. The saving statute preserved the refiling of the matter for one year.

In September 2011, the VA found me to be 100% disable due to combat related PTSD. The injury was service connected and stemmed from my time in combat. Therefore, the tolling provisions under the SCRA should apply to all claims and matters to include this one.

I was very much traumatized by the collaborative efforts of Major Lewis and LTC Windle. For good cause demonstrated throughout the evidentiary record, I needed adequate time to better emotionally stabilize before confronting these matters again, which any governing tribunal should find justifiable and reasonable.

There are more documents to send over based on our conversation today.

Best,
Chris Sevier
1LT,
615 500 4411

[Quoted text hidden]

congressman windle complaint.pdf
2258K

📎 **Appendix D.3. Privacy Act Notice 2012[1].pdf**
93K

📎 **smime.p7s**
6K

---

**Chris Sevier** <ghostwarsmusic@gmail.com>                              Mon, Aug 19, 2013 at 5:46 PM
Draft To: agold@nashvillescene.com

[Quoted text hidden]

---

**Chris Sevier** <ghostwarsmusic@gmail.com>                              Mon, Aug 19, 2013 at 6:07 PM
To: "Quarm, Brian, OIG DoD" <Brian.Quarm@dodig.mil>

Here are some additional documents that support how I was subsequently prejudiced by individuals who picked up on the move by Congressman Windle to discredit me by alleging that I was mentally ill - which was totally distressful and incredibly prejudicial. I am a whistle blower only because that was my duty as a Judge Advocate and lawyer. Several people ganged up on me to use my military service to hurt me. That is what these documents show. There are several more, but this is part of the story.

Tomorrow 10am eastern: 615 500 4411

Thank you so much for your responsiveness.

Best,
Chris Sevier
[Quoted text hidden]

**3 attachments**

📎 **tennessee supreme court draft two. .pdf**
170K

📎 **complaint against jones .pdf**
393K

📎 **memorandum in support to terminate.pdf**
3579K

---

**Chris Sevier** <ghostwarsmusic@gmail.com>                              Tue, Aug 20, 2013 at 11:21 AM
To: "Quarm, Brian, OIG DoD" <Brian.Quarm@dodig.mil>

This is what you want: here is the most updated complaint along with accompanying exhibits. This was what I originally intended to send in the first place. Several of the essential exhibits are attached at the end of this complaint.

Counter acting the statute of limitations defense. Here are some things I did to preserve the statute of limitations. First, I filed a formal written complaint with Major Roberts while being held against my will in Germany. I complained of mismanagement and abuse and reprisal for whistle blowing through the misuse of the combat stress clinic.

Second, I filed a written complaint with the office of the inspector general while being held at Fort Campbell. I went to the inspector general's office on the base and complained of mismanagement and abuse and reprisal for whistle blowing through the combat stress clinic.

Besides the two OERs, what other unfavorable personnel actions have your received from your supervisors and chain of command in reprisal for contacting the IG or threatening to contact the IG.

Ok, that's enough for now. I look forward to working with you regarding your complaint. Please provide the above requested information so we can move forward.

Brian R. Quarm

Whistleblower Reprisal Investigator

DoD Inspector General

Administrative Investigations

Com: (703)699-5462

DSN: 499-5462

Email: brian.quarm@dodig.mil

**2 attachments**

- **Appendix D.3. Privacy Act Notice 2012[1].pdf**
  93K

- smime.p7s
  6K

---

**Chris Sevier** <ghostwarsmusic@gmail.com>    Mon, Aug 19, 2013 at 3:20 PM
To: agold@nashvillescene.com

Hey, just updates, I'm talking to DoD tomorrow. I'm going to implicate the BPR and the Tennessee Supreme Court for joining a bandwagon of service discrediting misconduct so that this kind of thing does not happen again. In terms of this chick who came out of nowhere and filed some frivolous OP out of the hysteria created by Rich, I transferred the case to Circuit Court to go before the same judge as the Rich matters, but I talked to the police today SGT. Melzoni, who have finally clued into what a mess they made by listening to Rich's nonsense in the first place. So, it would not surprise me if the new girls matters terminate completely as early as tomorrow. Bringing in the DoD is causing backs to straighten apparently. They tend to not like it when service members are being prejudiced because they went overseas to serve.

Best,
Chris
[Quoted text hidden]

**2 attachments**

looking for – feel free to flush out the details, edit, correct where needed:

December 5, 2009 – Deployed to IRAQ in support of OIF

????????????? – Complainant receives numerous counseling statements (I am going to need copies of these from you).

????????????? – Complainant provides justification memo regarding advising command whether to conduct a Commander's Inquiry v.

    Formal 15-6 regarding alleged sexual assault (Please provide a copy of this memo).

March 9, 2010 – Grenade Incident on Rule of Law mission

March 13, 2010 – Informed by supervisor to Relocate to TAJI to work under direct supervision.

March 14, 2010 – Trip to TAJI cancelled. Complainant contacts Supervisor to request orders to TAJI be revoked. When request not Granted, Complainant informs supervisor of intent to file a complaint with the Command IG.

March 15, 2010 – Voluntarily Goes to Combat Stress to satisfy procedural requirement to go to Combat Stress before filing an IG Complaint.

    Informs MAJ Lewis of intent to go to IG and lodge complaint against supervisor. MAJ Lewis determines Complainant is a "threat" to supervisor, allegedly detains complainant and orchestrates movement out of theater to Germany for observation.

????????????? – Flown from Balad to Germany for observation

????????????? – Contacted MAJOR ROBERTS, IG, in Germany (Need full name, location of IG Office) – What was your specific complaint?
????????????? – Meets with Dr. Becker, Civilian Psychiatrist? (need full name, location of meeting) and declared fit to return downrange. (If Dr. Becker provided you with paperwork allowing your return and your "fitness for duty", please send).

March 20, 2010 – Complainant first receives permission to return downrange, then is denied permission to deploy downrange by supervisor.

April 1, 2010 - Complainant redeployed to Fort Campbell, KY.

May 1, 2010 – Before release from AD, Complainant files IG complaint at Fort Campbell, KY – need specifics, who did you talk to, when, what was your specific complaint

May 1, 2010 – Complainant de-activates and reverts to Title 32 status.

Please provide the two OERs you received from the Deployment.

When did you file your lawsuit?



Chris Sevier <ghostwarsmusic@gmail.com>

# FW: Whistleblower Reprsial Complaint

5 messages

**Quarm, Brian, OIG DoD** <Brian.Quarm@dodig.mil>　　　　　Mon, Aug 19, 2013 at 10:31 AM
To: "ghostwarsmusic@gmail.com" <ghostwarsmusic@gmail.com>

Please see email traffic below. Also, please confirm our interview for tomorrow at 1000 est. Please provide a good number for us to call. Please bear in mind this should take no more than two hours. In addition, feel free to send any additional documentation to my email. Looking forward to helping you with your reprisal complaint. v/r Brian

Brian R. Quarm

Whistleblower Reprisal Investigator

DoD Inspector General

Administrative Investigations

Com: (703)699-5462

DSN: 499-5462

Email: brian.quarm@dodig.mil

**From:** Quarm, Brian, OIG DoD
**Sent:** Monday, August 19, 2013 7:30 AM
**To:** 'chris@severerecords.com'
**Subject:** Whistleblower Reprsial Complaint

1LT Sevier: Greetings. My name is Brian Quarm. I have been assigned to
investigate your claim of reprisal you recently submitted to the Defense
Hotline on August 9, 2013. I have reviewed your documentation. The next
step in this process is to conduct a claimant clarification interview. I
would like to schedule this interview, which normally lasts about an hour,
in the next couple of days. Please provide a good number to call you so we
can coordinate schedules. I have attached a copy of our privacy act (which basically informs you that all
communication will be used solely for the purpose of investigating your
allegations).

Finally, in order for us to move forward, please provide a brief chronology regarding your
complaint of reprisal, starting with your deployment. Below is an example of the chronology I am

1. Joined the military August 2002.
2. Basic Training Fort Sill 2003.
3. OCS to 2004
4. Break in service to finish law school
5. JAG OBC July 2008
6. Deployed to Iraq December 5, 2009.
7. Pre mob in Fort Shelby until the end of January.
8. Kuwait, the beginning of February to approximately Feb 14.
9. Iraq until March 15 approximately.
10. Germany until the the end of March
11. Fort Campbell April until May
12. Released from the deployment on May 1, 2010.
13. Returned to the unit in December.
14. Returned to Regiment in May 2011 - oppressed and threatened again by Windle, who had experienced absolute impunity.
15. Resigned my commission in protest in June 11, 2011.
16. Began going to the VA in May 2011 complaining of PTSD, after living with the symptoms since returning from Iraq, and suffering terribly.
17. September 2011, the VA effectively saved my life by finding me disabled for PTSD. Began treatment and seeing private therapist.
18. In December 2011, my enemies in civil court used my classification to have my law licensed taken away - grossly violating HIPPA. Although I do not want to practice law. This action was discriminatory and service discrediting, and compounded symptoms of PTSD - extending the reprisal campaign into the civilian world.
19. In April 2013, Country singer John Rich falsely accuses me of stalking and initiated a smear campaign in the media to cast me in the light as a mentally ill stalker - which has a direct military connection and reflects negatively on service. This is when I said enough was enough and connected the DoD again, asking that these matters please be made right so that this kind of thing does not ever happen again to people like me who volunteered to serve my country because I believe in American ideals to include the rule of law, which has not been honored in these affairs.

Best,
Chris Sevier
1LT,

[Quoted text hidden]

**Chris Sevier** <ghostwarsmusic@gmail.com>  Fri, Aug 23, 2013 at 1:05 PM
To: "Quarm, Brian, OIG DoD" <Brian.Quarm@dodig.mil>

I'll get better documentation today, but this is just to show you the findings of VA exist. I'm looking for the medical documents from Iraq, as well.

[Quoted text hidden]



**ptsd proof.jpg**
638K

but I wasn't able to communicate with him. I tried to get CPT Lapin (a judge advocate stationed there) to get a message to the TJAG that I was being mistreated for whistle blowing. But I was sent to Fort Campbell after being held for about a week or so in Germany.

Sent from my iPhone
[Quoted text hidden]

**Quarm, Brian, OIG DoD** <Brian.Quarm@dodig.mil>                    Fri, Aug 23, 2013 at 6:16 AM
To: Chris Seviet <ghostwarsmusic@gmail.com>

Ok, got it. Thanks.......Also, as close as you can remember, how many days did you spend in Kuwait? And how many days did you spend in Iraq. I need a timeline.....you arrived in Kuwait on XXXXX.......departed to Iraq........met with combat stress on XXXXX....medevac'd to Germany on Xxxxxxx.......redeployed to Campbell on xxxxxxxx. Not exact but to the best of your recollection. And I'm still waiting on the va diagnosis...thanks...v/r Brian

Brian R. Quarm

Whistleblower Reprisal Investigator

DoD Inspector General

Administrative Investigations

Com: (703)699-5462

DSN: 499-5462

Email: brian.quarm@dodig.mil

**From:** Chris Seviet [mailto:ghostwarsmusic@gmail.com]
**Sent:** Thursday, August 22, 2013 4:44 PM
**To:** Quarm, Brian, OIG DoD
**Subject:** Re: Question

[Quoted text hidden]

📎 **smime.p7s**
6K

**Chris Sevier** <ghostwarsmusic@gmail.com>                          Fri, Aug 23, 2013 at 1:04 PM
To: "Quarm, Brian, OIG DoD" <Brian.Quarm@dodig.mil>

Here is proof of the disability for PTSD through the VA. I'll get to a Kinkos and scan it again so that the document is clearer. At the bottom of the page it says - 100% service connected which was my rating. This rating had a lot to do with how I was viciously oppressed in Iraq and how people took advantage of my vulnerabilities after I return from Iraq to greatly prejudice me.

Time Line: approximate. I could hone this down exactly.



Chris Sevier <ghostwarsmusic@gmail.com>

## Question
5 messages

**Quarm, Brian, OIG DoD** <Brian.Quarm@dodig.mil>  Thu, Aug 22, 2013 at 5:03 AM
To: "ghostwarsmusic@gmail.com" <ghostwarsmusic@gmail.com>

So getting more background regarding your complaint. In March 2010, you apparently met with MAJ Denis Robert while you were at LRMC. According to his notes, he was under the impression that you were in contact with the DoDIG regarding your allegations of reprisal? Did you speak to someone up here? Please be as specific as possible. I'm searching our Hotline DB and our Reprisal DB with negative results so any additional specifics you can provide would be helpful. Thank you in advance. v/r Brian

PS. I have some background on your visit to FTCKY IG. Can you provide the phone numbers and POC info for the person you recently spoke with. Just want to be as clear as possible when we go forward to brief the bosses. v/r Brian

Brian R. Quarm

Whistleblower Reprisal Investigator

DoD Inspector General

Administrative Investigations

Com: (703)699-5462

DSN: 499-5462

Email: brian.quarm@dodig.mil

smime.p7s
6K

---

**Chris Seviet** <ghostwarsmusic@gmail.com>  Thu, Aug 22, 2013 at 3:43 PM
To: "Quarm, Brian, OIG DoD" <Brian.Quarm@dodig.mil>

That makes sense. I spoke with Lisa Wilson yesterday at fort Campbell IG. When I was in Germany I did not have connect with DoD IG. I was in a lock down facility, I couldn't have access to a shaving razor let alone communication to the outside world unless strictly supervised. So Major Roberts was incorrect. Kind of like reporting a matter to the police, I was under the impression that all IG officers carried equal jurisdiction over all IG related matters. So my good faith impression was that reporting to Major Roberts was tantamount to reporting to the DoD IG. As a safety net and a matter of prudence, I reported the matter a second time at the office in Fort Campbell because after leaving Germany I wasn't sure how to follow up with MAJ Roberts. I will say that the TJAG was attempting to inquire why I had been air exacted out of Iraq,

**Subject:** Re: I just talked to Fort Campbell

[Quoted text hidden]

📎 **smime.p7s**
6K

Case 3:13-cv-00955   Document 1-1   Filed 09/13/13   Page 9 of 14 PageID #: 87

Additionally, there should be written documentation on file with the inspector general's office in Germany. I was falsely imprisoned in a mental ward called C something "Charlie something." It was effectively a lock down place. Major Roberts met with me inside there. There would be records of him coming in an out of there. Perhaps the problem is that although I go by "Chris Sevier." My full name is "Mark Christopher Sevier." While being falsely incarcerated against my will, I did not have access to a copy machine. I did fill out a written complaint. There should be records of that on file with the IG in Germany in March 2010. Additionally, the evidence shows that I was talking with the inspector general's office after fort Campbell through a hot line of some kind. I had emailed my complaint in federal court to an agent at the inspector general's office as shown by the first exhibit following the copy of the complain submitted yesterday. Furthermore I was in fact traumatized by these events and it was not by accident that the VA found me 100% disabled for PTSD. The violation could be tolled because I am not recovered from the injury inflicted, which makes any delay in reporting - which there was none - justifiable to survive a miscarriage of justice based on hyper technicality. As the evidence shows, I am still to this day being persecuted by what LTC Windle did in Iraq. justice should be accomplished. respectfully, Chris
Sent from my iPhone

[Quoted text hidden]

📎 **smime.p7s**
6K

---

**Chris Sevier** <ghostwarsmusic@gmail.com>                              Wed, Aug 21, 2013 at 11:57 AM
To: "Quarm, Brian, OIG DoD" <Brian.Quarm@dodig.mil>

Roger that, makes sense. I'll get the medical records for you. Ones from Major Lewis and the ones from the VA finding PTSD 100% classification.
[Quoted text hidden]

---

**Quarm, Brian, OIG DoD** <Brian.Quarm@dodig.mil>                        Wed, Aug 21, 2013 at 11:58 AM
To: Chris Sevier <ghostwarsmusic@gmail.com>

Ok thanks.....v/r Brian


Brian R. Quarm

Whistleblower Reprisal Investigator

DoD Inspector General

Administrative Investigations

Com: (703)699-5462

DSN: 499-5462

Email: brian.quarm@dodig.mil


**From:** Chris Sevier [mailto:ghostwarsmusic@gmail.com]
**Sent:** Wednesday, August 21, 2013 12:58 PM
**To:** Quarm, Brian, OIG DoD

Email: brian.quarm@dodig.mil

**From:** Chris Seviet [mailto:ghostwarsmusic@gmail.com]
**Sent:** Wednesday, August 21, 2013 11:20 AM
**To:** Quarm, Brian, OIG DoD
**Subject:** I just talked to Fort Campbell

[Quoted text hidden]

**smime.p7s**
6K

**Quarm, Brian, OIG DoD** <Brian.Quarm@dodig.mil>　　　　Wed, Aug 21, 2013 at 11:49 AM
To: Chris Seviet <ghostwarsmusic@gmail.com>

Ok. Good copy. Just for the record...you were listed in the database as Mark Sevier, not Chris Sevier......our office will be in touch with you regarding the way ahead. v/r Brian

Brian R. Quarm

Whistleblower Reprisal Investigator

DoD Inspector General

Administrative Investigations

Com: (703)699-5462

DSN: 499-5462

Email: brian.quarm@dodig.mil

**From:** Chris Seviet [mailto:ghostwarsmusic@gmail.com]
**Sent:** Wednesday, August 21, 2013 11:20 AM
**To:** Quarm, Brian, OIG DoD
**Subject:** I just talked to Fort Campbell

I just talk talked to Lisa Wilson at IG at Fort Campbell. They do have records of my visit and of my good faith and sincere efforts to report the matter. I've asked Lisa to provide you with the records, and gave her your email address. My reporting at Fort Campbell was within the 60 day threshold. It was the second time I reported these matters to the inspector general to make it abundantly clear that I wanted these matters pursued to the fullest extent under the law. But the essential take away from the documents on file with Lisa is that I made colorable efforts to report these matters timely which should preserve the statute of limitations. I do not have copies of the documents with the IG because it was not my responsibility to keep up with those filings any more is it my duty to keep track of the documents I file with Federal an state courts.

Please let me know if you have any difficulty opening the attached document.

Thank you.

Mary Mcknight

Lead Legal Assistant - Litigation

Board of Professional Responsibility

of the Supreme Court of Tennessee

10 Cadillac Drive, Suite 220

Brentwood, TN 37027

615 361-7500 X224

mmcknight@tbpr.org

**Please be advised that all information relating to the investigation of complaints through this office is confidential and privileged pursuant to Rule 9, Section 25, of the Rules of the Tennessee Supreme Court.**

---

**Quarm, Brian, OIG DoD** <Brian.Quarm@dodig.mil>  Wed, Aug 21, 2013 at 10:48 AM
To: Chris Seviet <ghostwarsmusic@gmail.com>

Can you also provide a copy of your disability rating from the VA. Thank you in advance. v/r Brian

Brian R. Quarm

Whistleblower Reprisal Investigator

DoD Inspector General

Administrative Investigations

Com: (703)699-5462

DSN: 499-5462

Case 3:13-cv-00955  Document 1-1  Filed 09/13/13  Page 12 of 14 PageID #: 90

Email: brian.quarm@dodig.mil

**From:** Chris Sevier [mailto:ghostwarsmusic@gmail.com]
**Sent:** Tuesday, August 20, 2013 6:39 PM
**To:** Quarm, Brian, OIG DoD
**Subject:** Fwd: Board of Professional Responsibility's Response to Motion to Set Aside Deactiviation of My Tennessee Law License

This came today from the BPR who are still using what happened in Iraq as a sword to persecute me. It is service discrediting. They are picking up on LTC Windle's move. This kind of activity is re-injurious and could be argued to renew the statute of limitations because I am literally being discriminated against due to my military service. Although I do suffer from PTSD it has a lot to do with what Congressman Windle and Major Lewis did in Iraq, and I should not be unduly prejudice because it suits anyone's personal agenda.

---------- Forwarded message ----------
From: **Chris Sevier** <ghostwarsmusic@gmail.com>
Date: Tue, Aug 20, 2013 at 5:17 PM
Subject: Re: Board of Professional Responsibility's Response to Motion to Set Aside Deactiviation of My Tennessee Law License
To: Mary McKnight <mmcknight@tbpr.org>, sandy Garrett <sgarrett@tbpr.org>, Krisann Hodges <KHodges@tbpr.org>

Perfect timing. I had an interview with DoD IG for over an hour today. I'll be sure to send the response to them. It is further proof of service discrediting misconduct. I will do everything in my power to have Krisann brought before a Congressional Hearing along with state Congressman WIndle. Krisann attached is the complaint against Congressman Windle and the supporting exhibits that even an intelligent two year old could see that reprisal for whistle blowing took place in Iraq and you have picked up on that move by LTC Windle because it suits your personal interest.

Best,

Chris

On Tue, Aug 20, 2013 at 5:00 PM, Mary McKnight <mmcknight@tbpr.org> wrote:

Mr. Sevier,

I am forwarding the attached *Board of Professional Responsibility's Response to Motion to Set Aside the Deactivation of My Tennessee Law License for Medical Reasons* on behalf of Krisann Hodges. The Response was filed with the Supreme Court of Tennessee today.



Chris Sevier <ghostwarsmusic@gmail.com>

## I just talked to Fort Campbell
5 messages

**Chris Seviet** <ghostwarsmusic@gmail.com>　　　　　　　　　　Wed, Aug 21, 2013 at 10:19 AM
To: "Quarm, Brian, OIG DoD" <Brian.Quarm@dodig.mil>

I just talk talked to Lisa Wilson at IG at Fort Campbell. They do have records of my visit and of my good faith and sincere efforts to report the matter. I've asked Lisa to provide you with the records, and gave her your email address. My reporting at Fort Campbell was within the 60 day threshold. It was the second time I reported these matters to the inspector general to make it abundantly clear that I wanted these matters pursued to the fullest extent under the law. But the essential take away from the documents on file with Lisa is that I made colorable efforts to report these matters timely which should preserve the statute of limitations. I do not have copies of the documents with the IG because it was not my responsibility to keep up with those filings any more is it my duty to keep track of the documents I file with Federal an state courts. Additionally, there should be written documentation on file with the inspector general's office in Germany. I was falsely imprisoned in a mental ward called C something "Charlie something." It was effectively a lock down place. Major Roberts met with me inside there. There would be records of him coming in an out of there. Perhaps the problem is that although I go by "Chris Sevier." My full name is "Mark Christopher Sevier." While being falsely incarcerated against my will, I did not have access to a copy machine. I did fill out a written complaint. There should be records of that on file with the IG in Germany in March 2010. Additionally, the evidence shows that I was talking with the inspector general's office after fort Campbell through a hot line of some kind. I had emailed my complaint in federal court to an agent at the inspector general's office as shown by the first exhibit following the copy of the complain submitted yesterday. Furthermore I was in fact traumatized by these events and it was not by accident that the VA found me 100% disabled for PTSD. The violation could be tolled because I am not recovered from the injury inflicted, which makes any delay in reporting - which there was none - justifiable to survive a miscarriage of justice based on hyper technicality. As the evidence shows, I am still to this day being persecuted by what LTC Windle did in Iraq. justice should be accomplished. respectfully, Chris
Sent from my iPhone

On Aug 21, 2013, at 9:19 AM, "Quarm, Brian, OIG DoD" <Brian.Quarm@DODIG.MIL> wrote:

> Ok. Read your attachments. I still need anything you have from Maj Roberts/IG Landstuhl or anyone you spoke to at the Fort Campbell IG office. Both offices have no record of you presenting a complaint so whatever documentation/emails you have from them would be beneficial. Thank you in advance.
> v/r Brian
>
>
> Brian R. Quarm
>
> Whistleblower Reprisal Investigator
>
> DoD Inspector General
>
> Administrative Investigations
>
> Com: (703)699-5462
>
> DSN: 499-5462

Case 3:13-cv-00955   Document 1-1   Filed 09/13/13   Page 14 of 14 PageID #: 92