Exhibit C

IN DISCIPLINARY DISTRICT V
OF THE
PROFESSIONAL RESPONSIBILITY
OF THE TENNESSEE SUPREME COURT OF TENNESSEE

IN RE: Mark Christopher Sevier
Docket No. 2010-1994-5-KH
BPR#026577
Licensed To Practice Law
In Tennessee
(Davidson County)

<u>MOTION TO SET ASIDE THE DEACTIVATION OF MY TENNESSEE LAW LICENSE FOR
PHONY MEDICAL REASONS IN SUPPORT OF CONTINUED SERVICE DISCREDITING
REPRISAL INITIATIVES IN RESPONSE TO VALID WHISTLE BLOWING</u>
*If a ruler pays attention to false information, all his officials will be liars. Proverbs 29:12*

NOW COMES Chris Sevier respectfully requesting that the Tennessee Supreme Court discontinue the facilitation of game playing initiated by the BRP as reprisal for whistle blowing and allow me to reactivate my law license if I so choose. Its not a question whether I can practice law it is that I am practicing law as you read this sentence. I have continued to practice law without interruption in defending myself in frivolous harassment litigation lodged by John Rich and Cyndi McKenzie, ever since this erroneous decision was entered in December 2011. Part of me wants to believe that the Tennessee Supreme Court was secretly looking out for me when it made the decision it did to force medically deactivate my law license. Even if that was the case what the Tennessee Supreme Court did consider was how my several of my opponents in multiple lawsuits would use that terrible decision to prejudice me greatly, what amounts to compound service discrediting misconduct that badly warrants a Congressional hearing. Although I have tremendous respect for authority, it is difficult for me to tolerate the abuse that

I've sustained as a result of the Tennessee Supreme Court's unfair decision. None of you would have treated your children the way you did me. This Court should never have considered entertaining the motion to medically deactivate my law license either the first or second time, given the fact that at the time the motions were filed, I had filed a valid lawsuit in District Court against two of the Tennessee Supreme Court's agents at the BPR, Nancy Jones and Krisann Hodges, for willfully ignoring the United States Constitution and for blatantly mismanaging their authority.

The fact that I suffer from combat related post traumatic stress does not mean that injury should be used against me on the basis of assumption, which is exactly what occurred here. The BRP failed to provide a single example of how my combat injury had been prejudicial against any of my clients or how it in fact interfered with my capacity to practice law. Accordingly, the BPR and the Tennessee Supreme Court engaged in what amounts to Discrimination against a wounded combat veteran as a continuation of an illegal reprisal campaign that expressly violated DoD regulations. Such a reckless judgment, not only flies in the face of the rule of law, it is undoubtedly prejudicial to all men and women in uniform and to all of those who sustained an injury from combat. If I was not furious about this monumental injustice, then there would actually be something wrong with me. If the world and other lawyers knew about the fraud run through the BPR and Tennessee Supreme Court involving my case, the evidence would demonstrate that it would have an impact on judicial elections and the electorate would not stand for this kind of nonsense.

There is no credible evidence that suggests that I cannot practice law selectively, as I see fit and that I should not be discriminated against for servicing my country and sustaining a war

related injury. There is however mountains of evidence that I am a whistle blower as an extension of my oath and that I have blown the whistle against lawyers of prestige and prominence who were in violation of the law. The evidence demonstrates that these individuals have maliciously conspired to go to unprecedented extremes to silence my accusations and to discredit me for legitimate finger pointing. The BPR cannot provide a single example of how my combat injury has prejudiced any client because this entire matter is a vindictive retaliation for my lawsuit against Krisann Hodges and Nancy Jones for being "sell outs." Just because I think Nancy Jones is an abuse scoundrel does not make me incapable of practicing law. Anyone with common sense knows that broadly labeling someone as "mentally ill" has prejudicial implications. Given the public record at the time that the Tennessee Supreme Court made this reckless decision, it should have known that my opponents would take the Court's decision and mischaracterize it in the media, which in part makes the Tennessee Supreme Court a participant in libel per se. Country singer John Rich and Cyndi McKenzie have made it their lives focus for years to discredit me, and recently framed me and painted me in a false light to the public as a "mentally ill stalker," when nothing could be farther from the truth.

  Yet, in asking for my license, it reminds me of a saying in the Army, "be careful what you wish for because you just might get it." I do not really have any desire to be a Tennessee lawyer because I am fowled to core of the amount of injustice and abuse I have been subjected to because I believe in my oath and the rule of law. My strong advice to anyone listening is to stay far away from the Tennessee Courts. The rule of law is not in control, politics is. The law should not be about personal relationships, it should be about black and white. This I can promise, if the Tennessee Supreme Court even considers not setting aside this mischaracterization of my

capabilities or if Krisann Hodges even considers opposing this motion, there will be reproductions in the media on a major level, their will be subsequent civil litigation at which time I will not be so merciful to the Tennessee Supreme Court's agents as I was the last go around, and more importantly, I will go to Washington and demand that Congressional hearing be conducted to investigate the horrible corruption exposed through these matters. The weight of the evidence in my case conclusively demonstrates that in the Tennessee justice system "right" is wrong" and "wrong is "right." Lawyers who are dishonest and greedy like Cyndi McKenzie and Helen Rogers are rewarded, whereas honest lawyers like myself are grossly oppressed and mistreated with vile malice. It will be one of my paramount objectives to do everything it takes to make sure that wounded combat veterans are not treated so dishonorably by our Courts again. There should be criminal liability imposed on any public official who knowingly uses a wounded warriors injury to disadvantage him for ulterior or personal gain.

## PROCEDURAL HISTORY AND ANAYSIS

On June 2, 2009, I reported Cyndi McKenzie and Bill Ramsey to the BPR for countless acts of misconduct in their representation of a known bully and celebrity John Rich, who is unequivocally one of the most despised members of our community for good cause shown. Nancy Jones dismissed my complaint immediately and began ruthlessly antagonizing me in the same way that the IRS selectively targeted christian conservative groups because of a divergence in values. As an Officer of the Court and Military Officer, I was not afraid to call her out publicly for (1) selective application of the rules of professional responsibility, for (2) non responsiveness, and for (3) deliberate mismanagement and abuse. In response, Mrs. Jones set out

on a quest to charge me with violations before a panel, but never could articulate what the charges were. In December 2009, I deployed to Operation Iraqi Freedom, as a 27A, JAG, with the 1/278th Cobra Squadron and Regimental Fire Support Squadron under the command of Colonel Cole and Colonel Holt. While in Iraq, I was placed in a 06, Full Bird Colonel Slot, as a First Lieutenant. Just before deploying, I made a deal with Mrs. Jones that if she would leave me alone, I would do a ton of good for the Soldier's in my unit. I was assigned 1,500 client's personal legal problems. That number nearly doubled when it because evidence that one of the other Judge Advocates could not cover down on the legal needs of his Soldiers due to lack of experience. There was a hyper technical rule regarding Title 10 jurisdiction which prevented Judge Advocates from making Court appearances. But when were mobilized hundreds of our Soldiers had lingering legal issues that they were in dire need of being addressed. Because I was a Tennessee lawyer and the need was too great, I knowingly refused to comply with that restriction because the law was originally designed for full time active duty JAGS and was badly outdated. As an officer, you have to know which orders to disregard in light of common sense, and we had Soldiers who were being taken advantage of for leaving behind their personal affairs in a fashion that created a danger and posed a threat to our mission.

    I made countless court appearances and helped scores of Soldiers resolve serious legal problems, which made them more combat effective. Congressman Windle and I came to resent one another in the process because we have grossly different values. Congressman Windle was more interested in his own self-promotion than he was the individual Soldiers, who would be operating outside the wire routinely. Congressman Windle is a politician and what we call an "OER chaser," where I am what the Army refers to as a "Soldier's lawyer." I cared about the legal

burdens of our lower enlisted Soldiers and how those problems interfered with our collective mission. No Soldier deserved to be unduly prejudice for sacrificing for his Country. For anyone to suggest otherwise is void of equitable constitution and decency.

Once I Iraq, I was given overwhelming responsibilities under the circumstances. I went outside the wire every other day on mission with the U.S. Attorney's office, the 278th, the 155, or 3rd ID. I was in combat and much preferred that than being "in the rear with the gear with Congressman Windle," eating fancy meals at Headquarters. Once an Al Qeda operative threw a RKG at me. It landed near me but failed to detonate. I was faced with the decision of having to shoot a kid. Experiences such as those were traumatic. The worst part about combat is the fear of the unknown. Its kind of like the movie Jaws. You know the shark is somewhere in the water, but not seeing it is almost scarier than when it surfaces. Over there we in a constant state at the ready. There was constant pressure that makes the practice of stress look as a casual stroll of Mary Poppins. In Iraq, we call being at the ready "maintaining situational awareness," but back in the states its called being"hyper vigilance." Certain classic conditioning and habit forming was made that makes things such as "exaggerated response" hard to turn on an off at the perception of a hostile threat. The fact that I was placed in charge of teaching the rules of engagement, the laws of armed conflict, and escalation of force measures added additional pressure on myself which caused these concepts to be further engrained in myself as I felt a sense of personal responsibility to an extent of our Solider's safety given my special assignments. When you are an over analytical attorney like myself operating outside the wire attempts on your life tend to stick with you more so than your average Soldier at least that was my experience.

Once in Iraq, the tension between Congressman Windle and I escalated. But

Congressman Windle was not my immediate boss, Colonel Cole and Colonel Holt were under the Deputy Commander of the Regiment. I am an Army Officer, who went to combat basic training, OCS, and modern JAG OBC. I very much preferred to be with the Soldiers in the field. Congressman Windle was a direct commission officer, who preferred to be in the presence of the top brass.

The evidence demonstrated that Congressman Windle was grossly mismanaging and abusing his authority and even having sex with a lower enlisted Soldier in violation of General Order No. 1. I threatened to report him to the inspector general if he did not revoke unlawful orders that were prejudicial to the commanders, who I was assigned to protect. Such measures where carried out within the scope and line of my duties as a Judge Advocate for the benefit of my commanders. To stop me from whistle blowing Congressman Windle used the combat stress clinic to silence me, which was in keeping with the bad conduct that I was attempting to report. I faced a major reprisal effort that was extremely traumatic, which was all carried out in a effort to keep me silent. Before this incident I had never even known what mental illness was nor had I known anything about psychiatry and its potential to be misused to facilitate ulterior purposes. The evidentiary record is replete with evidence proving that the entire matter was one of gross reprisal in direct violation of DoD regulations. Through the effort to keep me quiet, I was all but tortured physically. I experienced actual PTSD.

After returning from Iraq, I filed a lawsuit in District Court in the middle district against Congressmen Windle and others involved in this reprisal action to avoid having to go to Washington to seek an audience with the TJAG. When I filed the complaint, I included direct evidence that inescapably demonstrates that Congressman Windle used the combat stress clinic

improperly to stop me from reporting him as a reprisal mechanism in direct violation of DoD law. However, I nonsuited the matter because having to relieve the traumatic experience was compounding harm. Plus, I did not want to embarrass my unit. War is complex and so is the application of justice to it.

Meanwhile, during the deployment other things were happening in the United States regarding Mrs. Jones' immoral agenda. On January 26, 2010, the Nashville Bar journal released an article that accused Nancy Jones of being overly aggressive, as the chief disciplinarian at the BPR. (There is no question that she was jockeying for a slot on the Court of Appeals, which was the motivation for her outrageous antagonism of myself for reporting her friends, whom she hoped to impress as a matter of egoism.) Bill Ramsey came to her defense in the article, which supported my allegation that Nancy Jones was maliciously antagonizing me for his benefit the whole time. She recused herself from my case the day the article came out and Krisann Hodges was assigned the matter, which was not by coincidence. Mrs. Hodges was merely Mrs. Jone's puppet. Yet, the case was stayed temporarily, likely because Mrs. Hodges could not figure out what the ethical charges were one way or another like the rest of us.

On May 28, 2010, I filed a lawsuit against Marc Oswald, John Rich, Neal & Harwell, Bill Ramsey, and Cyndi McKenzie for defaming me in the media. Cyndi McKenzie and Bill Ramsey were engaging in legal practices that were criminally unlawful and actionable in civil court to keep John Rich shelling out money to cover their legal fees in matters involving my record company Severe Records in which John Rich was guilty of a litany of federal and state offenses.

After I filed the lawsuit, the BPR matter was reopened their conquest to prosecute me because their intent was to derail my civil litigation for the benefit of attorney's who they were

personally tied to. Krisann Hodges made me all kinds of offers, but I refused to accept them because admitting to unethical conduct I was not guilty of would in fact be unethical. Finally, I got sick of being maliciously prosecuted by the brood of hypocrites, and thought that the Tennessee public needed to have the opportunity to be aware of how backwards the Tennessee justice system is where honest lawyers like myself are harassed and degenerate ones, who represents characterless celebrities like John Rich are rewarded. Mrs. Jones and Mrs. Hodges knew that they were using their position to interfere with my valid civil litigation in matters involving my record company, in a way the trampled the United States Constitution and was highly inappropriate, unprofessional, and actionable. Because I was engaged in hybrid pro se litigation, they frowned upon that understandably. But they have never run a small business and they did not know how rotten John Rich was, nor where they aware of the terrible things he has done to my artist and our community. If they had actual intuition and character, they would have attempted to get to the bottom as to why I, an officer of this Court, sought fit to pursue a country celebrity in that matter. Since they disregarded the facts and pursued me so relentlessly without cause is a reflection of how they see themselves and an indictment by itself of their lack of capacity to handle the responsibilities of their office. This matter has always been about agenda, not truth.

    After returning from Iraq, a lot of people took advantage of the fact that I was suffering from the signs and symptoms of PTSD. This made matters worse. It would be traumatic for me to have to recall the ways that this occurred, but it has been excruciatingly horrific. In May 2011, I filed a lawsuit against Nancy Jones, John Rich, Cyndi McKenzie, Anton Jackson, Bill Ramsey, ADA Welch, and Krisann Hodges because I was fed up with their concerted effort to

hurt me through improper methods for standing up to John Rich. I also began going to the VA because I was experiencing the signs and symptoms of PTSD because of what happened in Iraq and how lawyers were exploiting my combat injury for their personal gain. In September 2011, the VA diagnosed me with PTSD.

Worried about the frivolousness of the charges against me and the fact that she had been sued, Krisann Hodges moved this Court around September 2011 to force deactivate my law license for purposes of being "mentally ill," after discovering that I was going to the VA seeking treatment for PTSD. Obviously, there is a huge ethical problem in her decision to make such a reckless request, given the fact that she was personally named in a lawsuit filed by myself in federal court at time, which further supports my contention regarding the selective application of ethical rules by the Board. Mrs. Hodges holds a position that is paid for by the Tennessee tax payers, that is specifically designed to govern ethics, yet she lacked the character to see the glaring conflict of interest in even being involved in the case, which goes to impeach the integrity of the BPR. The take away from these cases is that if an attorney is engaged in civil litigation personally, leave him alone until after the cases are resolved so that you do not obstruct justice and engage in witness intimidation.

The Tennessee Supreme Court rightfully denied Mrs. Hodge's motion to medically deactivate my Tennessee license the first go around. Consequently, a panel hearing to entertain the frivolous disciplining sanctions was set for December 2011. In November 2011, I emailed Krisann Hodges pointing out the fact that she had no evidence whatsoever to pin the false ethical charges she and Nancy Jones had crafted and that the only thing that would happen as a result of the hearing was that my federal case against her and Nancy Jones in Federal Court would be

strengthened because they were obviously abusing the powers of their office to derail valid civil litigation. At a jury trial under the preponderance of the evidence standard I could have easily convinced a jury to impose liability on Mrs. Jones and Mrs. Hodges, given the evidence that they were overtly attempting to interfere with civil litigation for personal gain.

In response to my email, Krisann Hodges confiscated my confidential medical records from the VA that are protected by HIPPA, she refiled the previously dismissed motion to have my law license medically deactivated for reasons that relate to war. To my utter amazement this Court granted Mrs. Hodge's motion over my strong objection, even though not a single piece of evidence was provided that my war injury would make me incapable of practicing law, which has been entirely undermined by the fact that I have continued to practice law ever since this decision. The Tennessee Supreme Court and the BPR can accurately be categorized as being in the business of semantics, not justice, when it comes to a review of my case.

The Supreme Court allowed me to be grossly prejudiced by the use of my combat and war related medical records in a fashion that was entirely service discrediting and probably violated the Americans with Disabilities Act. Krisann Hodges provided no additional evidence at the second motion that my PTSD was interfering with my ability to practice law. As a consequence, of the Tennessee Supreme Court's decision, it was publicly held that my Tennessee law license was medically deactivated because of medical reasons. My opponents have twisted that in the media pursuant to their continued plan to discredit me and have alleged that my law license was deactivated for "mental illness," which is bogus. Meanwhile, the evidence demonstrates that I am a shrewd lawyer. I do not think that it is coincidence that a few days after I filed a lawsuit against Apple, which requires them to comply with obscenity laws that the

British Prime Minister came forward to announce filtering installation measures that borrow language and concepts directly from my sound litigation. I am of course all for the His Prime Minister taking my sensible suggestions and running with them in the same way that I am demanding that the U.S. Attorney's office and the Federal Congress act in ways to make sure that device makers are complying with obscenity laws, which would cut back sex trafficking, reduce the demand of child pornography, reduced sex crime, and improve the way men and women treat one another in society. This is merely the first of a series of lawsuits that will come during which time I will go to great lengths to expose the fraud and corruption played out by the BPR and Tennessee Supreme Court, who have persecuted the righteous and rewarded the wicked in irresponsible and service discrediting ways.

    The Supreme Court does not consist of psychiatrist and psychologist and abused its authority in making conclusions regarding military connected medial records that were first generated in a foreign theater of war that was well outside of this Court's jurisdiction. Anyone with common sense knows that the connotation of labeling someone as mentally ill is overly broad and extremely prejudicial. The Tennessee Supreme Court should have been able to see through the maneuverings of my opponents, who have acted in a way that would deter individuals like myself from voluntarily joining the United States Military.

    Most recently, John Rich and Cyndi McKenzie filed a sanctionable lawsuit with impunity which they used as a basis to lodge false criminal charges against me. Then Mr. Rich employed a PR team to go out and falsely mislabel me as a mentally ill stalker pursuant to libel initiatives that has caused him to be sued multiple times, which have never lead to any form of actual justice or deterrence because the Tennessee Courts are ferociously backwards and more focused

on politics than the rule of law.

## OFFENSE OF COMMON SENSE UNDER THE CIRCUMSTANCES

There has at all times been a glaring problem in these outrageous matters that I believe the Tennessee legislature needs to address, given the extent of mismanagement by the Tennessee Supreme Court. The BPR is an agent of the Tennessee Supreme Court. At the time the Tennessee Supreme Court heard the motions, I had sued Nancy Jones and Krisann Hodges in the action that was before Chief Judge Campbell in District Court. Therefore, I had constructively sued the Tennessee Supreme Court by bringing an action against its' BPR members. Accordingly, anyone with common sense could see that the Tennessee Supreme Court had a glaring conflict of interest in even entertaining any motions under such conditions. The Tennessee Supreme Court should have recused itself sua sponte as a matter of elementary equity until the Federal litigation against its agents was resolved. The motions should have been held in abeyance along with the BPR's outrageous reprisal campaign against me that should cause Nancy Jones to be criminally prosecuted for obstruction of justice and witness intimidation. I have been so mistreated, I have lost hope in the belief that the rule of law exists in this Country.

What this case has demonstrated beyond a reasonable doubt is the need for actual checks and balances over the BPR. Not sham accountability. This case has had to be one of the most backwards in Tennessee history, and no one in the Tennessee justice system connected to the matter is going to come across looking too smart, given the mysterious equations of karma. The worst part is that Congressman Windle, Nancy Jones, Krisann Hodges, and others involved in this backwards concert effort all have some redeeming qualities. There is no doubt that each of

them has done some good in this profession. I also admit that I am a staunch believer in ethics and support the mission of the BPR and Tennessee Supreme Court, when it is functioning based on the rule of law. But the problem here is that the lack of checks and balances made good people commit terrible acts because there is a failure to understand human nature. We humans are all bad in one degree to another and are in desperate need of a relationship with the Creator of the Universe that can come about readily through a His son Jesus Christ. We need accountability to resist temptation. That is what my new lawsuit against Apple is all about. Apple needs to sell its devices on "safe mode" because men are visually stimulated, and marketing companies can exploit our biology by dragging us into the harmful world of pornography that has had devastating consequences for our society due to our collective arrogance and counter productive cultural shifts. We need Apple to help keep us guys accountable in the same way that we need additional checks over the BPR to increase the chance that they will do the right thing.

   Around March 2012, Judge Campbell dismissed the case against Nancy Jones and Krisann Hodges without prejudice for failure to prosecute. I was hoping to resolve the acrimonious litigation between John Rich and I because I was repulsed by the Tennessee Justice system entirely. Because Mr. Rich was given countless and grossly unjust breaks routinely, he was convinced that proliferating the litigation was optimal. So, in response, I refiled the federal case against Nancy Jones and Krisann Hodges in state court, which was assigned the Honorable Senior Judge Harris, after I filed motions to recuse Judge McClendon for bias. Assistant Attorney Generals appeared in the action to defend your agents, Nancy Jones and Krisann Hodges, who were guilty as sin. Because I am a proponent of grace and mercy and am not vindictive, I allowed your two scoundrels out of the lawsuit, while leaving a permanent record in the public

domain for anyone to investigate so that the true nature of the BPR could be memorialized. I now respectfully, ask that you to set aside the erroneous decision in December 2011, since after all the lawsuit against Krisann Hodges and Nancy Jones should not be a factor anymore in the calculous of the Tennessee Supreme Court's illustrious analysis. If not, it will fall upon me to use all of my resources and skill sets to expose the fraud in these matters because its is one thing for the Tennessee Supreme Court and others to pick on me, I think its funny, it is another thing when their practices to do some could interfere with causes that I initiate that could literally change the world for the better and rescue people from victimization.

Recently John Rich and Cyndi McKenzie engaged in classic malicious prosecution and had me framed for felony stalking because their frivolous lawsuit against me for malicious prosecution was not going so well after their usual immoral tactics were falling flat with the Honorable Senior Judge Harris. The media took especial interest in my arrest and covered the fact that I my law license was medically deactivated for "mental illness" with ethical charges pending which makes the legitimacy of the Tennessee Supreme Court's decision a matter of public interest. Investigative reporters have the option of eating the Tennessee Supreme Court and others alive for all of these horribly immoral practices perpetrated through the Courts.

I am not very interested in practice law in Tennessee because I refuse to "sell out," and participate in "go along get along." I have seen what the profession has done to other lawyers, like Cyndi McKenzie and Helen Rogers, converting them into nasty people with serious character flaws. I have no interest in being like them and have not seem too many examples of lawyers in Tennessee who I would like to be like. Although I love the law, life is too short trying to prove that your right all the time. Plus, I've noticed that a lot of litigators become inherently

angry people plagued with self-focus. I very much prefer focusing on overseas missions trips to places like Haiti, Peru, Cambodia, India, where I can pursue peace instead of being pursued by warring egomaniacs. However, I do not want to be falsely labeled as being "mentally ill" because of the reasons explained. Nor do I want to be labeled as in capable of practicing law, when I have remained entrenched in complex litigation ever since the Tennessee Supreme Court made this tainted decision. I am interested in seeing that the rule of law is honored in Tennessee.

　　　　The Tennessee Supreme Court's erroneous decision in December 2011, has been utterly impeached because I have been practicing law almost nonstop in the sanctionable case that has lodged against me by John Rich and Cyndi McKenzie. Judge McClendon, who I had recused, and Senior Judge Harris, should be contacted by the Tennessee Supreme Court to confirm these inescapable realities that demonstrate that this entire situation is outrageous and fundamentally prejudicial to service members. Before Judge McClendon recused herself, she stated on the record that "I was a very bright and capable attorney." I responded in opposition to that stating that "there was no way I could be considered bright by ever having assumed that the Tennessee Courts were based on the rule of law."

RESPECTFUL REQUEST

　　　　I have some sensible request I will demand before I will expose the abuse to the Tennessee voting public.

1. set aside the December 2011 immediately, which stated that made my law license inactive for medical reasons relating to "mental illness." I will immediately deactivate my law license for non medical reasons. If Krisann Hodgs even considers opposing this motion, she should consider herself being named personally in the inevitable lawsuit against Mrs. McKenzie and Mr. Rich for

framing me for stalking. She can thank the Tennessee Supreme Court for that.

2. I am asking that the Tennessee Supreme Court hold Cyndi McKenzie, Nancy Jones, and Krisann Hodges accountable for their ethical misconduct. I have the capacity to make these matters proliferate in the media greatly, and will do so if the rule of law is not strictly enforced. Mrs. Hodges and Mrs. Jones need to be held accountable for non responsiveness. They have deliberately turned an eye to Cyndi McKenzie's immoral campaigns that have costed me tremendously. Cyndi McKenzie and Anton Jackson have been able to get away with a ton of corrupt acts for the benefit of John Rich in matters that have caught the publics attention, which is drawing heat on this issue that will come forward. The public perception of the Tennessee legal system is going to be impeached through these cases, which will hurt the law economy in general because it is being exposed as a place where politics, not the rule of law controls. Its a place were old lawyers rule and the young ones are grossly abused to the point of outrageousness. The law does not recognize factors like age. While the public wants to see if John Rich is above the law, I want to know if the Tennessee Supreme Court and BPR are. I want Cyndi McKenzie disbarred for her own sake or I will pursue a Congressional Hearing.

3. I would like the Tennessee Supreme Court consider a way to have better checks and balances over the Board members so that when it allows an ambitious tyrant, like Nancy Jones to be in charge, they won't oppress the honest attorneys, like myself who refuse to participate in "go along get along." Just because I am honest and believe in this like truth and justice does not mean I should be oppressed. If the Tennessee Supreme Court can create the BPR, then it can shut it down.

## OTHERWISE EXPECTATIONS

If the Tennessee Supreme Court does not grant my request, here is what it can expect. I will go to Washington and meet with the TJAG at the pentagon. I will provide a detailed case that outlines how my military service has been used to prejudice my interest greatly. Any service member would be outraged at what has been allowed to occur here. I will then seek a congressional hearing so that these kinds of things do not happen to lawyers, who are voluntarily service members like myself. Such action taken on my part is merely an extension of my oath as a military officer and officer of the court to see to it that the United States Constitution is upheld. Additionally, comprehensive complaints will be lodged with entities like the department of justice. Moreover, I will go to Atlanta, meet with CNN and walk their analysts through the injustices that have transpired here. What will be demonstrated is that litigation in Tennessee is entirely an irrational pursuit and it should be avoided at all cost because human flaws are trumping the rule of law. Additionally, while in Atlanta, I will meet with Court TV, who has already contacted me, after the latest round in the media. I will demonstrate my lawyer capabilities by persuading them to cover all of the litigation with John Rich and myself, which will make several Tennessee Courts look more like a fraud mill than a hall of justice. As someone who studied law and politics at Vanderbilt I will submit that my efforts will adversely impact judicial elections and make the Tennessee justice system look more like the other U.S. Courts, and less like the ones in Iraq.

I very much feel that the BPR targeted and persecuted me, like the IRS targeted Christian conservative groups, because of my decisions that as an attorney that were unapologetically made pursuant to my Judeo-Christian values. I am mortified that the Tennessee

Supreme Court ratified the motion under the conditions and there is nothing any of these individuals can do to make up for those colossal and unspeakable corrupt acts. There should be a Federal law that imposes criminal sanctions for any Government official who knowingly uses a combat veteran's service to his nation against him to accomplish ulterior purposes.

## SUGGESTIONS

If it pleases the Court, if the Court is still not persuaded to reserve this decisions for whatever reason, I ask that the Tennessee Supreme Court contact the Honorable Senior Judge Harris, who has observed me engage in the practice of law ever since this Court entered this ridiculous decision. His contact: dharris@tncourts.gov. Additionally, I can ask a Christian Counselor, Steve Navyac, who is a therapeutic expert in trauma, to provide a letter confirming that I am capable of having my Tennessee law license restored. I would prefer not to do so because the evidence should be unnecessary given the fact that I have continued to practice law in the John Rich litigation and others ever since the Tennessee Supreme Court sided with its own members against the wounded warrior.

Respectfully Submitted,

s/Chris Sevier Esq./
9 Music Square South
Nashville, TN 37203
615 500 4411
BPR#026577
615 500 4411
ghostwarsmusic@gmail.com
soundcloud.com/ghostwars