IN DISCIPLINARY DISTRICT V
OF THE
PROFESSIONAL RESPONSIBILITY
OF THE TENNESSEE SUPREME COURT OF TENNESSEE

IN RE: Mark Christopher Sevier
Docket No. 2010-1994-5-KH
BPR#026577
Licensed To Practice Law
~~In Tennessee~~
(Davidson County)

~~MOTION TO AMEND THE PRIOR ORDER OR ALTERNATIVELY MOTION TO~~
RECONSIDER

    NOW COMES I, Chris Sevier, the respondent, pursuant to the Tennessee Rules of Civil Procedure, asking that Court to amend its prior order or to reconsider it regarding the evaluation with Dr. Walker. Normally, I would not ask for reconsideration of such an order. In part, I'm grateful for the recent order. There is a saying the music business, "Don't bite the hand that feeds you." But there are three Courts involved here, the Court of Public Opinion (through the City Paper and Nashville Scene), the United States Military through the Department of Defense Inspector General, and this Court. Therefore, I have a duty to make sure the record is complete with all objections and considerations so that in the future military service members are not wrongfully prejudiced for having volunteered to serve their county during a time of war like I have been by the BPR and Tennessee Courts. I am committed to seeing this abuse terminate and that logic, common sense, and decency prevail.

    While, in her response, Krisann Hodges did not prove that I cannot practice law due to PTSD, she did demonstrate how nasty she can be. In fact, by responding in opposition to my request to reinstate, she effectively acknowledged and ratified that I can practice law despite a

combat injury. If I was incapable of practicing law, there would not have been any reason for her to respond. So this is all just a matter of semantics, hypocrisy, fraud, mismanagement, abuse, and discrimination. In interpreting Mrs. Hodges response, she effective asked that the TNS continue to mistreat me because I filed a lawsuit against her and Nancy Jones personally for being grossly unethical and incapable of having actual integrity, as she continues to display. In its recent order, the TNS admitted that it read through the documents and exhibits I provide thoroughly in my request for reactivation. Accordingly, the TNS has direct knowledge that I have alleged in multiple venues that I was grossly abused by the profession of psychiatry in an effort to stop me from whistle blowing, which is backed by a litany of self authenticating exhibits.

The first complaint I lodged against a psychiatrist was in Landstulh Germany with the Inspector General, Major Roberts. The second complaint I lodged was at Fort Campbell Kentucky with the Inspector General. Then I filed a Federal lawsuit against the Psychiatrist that was ultimately barred by the Ferris Doctrine that went before the Honorable Judge Traiger. I had also previously contacted the Department of Defense Inspector General on multiple occasions, but I was ultimately so put off by the inaction, abuse, mismanagement, and so forth, that I just did not want to deal with these matters any more because they were too traumatic to live through over and over. LIfe is too short to get entrenched into the affairs of nastiness. I mean who really wants to turn out like Nancy Jones and Krisann Hodges? Part of my purpose in life is not to go around and prove how right I can be. Fighting for justice can be quite a heart poisonous affair and exhausting endeavor that causes one to develop a jaded and inferior life. However, given the fact that John Rich recently framed me for stalking and then mischaracterized me as "mentally ill stalker" in playing off the TNS abusive decision in the media has managed to catch the attention

of the military and compelled me to go back to the Department of Defense Inspector General to move forward on the case, which I made colorable efforts to preserve. The TNS should be advised that the military does not like its members to be wrongfully abused by civilian courts for reasons that relate to military service.

The DoD Inspector General is moving forward and so I am not very interested in being prejudiced or mistreated by Tennessee psychiatry or the Courts at this time. It is probable that the Krisann Hodges, Dr. Walker, and even the TNS members maybe swept into the investigation and hearings because it unwisely elected to involve itself in military affairs to accomplish ends that would have never resulted at the panel hearing regarding frivolous charges. Furthermore, it is an undisputed fact that I have PTSD. I stipulate that. Any normal person of sound mind and ordinary prudence, who has been subjected to the continuous and systematic abuse that I have been by people in authority, who have no business being there, would also have been traumatized by the flagrant waste and mismanagement. I do not need Dr. Walker to evaluate whether I have PTSD. The question presented is whether I have the capacity to practice law in the face of the disability. Such a determination is outside the scope of Dr. Walker's expertise, since he is not a lawyer and does not know the duties of a Court officer. This all smells of hyper-semantics, fraud, waste, ulterior agenda, and game playing that compels me to be a whistle blower in the first place. This situation should be treated no differently than lawyers with other handicaps. For example, there are plenty of lawyers who have attention deficit disorder. However, just because they have that disability does not mean that they are not capable of carrying out their duties as an officer of the Court despite their ADD. The BPR has failed to provide a single example as to how my PTSD has adversely effected a single client or the interested of justice. They have only

managed to demonstrate that they are disgruntled because I lodged a well founded lawsuit against two of their members for being habitually dishonest, illogical, and immoral.

Additionally, when I spoke to Dr. Walker, he stated that an assessment would cost $2,000. After I told him about the DoD investigation, his price miraculously dropped to $1,300. There is nothing to evaluate, since I have stipulated to having PTSD. So, this is all game playing, harassment, discrimination, waste, and mismanagement that has a direct connection to military affairs. Moreover, despite all of these considerations, the TNS wrongfully took away my law license in violation of the 14th Amendment of the United States Constitution; therefore, the TNS knows or should know that I am unemployed. Accordingly, I do not have the means to pay for the assessment with Dr. Walker nor should I be expected to shoulder such an undue burden under the circumstances. The TNS cannot have it both ways. The TNS cannot make me unemployable and then expect me to have income to pay for its psychiatrist, who likely is practicing a form of sham science to begin with. This is a matter of common sense and elementary equity. The purpose of being on a member of TNS is not so that you can inflict cruelty on wounded warriors, who happen to take their oath to uphold the Constitution seriously enough to rail against the hypocrisy regularly displayed by the BPR. Given the overwhelming evidence that I can practice law (as I am doing now) despite my disability and that this matter boils down exclusively to the fact that the BPR is upset that I would accuse its agents of fraud, I propose that justice demands that Krisann Hodges or the BPR should be required to shoulder the cost of Dr. Walker, if the Court even continues to find it necessary. As a former Judge Advocate and Court proponent, I would advise the Court not to engage in any activity that could cause its members to be engaging in discrimination against a combat veteran, given the involvement of the Department of Defense

Inspector General, who awaits the outcome here. More importantly, the Court should be advised that I will make these matters public. The Court should understand and appreciate that I am not very interested in being mistreated whatsoever in these outrageous affairs anymore. I think I've had enough abuse by Courts and psychatrist in an effort to placate someone else's ego. The fact that I have expressed interest in immediately deactivating my Tennessee law license in protest upon its return is unapologetically designed to constitute a direct slap in the face to the Tennessee Justice System for being grossly backwards, illogical, and founded on considerations outside of the rule of law. The evidence in my case demonstrates conclusively that the TN Courts are a place that should be viewed with extreme skepticism by the general public in Tennessee. What person would want to subject themselves to the cruel individuals, as I have here? Any platform of public speaking I develop, I will push for Court reforms to make Courts look more like halls of justice, instead of bastions of politics and game playing based on "the ends justify the means." I do not live in Tennessee. I have no interest in the state. I do have an interest in not being held back by Tennessee's outrageous failures to administer fair and impartial justice. I do want to be publicly mischaracterized as not having the ability to practice law because it suits the personal interest of a few of my enemies who have gotten away with misusing the Court's with absolute impunity. (If the Court is going to make me have to shoulder the cost of Dr. Walker, despite all of the evidence that demonstrates doing so would be inconsistent with justice, I ask for extension of time beyond 15 days).

  Although Krisann Hodges cannot prove that my PTSD prevents me from practicing law, given her personal agenda, no one can deny that I am a former eagle scout, that I graduated from Vanderbilt with a degree in politics, that I graduated from Vanderbilt law school, that I passed the

Tennessee bar exam, that I am a former military officer, that I served my country honorably in Operation Iraqi Freedom, and was honorably discharged from the military. Also, since the TNS first ratified Mrs. Hodge's fraudulent plan in December 2011, I have been engaged in a litany of volunteer humanitarian efforts around the world to include the advocacy of orphans, church planting, prison ministry, efforts to feed the homeless, and the fight against sex trafficking and child pornography. Even Dr. Walker has already acknowledged that it stands to reason that if I had the capacity to engage in these humanitarian efforts after the the TNS wrongfully took away my TN law license due to a backwards agenda, I have the capacity to be licensed despite my war injury. So, my call to the TNS is stop playing games, stop mistreating me, start acting like decent human beings, and demonstrate to the DoD inspector General that the TNS is putting an end to this nonsense. By involving Dr. Walker in this matter given my reporting to the DoD IG, the TNS is setting him up for a host of problems, as well as its own members. When I was in law school, I never envisioned myself someday speaking this way to the TNS nor did I contemplate that I could be prejudice for serving my country. This has been absolutely horrible, inexcusable, unconscionable, and worthy of intervention of federal oversight from outside of this crooked jurisdiction. The BPR should be punished for engaging in such outrageous practices in using their office in ways that it was not designed for illegitimate ends. The TNS should never have engage in such shameful practices, and should immediately stop doing so now. Otherwise, it should shift all burdens onto the BPR, who came up with this idea in the first place.

Respectfully Submitted,

s/Chris Sevier/

9 Music Square South
Nashville, TN 37203
615 500 4411
ghostwarsmusic@gmail.com