

## IIN THE COURT FOR DAVIDSON COUNTY, TENNESSEE AT NASHVILLE

| | | |
|---|---|---|
| John Rich<br>Plaintiff<br><br>V.<br><br>Chris Sevier<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO: 10C-4568<br><br>The Honorable Senior Judge Harris<br><br>JURY DEMAND |

## MEMORANDUM IN SUPPORT OF THE MOTION TO DISQUALIFY, MOTION TO DISMISS, MOTION FOR RULE 11 SANCTIONS, MOTION REGARDING CLARIFICATION OF THE SET ASIDE MOTION REGARDING THE JURLY 5, 2012 UNCONSTITUTIONAL ORDER, MOTION FOR CLARIFICATION ON DISCOVERY MATTER, AND ALTERNATIVELY, MOTION TO RECONSIDER THE MOTION TO DISMISS BASED ON EVIDENCE OF FRAUD AND COLLATERAL ESTOPPEL

*Save the Horse not the Cowboy*

*Introduction*

NOW COMES, I, Chris Sevier under rule 11, rule 12, and seeking clarification and other forms of relief, and states: "well, no one can deny that the news has been pretty interesting as of late." Channel 4, Channel 2, Fox 17, and the Associated Press lodged covered poor Rich's and Disturbed McKenzie's continued strategy based on the old naa naa na na scenario. Poor Rich has even gone so far as to hire publicists to proliferate my litigation in the media in a less than favorable light. He had good old Bill O'Reilly talking about me last night on Fox, thanks to the press packet sent by his publicists that mischaracterized my lawsuit against Apple to be about $$

$, when anyone with common sense can see its about protecting families, reducing the demand for sex trafficking, limiting child pornography, and strengthening world.

I am going to have to stick with Nancy Jones' position regarding this case, when she said "for this celebrity to go to so much effort to hurt you Mr. Sevier, you must be doing something right." The new phony stalking charges that I was framed for are an an extension of this fake civil lawsuit, as the evidence shows here beyond a reasonable doubt.  As if this civil malicious prosecution lawsuit was not already harassing enough, the evidence demonstrates that Disturbed McKenzie and poor Rich decided to do some malicious prosecution of their own, pursuant to their pugilistic conquest to discredit me at all cost, which caused multiple lawsuits to be brought against them in the first place. Several Courts should have long since shut them both down and failed us all in not doing so because there is too much compiled evidence and public scrutiny to not turn on the light switch to expose what has been happening in these cases.

As this document demonstrates,  Disturbed McKenzie and poor Rich have gone for broke in these matters, which is exactly were they deserve to be.  If this Court wants to see the personality complex at work that is responsible for making virtually every level of the Nashville justice system come across as dysfunctional see poor Rich in action on Celebrity Apprentice demonstrate his exaggerated response to trivial offenses and his inability to let things go: : http://www.youtube.com/watch?v=oywB5aOUg4c. In the end, poor Rich and Disturbed McKenzie are going to make the police, the District Attorney's office, the BPR, the Tennessee Supreme Court, and the local news look really bad, for which I can only say "nice work guys" - causing the public confidence to be decreased in these institutions that I otherwise support.

After I had Judge McClendon recused from this action and this Honorable Court set in,

poor Rich and Disturbed McKenzie could see that their plan to discredit me through this action wasn't "working out so well." But the truth is that they had been planning this move from the start of this frivolous action as the evidence proves. Not even Judge McClendon, who was recused for biased, was going to allow poor Rich and Disturbed McKenzie to make it past the motion for summary judgment, given the evidence that this civil case was blatantly frivolous given the piles of probable cause showing that poor Rich is tantamount to a career criminal, who violates the law and pays his way out of it. All of us have know that this case was a sanctionable looser from the start, but they filed this civil lawsuit as a prerequisite to have me falsely arrested for stalking because both poor Rich and Disturbed McKenzie are narcissistic egomaniacs.

If Disturbed McKenzie did not have a personal stake in this case and did not file it for personal ulterior motives that should have caused her to be sanctioned and disqualified long ago, she would have advised poor Rich before starting out on this less than emerald pathway that malicious prosecution is a cause of action not favored by the law. As Confucius said, "before you embark on a journey of revenge, dig two graves." I sometimes wonder if poor Rich and Disturbed McKenzie and others are trying to test, if I am the most resilient man in Tennessee. (See Acts 17:11, 1 Peter 4:12, James 1:2). It is as if Disturbed McKenzie and poor Rich are trying to set some world record of how many wrongs can they get away with in these matters in order to confirm to the world that they are above the law so - "watch out."

In this document, this Court, the public, the Tennessee Supreme Court, and the criminal Court will see that poor Rich and Disturbed McKenzie have intentionally laid a trap for me that they should be allowed to fall into. *"They spread a net for my feet-- I was bowed down in distress. They dug a pit in my path-- but they have fallen into it themselves." Psalm 57:6.*

These matters are not easy for me to analysis because of how traumatic they have been and every time I work on the matter I have to relive through some disturbing episodes. But I will "keep my oath even when it hurts," because I "despise this vile person." So, if it pleases the Court, I will analyze the evidence through the lens of Bible verses in conjunction with the Tennessee Code so as to make sense as to what has occurred, as a form of self-accountability and point of persuasion.

Although I am fighting to keep a positive attitude, I am also mortified by what these individuals have been allowed to reduce the Nashville Courts to, not just for my own sake but for the general public. I will rely on some Bible verses, not because I'm a "turn or burn" scoffer, but because it would be objectively "crazy" not to identify the applicability of universal truths that our Nations laws were founded on.

However, lets face it, I can only win these cases if this new replacement Court of integrity lets me. I have had Judges, whose names I will not mention, look at the evidence and facts in this case, smirk and deny the motion, knowing that they were ignoring the law. I am asking that this Honorable replacement Court to stop giving poor Rich and Disturbed McKenzie undeserved breaks, and crack down on them so as to mitigate the damages for everyone. The Court should make no mistake that poor Rich will "never stop trying to hurt me," and more importantly, if it wasn't me he was oppressing, it would be someone else. Just call poor Rich "boy" to see what I mean. *"A hot tempered man must pay the penalty, rescue him and you will have to do it again. Proverbs 19:19.*

I am asking this Honorable Court to allow me to restore reputation and my and the public's confidence in the rule of law. The most unmerciful thing that this Honorable Court can

do is to teach Mr. Rich and Mrs. McKenzie that the fraud they have perpetrated over the course of seven years is tolerable in our city. It would be tantamount to setting them up for failure. *Proverbs 21:15 "When justice is done, it brings joy to the righteous but terror to evildoers."*

I, nor anyone else who is not a rich celebrity, deserves to be treated by poor Rich, the Tennessee Supreme Court, the BPR, the police, and other Courts because I made the mistake of believing that the Nashville Justice system was governed by the rule of law and not politics. The public eye is on these matters I believe because they want to see if poor Rich is treated differently than the rest of us because he is a celebrity. The Nashville justice system backed the wrong "horse" to "save the cowboy," as this document shows conclusively, and it does not include a quarter of all of the damaging acts committed by these codefendants, poor Rich and Disturbed McKenzie. One would have thought that poor Rich and Disturbed McKenzie would have been satisfied with narrowly escaping mountains of liability in prior cases out of acts of undeserved mercy, but their insecurity complexes prohibit them from letting things go, which was the exact source that caused them to be sued in the first place. Arrogance.

### SECTION ONE: CONVERSATIONS BETWEEN POOR RICH AND ME FROM OCTOBER 2005 TO APRIL 2013 THAT SHOULD SAVE THE HORSE NOT THE COWBOY

*They say, "We will lie to our hearts' content. Our lips are our own--who can stop us?" Psalm 12:4*

Without Further ado, here is something that the Court, the general public, and the media should find interesting because it speaks for itself straight out of the horses mouth, as the cowboy tried

to save himself.  Here are the conversations between poor Rich and I that he started that go all

the way back to October 2005. I provide a good bit of commentary just to provide clarification

on the context if it is so needed.  Poor Rich stalked me out and initiated conflict from the very

start:

_____

*As charcoal to embers and as wood to fire, so is a quarrelsome person for kindling strife.*

*Proverbs 17:16*

The first email I received from poor Rich came in 2005 entitled "Illegal Activity"

 Date: Sat, 22 Oct 2005 20:57:09 +0000

 From: John Rich <johnrichfans@hotmail.com>

Reply-To: John Rich <johnrichfans@hotmail.com>

Subject: Illegal Activity.

    To: Chris.sevier.@vanderbilt.edu, enalphin@comcast.net, marc@landofos.net,

cory@muzikmafia.com, scc07@aol.com,

johnrichfans@hotmail.com, rosenj@gtlaw.com

Jess and Gentlemen of the Muzik Mafia,

If you will go to the site www.sevierproductions.com, you will find a

person by the name of "Chris Sevier" who is illegally selling music on Mafia

artists that he has obtained without permission from the publishers,

that being us, BIG$RICH. The artists that are being exploited are as follows:

Mr.D

Chance

Shanna Crooks

Jess, I am copying Mr. Sevier on this email, and I would like you to

contact him with an order to cease all exploitations and sales of these artists

listed on his sites. His email address is chris.sevier@vanderbilt.edu

Sincerely,

John Rich

Commentary: *Proverbs "A man of wrath stirs up strife, and one given to anger causes much*

*transgression." 29:22.*

　　　　Poor Rich's email had no foundation of law and was no different than "a common stick

up" by a thug, as he attempted to steal my copyrights no different than a thief would seek to

misappropriate a persons car. The Court should see that it was poor Rich who made the first

contact, not I. Poor Rich came out of the gate with "guns a blazing," already attempting to facilitate acrimonious conflict. Poor Rich was wounded by RCA records in the past when it rejected him for being all "hot air" and "no talent" so he held something personal against record company executives, especially one he felt that he was in competition with.

Here is poor Rich's modus operandi. He initiates conflict by attacking, then he passes the conflict to his bodyguards and attorneys to fight his illegitimate battles. That is, poor Rich throws a punch, then cowers behind scoundrel attorneys, and then denies ever having thrown the punch. This attack and cover was no different than when he punched Jared Ashley on March 13, 2009 at the spot only to then hide behind his bodyguard and later deny it. By sending me this threatening email, poor Rich has already made himself liable for a Federal action under the Copyright Act for a case of non-infringement, which ends up costing him hundreds of thousands of dollars.

And additionally, poor Rich thinks himself to be so clever and crafty. He started the conversations about ways to resolve our conflict, then he hides behind his lawyer and accusing me of stalking based on my responding to the conversation with he provoked, not I.

The Court should take note that poor Rich named Chance, Shanna Crooks, and Mr. D - Damien Horne in his frivolous demand. Chance and Damien later confirm that poor Rich was knowingly misrepresenting the truth. I wrote or co-wrote and produced a lot of material with Chance, Damien, and Shanna in an effort to help all of our careers. They subsequently elected to enter into contracts with poor Rich.

_____

*"And Starting a quarrel is like opening a floodgate, so stop before a dispute breaks out."*

*Proverbs 17:14.*

Here was my response to John Rich's email:

-----Original Message-----

From: Sevier, Mark Christopher [mailto:mark.c.sevier@Vanderbilt.Edu]

Sent: Friday, October 28, 2005 10:21 AM

To:  kenalphin@comcast.net, marc@landofos.net, cory@muzikmafia.com, scc07@aol.com, johnrichfans@hotmail.com, rosenj@gtlaw.com

Hey Brothers,

thanks John for sending me this email also.  Not to get off the subject, but the deadwood show on CMT was killer; I saw it last night. In terms of the instant issue, I think it was inconsiderate for me to not let you know that I would be putting these joint works up for sale.  I could give you some excuses explaining why, but instead will just say "sorry." I can understand your reaction and the adverse perception that it could create by simply "discovering' this.

However, my chief aim is to help, not harm, Chance, Damien, Shanna, yourselves, my entity, and all the artists I work with- seeking to "love everybody" so to speak (no pun inten[d]ed) especially God and my wife.  In terms of the fun legal issues, I do possess certain own[er]ship rights in the sound recordings as a producer and a fiancer that are posted and up for sale as well as certain ownership in the compositions as a co-author.  I have them up for sale, not only because title 17 gives me the right to but because I believe this is in the collective best interests of all - you included.  I did not create those works under a work for hire agreement, nor did I make them just for fun, nor did I receive any payment for them, but did create them to

generate mutual benefits and to help further everyone's careers, especially the artists - its kind of the main goal of my entity. And believe me I'd much rather do this than be an attorney when I graduate from Vanderbilt Law School in May. I do absolutely have the responsibility to account for any proceeds that get generated to the artists as well as the publishers - you guys. This includes the statutory rate for the compositions as well as payment to the artists for their potion of the sound recordings. I can give an account immediately, but don't brace yourself cause the return has been less than nominal. In fact, we could all get lunch at SACCO on me and the proceeds from the cd sales would barely cover the tip. But in all seriousness, as a staunch Christian, I hope that anything I do creates positive effects and hope to help those who are brave enough to work in the muzik business that do not have nepotism working for them. Feel free to contact me at any time about any issue: (615) 500-4411. Many Thanks.


With Much Respect and Appreciation,

Chris Sevier

_____

Commentary:    *"And Starting a quarrel is like opening a floodgate, so stop before a dispute breaks out." Proverbs 17:14.*

This Court should consider admonishing me for being too nice. I think its pretty clear that I am not the violent stalker that poor Rich and Disturb McKenzie have gone for broke over trying to make me out to be. I was being polite because it is honorable to keep the peace. *"Make every effort to live in peace with everyone and to be holy." 12:14*

I was also aware of the rumors of poor Rich grossly abusing artist and songwriters whose interest were not in tune with his ambitions that were never in tune with reality. What followed next was two frivolous cease and desist letters from Jess Rosen from Greenberg Trairig, who screamed at me over the phone at the top of his lungs and told me to go look up the law in the law school library before he had me put in jail for five years for failing to honor poor Rich's demands. Threatening cease and desist letters followed (Exhibit D and P). They were threats without merit and designed to bully me out of copyrights my label and I owed. These cease and desist letters were the basis for my request for a Federal Declaratory Judgment pursuant to the Copyright Act, given the reasonable apprehension of copyright litigation they produced. Poor Rich was thinking that he was threatening Severe Records out of its copyright, when he was actually making himself liable for a host of federal and state offenses. That is poor Rich was proving to be the threat to himself that he has always been by being a hot-head, who lacks the capacity to let things go. The law does not favor frivolous bullying through attorneys, who put greed before honor and our oath. A copy of the first cease and desist letter, which threatened to put me in jail for unsubstantiated reasons, just like the current stalking charge, is attached as exhibit D. Once I filed the first lawsuit years later, it is a matter of public record that poor Rich spent $170,000 out of the gate, which was just one of the price tags that attach to his out of control egoism. Poor Rich proved that being an angry person is costly.

_____

*"For where jealousy and selfish ambition exist, there will be disorder and every vile practice."*
*James 3:16*

Several months after the first wave of cease and desist letters arrived, which I responded in

opposition to and or ignored,

On May 4, 2006, John Rich emailed me:

From: John Rich

To: Chris Sevier

Quoting John Rich <johnrichfans@hotmail.com>:

Mark,

When Shanna signed her pub deal with my company, her deal included a

"Schedule A" which included all the songs she had written before our

agreement. That includes the ones you are trying to market. As her

publisher, I will not grant you liscence to sell and or distribute any

of her music at this time. Thank you for your cooperation.

Sincerely,

John Rich

_____

Commentary:  *"The vexation of a fool is known at once, but the prudent ignores an insult."*

*Proverbs 12:16*

Notice how poor Rich's assumes "cooperation," 'sincerely," although he later takes the

position that he had never met me.   Poor Rich prances around Nashville as if he is some kind of

regal authority, due to a psychosis that makes him prone to conflict because he is a vile and

violent person. Although poor Rich cannot assume "cooperation" from me, I am assuming

"cooperation" from this court, by giving Mr. Rich and Disturbed McKenzie the sanctions that

they deserve and shutting  down their fraud factory.  The May 4 unfounded demand was merely a

rehash of the of the same demand he issued in October 2005. The Court should take notice that

this time the demand only concerned Shanna Crooks, not Chance and Damien Horne, unlike the

prior threats. Chance and Damien had called poor Rich out for being a charlatan.  Crooks was the

only one still playing along and that was because poor Rich controlled her with his money.

        Poor Rich failed to understand that he lacked privity of contact with me. My interest were in

works that were made before he entered into contracts with those artists. This situation was no

different than when Sub Pop records signed Nirvana and released "Bleach." Nirvana later went

on to sign with Geffen Records and release "Nevermind," but that did not give Geffen Records

the right to demand that Sub Pop surrender "Bleach."  Ironically, Rich was compelled to sign

Chance, Damien, and Crooks in response to some of of the works I created with with them,

which points back to deep ceded insecurity and majorly jealousy issues. It was not just control

that was at play here, it was deep insecurity and superiority psychosis that poor Rich needs to

receive extensive treatment for. *"For where jealousy and selfish ambition exist, there will be*

*disorder and every vile practice." James 3:16*

_____

*Proverbs 29:11 "A fool gives full vent to his spirit, but a wise man quietly holds it back."*

My response to poor Rich's unwarranted demand:

---Original Message-----

From: Sevier, Mark Christopher [mailto:mark.c.sevier@Vanderbilt.Edu]

Sent: Thursday, May 04, 2006 1:49 PM

To: John Rich

Cc: shanna@shannacrooks.com; Collin Brown; chris.sevier@vanderbilt.edu

Subject: Re: Shanna Crooks.

John,

Respectfully, its not "her music": its "ours".  I'm a co-author for the songs  that I'm referring to -
"Better" and "Watching Me Leave," having copyright  ownership in two distinct copyrights: the
underlying composition and the sound recording jointly with Shanna, since I did not require that
she work under a  work made for hire agreement; therefore, I do not need your permission to
exploit "my" or should I say "our" songs.  As a joint tenant in common of the works, I do,
however, have a duty to account to your publishing co and the co-writer for your and her
prorated portion of any proceeds in the event that I exercise my right to exploit under 106.  I'll
definitely do that. I'll deal with Dwight concerning that if ok with you.  In fact, Shanna's
contributions to the two songs in question are relatively diminimus compared to mine, especially
on "Better," I basically just gave her credit one the derivative version that we did because I'm
cool like that. lol.  Most importantly, I've got tons of respect for you and any artist I work with,
but when it comes to Severe Records, its important that I start getting into the practice of

following the business judgment rule or I could be held liable to the owners, its shareholders whom I'm starting to attract. I think it is in SevereRecords best interest to put these works to use as intended, like yourself I don't record write and record for just fun. By the way, just curious, have you heard the songs I'm referring to?  I think they sound killer and think they sound better than almost anything else I've heard her do, but I guess I'm probably biased.

 Many Thanks,

All the best,

Chris

_____

Commentary: *Proverbs 20:3 "Avoiding a fight is a mark of honor; only fools insist on quarreling."*

The Court should consider admonishing me for  "brown nosing" at the time. This email demonstrates that reputation in the music business is vital. One can tell that my intent is to not abandon my rights, but I was attempting to be "polite but firm" about it. Poor Rich's consistent argument seems to be "I should get my way because I'm John Rich," which is a position that this Court should find inferior to the rule of law.  The Court should understand that at this time I am a small business owner, who is more interested in running the label than being a litigator because apparently lawyers in Nashville will be subjected to a verity of abuse.

_____

*Proverbs 21:24  The proud and arrogant person—"Mocker" is his name— behaves with insolent fury.*

Poor Rich retorted:

-----Original Message-----

From: John Rich [mailto:johnrichfans@hotmail.com]

Sent: Thursday, May 04, 2006 6:33 PM

To: mark.c.sevier@Vanderbilt.Edu; dwiles@smithwiles.com

Cc: shanna@shannacrooks.com; Collin Brown; chris.sevier@vanderbilt.edu

Subject: Re: Shanna Crooks.


Chris:


I find your position with my company and Shanna Crooks to be evasive,

misleadling, and disrespectful. Should you continue in this course of

action without producing contractual evidence that you do, in fact, have a

right to sell and distribute Shanna's music, I will serve you with a cease and

desist order.


Please send all future comments to either my business manager, Dwight

Wiles:

615-594-7424


Or, my attorney Jess Rosen: 678-553-2100.

John Rich

_____

Commentary:    *Proverbs 21:24  The proud and arrogant person—"Mocker" is his name*

*— behaves with insolent fury.*

The pattern: poor Rich attacks; poor Rich hides behind like minded corrupt individuals, who he

shells out money to bully for him, whether they be bodyguards, publicists, lawyers, or

constructive hit men. He thrives on it, as the self proclaimed "Godfather of the Muzik Mafia."

One can pick up on the indication that poor Rich's hard charging personality is the reason for his

success.  Mr. Rich's email is in fact what is "disrespectful, evasive, and misleading" in the same

way that his malicious prosecution lawsuit and stalking scams have been through cooperative

and backwards components of the justice system. Poor Rich thought that since Crooks contract

with me was oral that it was not valid because it could not be proved. Poor Rich fails to

understand that, in Tennessee, oral contracts are enforceable, and the evidence of my contract

with Crooks was undeniable.  (In the music business, very often "we do lunch" "not contracts.")

Poor Rich simply believed that with his craftiness he could "out smart the law;" no different than

any other white collar crook.  Poor Rich and Disturbed McKenzie's steps are guided by the

principle that "if they think they can get away with it, no matter is it is right or wrong, and if it

suits their interests, they are game."

Mr. Rich found the fact that I disagreed with him concerning my knowledge of copyright

law to be intolerable just because it wasn't in tune with his tyrannical will and the erroneous idea

of himself and others. If poor Rich was willing to bully an officer of this Court, who studied

copyright law, out of his copyrights, the Court can only imagine what we was doing to artist and

songwriters who were not officers of the Court and without the resources and legal training to

defend against him.  Out here in the streets of music row, it wasn't pretty. The fact that the Justice

system has been bedazzled by his manipulations has troubling implications for the rest of

Nashville who have had to tolerate this manipulative scoundrel for far too long.

_____

*Proverbs 15:18 "A hothead starts fights; a cool-tempered person tries to stop them."*

   I responded to poor Rich:

From: "Sevier, Mark Christopher" <mark.c.sevier@Vanderbilt.Edu>

To: John Rich <>johnrichfans@hotmail.com

Subject: breath in and out/you've got to love drama

Date: Thu,  4 May 2006 19:44:08 -0500


John,

Sorry you feel that way. Just let me deal with Dwight on these issues .I wish you did not think

that our interest here were adverse: there're not.  I exploit, we all benefit that's my reading of my

right and obligation.  In terms of your company, if have no interest in that. I've got interest in

songs I've written and recorded at my studio for artist that you too happen to work with in some

capacity, albeit subsequent to our dealing in the case of most of them.  I've got a mountain of

evidence that I am the writer and producer of the two songs in question, having the only existing

hard drives of the sound recording work, having pitched the material to other artist prior to the

one who assigned her publishing interest to.  Writing and producing is what I  do, besides being a

law student - which I'll graduate in a week so wish me luck.  I'm simply applying what I know to

be the case based on statutory authority, common law, contracts, and so forth. I received Jess'

cease and desist letter awhile back. Me and two lawyers analyzed it and determined that it did

not carry any weight. Man he gets fired up though. He's got a reputation for being that way and

actually violated rule 4 of the modern rules of professional responsibility in dealing with me - I

could have gotten him written up and still can. Yet, screaming loudly and being right based on

laws of the jurisdiction that apply do not always go hand in hand. Drama and acts of frivolous

intimidation are not persuasive to me. What's funny is that I am not trying to be hostile in

anyway whatsoever. Also, in terms of standing, my agreement and dealings were with Shanna

and not yourself, although she did subsequently license you a portion of her interest, but only in

the underlying compositions. So, I probably should just deal with her and let her account to you

for what ever she owes your entity. Since you like [to get] all hot and bothered about things, I

could technically come after you under unjust enrichment, quantum meruit, tortous interference,

and infringement (if you did not allow me to exercise my exploitation rights), but that would be

a drag, and I've got way too much respect for leaders like you. I know that your doing what you

think is right - but let Dwight handle it because of his knowledge and experience. I'd delegate to

him rather than Jess because he's is so hot headed that he's likely a zeolous advocate for his

advancement at Greenberg Traurig and his pocket book and not yourself. Please don't be

offended by this email's contents, it's that to me, this case is not an uncommon or difficult, and

most publishers would understand that and not be antagonistic. By the way, I saw you perform

at the Grammy after party and thought it was really good. I thought you and Big K represented

Nashville well.

All the best,

Chris

---

Commentary: *"Do not bring hastily to court, for what will you do in the end if your neighbor puts you to shame?" Proverbs 25:8*

A few months prior to sending this email to poor Rich, I was at the Grammy's in Hollywood and saw Big & Rich perform at the Grammy after party, so that is what I was referring to that to try an keep the peace. More importantly, in this email, I explain that I am a proponent of the rule of law and that his demands carry no legal weight. I also explain that "drama and acts of frivolous intimidation are not persuasive to me. [and] what's funny is that I'm not trying to be hostile in anyway whatsoever." Those words spoken some seven years ago still ring true today, despite all of the horrible abuse poor Rich has been allowed to get away. I was giving His Heinous Rich a little push back because it is hard to have respect for someone who who acts so arrogant and childish. I had heard constant rumors about him and his Mafia bullying artist and songwriters, which triggers that part of me as an idealistic attorney that believes: Proverbs 31:9 "Speak up and judge fairly; defend the rights of the poor and needy."

It is quite evident from my responses that my intent is to hold on to my rights while keeping the peace. The Court should take note that my intent was that I was "not trying to be hostile in anyway whatsoever." To be exact, I was not trying to be hostile to poor Rich attempting to resolve our conflict in May 2006 nor was I "trying to be hostile in anyway whatsoever" in March 2013 when I was trying to resolve the same conflicts then when he postured to misconstrue settlement offers as "violent threats."

---

*"A fool's lips walk into a fight, and his mouth invites a beating."* Proverbs 18:6

Then poor Rich threatens:

----- Forwarded message from John Rich <johnrichfans@hotmail.com> -----

Date: Fri, 05 May 2006 06:43:51 +0000

From: John Rich <johnrichfans@hotmail.com>

Reply-To: John Rich <johnrichfans@hotmail.com>

Subject: RE: breath in and out/you've got to love drama

To: mark.c.sevier@Vanderbilt.Edu, dwiles@smithwiles.com, shanna@shannacrooks.com

Chris:

I will be monitoring your activity closely with Shanna Crooks' music

regarding sales and distribution. I suggest you go ahead and file a

lawsuit against myself and my company and let's take this to court. I will

defend my position to the ultimate end. In the meantime, consider your ties

severed with me and all of my affiliates.

John Rich

---

Commentary: *"A fool's lips walk into a fight, and his mouth invites a beating."* Proverbs 18:6

"I will be monitoring you activity closely," who is stalking who is the better question? In all

seriousness, who does this guy think he is. (It is the same questions I've asked of Nancy Jones,

Krisann Hodges, Congressman Windle, Disturbed McKenzie, and others). All of these

unsupported threats related back to poor Rich's belief that he is entitled to hide behind his money

and celebrity status, which affords him to bully whoever, including an officer of this very Court.

This Court and the BPR need to realize that in this email poor Rich, (1) begs me, a new lawyer,

to "take him to Court" and (2) promises to "defend [his] position to the ultimate end." Once poor

Rich believes he is entitled to something, he will not let it go.

My lawsuit against poor Rich, like many of my other lawsuits designed to make positive

changes, was never some kind of "money shake down" that I started, as so many others

mischaracterized for their own political interest. (This no different than my first amendment

lawsuit against Apple, its about the world community and our families first and foremost, not

money.) Obviously, "the ultimate end" poor Rich refers to means that he will never stop

litigation until one of us is not left standing. That is the way he wants it, not I. He has gone for

broke in these matters in keeping with his psychosis of superiority, despite the fact that his

decisions are not rational. Having me falsely arrested for felony stalking was merely part of that

"ultimate end" that poor Rich was referring to seven years ago. I was standing up for Nashville

by blowing the whistle against people like poor Rich, just as I have against other vile politicians

who mismanage their authority.

The Court needs to be advised that given poor Rich's peculiarities there is only

two possible outcomes here that align with equity. If Rich is not brought to accountability he

will only ramp up his harassment campaigns against other people who dare oppose his sovereign

will. In future conflicts he will refer back to these cases as grounds that allow him to oppress

other opponents - "see what I did to the Nashville attorney who challenged me" will become his

battle cry. *"When the righteous increase, the people rejoice, but when the wicked rule, the people groan."* Proverbs 29:2

---

*"He who restrains his words has knowledge, And he who has a cool spirit is a man of understanding." Proverbs 17:27*

In response to poor Rich's threat to have me severed from his affiliates, I responded

-----Original Message-----
From: Sevier, Mark Christopher [mailto:mark.c.sevier@Vanderbilt.Edu]
Sent: Saturday, May 06, 2006 4:59 PM
To: Collin Brown
Subject: Fwd: hey
To <johnrichfans@hotmail.com>

you crack me up man. I'll make sure Dwight and you can monitor all activity closely regarding the sale and distribution of songs I wrote and produced for artist you've got an interest in. Accounting is easy. <u>Thankfully, no need for me to file a law suit at this time, but I appreciate the suggestion</u>. In terms of severed ties, I don't mean to be disrespectful, but don't flatter yourself. Do what you need to do, but <u>don't commit intentional defamation</u>. As much as I would love to get in a pissing match with you, neither of us should have the time for that sort of thing. I do need Dwights digits again por favor because I think you gave me yours by mistake, not his. Also, I really don't know why you would not want these works at issue put to use because you'll benefit in ways that you wouldn't otherwise, and so will the artists. It might be the case that your like me - a quasi-control freaks in recovery - but I think the artist and tunes sound great, having been recorded with some of the bestNashville has to offer. The work you do for the artists at

issue is obviously incredibly positive, but I too aim to help them and might be able to push from

different angels that you cannot.  For example, I'd love to push Damien to places like Geffen or

Sony/Columbia BMG New York, just to name a couple, to folks whose ears I've got and to

places that might constitute a good fit.  But if you have any concerns that I'm not aware of that

are against your interest or thea rtist in any form, let me know and I'll try to remedy the situation

the best I can, but just as your primary loyalty lies with your entity and its affiliates, mine is with

Severe Records and our affiliates.  Please, keep writing good songs like always and setting a

good example, and I'll try to remember that"blessed are the peace makers" and not get to

attached to the works I've created. Hit me up any time man, and thank you for making a

difference in the music business in Nashville and beyond.

COMMENTARY:  *"He who restrains his words has knowledge, And he who has a cool spirit is a man of understanding." Proverbs 17:27*

In this email, I warn poor Rich not to commit intentional defamation, as I knew he was prone to

do, as one of his self-help control mechanism. The rumor at the Muzik Mafia shows was that he

was doing that kind of thing. I also explained that poor Rich and I should have better things to do

than to stir up controversy, "although I appreciated his suggestion to take him to court." The

Court should "appreciate" that litigation was something that poor Rich was begging for. He was

not going to stop harassing Severe Records or our artist until he got what wanted.

Also, more importantly than those things. It was always my intent to challenge poor Rich

to return to the values of his youth. I was aware that his father was a pastor, so I have constantly

challenged him to return to putting those values into practice. To this date, even after having

falsely framed me for stalking, it is my sincere request that he return to the values of his youth.

This is why I offered: 1. Blessed are the peace makers and 2. keep…setting a good example. The

problem is that I am not dealing with a normal person. Even though poor Rich holds himself out

as one thing, he is another. He is dedicated to wickedness.

*Proverbs 19:28 "A corrupt witness mocks at justice, and the mouth of the wicked gulps down evil."*

 In April 2007, one of poor Rich's bullies for hires sends me this basis less threat:
(See Exhibit P).

**VIA EMAIL: – mark.c.sevier@vanderbilt.edu**
**AND severerecords7@yahoo.com**
**AND FEDEX – PRIORITY DELIVERY**

Mr. M. Christopher Sevier
Severe Records, LLC
1602 17ᵗʰ Avenue South
Nashville, TN 37212

Re:    **Infringement of Intellectual Property Rights**
       **of John Rich and Shanna Crooks**
       **(Our File No.:  082887.01000.005)**

Dear Mr. Sevier:

        This law firm represents John Rich and Shanna Crooks.  This letter is further to our correspondence of October 24, 2005 and October 25, 2005, regarding your infringement of our client Muzik Mafia's rights.

        Despite our previous warnings, it has come to our attention that you are distributing bootleg CDs and unauthorized downloads throughout the internet, which contain the performances of Shanna Crooks, and may include musical compositions owned by John Rich and/or Shanna Crooks.  Your distribution of these materials is without authorization from, or compensation to, Mr. Rich or Ms. Crooks.  In addition, you are fraudulently advertising that Shanna Crooks is a Severe Records recording artist, who is currently writing and recording songs for your label.  At the risk of overstating what should be glaringly obvious to you, these audacious statements are patently untrue.   Furthermore, you are using Ms. Crooks' name, image and likeness without her authorization, in violation of her privacy and publicity rights.  For the reasons set forth below, we are hereby placing you on notice that if your willful and outrageous infringement does not cease immediately, our clients shall immediately file suit against you for any and all available remedies.

        As we previously informed you, federal copyright law prohibits the fixation, distribution and sale of "bootleg," or unauthorized, audiovisual recordings without the consent of the performer, as well as the unauthorized reproduction, distribution and performance of copyrighted works.  Further, federal copyright law and federal and state trademark laws prohibit the distribution and sale of unauthorized merchandise such as this, because such conduct violates the exclusive rights of the copyright owner(s) and intentionally creates the impression that the artist sponsors, is associated with or endorses your distribution of such merchandise.  Such offenses carry penalties including imprisonment, statutory damages, actual damages, treble damages, profits, costs and attorneys'

fees. Furthermore, since your conduct is now clearly willful, statutory damages may be increased to as much as $150,000 per infringement.

We have also previously informed you that your conduct constitutes false endorsement under the federal Lanham Act and deceptive business practices under state law (in this case, Tennessee Code Sections 39-14-127 and 47-18-104). The laws provide broad remedies for such violations, including injunctive and monetary relief.

Furthermore, virtually all states, including Tennessee, prohibit the unauthorized commercial use of the name, image or likeness of an individual. The right of an individual to prohibit such unauthorized uses is commonly referred to as the "right of publicity." The sale or advertisement of merchandise bearing a celebrity's name, image and/or likeness without first obtaining permission directly violates a celebrity's publicity right. Your sale of unauthorized recordings bearing Ms. Crooks' name and image constitutes a blatant violation of her right of publicity. The remedies for violation of an individual's right of publicity may include injunctive relief, actual damages, punitive damages, and all profits associated with the infringing activity.

At our clients' request, a copy of this letter is being forwarded to litigation counsel for John Rich and Shanna Crooks. If we do not receive **by 5 pm EST on April 27,2007** your written agreement to immediately and permanently cease commercial exploitation of sound recordings featuring Shanna Crooks and fraudulent claims that she is a Severe Records recording artist, our clients will, without further notice to you, promptly file a lawsuit against your company, you personally, and anyone else involved in the aforementioned illegal conduct for any and all claims available under all applicable federal and state laws. We would seek, without limitation, actual damages, punitive damages, statutory damages, a permanent prohibitory injunction, and a mandatory injunction requiring you to advertise on the internet and elsewhere that the sale of the recordings has been withdrawn on the grounds that such sale was fraudulent and otherwise illegal.

This letter is without prejudice to any of our client's rights or remedies at law or in equity, all of which are expressly reserved.

---

COMMENTARY: *"Whoever loves a quarrel loves sin." Proverbs 17:19*

This was mere intimidation and unwarranted threats pursuant to a patter of superiority thinking.

This cease and desist letter was used as one of the basis for seeking a federal declaratory

judgment for a case of non infringement. Poor Rich was not going to let these things go, even

though he knew that his threats were without merit.

---

*Proverbs 29:10 The bloodthirsty hate a person of integrity and seek to kill the upright*

Unable to scare me into compliance with their demands, Rich employs his Muzik Mafia

associates to start maliciously harassing us. This includes property damage, assaults, libel,

intimidation, and so forth. Meanwhile, I did not do anything about it because I was trying to be a

peacemaker. On July 25, 2007 Crooks and poor Rich published 15,000 copies of this email

stating

On July 25, 2007, Shanna Crooks, an agent of poor Rich, sent out 15,000 libelous emails stating:
(See Exhibit)

"WARNING!!!  Illegal music being sold on my
    page."

Hey Everyone, I apologize for the inconvenience this post may

cause.  I went to my myspace page today and to my astonishment saw I

had music for sale!  I don't know how this music got there but I had nothing to do

with it.

There is a guy named Chris Sevier who writes with artists, records

"demo's" of the songs they write and then without the artists' knowledge

packages them up and sells them using unauthorized pictures, bio's, etc.

I co-wrote/recorded and payed for two songs with him, "Watching

Me Leave" and "Better" a few years back.  Chris Sevier immediately

designed some fancy graphics and proceeded to sell them on every music

site and through every avenue he could find.

He's continuing to do so after countless times of me asking him

to stop.  He claims it's legal since he supposedly "owns" the recordings,

but this is clearly wrong, unethical and down right dirty.

Well, it looks like good ole Chris is trying to earn a buck of my

myspace page now.  PLEASE DON'T GIVE IT TO HIM!  In the very

near future I will have my own music available and I promise you it will

be music that will represent who I am as a singer/songwriter, as opposed

to these demo's being sold by him.

If you are an artist, BEWARE of people like Chris.  Sadly there

really are snakes out there that will exploit and take advantage of you

with no regard for business ethics, artists' wishes, or even their own

reputation in order to make a buck.

---

COMMENTARY: *"Whoever conceals hatred with lying lips and spreads slander is a fool."*

Unable to get relief through his lawyers, poor Rich and his associates turn to self-help

measures like this. This defamatory message caused Severe Records and myself to lose

substantial income amongst other valuable things, which I don't know why any Court would find

that acceptable. This was prejudicial to several of our artist. The activity fell squarely within tort

law, and I'm not sure how the Court can assert that libel per se is a legitimate tort only to

repeatedly deny out entitlement to relief under hype technicalities to protect poor Rich. Just

because I am an attorney who happens to be a small business owner does not undermine the

legitimacy of the claim. The fact that I went to school to be trained to cover down on such

matters personally, should not devalue the legitimacy of the claim or the reliability of the rule of

law.  If the Courts had let me bring poor Rich to accountability for this violation, then I would

not be faced with phony criminal stalking charges.

We lost several contracts as a result of this publication that cost us thousands of dollars,

which set us back as an indie label. The works were posted on Shanna Crooks myspace as a result of our contacts with IODA and was not an invalid exploitation even though it wasn't necessarily a store front we sought out to provide content to. I had written and produced songs for Shanna Crooks with the economic expectation of making a return on the investment. Crooks signed some kind of contract with poor Rich subsequently. And in turn, for our decision to support her, she libeled us pursuant to naracism, jumping on poor Rich's bandwagon of delusions and publishing the above defamatory message all over the internet. The Court should take note that we had warned poor Rich in writing "not to engage in defamation," in May 2006. But because poor Rich believes that he is above the law, he did not head this warning.

In Crooks' defense, she was under the influence of poor Rich's money, but that does not make them any less liable for this damaging and fraudulent act. The fact that Crooks became an agent of Rich, and we had warned Rich not to engage in defamation should not escape the Court's attention. If it was anybody besides poor Rich we were dealing with the Courts would consider the fact that poor Rich ignored a written warning as a factor in aggravation in calculating punitive damages and deny him breaks.

In the music business, reputation is an essential asset. Poor Rich knew this all too well and that's why he was telling me to "consider myself cut off from his affiliates." Artist are inherently untrustworthy so extreme integrity is required in order to be effective. Poor Rich and Crooks, were aware of that, and tried to take highjack our repetitional assets in the same way they did our copyrights.

> *"Choose a good reputation over great riches; being held in high esteem is better than silver or gold." Proverbs 22.*

Poor Rich, Muzik Mafia and Crooks could have been bankrupted by a jury for punitive damages alone for this act. If Judge Haynes was not so abusive, he should have allowed me to hold poor Rich accountable. When Judge Haynes dismissed the state laws without prejudice, I refiled these claims here, but this Court mistakenly found that the matters were not severed from the original action, and therefore, barred under res juda cada, which lead to a pretty unacceptable miscarriage of justice that this Court needs allow to be corrected. I respect this Honor Court for being gracious and merciful, but this Court should know that I am being pursued by individuals who are out to hurt me at all cost, and that should not be tolerated because in libeling myself they are hurting more than just me.  I have been falsely mischaracterized as being an "extortionist," "swindler of artist copyrights," "mentally ill," "stalker," "malicious prosecutor." When the truth is that I am none of those things. I am a graduate of Vanderbilt in politics, a Vanderbilt law graduate, an Eagle Scout, a combat veteran, an Army Officer who was honorably discharged, a CEO of a record company, an SAE, a church planter,  a champion for orphans, an EDM artist, a participant in the extraction side of sex trafficking, and an overseas missionary, who comes from one of the most respected families in the state of Alabama because of our faith and commitment to character.

To be clear, after Crooks and Rich published these libelous emails. I did not file a lawsuit right away hoping that the peace could be maintained.

(That first massive publication of defamatory statements should be considers as strike one against poor Rich).

---

*"When a wise man has a controversy with a foolish man, The foolish man either rages or laughs,*

*and there is no rest." Proverbs 29: 9*

I sent a notice demand for retraction, correction, and apology to poor Rich in compliance with the Tennessee Code to preserve the right to seek punitive damages. I was asking poor Rich to withdraw the libelous statements that Crooks was publishing at his direction. In response, poor Rich sent this harassing email, which summarizes his regard for the law:

**Pitiful.**

---

Sunday, August 26, 2007 3:46 PM

**From:**

"John Rich" <johnrichfans@hotmail.com>

**To:**

---

To; Chris Sevier severerecords7@yahoo.com

**Cc:**

charliepennachio@aol.com shanna@shannacrooks.com
Chris,

To be guilty of "defaming" someone, you have to say things about them that are untrue.

Everything Shanna has said about you is accurate and truthful. If you had not treated her, and

other members of the MUZIK MAFIA so unethically, there would be nothing for anyone to say

about you, good, bad or otherwise. You have always behaved like a bottom feeder, and you still

are. Your business practices are shady at best, and you are not to be trusted. You will receive an

apology from no one. People like you are bad for our business. Period. You degrade the level of

quality and reputation we have EARNED in the music business, as being people with undying

respect for the writers and artists, and the music they make. Everything about your practices in

this town is rather disgusting to us to be perfectly honest with you. Keep sending us your

humorous emails though, we REALLY enjoy getting those!! As always, we wish you the best of

luck fighting for your share of the table scraps.


Warmest regards,

John Rich

---

COMMENTARY:   *"Doing wrong is like a joke to a fool." Proverbs 10:23.  " Whoever corrects a mocker invites insults; whoever rebukes the wicked incurs abuse." Proverbs: 9:7*

In his salutation, poor Rich signs off with "warmest regards," which summarizes poor Rich's attitude that was part of his naa naa na na scenario. This retraction demand came after poor Rich had ignored my written warning and him and Crooks published 15,000 defamatory emails to our prospective client poor.  All I did in regards to Crooks was allow her to sing over my song "Better" and a song I corwrote with her "Watching Me Leave." I paid good money for the cost to the recording in the top studios in Nashville,  Quad studio A and Omni Sound, and used my team to create superior quality recordings, with the top A session players. Our reasonable expectation was to mutually benefit off of the works we created.  I've produced over 29 artist, many of whom have gone on to do great things as a result of our efforts. This includes a million dollar deal with Strummer Universal, tours with John Mayer and Counting Crows that would have never come about "but for" Severe Records help. Poor Rich's and Crooks had just defamed me on a massive level, and his response to my request that preserves punitive damages was to mock me as he does this Court by this latest stalking nonsense. This Court allowed a major injustice to occur by not allowing me to drag him before a jury to have him completely bankrupted for knowingly engaging in libel per se and mocking the retraction demand, which renders the concept of justice in civil court to be entirely hollow. When poor Rich defamed me, he was hurting my artist, who I had a contractual and fiduciary responsibility to protect.  (None of the other Severe Records artist were as void of character as Shanna Crooks, whose last name

said it all).

Later poor Rich will take the position that he has never even had a conversation with me, when he was posturing for his stalking maneuver, yet he calls me a "bottom feeder" and later a "stalker," when I am neither. Instead, I am an Officer of the Court who is not allowing him to trample over Severe Records copyrights because his entitlement syndrome says that he can. I am also trying to hold this self-entitled man accountable so that he does not continue to victimize others in the community as he has my artist, my company, me, and others.

Suffice it to say, I have helped countless artist in the same way that I have helped Soldiers in the 278th in doing legal assistance and in the same way that I have helped scores of orphans overseas and sex traffic victims. Poor Rich has no idea what is ever talking about. The only thing he knows is that "he must prove that he is right at all cost," which is why that it is necessary that his ability to dominate others be completely taken.

On September 26, 2007, I emailed poor Rich

Wednesday, September 26, 2007 6:20 PM

**From:** "chris severe" <severerecords7@yahoo.com>

To: "John Rich" <johnrichfans@hotmail.com>

We need your mailing address, as well as your agents/partners/employees/ and employers, including but not limited to these Shanna Crook's, Bill Moral's, Charlie Pennachio's, Muzik Mafia's LLC's , and your music publishers, as well as a list of your other subordinates, including the one who you sent to our property uninvited.   We assume you are still represented by Jess. Let us know if that is otherwise.

COMMENTARY: *"Let everyone be subject to the governing authorities, for there is no authority except that which God has established." Romans 31:1.* Despite having been violated through the massive defamation, I was attempting to honor my duty to account to Crooks, Damien, and Chance because that is what the law requires despite my feelings on the matter.

What happens then in the story was that between July 2007 and June 25, 2008 was our property was vandalized. Poor Rich sent agents to our place of business to harass us. And the the Muzik Mafia continued its defamation circus, which greatly hurt our income. Meanwhile, I continued to turn the other cheek and tried to mitigate the lies and damages the best I could to protect our artist.

On June 25, 2008, poor Rich paired Crooks up with Grayzone. Together, they made false misrepresentation to Apple iTunes that caused Severe Records copyrighted material to be removed from over 40 digital retailers. Here was the Affidavit that was signed under the penalty of perjury that was use to accomplish that illegitimate and actionable agenda:

(See Exhibit 35)


From: Shanna Crooks & John Rich

To: iTunes

To: Chris Sevier


Subject: URGENT - FIRST NOTICE OF INFRINGEMENT AND DECLARATION: SHANNA
CROOKS [iTunes]
Reply-To: "Shweta Agarwal | GrayZone, Inc." <grayzone@grayzone.com>

NOTICE OF INFRINGEMENT AND DECLARATION
TO: iTunes
Music, Marketing, & IP Legal
Chandani Patel
1 Infinite Loop
MS:3-ITMS
Cupertino, CA 95014
mpd@apple.com
Copyright Agent
Sue Runfola

Apple Computer, Inc.
1 Infinite Loop, MS 3-TM
Cupertino, CA 95014
Phone: 408.974.9994

Fax: 408.253.0186
copyrightagent@apple.com
REGARDING: REMOVAL FROM iTUNES / UNAUTHORIZED SHANNA CROOKS
TRACKS
The tracks entitled "Watching Me Leave" and "Better" are exclusively owned
by Shanna Crooks and have not been authorized for sale at iTunes. Please
remove these unauthorized tracks from the iTunes music service in an
expedient manner:
Shanna Crooks "Watching Me Leave"
http://ax.phobos.apple.com.edgesuite.net/WebObjects/MZStore.woa/wa/viewAlbum?
i=250508887&
id=250508865&s=143441
Shanna Crooks "Better"
http://ax.phobos.apple.com.edgesuite.net/WebObjects/MZStore.woa/wa/viewAlbum?
i=250508874&
id=250508865&s=143441
I, the undersigned, do solemnly and sincerely declare and CERTIFY UNDER
PENALTY OF PERJURY that:
1. I am the owner or an agent authorized to act on behalf of the owner of
certain intellectual property rights, said owner being named SHANNA CROOKS
("IP Owner").
2. I have a good faith belief that the materials identified in the addendum
attached hereto are not authorized by the above IP Owner, its agent, or the
law and therefore infringe the IP Owner's rights according to the laws of
the (check all that apply):

---

COMMENTARY: *"A false witness who pours out lies and a person who stirs up conflict in the*

community." *Proverbs 6:19*

Crooks and poor Rich signed under the penalty of perjury that they were the exclusive owners of the content, when Crooks even admitted in her July 2007 defamatory email that she published 15,000 times that I was the author and producer of the works. Clearly, poor Rich and Crooks' communication here constituted actionable copyright misrepresentation, libel per se, tortious interference of contract, and possibly copyright infringement under section 106a regarding the right of distribution and replication in the unlikely event that preemption even applied. The impact of Crooks and poor Rich's collective fraud was that IODA alliance to terminate its contracts with all of Severe Records artist, which prejudiced several of our bands, who were looking at me to do something to stop poor Rich and Crooks from from running all over all of us. I had a fiduciary responsibility to protect Severe Records artists. When you work with artist, they become part of your family. It was one thing for poor Rich to antagonize myself but his unlawful tactics in oppressing me were impacting others as well.

So, I honored my contract with them to defend their legal rights and filed a straight forward Federal Declaratory Judgment action against poor Rich, Crooks, and the Muzik Mafia. Instead of admitting guilt, poor Rich sought out and hired an attorney whose character is worse than his and the two of them decide to go for broke.

## THE LAST STRAW

The final Straw: IODA sent me this termination letter as a result of Rich and Crooks fraudulent misrepresentations to iTunes:

Exhibit 45:

Dear Mr. Sevier

    This letter is sent to notify you that, effective at the end of this month, we are hereby terminating the above referenced Agreement. You will receive a final accounting and payment from us in regards to all of your IODA distributed content activity.

Very truly yours,

Jonathan Earp
VP Legal & Business Affairs

---

COMMENTARY: *"These seven things the Lord Hates,....a proud look, a lying tongue, hands that shed innocent blood, a heart that devises wicked plans, feet that are swift to run to evil, a false witness who speaks lies, and one who sows discord among brethren. Proverb 6:19.*

This was the final straw. I had turned the other cheek over and over again, but the comes a point where inaction is immoral. I had a duty to defend Severe Records and my artist reputation, as well as my own so that I could be as effective as possible for those who I advocate. This termination of Severe Records distribution deal was one of the consequences of poor Rich's and Crook's copyright misrepresentation that harmed all of our artist. I filed an intense multi-claim lawsuit against poor Rich, Shanna Crooks, and Muzik Mafia. It was not coincidence that together their last names spelled "Rich, Mafia, Crooks."

    I am clearly all about avoiding conflict. However, there is a time where inaction becomes immoral. When faced with oppression from a tyrant sometimes we have to send in our Armed Forces to storm the beaches of Normandy.

---

I filed the lawsuit as a hybrid pro se. I was representing Severe Records and appearing as a party. That was because I knew from the start that poor Rich was never going to stop litigating the matters - ever. I did not file the lawsuit because I am some kind of vindictive person. I filed the lawsuit on behalf of the label, myself, and others in the community, who poor Rich was violating. *"Do not take revenge, my dear friends, but leave room for God's wrath, for it is written: 'It is mine to avenge; I will repay.' says the Lord. "Romans 12:19.*

I lodged the lawsuit because I knew that poor Rich's psychosis was never going to leave us alone until he got what he wanted, which is confirmation of his superiority. *"For where jealousy and selfish ambition exist, there will be disorder and every vile practice." James 3:16*. Poor Rich was furious that I had produced records for Chance and Damien, instead of him. This drove poor Rich's self entitlement and insecurity complex up the wall.

After lawsuits were filed, Nancy Jones, Judge Haynes, Bill Ramsey would later write me off as some "arrogant kid" trying to be the new "hot shot lawyer" in town by standing up to a celebrity as the in house counsel at a record label. (Or so that was the rumor). What they failed to comprehend is that poor Rich had terribly violated, not only our rights, but countless individuals in our community due to this superiority complex. One of those is Dawn Martin who works at the general sessions clerk's office. She had written a song called "Redneck County Girls," which poor Rich stole and converted into "Redneck Woman." Dawn Martin heard that I was considering filing a lawsuit against poor Rich, and she provided me these emails and explained how violated she too was violated by poor Rich. When I heard what had happened to Dawn, it made me furious pursuant to: Proverbs 13:5 "The righteous hate what is false, but the

wicked make themselves a stench and bring shame on themselves."

From: Dawn Martn ;dawnmartinband@yahoo.com;
To: John Rich ";johnrichfans@hotmail.com;
Subject: redneck woman, redneck country girls.....whatever


;just wanted to let you know that i am not very happy about YOUR version of MY song. my
phone has been ringing off the hook with my friends calling me about this chic who has ripped
off my song ; "Redneck Country Girls";.  Imagine my surprise when i  actually heard the song
and then discovered that her co-writer has actually HEARD my songs. ....not cool and you know
it. i have no intention of causing a big stink about this but it could be a possible copyright
infringement. i have always wished you well and i still do but i really thought you were above
";re-writing"; my songs.......dawn

COMMENTARY:  *Psalm 8:2 Defend the weak and the fatherless; uphold the cause of the poor
and the oppressed."*

In this email, Dawn accuses poor Rich of stealing her song and accuses him of bullying her out
of copyright and committing copyright infringement, regarding the song "Redneck Woman." I
could relate to what it was like for poor Rich to attempt to bully me out of my copyrights.  There
were countless stories and rumors of artist and songwriters being run out of Nashville, having
their aspirations crushed, because poor Rich was oppressing them for acting inconsistently with
his dictatorial will.  I was conditioned to protect and help artist, not oppress them. Poor Rich
offended everything that was decent about the Nashville music scene at that time. We are Severe

Records were working with artist because we sincerely had a heart for them and their aspirations. Poor Rich was merely using them and proliferating horrible music.

And permit me to say that because I think the Court will understand: when you are a younger lawyer, who is idealistic, who grew up around other lawyers, who lived by honesty and integrity, you tend to believe that the justice system works as it should in all the other parts of the county. (When my relative John Sevier was acting as the first Governor of Tennessee, I can assure you that the legal system was not being used like this.) So, when the company that you started is repeatedly attacked and your artist are victimized, you tend to expect that the Courts, will do something to stop it and provide relief. Instead, all I have been able to make of our the Courts so far is a bundle of backwardness from hicks and hacks, who are swayed more by ancillary considerations than the law and evidence.

In response to Dawn's allegations that poor Rich infringed on her copyright poor Rich writes:

From: John Rich <johnrichfans@hotmail.com>
To: dawnmartinband@yahoo.com; marc@landofos.net; cris.lacy@warnerchappell.com
Sent: Monday, April 5, 2004 11:49:50 AM
Subject: RE: redneck woman, redneck country girls.....whatever

Dawn,

What a disappointing email to get from you. You really should think about the consequences of your accusations before you start slinging them around the internet. JR.

    &

From: John Rich <johnrichfans@hotmail.com>
To: dawnmartinband@yahoo.com
Sent: Saturday, May 7, 2005 5:37:35 PM
Subject: RE: christian roots

I'm a Christian, but my Jewish attorney is not. I'll be forwarding all your
future emails directly to him. JR.

---

COMMENTARY: *"For Such men are false apostles, deceitful workmen, disguising themselves as*
*apostles." 2 Corinthians 11:13*

There is a pattern. Poor Rich violates someone, then hides behind his attorneys and

bodyguards, who are well paid for.  Poor Rich holds himself out as a law abiding "Christian"

"Son of A Preacher man" when is merely a violent scoundrel, who has resolved to be 'hot head.'

Poor Rich victimized Mrs. Martin, who did not have the skill sets and means to prevent his

intolerable violations.  This modus operandi should not be tolerated in civilized society or by this

Honorable Court.  Attorneys like Jess Rosen, Disturbed McKenzie, and Dishonest Jackson who

facilitate fraud against the disadvantaged should be disbarred. There are literally dozens of

stories like Dawns. I guess I should have done a better job of keeping up with them over the

years, but poor Rich was never the center of my life, like I have been his for years now.

Poor Rich did not name his organization the Muzik Mafia and identify himself as the

Godfather by accident.  (Bill Moore later confessed that the Muzik Mafia was running a drug

ring for additional income).  Most people lack the resources, skills, and courage to stand up to

poor Rich's suffocating persona. This is why individuals like Nancy Jones, Krisann Hodges, and

Judge Haynes should be scorned from giving me any pushback for engaging in hybrid pro se

litigation against John Rich, because it does not take a rocket scientist to see that I elected to

confront a true tyrant and menace to our community, not because I am "mentally ill" as they

would put forth publicly to impeach me, but because I was standing up for people like Mrs.

Martin who poor Rich was violating.  Consequently, these lawyers should be held to account for

what they have done in protecting poor Rich through unlawful means.

---

### FIRST LAWSUIT SEVERE RECORDS V. RICH, MAFIA, CROOKS

What happens next in the story was that on July 1, 2008, I took poor Rich's up on his offer in his email in May 2006 to "take him to Court" so he could litigate the matters to "the ultimate end." In response, Poor Rich sought out scoundrel attorney's who were as dishonest as himself. He retained Neal & Harwell, which is an indictment on their firm. Bill Ramsey showed up as "the good cop" and Disturbed McKenzie, as "the evil cop."   As someone who started the conflict, poor Rich was wanting this fight. The pugilistic McKenzie and Bill Ramsey  appear on behalf of poor Rich, who were not even remotely interested in settling a straight forward case. Disturbed McKenzie was effectively "let off the leash" to indulge every wild fantasy that poor Rich had about abusing people through the courts, which came along with a high price tag and great irritation to many. As the litigation kicked off Disturbed McKenzie's and Mr. Ramsey's legal meter at $500 an hour started churning and adding up. Where Judge Haynes and Bill Ramsey got it wrong was that they failed to clue into the fact that I, a lawyer, who went to their law school, was filing a hybrid pro se lawsuit, which must mean that there was a really good reason. But instead their egos got the best of them. Poor Rich's egoism must be contagious because they seized my lawsuit as an opportunity for fraudulent profiteering. Politics controlled, not the law. Motion after motion was filed in an effort to overwhelm me, nearly all of their motions were without merit and were sanctionable. They were trying to intimidate me at every turn: *"Don't let anyone look down on you because you are young. 1 Timothy 4:12."*

Poor Rich ended up spending $170,000 because we even had our first real appearance in

Court. It just goes to show that his psychosis that stemmed from an insecurity complex has a

material reality. See: http://www.youtube.com/watch?v=oywB5aOUg4c.

Disturbed McKenzie swindled him out of huge quantities of money based on promises that were

unlawful.

---

## READY - FIGHT

*"Proverbs 21:7 The violence of the wicked will drag them away, for they refuse to do what is*

*right."*

---

Then what happened next was in October 2008, poor Rich got in a fight with Chris Poggi, and

then had Mr. Poggi arrested for assault. (Kind of like suing me for malicious prosecution, only to

then engage in malicious prosecution). The next night poor Rich smashed musician Jerry

Montano in the face with a drinking glass because poor Rich fights people in the music business

because they trigger his inferiority complex.



Jerry Montano's face:

Then in December, I file an amended complaint against poor Rich and supply an affidavit of

Chance that is against poor Rich's interest. I filed the amended complaint to make it crystal clear

to Judge Haynes and my opposing counsel that the case was not about classic "Copyright

Infringement," but about a federal declamatory judgment pursuant to the copyright act for a case

of Severe Records "non infringement" and defamation.

      Disturbed McKenzie flew out to California and paid Jerry Montano $25,000 to stay quiet.

But then she blabbed about it to Jason McKenzie following a binder, who is willing to testify to

that at the trial, which makes Cyndi McKenzie a foreseeable witness in this case because it goes

towards the probable cause element of the malicious prosecution claim in so far as it

demonstrates that poor Rich has violent propensities to assault other artist, like Jerry Montano, so it is likely that he assaulted Jared Ashley. That is, poor Rich had established a pattern assaulting artist that shows that the criminal charges against Jared Ashley were well founded. (Sandy Garrett don't let that breach of confidentiality slip your purview).

On January 8, 2009, poor Rich and his brother Isaac called and texted Chance with an assortment of violence threats in an effort to intimidate him and obstruct justice. A police report was taken, and Chance meets with the District Attorney and shows him the text, but nothing happens to poor Rich. If anyone else had made the threats that poor Rich and his brother made under similar circumstances, they would have gone to jail for intimidation of a witness and obstruction of justice. I believe their actions rose to the level of a felony. But because Rich is rich, nothing happened, which only proliferated his abusive tactics at the expense of the community. The lack of accountability imposed on poor Rich, convinced him that he must be doing something right. Meanwhile the Courts were losing sight of: *"When the righteous prosper, the city rejoices; when the wicked perish, there are shouts of joy." Proverbs 11:10*

---

### POOR RICH IS BOUND FOR SKID ROW

*"Wine produces mockers; alcohol leads to brawls. Those led astray by drink cannot be wise."*
*Proverbs 20:1.*



On March 9, 2009, poor Rich reached around his body guard and punched Jared Ashley at the Spot around 2am. Danny Basham witnesses the event and provided an affidavit to that effect, establishing probable cause that supported poor Rich's arrest. A few hours later, at 6AM, poor Rich and Sebastian Bach called Mr. Ashley to intimidate him into not reporting the crime making blatant terroristic threats. The statements left by poor Rich were similar to the ones he made to Chance a few months earlier. If anyone else in Nashville, besides a rich celebrity, they would have been convicted.


Poor Rich threatened:

From: Sebastian Bach and John Rich

To: Jared Ashley


80. Sebastian Bach stated: "Hey Jared, How's it going? Umm... I'm not a guy who lives

in Nashville, Tn...And I heard some stories about how you f$@ked with my friend ...

And uhh, you best be careful, if your gonna mess with some people...Your gonna,

someday mess with the wrong motherf^@kers."

81. John Rich---background - stated, "Give me that phone."

82. Sebastian Bach asserted: "And you don't wanna do that."

83. Defendant Rich took the phone from Mr. Bach and stated: "Hey Jared it's John

Rich...I hope you show this up in court at some point.. .Because uhh... you will play

this recording against my testimony, which is that you broke into my house ... And the

gall that you showed tonight. .. you little son of a b*tch! To show up in my bar and

drink for free...and actually have the nerve to walk up to me out on my rail. .. I have

never in my life seen somebody with such a lack of respect and lack of reality .. .in

their lifetime actually come up to me. Maybe you don't understand who your talking to

do it again! I treasure the moment that Jared Ashley walks up to me again...brother...

You broke into my house.....and you've admitted to it. ..and we can put that in

court...I've got a couple of friends here that aren't too happy about it.. .one of em here

right now uhh ... is got a big ole cowboy hat on ... wants to say one more word to you

maybe you'll recognize this voice ... Peashooter. .. here he is!

84. Sebastian Bach picked the phone back up and threatened, "All I can say little boy is

one thing...Don't sh^t where you eat!…that's all I can say...Don't take a sh^t where you

eat! This is your town...but there's other people that don't appreciate your f^@kin

attitude...and don't take a sh*t where you f#$king eat!

85. Defendant Rich then took the phone from Mr. Bach and asserted: "Jared, this is

John Rich... one more time... let's put this in court...we can play this back right in the middle of everybody...brother...I"m gonna knock the sh*t outta you!

86. Sebastian Bach---background, stated, Yeah, I'll f^@kin do it too!

87. Defendant Rich stated, "Your lucky it didn't happen tonight. ..show up at my joint again and see what happens ... I can't even believe it...ok...alright...Enjoy yourself on Thompson lane...

88. Sebastian Bach-background stated "Oh Sh^t!"

89. Defendant Rich stated, "On Thompson lane right off of I-24...

90. Sebastian Bach---background stated: "I know where that is... "

91. Defendant Rich offered, "I know where it is too.

92. Sebastian Bach---background, stated, "Lets go over there dude ... F*@kin Moron!"

93. Defendant Rich stated, "Hey...you wanna show up and threaten me in my own bar... I felt threatened by you tonight...you threatened me tonight...when my own...

94. Sebastian Bach---background stated, "He's such a f*@king p^*sy!"

95. Defendant Rich asserted, "my own place...I felt very threatened...and I did not like it at all. ..and uhh.. .I suggest you don't do it again...If you wanna square off man to man...

96. Sebastian Bach---background stated, "Let's go...let's go over... "

97. Defendant Rich stated, "We got judges..we can go get right before a jury and let them figure it out. .. ok ... have yourself a good night. .. "

98. Sebastian Bach---background offered, "Suck my c@ck!"

99. Defendant Rich stated, "Pay your taxes..." and then hung up. (See Exhibit 9; Aff.

---

**COMMENTARY**: *Matthew 12:34 "For the mouth speaks what the heart is full of.."*

This voicemail is proof of John's manipulative tactics with the Courts.

He "hopes that Jared will play this in Court."

He falsely accuses Jared of breaking into his house, which was classic misdirection that had no

basis other than to falsely accuse Jared of an invented crime to discredit him, which is no

different than poor Rich's efforts to accuse me or Clay Akin of being "racists" or this latest stunt

where he had me falsely arrested for being a "stalker."

Poor Rich thinks he owns the Courts as he boasts: " let's put this in court...we can play this back

right in the

middle of everybody." Disturbed McKenzie has poor Rich believing that he can pay off the

members of the justice system.

Then to accentuate his belief that his superiority makes him above the law he admits:

"brother...I"m gonna knock the sh*t outta you!" This came a few hours after Poor Rich had been

observed by Danny Basham punching Mr. Ashley in the face. The inference is that poor Rich

believes that he is so above the law that he can knock the !@#$ out of someone and get away

with it in Nashville Courts.

Then poor Rich employs one of his favorite tactics with Mr. Ashley,  like he later does with me

by falsely stating "I felt very threatened." It was very obvious that Mr. Rich did not feel

threatened by Mr. Ashley any more than he did by my offers to settle the cases in the Spring of

2013. That was all an false legal tactic.  In the same way, poor Rich knew that my emails to

resolve the litigation between us in March13, 2013 did not pose a "credible threat" any more than

Mr. Ashley being at his bar. Poor Rich just invented the threat because he is a jealous scoundrel.

*"For where jealousy and selfish ambition exist, there will be disorder and every vile practice."*
James 3:16.

Then, poor Rich and Sebastian Bach threaten to go to Jared's house to attack him further and go so far as to identify Mr. Ashley's address to show him that he knew where he lived, as a way to intimidate Mr. Ashley into not reporting poor Rich for his crimes.

Then poor Rich boast, ""We got judges..we can go get right before a jury and let them figure it out" which underscores his belief and the frightening reality that the Tennessee Courts are not governed by the rule of law, but by money and politics. What does that say about Judge Haynes, who poor Rich was before at that time, who the 6th Circuit later found to be abusing his authority in this case?

On March 13, 2009, Mr. Ashley filed a police report with Metro. I had nothing to do with that assault any more than I did with Mr. Rich's assault on Jerry Montano, Chris Poggi, or poor Rich's solo album flop or any of his other set back in life that stem for vile character. Detective Anderson was assigned to Mr. Ashley's case who interviewed Brandon Glasgow, a.k.a 69. On two separated occasions Brandon Glasgow, admitted that he observed poor Rich assault Mr. Ashley at the Spot. After hearing the voicemail, seeing the video of poor Rich assault Mr. Ashley at Legend's, acquiring an affidavit from Danny Basham, who saw the assault, and an affidavit from Robert Smith, who was poor Rich's former body guard and attested that poor Rich engaged in the same "punch and cover" practices, I elected to represent Mr. Ashley in a civil case against poor Rich for assault and defamation. As an act of mercy and professional courtesy, I called to inform Disturbed McKenzie about this.

## JOHN FILES A FALSE CIVIL LAWSUIT AGAINST JARED USING HIS MONEY AS LEVERAGE TO COVER UP THE ASSAULT

*"Whoever slanders his neighbor secretly I will destroy. Whoever has a haughty look and an arrogant heart I will not endure." Proverbs 101:5*

On April 6, 2009, Disturbed McKenzie filed a frivolous and sanctionable lawsuit on poor Rich's behalf against Mr. Ashley for defamation. It was a "first strike" lawsuit designed to discredit. It was not much different than Disturbed McKenzie and poor Rich's false "stalking" case against me. (Sandy garrett you should factor this into your investigation because it is further proof of Disturbed McKenzie's failure to honor our oath). A radio station from tampa had called Jared Ashley about the statements he had made in his affidavit that was filed in the Severe Records District Court case to keep poor Rich away from our artists. Mr. Ashley did not veer from the scope and line of his affidavit, which consisted of judicially protected statements.

Just like this malicious prosecution lawsuit, the frivolous one against Mr. Ashley violated rule 11 and should cause the BRP to issue sanctions against Disturbed McKenzie, if the Tennessee justice system worked like it was designed. Meanwhile, the legal system is suppose to prohibit this kind of thing.

### FIRST ATTEMPTED TO BRIBE JARED ASHLEY

On May 1, 2009, three warrants issued for poor Rich as part of a consolidated trial - one for the assault at Legend's Corner, one for the assault at the Spot, and one for the 6AM telephonic harassment that followed a few hours after the assault at the Spot. Then in an effort to sweep the assault charges and harassment charges under the rug, Disturbed McKenzie, Bill

Ramsey, poor Rich, and Marc Oswald engaged in a criminal and fraudulent plan to bribe Mr.

Ashley.

*"And you shall take no bribe, for a bribe blinds the clear-sighted and subverts the cause of those who are in the right." Exodus 23:8*

On May 22, 2009, Disturbed McKenzie and poor Rich sent Marc Oswald to Mr. Ashley's

house to pay him off. Neither I nor Mr. Ashley invited Mr. Oswald over. Disturbed McKenzie

sent him over because she is an expert in criminal law and was attempting to set us up for false

extortion charges because she practices law outside of her oath. Disturbed McKenzie and Poor

Rich's intent was to either (1) pay off Mr. Ashely or (2) set a trap to frame him for extortion.

(This is the exact same kind of abuse of settlement and framing that has occurred in this case

regarding myself and the ridiculous stalking charge).  Once at the meeting, Mr. Ashley

surreptitiously tape recorded Mr. Oswald because none of these individuals can be trusted. *Be

sober-minded; be watchful. Your adversary the devil prowls around like a roaring lion, seeking

someone to devour. 1 Peter 5:8*

Mr. Oswald admitted on tape that Disturbed McKenzie, Bill Ramsey, and poor Rich had

sent him over to secretly pay off Mr. Ashley to drop the criminal charges. Mr. Ashley rejected

their offer, saying that the case was not about money. The case was about getting poor Rich to

leave him alone. (Sounds familiar)  Then I showed up to the meeting to try and figure out what

these scoundrels were trying to pull, and the subject changed to the civil matters, since I was Mr.

Ashley's civil attorney. We were not interested in settling the civil cases. We made that known.

The civil cases were not resolved. No offer was ever made to resolve the criminal case that was

before Judge Holt.

## FIRST ATTEMPT TO HAVE ME FALSELY ARRESTED

*"Whoever digs a pit will fall into it; if someone rolls a stone, it will roll back on them." Proverbs*

*26:27*

On May 27, 2009, Disturbed McKenzie, in keeping with her practice of filing false

criminal charges to discredit her opponents, falsely reported Mr. Ashley and myself to the

District Attorney's office for extortion. She called Rosemary Sexton, who then called Jared

Ashley to question him as to whether he or I made an offer to drop the criminal charges, which

he denied.

## FIRST MAJOR DEFAMATION TACTIC IN THE MEDIA

On May 28, 2009, poor Rich was arrested for the three crimes that Detective Anderson

had investigated. The arrest was national news. Poor Rich blames me for the arrest in the same

way that he blames me for his album flopping because he has an inability to ever admit fault due

to a psychosis that makes him a liability for our community. After the arrest, Mr. Rich and Mrs.

McKenzie concocted a false damage control plan. They went to the media and falsely stated:

*NASHVILLE, Tenn.* - Country music artist John Rich, of the duo Big & Rich, will face

misdemeanor assault and harassment charges, according to Metro Police.
The charges were filed by former "Nashville Star" contestant Jared Ashley and stem from two
separate alleged incidents at two downtown Nashville bars.

Affidavits said that in June 2008, Ashley was performing on the stage of the Legends Corner bar
at 428 Broadway. Rich allegedly walked onto the stage, put his arm around Ashley and
whispered threats of bodily harm into Ashley's ear. Rich then reportedly squeezed Ashley's neck
and jerked it several times.

Rich was reportedly asked to leave the stage after the incident.

Affidavits summarized a second alleged incident in March 2009. Ashley and Rich reportedly began arguing at The Spot bar at 411 Broadway. Rich allegedly struck Ashley in the jaw with his fist.

Rich reportedly refused a request to settle out of court with Ashley for $2.9 million.

Rich will face two misdemeanor counts of assault and two misdemeanor counts of harassment, according to investigators.

Rich released a statement that said:

"The entire ridiculous situation is nothing more than an effort by singer Jared Ashley and Music Row attorney Chris Sevier to try to obtain money from me. Mr. Sevier and Mr. Ashley have falsely accused me of misdemeanor crimes. I trust that the truth will come out through the process of our American justice system and that I will be completely exonerated at the end of the day."

Rich's attorney, Cynthia S. Parson released a statement Friday that Rich said clarifies the first statement:

"I would like to further clarify my original statement released last night. Singer Jared Ashley and music row attorney Chris Sevier demanded I pay 2.9 million dollars in exchange for dropping false misdemeanor charges that they levied against me. They filed the misdemeanor charges in retaliation to the civil suit regarding defamation that I filed against Jared Ashley. I refused to pay the $2.9 million and instead opted to turn myself in and fight this in court."

Rich is free on a $3,000 bond.

---

COMMENTARY: *Exodus 23:1. "You shall not spread a false report."*

Those statements that were republished in the media over and over again were false.

Unbeknownst to Disturbed McKenzie and poor Rich, the conversations between Marc Oswald,

Mr. Ashley, and myself were tape recorded. A move that none of these scoundrels were

expecting. The tapes prove that they were lying together as usual because their egos get the best

of them.

Neither Jared nor I offered to resolve the criminal matters in exchange for money. Poor Rich and Disturbed McKenzie just made that up, as a way to discredit us in the media. Such activity was not protected by law but they do not care about the law, they are above all of that, unlike the rest of us. They only care about winning because the rich get to win in Court. The Court can literally see them making this plot as they go along by reading the above statement issued to the press. This is why poor Rich and Disturbed McKenzie had poor Rich further "clarified" Rich's earlier statement. Disturbed McKenzie has long since abandoned her oath as an attorney. She will do and say anything to win. It has been a cancer, much like poor Rich, that has plagued our community.

At the time of this new defamatory episode, I had sued poor Rich in July 2008 in Federal Court for the 15,000 defamatory emails he sent out. Instead of being remorseful, Disturbed McKenzie and poor Rich decided to engage in additional defamation by falsely accusing me of extortion in the media. So now by this point in the story, I had been defamed in my capacity as a record label executive and producer in July 2007 by the 15,000 emails as being a "copyright thief," only to then be libeled in my capacity as an attorney and an officer of the Court through the media by being labeled an "extortionist." When the truth was that I poor Rich had started the conflict by trying to extort me out of my copyrights and poor Rich had committed the crimes of assault and attempted bribery. This was all enabled by Disturbed McKenzie's refusal to follow our oath as lawyers.

And nothing was being done about any of this by Judge Haynes, the BPR, or other Courts because I am not part of "the club." I refuse to be a "sell out" attorney, like all of the other attorneys who are responsible for degrading lawyer jokes. Because unlike them, I have integrity:

*"Whoever walks in integrity walks securely, but he who makes his ways crooked will be found out." Proverbs 10:9*

Additionally, it should not escape the Court's attention that Disturbed McKenzie and poor Rich filed a sanctionable lawsuit against Mr. Ashley on April 6, 2009 for defamation in the media that violated rule 11, only to turn around and commit actual defamation in the media on May 29, 2009 after poor Rich was arrested for the crimes that he sued Mr. Ashley for on April 6, 2009. (This is no different than poor Rich and Disturbed McKenzie filing a frivolous malicious prosecution law suit against me on November 19, 2009, only to turn around and engage in malicious prosecution by framing me for stalking, using the first fraudulent case as a stepping stone to commit fraud in another court.) There is a pattern of corruption that should cause the public to view the justice system in Tennessee with suspicion until these matters are made right. *"For where jealousy and selfish ambition exist, there will be disorder and every vile practice." James 3:16.*

I think poor Rich and Disturbed McKenzie are deliberately trying to set a world record of how much fraud they can perpetrate through the system. Like a sport they have assigned their self worth to. These two have created a tower of lies that if the Tennessee justice system needs to correct for the sake of the public and for all of the other lawyers. I personally think that the public is interest in this case because they probably want to see if a celebrity is above the rule of law.

## BRIBING AN ASSISTANT DISTRICT ATTORNEY AND REPRISAL FROM THE BPR

Then on June 2, 2009, I met with the BPR about lodging a complaint against Disturbed

McKenzie for the countless ethical violations she has committed. Not only did Nancy Jones at the BPR overtly ignore the complaint against Bill Ramsey and Disturbed McKenzie, she turn on me and start relentless started harassing me by covering me up with frivolous ethics inquiries. *Proverbs 17:15 "Acquitting the guilty and condemning the innocent-- the LORD detests them both."*

Meanwhile, I am a new lawyer who experiences extreme emotion distress over being falsely accused of ethical misconduct without any probable cause for doing so. Nancy Jones and Krisann Hodges had reduced the BRP into a political wheel house of selective application of the rules of professional responsibility based on who was being reported, instead of what was being reported. *Exodus 23:2 "You shall not fall in with the many to do evil, nor shall you bear witness in a lawsuit, siding with the many, so as to pervert justice."* The take away from this case about the BPR ethics commission is that it is a total scam. The rules of ethics were designed to make lawyers behave honorably. But the BPR is used to facilitate popularity contest by arbitrarily deciding who to investigate and who not to. And since the BPR is an extension of Tennessee Supreme Court, the Tennessee Supreme Court should be held accountable for how badly managed the BPR is. Call me "crazy," but the Tennessee Supreme Court governs the BPR and it is an agent of the the Tennessee Supreme Court; therefore, there is no separate arms length accountability. The Tennessee Supreme Court cannot govern itself in the same way that no man should be expected to govern himself from illicit pornography, when he is provided the pass words up front to remove the filters that would otherwise attempt to block some of that content.

The Tennessee Supreme Court should be held responsible for allowing Nancy Jones to operate what amounted to a fraud mill (this includes the knowingly false misclassification of

myself as being "mentally ill" for having blown the whistle and filed a lawsuit against poor Rich

to stop him bullying my label, myself, and others in the community. The BPR is guilty of

engages in selective enforcement to advance a political agenda. This situation was no different

than the IRS scandal where Christian conservative groups were recently targeted, the BPR

chooses to harass attorneys who refuse to participate in "go along get along" and who fight for a

system of justice based on the rule of law, not a system of greed. From the dawn of time what has

always been a factor of division is the variance in values, between what Aristotle called the "old

speech" and the "new speech" that transcends shifts in cultures. The message from the BPR is

that if your personal values do not match up with theirs, they will take your license away. But if

your values align with theirs, then you have license to be as unethical as you would like, which

rendering our oaths as lawyers moot. In this system, dishonest attorney's like Disturbed

McKenzie are allowed to thrive and honest ones like myself who help the oppressed and poor are

viciously antagonized. As a military officer and combat veteran, I take oaths seriously because

they can mean the difference between life and death in war. I voluntarily went overseas and

chose to go on as many combat missions outside the wire as possible it was because I believe in

our oath and principle. Meanwhile, snakes like Nancy Jones and Disturbed McKenzie make a

mockery of such oaths and do not have even an elementary grasp of integrity.

    For years after that the BPR relentless antagonized me without any justification and

turned a deliberate blind eye to the fraud that poor Rich and Disturbed McKenzie were engaging

in because Bill Ramsey's name was tied to the matter. Nancy Jones was forced to recuse her

from my case on January 26, 2010 following a publication by the Nashville Bar Journal which

accused her of being a brute and confirmed all of my allegations that she was abusing me

because she was friends with Bill Ramsey. *"Whoever walks in integrity walks securely, but he who makes his ways crooked will be found out." Proverbs 10:9*

The release of the article and the recusal on the same day was not a coincidence. Just like in Iraq, the email trail and evidentiary record on file in the District Court showed that I was being harassed for blowing the whistle on Congressman Windle, as part of a cover up and reprisal campaign. The Tennessee Supreme Court should still sanction Nancy Jones for the things that she and Krisann Hodges have done, as they reduce the Bar to a popularity contest, assailing the sanctity of the United States Military through willfully engaging in service discrediting misconduct to advance their selfish ambitions to the point that they have implicated the Tennessee Supreme Court.

I didn't file a libel per se actions against poor Rich on July 1, 2008 by mistake. Reputation is an important asset when you run an indie label. Of all of the trials I've been subjected too, the BPR reprisal action was one of the most painful. Senator John McCain said that that frivolous ethical inquiries that falsely assailed his character at Senate Subcommittee hearings were more painful than years of physical torture in the Hanoi Hilton. When you are a Soldier and Officer in the Military, who has been conditioned through TRDOC, Basic Training, OCS, and OBC, to strive for honor and integrity, it is incredibly hard to deal with false accusations of character because of how you are programmed by our Governments Armed Forces.

### BRIBING ASSISTANT DISTRICT ATTORNEY JACKSON

Additionally, on June 2, 2009, I met with then District Attorney Anton Jackson, under the guidance of metro police department, to provide him with evidence that Disturbed McKenzie,

poor Rich, and Marc Oswald engaged in attempted bribery on May 22, 2009, conspiracy to

facilitate the unauthorized practice of law, and obstruction of justice. The evidence was the tape

recordings which spoke for themselves. Instead of doing his job, Dishonest Jackson ultimately

lied on behalf of Disturbed McKenzie to save her neck before the BPR and refused to prosecute

any of them despite the evidence because of his personal relationship with the suspects. Then to

make matters worse, Dishonest Jackson quit the District Attorney's office, joined Disturbed

McKenzie's law firm, as her only other partner, and had the nerve to appears in this case on

behalf of poor Rich. Disturbed Jackson not only failed to prosecute poor Rich for the crimes I

reported him for, he actually became on of poor Rich's employees and has appeared in this

action. This was all in fulfillment of quid pro quo.

   This confirms poor Rich's and Disturbed McKenzie's guiding values that the Nashville

justice system can be bought, which was the position that poor Rich boast of in his voicemail that

he left he on Mr. Ashley's answering machine at 6AM on March 13, 2009. Just as poor Rich

attempted to pay off Jared Ashley on May 22, 2009, he did buy Dishonest Jackson. *Proverbs

17:8 A bribe is seen as a charm by the one who gives it; they think success will come at every

turn.*

   Meanwhile, no one but me has had a problem with this nor has any done anything about

it because of the value "the ends justify the means." *Issaih 5:23: "Who acquit the guilty for a

bribe, but deny justice to the innocent."* One of the unconstitutional restrictions in the July 5,

2012 order that was entered by default trick was that Disturbed McKenzie was trying to get

Judge McClendon to make me stop pointing out this blatant violations of the rules of ethics. That

was obviously set aside along with the other restrictions.

The media should investigate these matters. The department of justice should be brought in to demand a restructuring of the Nashville Justice system. As a Judge Advocate, who was trained by the United States military in the ways of prosecution, I can attest first hand that there was more than enough probable cause to have Disturbed McKenzie, Bill Ramsey, and poor Rich tried for the crimes they were reported for. They were engaging in additional criminal activity to cover up poor Rich's preexisting crimes which is a factor in aggregation.   Dishonest Jackson's horrific abuse as a prosecutor in this regard is offensive to all victims of crimes, and such flagrant dishonest should cause all of the cases that he was involved in at the District Attorney's office to be reviewed and theoretically overturned and retried. Dishonest Jackson's decisions fail to past the smell test in the same way that this civil lawsuit and the phony stalking charges fail to past the laughing test. It should not surprise this Honorable Court that I am smiling in the mug shot when I was arrested for the phony stalking charge because as the record will reflect, I was most certainly framed by scoundrels with an agenda to discredit that have dug a pit so deep that it is impossible for them not to fall in it. There is a saying "the devil always over plays his hand" which applies here.

I am asking that the BPR and this Court to redeem themselves. (Although Nancy Jones was canned, Sandy Garrett now has the opportunity to make things right. I am asking that the media investigate these matters - media outlets who are not being mislead by poor Rich's publicists.) If the Court and the BPR refuse, I have the option to drive to Atlanta and meet with CNN. I have the option to go  Washington and meet with the TGJAG at the pentagon, given how my military medical records during a time of war have been used to prejudice me unjustifiably, as the Tennessee Supreme Court should have known. There is a direct military connection to

these matters which can allow me to seek out a congressional hearing. But this Honorable Court and the BPR cannot expect me to sit here and be abused in the same way that poor Rich expected me to just "hand over" my copyrights when he initiated this escalating conflict. As a Court officer, who is concerned with the poor and oppressed ability to have the capacity to seek justice, I have duty not to allow that. While that is my crystalized position, I understand that "Many seek an audience with a ruler, but it is from the Lord that one gets justice." Proverbs 29:26. Even if certain injustices cannot be fixed, I expect the judiciary to start doing actual justice or that it be exposed as a place of untrustworthiness.

After seeing the Nashville Justice system as a backwards center of politics and scams, I have lost total confidence in it and am grossly ashamed to have ever called myself a Nashville lawyer. Congratulations Nashville Bar. If I feel that way, other lawyers interested in practicing here who have common sense, will look elsewhere.

If people like Disturbed McKenzie are going to be reward for being dishonest, then "call me crazy" but I'm out of here, as I have been for years now. Everything I learned about the justice system in law school, and observed growing up around attorneys with integrity was contradicted by the dishonesty flaunted by Nancy Jones at the BPR, Dishonest Jackson at the DA's office, Helen Rogers, Judge Haynes, ADA Welch, Judge Binkley, and the immoral practices of Disturbed McKenzie. In fact, while these events were all materializing Bill Ramsey won the John C. Tune Award for good character and integrity, which further underscores that in Nashville "right is wrong" and "wrong is right," and awards are given out to reinforce bad behavior. I honestly believe that Bill Ramsey was given that award in part because I was pointing out how dirty his hands were becoming in representing a snake like poor Rich. For that Billy Boy, you are

welcome. That situation was no different than when poor Rich gave millions to St. Judes in an attempt to clean up his reputation after the Jared Ashley story broke. He gave the money away not because he has a good heart but out of selfish ambition. I might as well take credit for that too if the facts in this complaint are taken as true. For that, you are most welcome St. Judes.

---

## RECAP OF THE PROCEDURAL HISTORY LEADING UP TO THE SPRING OF 2012 WHEN CONVERSATIONS BETWEEN POOR RICH AND I RESUME

This section can be skipped. But I would like to provide a recap of the winding procedural history leading up to the conversations in the spring of 2012 where poor Rich and Disturbed McKenzie's plan to frame me for stalking started to unfold.

To attempt to keep the story clear, at here was what had occurred or was occurring:

1. July 1, 2008, I had file Copyright Federal lawsuit against poor Rich.

2. Fall 2008, Mr. Montano had filed a civil lawsuit against poor Rich for assault.

3. April 6, 2009, Rich had filed a defamation lawsuit against Mr. Ashley.

4. May 28, 2009, Rich was arrested for Assaulting Mr. Ashley.

5. June 1, 2009, I filed a lawsuit on behalf of Mr. Ashley against poor Rich in civil court for assault.

5. June 2, 2009, I report Disturbed McKenzie and Bill Ramsey to the BPR.

6. June 2, 2009, I report Disturbed McKenzie and poor Rich for attempted bribery and the case goes to Dishonest Jackson, who was an assistant district attorney.

7. Around July 2009, Nancy Jones at BPR rejected my complaint against Disturbed McKenzie and Bill Ramsey and began persecuting me with a series of frivolous ethical inquiries. Vice Presidential Candidate Sarah Palin was harassed in a similar manner by ethics commissions in Alaska. (Points back to different values and lack of accountability over the ethicals commissions).

8. August 27, 2009, Judge Haynes abused his discretion and dismissed the Copyright Lawsuit, dismissing the federal claims with prejudice and the state law claims without prejudice.

9. September 2009, I appeal the federal lawsuit to the 6th Circuit. I did not appeal the state law claims.

10. September 2009, I withdraw as Mr. Ashley's civil attorney because I am called up by my unit to deploy to Operation Iraqi Freedom and because of a conflict of interest. Nancy Jones began falsely accusing me of not deploying in an astonishing manner that was patently service discrediting and should have caused the Tennessee Supreme Court to bring disciplinary proceedings against her. Late the Tennessee Supreme Court would ratify this service discrediting conduct in unimaginable ways.

11. On November 20, 2009, ADA Welch intentionally threw the case against poor Rich, refusing to call Detective Anderson to the stand. The entire case was built around Detective Anderson's investigation. He was the star witness, but she was setting up Disturbed Mckenzie and Dishonest Jackson to sue me for malicious prosecution - all of the benefit of poor Rich. This is because the Nashville justice system is not based on the rule of law but on a nexus of personal relationships. If you are not involved in "go along get along" you will not be able to acquire justice in fact you will be victimized. At the trial, the statute of limitations defense barred the Legend's Corner

assault, giving poor Rich a procedural victory. Although Poor Rich was not convicted of the assault at the Spot and the harassment phone call charge, poor Rich did not have a successful termination on the merits of all the claims. There was an indecisive favorable termination that prevents this case from going forward under collateral estoppel.

12. January 26, 2009, Nancy Jones was recused from the frivolous BPR she brought against me case against me because she was jockeying for a seat on the Court of Appeals and was placating Bill Ramsey by oppressing me. Nancy Jones' puppet, Krisann Hodges, takes over, who is equally as corrupt as her. Krisann Hodges knows that there was no grounds to oppress me but she went along with it anyway.

13. May 28, 2010, I file refiled the state law claims that were severed from the copyright action as well as new libel claims against poor Rich and Disturbed McKenzie for the false statements made in the media on May 29, 2009. Judge McClendon was assigned the case but recuses herself sua sponte for being biased against me. This Honorable Court is brought in from Williamson County special set under Special Masters Marsh Nichols (who later recuses herself after Jason McKenzie steps forward to testify).

14. November 19, 2010, Disturbed McKenzie and poor Rich file this frivolous lawsuit against me for malicious prosecution, alleging that I was behind the Jared Ashley assault case. Disturbed McKenzie violated the rules of professional conduct by filing this lawsuit, when she a codefendant with poor Rich in the May 2010 lawsuit against them for libel. The filing of the lawsuit was covered in the press and poor Rich believed that he can spend his way into victory in this lawsuit to discredit me for having attempted to stop him from harassing us by filing the federal action against him that he provoked.

15. May 2011, this Court awards a motion for summary judgment for my lawsuit in favor of poor Rich, Disturbed McKenzie, Neal & Harwell, and Marc Oswald because of a hyper technical error. This Court also found that the state law claims from the federal case were not severed in total error. It was clear on the face of the Appeal to the 6th Circuit that the state law claims were not severed. This Court ruled in error. Additionally, the subsequent finding of VA meant that my argument regarding the tolling provisions under SCRA should have overruled their statute of limitations defense - an injured soldier from combat who is not on title 10 but in recovery from war related injuries sustained while on title 10 can invoke SCRA so that service members are not unduly disadvantaged in civil court proceedings.

16. May 2011, I file a lawsuit against Disturbed McKenzie, poor Rich, Nancy Jones, Krisann Hodges, ADA Welch in Federal Court for a myriad of Constitutional violations that relate to their willful mismanagement of authority that have developed in this case that constitutes a bandwagon of abuse.

17. September 2011, the VA found me to be suffering from combat related post traumatic stress disorder.

18. September 2011, the 6th Circuit found Judge Haynes to have abused his discretion and remanded the Federal Declaratory Judgment claims. I nonsuit the case against Shanna Crooks and Disturbed Rich, as an act of mercy despite their inescapable guilt firmly established in the evidentiary record. Poor Rich responded to my generosity by amending his November 19, 2009 complaint for malicious prosecution and added the copyright case. *Isaiah 26:10  "when grace is shown to the wicked, they do not learn righteousness."*

I had the right to keep my copyright case going, which would undermine poor Rich's

amended complaint. So, I began contemplating contacting him to discuss that with him personally.

19. Around September/August, Krisann Hodges moved before the Tennessee Supreme Court to have my law license deactivated for medical reasons because she knows that I am going to the VA to receive treatment for my combat related PTSD. I responded in opposition. The Tennessee Supreme Court deny's her motion. A hearing for the frivolous ethical charges against me was set for December 2011. Two weeks before the hearing I email Krisann Hodges and point out that she has no evidence to support her charges at the hearing and that when she was unable at the hearing my lawsuit against her and Nancy Jones would be strengthen. In response, she confiscated my confidential medical war records, took them out of context, and filed a second motion before the Tennessee Supreme Court seeking to deactivate my Tennessee law license for medical reasons. She failed to provide a single example of how my combat related PTSD has had any adverse impact on one of my clients. And not one piece of evidence to that end has been put forth because the BPR is perpetrating fraud.

19. Around March 2012, Judge Campbell dismissed my May 2011 complaint against Disturbed Mckenzie, poor Rich, Marc Oswald, ADA Welch, Dishonest Jackson, and ADA Sexton for failure to prosecute with out prejudice, which allowed me to refile that action in state or Federal court under the savings statute. I felt like I need to contact poor Rich about a way to resolve this case as well as the other ones because Disturbed McKenzie was a party to one of the actions, which created a huge ethical dilemma. As a creditor, I wanted to settle the cases differently with poor Rich than his codefendant Disturbed McKenzie so settlement negotiations with her were impossible. Given all of these developments, I decide to contact poor Rich to see if we can

resolve the litigation.

---

### PEACE TALKS AND THE STALKING SCHEME BEGIN = CONVERSATIONS IN THE SPRING OF 2012

*"Blessed are the peacemakers, for they shall be called sons of God." Matthew 5:9*

---

On April 18, 2012, I emailed poor Rich:

---

Date: Wed, 18 Apr 2012 12:15:21 -0700
From: severerecords7@yahoo.com
Subject: we should do something else
To: johnrichfans@hotmail.com

---

we should go do something else probably. There might be better battles for us to fight.

Otherwise, I have to reopen the Federal and file a new suit in state Court which would be fun and

everything because litigation is what I do. Yet, the evidence suggest that we could allocate

resources in other areas to have more substantial impact for the greater good.

---

COMMENTARY: *"Make every effort to live in peace with everyone and to be holy." 12:14.*

      In an effort to get away (not stalk) from poor Rich, I emailed the poor soul that it would

be better for us to focus our efforts on improving the greater good, instead of continuing

litigation. The justice system was simply not working as it was intended for either one of us. I

had a pretty straight forward cases and its was pretty straight forward that the Courts were not

going to let me win just because. Poor Rich was being bled dry by Disturbed McKenzie and the

Courts were flagrantly abusing their discretion against me at every turn. I also indicated that I

am not afraid of litigation because at all times the law and facts have been on my side. In the

movie a civil action, the Jaan Slickman, the personal injury attorney explains "the first party in a

civil action that comes to his senses loses." I felt like, if poor Rich had an common sense, it was

likely that he had enough after spending a couple million dollars, and I was well aware that

fighting to prove that you are right, even when you are is no way to live. As I often would tell my

clients before deciding to file in court, "you can be right or you can be happy." While I think that

these cases prove that this is true - *"Many seek an audience with a ruler, but it is from the Lord*

*that one gets justice." Proverbs 29:26. . "Honest scales and balances belong to the LORD; all*

*the weights in the bag are of his making." Proverbs 16:11.* I still expect the Courts to do follow

the rule of law and do their best to see that actual justice is achieved regardless of whether the

parties are rich or poor.

---

From: John Rich
<johnrichfans@hotmail.com>
Subject: RE: we should do something else
To: "Chris Sevier" <severerecords7@yahoo.com>
Date: Thursday, April 19, 2012, 9:59 PM

Chris:

To use your own words in your recent email to me, you think it's "FUN" to sue me. I'm pretty

sure that kind of sentiment is frowned upon in your profession. I on the other hand find it to be

anything but fun. All the charges you have brought against me over the past several years have

been tossed out of court for good reason. It's all transparent nonsense. The bad part is that you

actually admit to taking pleasure in suing me and causing damage to my life in many ways,

personally and professionally. For a guy who I've never even had a conversation with, it's unreal

how your venom and threatening rhetoric towards me has spiraled to such depths. It's unsettling.

For goodness sake, you've compared me to "Hitler" in official court documents. Need I say more? I'm hoping we get all this put to bed this year sometime after I've been made whole from your unrelenting attacks. I'm willing to be as patient as I need to be.
JR

---

COMMENTARY: *"The words of the wicked lie in wait for blood." Proverbs 12:6*

Rich threatens that he is willing to be "as patient as I need to be." "Patiently waiting" to file a frivolous stalking claim is not "cleverness," it is malicious prosecution that should permit me to bankrupt him for once and for all for the sake of the perception of the justice system. Poor Rich is the preverbal Captain Hook of our community. He is easily one of the most hated people in Nashville of all time because of his insecure predisposition demonstrated on national TV, when Mr. Busey called poor Rich "boy" on celebrity apprentice. No other individual had the backbone to stand up to him besides me, which has caused a ton of push back by weak minded individuals who are mesmerized by his charm in the justice system to include the BPR and by extension the Tennessee Supreme Court. In keeping with a propensity to mischaracterize the facts for self-serving reasons, poor Rich stated that my lawsuits against him were "tossed out of court for good reason." This Court knows first hand that nothing could be farther from the truth. The Tennessee Courts have grossly abused their discretion in these cases. The 6th Circuit remand the federal declaratory judgment claim that would ultimately lead to poor Rich having to pay all of Severe Records attorney's fees had I not shown mercy and nonsuited the actions. I could have amended the complaint for copyright misrepresentation under section 512 in the event it was unclear that it was not already plead, (which was according to the Federal Rules of

Civil Procedure laws regarding inference), and I could have all drain poor Rich of assets as a result if the promise of justice afford by Courts in the law library was just a theory.

Additionally, poor Rich failed to understand what I and this Court does regarding the refiled state law claims and the new defamation claims lodged the May 2010 complaint against poor Rich and disturbed McKenzie. This Court gave poor Rich a MASSIVE underserved break by allowing the action to be dismissed through a minor error regarding the clerk's office, regarding rule 4. Such a dismissal under such nonprejudicial technical grounds is the type of anomaly that was virtually unheard of in causing such a well founded lawsuit to be dismissed. I'd like to drier this Court's attention to:*"A hot tempered man must pay the penalty, rescue him and you will have to do it again. Proverbs 19:19.*

To suggest that a hyper technical failure was somehow offset the horrifically damaging perpetrated by poor Rich and Disturbed McKenzie in the complaint lodge against them due to their unsurpassed narcissism is precisely the kind of evidence that demonstrates why the Justice system should be avoided at all cost. *Proverbs 20:23 "The LORD detests differing weights."* Although the Court may have not completely ruled in error, the scales were most certainly not balanced, and the over all problem was not solved. Poor Rich sees his narrow escapes from liability as grounds to perpetrate additional wrongs, as if it a sign that he was right to bully others.

I did make an argument in Federal Court drawing upon an analogy from World War II to make a persuasive point because that is what lawyers are supposed to do. I did not necessarily compare poor Rich to Hitler, which is another one of his mischaracterization. But since he mentions it, for the record, poor Rich I'll let this audience decide if poor Rich has similar

personality traits as the Furher. Poor Rich, having only a high school education and no political

training, has announced publicly that his plans to run for Mayor of Ashland City and Governor of

Tennessee.  All I'll add is that the Nazi's had their "religion of the blood" which was predicated

on their belief that their superiority made them above natural and universal law.

~~In response to poor Rich, I stated:~~

From: severerecords7@yahoo.com
Subject: RE: we should do something else
To: johnrichfans@hotmail.com

Or alternatively, you could contact Cyndi and say stop the bleeding or lets stop throwing bad

money after bad money. The settlement offer is pull your suit, and I'll refrain from reopening the

federal lawsuit against you. And I wont refile the case that was before judge campbell in state

court to consolidate with your "malicious prosecution" lawsuit. Once I do those things it will be

difficult to stop them until completion. You['re] to[o] self entitled to understand that you have

been losing from day one. The only thing that you can count on is that you will continue to lose

by trusting your "advocates." The only question you have to ask yourself is how much do you

want to lose? I'm giving you the chance to walk away. Just remember if you insist we go forward

that I gave you that opportunity. What your attorneys hope for is that I provoke your pride so that

you'll get angry and want to keep paying them to fuel litigation that has zero chance of hurting

me (in fact it helps) but will certainly harm you. The ideal client for any lawyer is one who is

arrogant and rich, and thinks that paying to show that they are right is worth the cost. We love

those types. The problem is that the issues are way above your head for you to even understand

that you have at all times been far from right on any issue. But I often tell my clients who are

"right" that fighting to show that you are isn't all what its cracked up to be. The only thing you'll

ever prove is that your a moron, and you can take that to the bank and cash it with the checks that

you pay to Mrs. McKenzie.

---

COMMENTARY:  *Proverbs 23:9; "Don't speak in the ears of a fool, for he will only despise the common sense in your words."*

The Tennessee Supreme Court has held repeatedly that settlement discussions are favored to

resolve conflict and reduce litigation expenses for the parties. That was my intent here. I was

encouraging poor Rich to "stop throwing bad money after bad money;" to just "walk away." As

someone who has worked with artist, I know how they sometimes need guidance.  However,

when you suffer from the syndromes that poor Rich does, his ego will not allow him to let things

go. Poor Rich had other plans.  Neither will Disturbed McKenzie and that is why poor Rich hired

someone who was as likeminded and nefarious as he to bully me for him through the Courts.

This is why he now has a publicist going around and misconstruing facts here in the media that

are impeached by this instrument.  Paradoxically, anger is a poison that you intend to hurt

someone else with that ends up hurting yourself. One of my favorite things to point out to poor

Rich is that for every dollar he waste on Disturbed McKenzie is increased evidence of his bad

judgment. I am well aware of the fact that Rich thinks that he is superior to everyone to include

me and this Court. It is impossible for Rich to feel threatened by me because his superiority

complex prohibits that. His syndrome requires him to get the last word in and did not see my

efforts to resolve litigation as a "credible threat." That explains why he continued to keep the

dialog going that he started in October 2004, when he was attempted to intimidate me out of my

copyrights.

---

From: John Rich
To: Chris Sevier
Date: Fri, 20 Apr 2012 10:59:55 -0700
Chris:

As you well know, you and I have never even had so much as a conversation together. That being said, I find your emails to me to be incredibly offensive and threatening. As I understand the TN Statute, your comments to me and about me over the course of time amount to cyberstalking. Sincerely,

John Rich

---

COMMENTARY:  *"Proverbs 29:9 If a wise person goes to court with a fool, the fool rages and scoffs, and there is no peace."*

Poor Rich was the one who initiated contact with me when he began tried to intimidate me into surrendering Severe Records copyrights back in October 2005 forward until we filed  suit against him in Federal Court. Now six years later, he is acting as I we "have never ever had so much as a conversation together," when the record is very clear that he was the one who started and continued the conversation despite my best efforts to tell him to get lost.

If Poor Rich was to say that he was the Governor of Tennessee, does not mean that he is the Governor. Like wise, for Poor Rich to say that my good faith attempts to resolve the litigation between us was threatening does not mean that he believes that I am posing a "credible threat" in trying to make peace.  In Tennessee, creditors have a fundamental right to contact their debtor to attempt work out the debt owed without being afraid of being accused of "felony stalking." Only someone as evil minded as poor Rich and Disturbed McKenzie would invest so much time and effort into concocting something like that which has cost hundreds of thousands of dollars and

should result in major liability for them both.

_____

Always having to get the last word, having just falsely accused me of cyberstalking, poor Rich takes the initiative to email me adding:

From: John Rich
To: Chris Sevier
On Fri, Apr 20, 2012 1:40 PM CDT John Rich wrote:

Chris,
You have been ambulance chasing me for years now to the tune of

_____

COMMENTARY: *"Mockers are proud and haughty; they act with boundless arrogance."*

*Proverbs: 21:24*

  Pursuant to his manipulative practices, Poor Rich says in his prior email to stop emailing him, and then he emails me to draw me in, which shows further that my offers to resolve conflict were not posing a "credible threat," as required to accuse someone of criminal stalking. Trading insult for insult - tit for tat - in attempting to make persuasive points in a conversation to resolve conflict is not a crime. Although poor Rich engaged in name calling, labeling me an ambulance chaser, did not make me feel like he was issuing a violent threat.

  In the pervious email, poor Rich was emailing me stating that he felt threatened by my attempts to speak the truth into his life and provide him with advice that we should not continue to litigate these matters. Moments later he is emailing me falsely accusing me of "ambulance chasing." This was all part of their elaborate plan to draw me in, using this frivolous civil case as a stepping stone to have me falsely arrested as pay back for the federal lawsuit.

_____

In response to poor Rich I stated;


Date: Fri, 20 Apr 2012 12:35:01 -0700
From: severerecords7@yahoo.com
Subject: RE: we should do something else
To: johnrichfans@hotmail.com


Im giving you the opportunity to end litigation. But your of course too stupid to realize it. You

are your attorneys wet dream. Every dollar every minute you spend on these matters is evidence

of how much of a retar[d] you actually are. You have been fighting yourself. You wish [t]hat you

were important enough for anybody [t]o cyber stalk. Instea[d]s you[r] just a dumb redneck from

texa[s] with sham talent who is heading towards the f list. I can afford to talk to you like this. But

this is what your attorneys want. They want me to make you mad so that you'll keel paying them

to prove your importance to yourself. The offer is we pull our suits and go to the house or you

can keep paying your attorneys to damage you.


COMMENTARY: *"Better to be poor and honest than to be dishonest and rich."* Proverbs 28:6

If trying to reason with poor Rich to save him money was illegal, then I would be guilty as

charged. I am speaking the truth that anyone with common sense would understand. I was

referring to this proverb "harsh words make tempers flare." In short, I was attempting to persuade

poor Rich that the cost and benefits were not adding up. But poor Rich and Disturbed McKenzie

had other plans.


In response poor Rich states:

-- On Fri, 4/20/12, John Rich <johnrichfans@hotmail.com> wrote:

From: John Rich <johnrichfans@hotmail.com>
Subject: RE: we should do something else
To: "Chris Sevier" <severerecords7@yahoo.com>
Date: Friday, April 20, 2012, 3:26 PM

Chris:

After these past few emails from you I feel completely harassed, threatened and stalked by you. Please stop. JR

COMMENTARY: *"The rich are wise in their own eyes; one who is poor and discerning sees how deluded they are." Proverbs 28:11*

This was merely posturing to set me up for stalking. I am sure that someone in debt to a credit card company does not enjoy it when the creditor attempts to collect on the debt owed, but that does not give the debtor the right to avoid resolving the dispute by falsely asserting that the creditors request that the matter be resolved is a "harassing, stalking, threat." Clearly, although poor Rich alleged that my offers to make peace involving all of the litigation was "threatening," no one with common sense could believe that poor Rich actually felt "threatened." For the most part I am not in Nashville. Poor Rich admitted that he was patiently waiting for an opportunity to hurt me in writing, and ready to fight to an "ultimate end."

Furthermore, Poor Rich had hauled me into Court on the basis for frivolous claims. I have a valid reason to discuss ways to resolve the conflict with him as a debtor. Additionally, anyone in my shoes would not have felt comfortable trying to resolve these cases with Disturbed McKenzie, because she was a party with poor Rich in one of the lawsuits that we were discussing. If the BPR was not a fraud mill, they would never have let Disturbed McKenzie

represent poor Rich in this matter. But apparently the laws in Tennessee don't apply to the wealthy, they are more like "suggestions."

Plus, no reasonable person could see an to make peace as a threat. I was well aware of the Tennessee supreme Court's position on settlement negotiations. All the evidence showed that Poor Rich was merely posturing for a set up of some kind based on settlement discussions as executed in the past. I was familiar with Disturbed McKenzie's habit of trying to get her opponents arrested for statements made in trying to resolve the conflict.

As this Court has pointed out at a hearing, if poor Rich did not want to talk to me, he would simply ignore my emails or adjust his settings to block my emails that were designed to resolve conflict. But Poor Rich was "patiently" waiting to frame me for criminal conduct that I am not guilty of. This situation is no different than in the movie a few good men when LT Kaffee says that "he thinks Colonel Jessup wants to tell us that he ordered the code red." Colonel Jessup, like John Rich, believed that his status and view of self importance allowed him to do whatever he wanted because the "ends justified the means" according to his own personal analysis of self-importance and superiority. In doing so Colonel Jessup placed himself over the rule of law, which is something that poor Rich and Disturbed McKenzie do habitually.

I believe that the evidence suggests that Poor Rich wants to tell us

that (1) he knew he was trying to bully Severe Records out of its copyrights, as he has successfully bullied other writers out of their copyrights;

that (2) he did assault Jared Ashley at the spot and Legend's corner;

that (3) he was not afraid of Chance's video but wanted to frame him for antagonize him for testifying against him in federal court;

that (4) he and Disturbed McKenzie did send Marc Oswald over to Jared's house to pay him to drop the criminal charges committing bribery;

that (5) he was not afraid of my emails to resolve the lawsuits but that he wanted to have me punished for opposing his sovereign will;

that (6) he did engage in copyright misrepresentation along with Shanna Crook to iTunes to have Severe Records content removed for opposing his sovereign will;

that (7) he did falsely tell members of the music business not to work with me or Severe Records for illegal activity because I would not give into his demands;

that (8) he and Mrs. McKenzie knew that neither Jared nor I demanded money to drop the criminal case but that was something they made up to tell the media to impeach our character and continue the defamation campaign that had cause him to be sued in the first place;

that (7) he did get off the hook for attempted bribery by hiring Assistant District Attorney Jackson to represent him here;

that (8) he was behind the plot to use the BPR to oppress me and invent any reason to take away my Tennessee law license even though everyone knows I can practice law still, despite having combat related PTSD;

that (9) he did commission Bill Moore to assault me at Dan McGuiness, offering to pay his bail (as Mr. Moore has confirmed);

that (10) he did send over mafia members to Severe Records to disrupt our business and harass us as part of his naa naa na na scenario;

that (11) he did authorize and ratify Shanna Crook's decision to send out 15,000 emails to members of the music business in which she falsely alleged that I and Severe Records engaged in illegal activity - proving that he could hurt someone's business and get away with it - while not having any intention of complying with the retraction demands;

that (12) he did smash Jerry Montano's face in his a drinking glass;

that (13) he has run countless aspiring songwriters and artist out of town, through unfounded threats to have them blackballed from the music business;

that (14) he has gotten his opponents audited for opposing him because he is addicted to hurting people;

that (15) he did pay 69 to testify on his behalf in the assault case in an fashion that was inconsistent with his two separate interviews with detective Anderson;

that (16) him and his brother, Isaac, did engage in intimidation of a witness by calling Chance

and threatening to physically hurt him if he testify against poor Rich's interest in January 2009;

that (17) he he did not feel threatened by my emails designed to resolve conflict but that he was merely posturing to  frame me for stalking.

In short, Poor Rich wants to be able to admit publicly that he engaged in all those types of things and more but because of who he is he should not be punished. In doing so, he undermines everything that our justice system stands for.

---

I responded:

---

-----Original Message-----
From: chris severe <severerecords7@yahoo.com>
Date: Fri, 20 Apr 2012 22:32:09
To: <johnrichfans@hotmail.com>
Subject: RE: we should do something else

by the way, I really appreciate the credentials you've paid for me to acquire so far things such as this: http://www.nashvillescene.com/nashville/the-sopa-bill-may-be-dry-docked-but-the-battle-over-online-piracy-rages/Content?oid=2797644. Or The reversal before the 6th Circuit. I hope that you continue to provide a platform for me to run for office someday because unlike yourself, I studied politics at Vanderbilt.

I appreciate your continued investment into helping me demonstrate that no one is above the law.

We'll do a lot of good together taking down Nancy Jones and others. This will be good for the

community overall, so keep drinking crown and telling yourself how important and powerful you

are. You'll need the delusions in full force to enable your childish crying that has gotten you

nowhere.

---

COMMENTARY:  *Matthew 7:2 For in the same way you judge others, you will be judged, and*

*with the measure you use, it will be measured to you.* In this email, I am trying to undermine poor

Rich's addictive propensities to hurt other people. I am pointing out that this evil intent to hurt

me is backfiring as usual.  I am trying to show poor Rich that his efforts to hurt me might not be

accomplishing what he thinks that it is. I am trying to help persuade him that we should do

something else.

Due poor Rich's inability to let things go he has to get the last word in and emails me:

From: John Rich <johnrichfans@hotmail.com>
Subject: Re: we should do something else
To: "chris severe " <severerecords7@yahoo.com>
Cc: "John Rich " <johnrichfans@hotmail.com>
Date: Friday, April 20, 2012, 5:54 PM

Chris, you are STILL sending these harassing emails? I have now told you 3 times to STOP. This
is too much.

COMMENTARY:  *"A faithful witness does not lie, but a false witness breathes out lies."*

*Proverbs 14:5.*

This was mere posturing.  If poor Rich was actually afraid of me, he would ignore my emails

and/or have them blocked. That's what this Court found because it is logical and keeping with

common sense. Poor Rich was telling me to stop, then he was emailing me, and then he was

raising concerns about him having to pay attorneys fees. So, obviously, poor Rich was all over

the place because he was trying to draw me in so that him and Disturbed McKenzie could take

advantage of my good will to make peace as a stage to lodge false criminal charges.  I had good

cause to talk to poor Rich concerning this sanctionable lawsuit and the resolution of the lawsuit

in which him and Disturbed McKenzie were codefendants, which makes discussing the case with

her problematic because of the conflict of interest.

I felt uncomfortable talking about the cases with Disturbed McKenzie because (1) she

was a codefendant with poor Rich in one of the cases at hand; (2) she had a personal stake in his

lawsuit motive to want to hurt me; (3) she had proven to engage in dishonest maneuvering every

time settlement negotiations were attempted; (4) she was making money hand over fist with poor

Rich and had incentive not to advise him to settle. In short, I did not feel comfortable having

settlement discussions with Disturbed McKenzie for the reasons laid out in the motion to

disqualify her that was pending in this case. There has always been a glaring conflict of interest

involved with her being allowed to represent poor Rich in these matters. Plus, I was well aware

of the fact that the BPR was committed to not holding her accountable. They had not only

refused to prosecute her for a litany of violations, they had actually oppressed me for reporting

her. The Tennessee Supreme Court decision about my law license was all just an extension of

that game playing.  Accordingly, I had countless reasons to avoid discussions with one of my

defendants in one case regarding another one of my defendants in another case.

_____

Since poor Rich had proved that he was willing to talk, I emailed him:

Date: Fri, 20 Apr 2012 16:06:12 -0700
From: severerecords7@yahoo.com
Subject: Re: we should do something else
To: johnrichfans@hotmail.com

I am the only one who is helping you attempt to think logically. I know you didn't major in math

in high school but think of the numbers. Every time you pay Cyndi to go to court we should get

together and laugh about how much you have spent in your attempts to prove yourself right

verses the value you have gotten out of your investment. Take for example even the 24k

judgment you received, hows collecting that panning out for you? Do you really think that there

has ever been any upside for you in litigation.  It doesn't matter how bias the lower court judges

are in favor of your advocates. I am protecting yourself and your family by advising you to

withdraw your baseless lawsuit in exchange for not reopening the Federal lawsuit which will

harm you financially as your brought to accountability and refiling a state lawsuit against you

and several others that is well plead, and is going to be time costly and expense. I have been the

only advocate you have had in these matters for some time now. Anyone encouraging you that

pursuing your lawsuit is worth while is giving you self servicing advice. You don't understand

the issues or the math involved, like us.

---

COMMENTARY: *"Blessed are the peacemakers, for they shall be called sons of God." Matthew 5:9*

Although I wasn't stalking poor Rich, if trying to get him to think logically and make

peace was a crime,  I would be guilty of that offense. My intent here was to further explain that I

had the right to reopen the Federal lawsuit, which would have cost poor Rich hundreds of

thousands of dollars. I was trying to get that poor Rich, who had just complained to me in writing

about how much litigation was costing him, to understand the implications if I decided to refile

the lawsuit in state court that was before Judge Campbell that named him and Disturbed

McKenzie as codefendants.  The best poor Rich could come up with is "you're scaring me for

trying to reason with me" which was merely part of a concerted effort with his codefendant,

Disturbed McKenzie, to frame me for stalking. I did not see that coming because I am not

manipulative like they are, and couldn't contemplate something like that.

Any traditional person of ordinary prudence could easily see that poor Rich did not find my offers to make peace as a promise of physical danger. What was in fact scary is that I was trying to explain that his attorney's were the ones he should be afraid of if I elected to exercise my rights in Federal Court by continuing to pursue the nonsuited case before the abusive Judge Haynes. The problem goes back to the fact that poor Rich was being represented by his codefendant in one case to gain an advantage in other cases. The public should feel sorry for poor Rich. To take it a step further: the real problem was that the BPR was not doing anything about it, even though they had first hand knowledge of these offenses. To take it a step further than that the Tennessee Supreme Court should be held accountable for failing to regulate the BPR in a meaningful way. To take it one step further, the Tennessee State legislature needs to promulgate legislation to set in place actual checks and balances over the BPR, so I don't have to do the BPR's job for them.

I've often advised poor Rich to hire have an independent attorney review these matters and consider lodging a claim against Disturbed McKenzie and Dishonest Jackson for malpractice. If he wanted to have his name cleared, this would be more logical. But these two had plans for me. Its collective retaliation that is the same kind of misconduct that caused me to to blow the whistle on them in the first place. No one said that life would be fair, but we have a justice system to shut down this kind of activity, which needs to redeem itself or just go ahead an hold itself out there as a place where judgments can be bought.

---

*Proverbs 26:12 "There is more hope for fools than for people who think they are wise."*

In response to the email, poor Rich states:

From: John Rich <johnrichfans@hotmail.com>
Subject: RE: we should do something else
To: "Chris Sevier" <severerecords7@yahoo.com>
Date: Friday, April 20, 2012, 6:12 PM

CHRIS!

This is the FOURTH time in the past few hours that I have ordered you to STOP with these

harassing emails! I've seen pictures of you online in military gear holding a weapon with

camouflage paint on your face, I have to assume that is the frame of mind you are in. You are

scaring the hell out of me and my family and I will NOT stand for it any longer. I will not tell

you again to STOP stalking me through my email. CEASE.

JR

_____

COMMENTARY: *"Among my people are the wicked who lie in wait like men who snare birds*

*and like those who set traps to catch people." Jeremiah 5:26*

This was mere posturing as part of their crafty trap. After reading this how could anyone possibly

expect to take anything poor Rich had to say as credible.  This emails is one of the most

important as it relates to poor Rich's false affidavit he supplied to the police to support the phony

stalking charge. Poor Rich pictures that poor Rich was referring to relate to one of my bands,

American Propaganda. He brought my artist photos into the conversation about ways to resolve

the three lawsuits that were pending. Poor Rich opened the door to using my artist pictures as a

relevant part of our discussions to resolve conflict. As an artist himself, poor Rich knows that art

is not reality. He was not any more afraid of my artist photos than he suspected that I was of his.

Poor Rich had taken the initiative to track down my artist photos as part of his plan to "monitor my activity closely." The fact that poor Rich had "stalked out" my artist photos - raises the question of "who was stalking who."

Additionally, the fact that poor Rich was emailing me, shows that he was not afraid, but rather furthering his childish plot with Disturbed McKenzie to falsely accuse me of stalking so they could say naa naa na na in the media. Moreover, the Court should take note that poor Rich decided own his own to throw his family in the mix in this email. Poor Rich opened the door to his family in this discussion, not that I ever said anything in reference to those poor folks that anyone with common sense could perceive as threatening. The evidentiary record demonstrates that poor Rich cares more about being proved right than he does his own family. He uses his family as if they were pawn in as part of his litigation chest match because his narcism knows no bounds. Additionally, poor Rich's reckless decision to use my art as evidence that I am some kind of danger to him and his family demonstrates that his order of protection case against Timothy C. Smith was totally bogus. I just don't understand why the Courts are letting him abuse aspiring artist like this. Disturbed McKenzie can get another job if they are worried about her income making abilities. It is a frightening realization for the rest of us in Tennessee who do not have the same financial means as poor Rich. The question is don't all of us have equal protection under the law - or is does that just apply to rich people? The photos that Poor Rich referred too were part of my band photos for America Propaganda, now Ghost WARS.





As much as poor Rich wished that he was a focal point of my life, these photos were promotional photos taken to promote my rock band America Propaganda. They were not taken to "scare the hell out of poor Rich," but I will stipulate that it was scary that he was looking at my artist photos and would think that anyone with common sense would not see that he was merely posturing to a frightening degree.

In response to poor Rich's disturbing use of his family and obvious manipulation tactics, I responded:

Date: Fri, 20 Apr 2012 16:17:06 -0700

From: severerecords7@yahoo.com
Subject: RE: we should do something else
To: johnrichfans@hotmail.com

that's a brilliant legal argument....make that argument in Court....see how far it

gets you....where are we at so far in legal fees so far any way based on your

lawyering skills?

---

COMMENTARY: *Prov 9:6, "Forsake the fool and live."*

      Poor Rich's narcissism had convinced him that not only is he a realistic candidate for

Govern of Tennessee but that he has superior lawyering skills. The fact that the Tennessee Courts

have given him so many breaks, I can't say that I blame him for that. But all Tennessee lawyers

should be concerned about how the state perceives them based on the fact that the Tennessee

Supreme Court was able to falsely label me as "mentally ill" and I have been falsely framed as

stalking poor Rich.

The logical question is what signal does that convey to the other attorneys who are honest like

myself, who practice law for justice sake first? Any prospective attorney who has character like

mine who is considering practicing in this state will not if they discover this story.

- On **Fri, 4/20/12, John Rich <*johnrichfans@hotmail.com*>** wrote:

From: John Rich <johnrichfans@hotmail.com>
Subject: RE: we should do something else
To: "Chris Sevier" <severerecords7@yahoo.com>
Date: Friday, April 20, 2012, 6:30 PM

Chris: This is the SIXTH time I have ordered you to stop with the emails. Apparently you

are not going to stop of your own choosing. I've been hounded like this before in my life,

they're called STALKERS. I'll officially add you to the list now. PLEASE STOP. JR

---

COMMENTARY: *Psalm 119:110 "The wicked have set their traps for me, but I will not turn*

*from your commandments."*

 Although I'm not a stalker, I am both a creditor and a debtor trying to resolve conflict for good

cause so I can rid myself of this pestilence an allow him to self-destruct elsewhere for a change.

Poor Rich is not being emailed by a stranger off of the street. I am not emailing him out of the

blue about irrelevant topics. Poor Rich is speaking to someone who he hauled into Court

maliciously, who has the right to file an assortment of filings that would have been very

expensive to poor Rich. This was no different than a debtor accusing a creditor of stalking, when

the creditor had a value reason to collect the debt owed. If poor Rich felt stalked he would have

ignore the emails, but then his plan to frame me for stalking would not have worked. Poor Rich's

concern is not stalking, but with coming up with some way to impeach and discredit me for

challenging his superiority complex. I am guilty of not thinking that poor Rich and Disturbed

McKenzie could be that narcissistic.

        I had a good faith basis to discuss settlement negotiations involving the possibility of

appealing the federal lawsuit to the 6th Circuit again, which would have cost poor Rich hundreds

of thousands of dollars. Additionally, suffice it to say, these other alleged stalkers poor Rich was

referring to, if in fact there are any, are distinct from myself because they were not sued by the

delusional Rich in a frivolous $20,000,000 malicious prosecution lawsuit that violated rule 11 on

its face.

    I was dealing with someone who was going for broke in a ongoing litigation to one day

say naa naa na na in satisfaction of personal insecurities. And so that he could hold it over other

peoples heads that he would subsequently victimize them as he had me - a Tennessee lawyer.

Not persuaded that poor Rich was afraid as much as he was desperate to concoct a secret plan to
impeach me, I emailed:

From: chris severe <severerecords7@yahoo.com>
Subject: Eight
To: "John Rich" <johnrichfans@hotmail.com>
Date: Friday, April 20, 2012, 10:39 PM

Make it eight times now. So, here is what you can do since your so much smarter than every one.

You can budget out about 35k to file for another order of protection, and like in the Chance case

you'll need a video of a song to present to the court that was about you. Accordingly, you can

present the following video called "Paranoid": http://www.youtube.com/watch?v=d4LSCt5Qk00.

You can argue with all sincerity that I wrote the song about you. And to be clear, you are not

asking me to cease. You are in fact begging me to ramp up litigation.  This is not a threat to you,

it is a threat to your pocket book, which means that your stupidity is the threat to your family.

 They need a restraining order from your arrogance. I think that all of your troubles point back to

the reality that God wants you to return to the values of your youth. The ones taught by your

pastor father. I am very grateful for you paying Mrs. McKenzie so much money to train me into becoming a very good lawyer. This training was used to help a lot of people. This same training will be used to accomplish the will of the God in heaven I serve, which will likely be to bring you and others into civil accountability for depraved heart misconduct. These matters have at all times caused you to lose because like so many other things it poisons your heart and makes you bitter besides costing you for trusting Mrs. McKenzie's undeliverable promises to placate your ego. You fail to understand that us lawyers [] employ reason without passion, we are just doing our jobs. Your all passion and B.S. which is the threat to your own well being as well as anyone foolish enough to entrust themselves around somebody who is clear as delusional and unstable as yourself. Your a typical artist, you are your own worst liability. Consider excessive crown drinking to numb emotional pain to be Exhibit A. So, your willful rejection of the settlement offer for you to pull your frivolous and malicious lawsuit that was filed to abuse process in exchange for my willingness not to refile and reopen is exhibit B of how out of touch with reality you are. You should ask the Judge in General Sessions for a restraining order against yourself from engaging in self-destructing conduct pursuant to self-entitlement syndrome disorder.  Your reality is this, you'll destroy yourself or return to the values of your youth. Either way I am just doing my job and benefiting as from my faith as has been the case since day one.  My recommendation is that you get a life, and we focus on other matters or I'll probably refile and reopen next week, and you can thank yourself for posing the threat to your family that you think so little of that you would use them as a pawn in accomplishing nonexistent and self-serving agendas which is a symptom of a much greater problem.  So, lets make it eight.

COMMENTARY: *Don't speak in the ears of a fool, for he will only despise the common sense in your words. Proverbs 23:9.*

In this email, I am making an legal argument to persuade poor Rich of the financial implications of not settling these matters. The Tennessee Supreme Court favors conversations outside of Court that can cause the conflict amongst litigants to be resolved. The real danger as I pointed out is the poor Rich's desire to win at all cost poses a danger to his family's financial interest as well as himself. I'm merely providing poor Rich with different forms of appeals for everyone's sake. I'm also calling poor Rich's bluff by encouraging him to shell out more money on an order of protection (which he never did) if he actually felt threatened, which he did not. I even sent him a harmless music video for him to use as evidence, like he did in the Chance case, which was all just classic abuse of process that should cause repercussion for both poor Rich and Disturbed McKenzie if the BPR was actually legitimate.

*"Let their lying lips be silenced, for with pride and contempt they speak arrogantly against the righteous." Psalm 31:8.*

Disturbed McKenzie emailed:

From: cyndimckenzie <cyndimckenzie@me.com>
Subject: Re: $$$
To: "chris severe" <severerecords7@yahoo.com>
Date: Saturday, April 21, 2012, 2:13 PM

Chris, your communication with Mr. Rich is inappropriate. Stop your threats immediately.

Sent from my iPhone

COMMENTARY: *"Arrogant people smear me with lies, but in truth I obey your commandments with all my heart." Psalm 119:69*

This was mere posturing. And here ladies and gentlemen is evidence of conspiracy to engage in malicious prosecution. Disturbed McKenzie knows that my offers to resolve frivolous litigation with her codefendant is not threatening to anything other than her ability to accomplish her personal agenda and to bill the fire out of poor Rich. Offers to settle conflict are the very opposite of threats. This is was why there was no probable cause whatsoever to falsely accuse me of stalking; they were just trying to hurt me. (Offers to make peace are just that, they are not threats). My request that we terminate litigation is a request that we get away from one another. Stalkers usually want to have contact with the person they are stalking, not separate themselves from them.

I had sued both poor Rich and Disturbed McKenzie because they were in debt to Severe Records for damages. Accordingly, I had a right to have communications with them on individually to discuss ways to resolve their individual portions of liability. I could have settled the lawsuit with poor Rich, but refused to do with Disturbed McKenzie, if I so wanted. Further, poor Rich had sued me because he allegedly believe I owed a debt to him. Therefore, I had a first amendment right to attempt to pay that debt. Just because Disturbed McKenzie says something is a "threat," does not mean that it is. Just because Disturbed McKenzie denies that this was a set up that she has designed to falsely accuse me of stalking, does not mean that it was not. Or just because Disturbed McKenzie holds herself out as an ethical attorney means that she is ethical. All of the evidence points to the fact that this was part of their collective plan to frame me for stalking and nothing more.

In response to Disturbed McKenzie, I stated:

these are settlement offers not threats. They are adverse to your financial interest, this is why you

have to misconstrue settlement offers as threats. This is the pattern of misconduct that will be

exposed to the jury. You really insult the intelligence of jurors by attempting to misconstrue

offers to resolve conflict as violent threats. Did you learn that in paralegal school?

COMMENTARY: Psalms 119:163, "I hate and abhor lying: but thy law do I love."
 Disturbed McKenzie went to law school late in life after having been a paralegal.
Consequentially, here legal tactics look more like a form of witch craft than actual lawyering.  If
the BPR was not turning a blind eye here, it would have long since hauled Disturbed McKenzie
in for violating rules by filing this sanctionable action that has virtually impeached nearly every
level of the Nashville Justice system all the way from the District Attorney's office, to Special
Masters Nichols, to the Tennessee Supreme Court, to Judge Haynes Courtroom. But because I
had sued Nancy Jones and Krisann Hodges and attempted to consolidate that lawsuit with this
one they have direct knowledge of her misconduct, the BPR will not do anything to stop her.

The Court should take note that I was calling her bluff on her false misrepresentations to
her codefendant that my communications constituted threats. She did not deny that accusation.

On May 22, 2012, I email poor Rich

-----Original Message-----
From: chris severe <severerecords7@yahoo.com </mc/compose?

to=severerecords7@yahoo.com> >
Date: Tue, 22 May 2012 05:05:38
To: <johnrichfans@hotmail.com </mc/compose?to=johnrichfans@hotmail.com> >
Subject: wise vs. stupid/ time vs. money

So, I'm going to appeal Haynes decision for the second time to the 6th Circuit Court of appeals,

which will cost you the same as it did last time: if we don't agree to terminate all litigation. [My

offer is that we stop all litigation before you have to spend more money that you'll never recover

under any circumstance, unless you sue Cyndi for malpractice possibly]. If we continue, you'll be

guaranteed to throw bad money after bad for a reward that doesn't exist, other than some kind of

personal ego stroke that will not be worth it.


The Court's would like to go see us do something else. They will not let either one of us win

because they don't like our cases. Its impossible for them to hurt me [they all know that, I'm one

of them man], but the only thing that will happen is that they will allow you to be bled out

through your lawyer, as a way of taking advantage of your arrogance and ignorance of the

Courts. They will benefit Cyndi, but at your expense - that is what is happening.  The only cost

for me is time and nuisance cost, which I'd like to spend time else where other than building up

credentials at your expense and pro[vok]ing you into spending money on Cyndi.  Believe me

when I say that I am your best advocate. You are being scammed by your lawyers from the start.

BIG time. Ask her about the Federal law relating to the uncollectability of Federal funds

distributed through the VA to combat veterans. Ask her about the collectability of voided

judgment through bankruptcy in the event that some kind of unfair and appealable judgment is

allowed in the lower court in the event that a Williamson County Judge is not brought in to

replace McCellan.  Here is what I propose: lets get a life and go do something else. I believe you

that this has been unsettling, but its not going to improve if I appeal again, win again, get Haynes

recused, like I did Smith, and press forward. I'm going to Haiti on mission trip in August with

Cross Point. I'm going to Peru in September with West End Community in September. And will

continue that progression to foreign nations for the foreseeable future while working to break

American Propaganda.  The longer you stay in the system, the more you will lose that is your

only guarantee. Plus I do not think God will show you favor either in this life and the one after, if

you choose to continue our fight in a legal system that is not as it seems. Cyndi has a disincentive

to tell you these things because she is making money off of you that she needs to support her

new firm. This is why I am emailing you directly, not so that you can have grounds to go waste

more money on restraining order to accomplish worthless ends. Lets go fight other fights and

work on music. I have a narrow threshold to decide to appeal.


Chris

---

COMMENTARY:  Psalm 43:9  "Rescue me from my enemies, LORD, for I hide myself in you."

 In this email, I am explaining to poor Rich that I have the right to file appeals in the District

Court Case within a limited time frame that will make litigation go on and be expensive and time

consuming for us both. My reasons for contacting him were predicated on a good faith basis that

had more to do with his personal benefit than my own.  I also explain to him what Cyndi wound

not, which is the fact that Federal regulation makes me judgment proof, as was already

established in the 4th Circuit. I was also trying to explain that I did not want to have to refile the

lawsuit that named him and Disturbed McKenzie as codefendants.

From: John Rich <johnrichfans@hotmail.com>
Subject: Re: wise vs. stupid/ time vs. money
To: "chris severe " <severerecords7@yahoo.com>
Date: Tuesday, May 22, 2012, 10:58 AM

Sad.

COMMENTARY: *"A hot-tempered person stirs up conflict, but the one who is patient calms a quarrel." Proverb 15:18*

Poor Rich responded with "Sad," not because he felt threatened by me. He thinks my communications are anything but threatening. He thinks they are "sad," not threats of violence. If he actually felt threaten, anyone with common sense would see that he would have ignored my emails.

In response to poor Rich's response: I stated

From: chris severe <severerecords7@yahoo.com>
Date: Wed, 23 May 2012 21:20:52
To: <johnrichfans@hotmail.com>
Subject: Re: wise vs. stupid/ time vs. money

I agree its sad. You don't comprehend the cost benefit of ending litigation verses expanding it.

COMMENTARY: *Psalms 119:29, "Remove from me the way of lying: and grant me thy law graciously."*

Very obviously, my intent is not to be hostile or threatening. My intent was to protect poor Rich from himself - to be a peace maker as I was trying to be back in 2005, when Rich was threatening me and begging me to take him to court - literally. On the one hand, he complained about having to pay Mrs. McKenzie a lot of money in legal fees, on the other hand, he does not

care about having to pay her more by wanting to not discuss ways to resolve the cases. He was

trying to draw me in to frame me for stalking because he thinks that he is smarter than everyone

else and no one will see through his crafty scheme and even if they do, he's convinced that he

can just pay them off. I had just cause to believe that Disturbed McKenzie was not telling him all

he needed to know in the chance that she was keeping him the dark consistent with her dishonest

propensities. That was what was sad.

In reply to my email, Poor Rich stated:

On Wed, 5/23/12, John Rich <*johnrichfans@hotmail.com*> wrote:

From: John Rich <johnrichfans@hotmail.com>
Subject: Re: wise vs. stupid/ time vs. money
To: "chris severe " <severerecords7@yahoo.com>
Date: Wednesday, May 23, 2012, 4:41 PM

You are the most insulting person I've ever dealt with. Chronic. STOP EMAILING ME.
Understand?
Sent via BlackBerry by AT&T

COMMENTARY: *A fool is quick-tempered, but a wise person stays calm when insulted.Proverbs 12:16.*

This was mere posturing. Trying to reason with poor Rich to create peace is not insulting. The

fact that he doesn't think that people are going to see through his scheme with Disturbed

Mckenzie to frame me is.  Over the seven years of litigation, my emails with poor Rich were not

chronic - another false mischaracterization. I have a right to contact poor Rich because he filed a

frivolous lawsuit against me for $20,000,000. I have the right to try defend myself through legal

means, which include trying to talk sense into my opponent in an attempt to promote settlement,

as the law encourages, to save us from litigation expenses, $$$ for him time for me. Poor Rich

effectively said that I owed him a credit when he filed his lawsuit. When I filed my lawsuit

against poor Rich, I was effectively saying that he owed me a credit. When I filed the same

lawsuit against Disturbed McKenzie I was saying that she owed me a credit. I had justifiable

grounds for attempting to resolve the lawsuits with these individual debtors separately. The fact

that Disturbed McKenzie was violating the rules of professional responsibility by appearing in

this case was not my fault. At this time there was a motion to disqualify disturbed McKenzie the

BPR and this Court can't blame me for that one.   Also, I was acting under a limited time to try to

reason with Rich about the cost and benefits of appealing for the second time to the 6th Circuit.

---

I then emailed Disturbed McKenzie to appeal to her on how ridiculous they were being  to see if
that approach would facilitate peace

From Chris Sevier

To: Cyndi McKenzie;

Lets Expand Litigation : D

So, I've repeatedly offered to end all litigation in exchange for all cases being resolved. Since
Rich is both wealthy and stupid, I say lets expand litigation on all fronts. Lets begin with filing a
restraining order against me.

Lets budget $30,000 for that. Here is some evidence you need. These photos were clearly taken
in reference to antagonizing John Dumb ass Rich, and have nothing to do with the musical
platform I'm going to build to rail against corruption. So, they can constitute exhibit A. Like last
time, you'll need a video so here is one: http://youtu.be/ZL8dk2uhoL8

Clearly the girl in this video was meant to symbolize John whose inferior vocal ability explain in
part his deep ceded insecurities. He has verbalized in numerous emails that my attempts to

resolve litigation places him and his family in fear of their safety so there is sufficient probable cause to spend time and money on these matters in the interest of justice.

Lets appeal Haynes abusive decision to the 6th Circuit Court of appeals, so Cyndi can lose all credibility in front of them in which should hurt all of her other cases which go there, which probably wont be very many. Rich you can pay your codefendant Cyndi to write your brief, and go argue the case. That should cost the same as it did last time, which might be nothing because Cyndi is your codefendant after all who exposed you to liability.

Lets move forward on the state case and have a jury trial, and if little Rich wins, lets all laugh as he spends money on trying to collect something that's not there. He can hang the judgment on the wall, next to a picture of himself smoking a cigar - with a caption that reads "my lawyer was worth every penny." But if he loses, lets all laugh as I move to collect on assets that he has, since I'll be entitled to attorney's fees and count suit for abuse of process.

Lets refile the campbell case, I'm thinking state court would be fun. That way he can pay for you to show up on fridays as well as file motions.

I think we can build a really good platform for our publicist to make him look like the fool everyone all ready knows that he is so there is not a lot of value in that. As Rich moves towards inevitable D list status these cases can give him a since of purpose in fueling short man complex, which can only be number by an addiction to crown royal.

 or we could do something else. I think Cyndi you should have John pay you to show this email to the Courts because its clearly evidence that he is entitled to some kind of relief.











---

**COMMENTARY:** *Proverbs 26:4  "Answer not a fool according to his folly."*

It goes without saying that I'm being facetious. This email was directed at Cyndi McKenzie, not

poor Rich as he misrepresented the truth to the police a year later in his affidavit regarding my