artist picture. I am calling their bluff about expanding litigation. No reasonable person can possibly believe that poor Rich and Disturb McKenzie were sincere about feeling threatened by my offers to cut back on litigation, including one case that they were both parties to. The central problem is that Disturbed McKenzie has no concept of her oath. She is well aware that I follow the rules to completely and uses that to her advantage.

To underscore my bluff calling argument here, I sent Disturbed McKenzie photos and a music video relating to my band to highlight their pettiness. I was trying to make the persuasive point of how ridiculous they were being. What was no laughing matter was the fact that I had the opportunity to expand litigation tremendously in the 6th Circuit and by refiling the case against them both that was before Judge Campbell, which would have costed poor Rich hundreds of thousands, and soaked up judicial economy at the tax payer expense. Once again they later used my good faith and acts of mercy against me.

But poor Rich couldn't even bring himself to address that issue due to his prideful pathology or because as he said "he wanted to litigate these matters to an "ultimate end," until only one of us was left standing. I respectfully propose/demand that this Honorable Court should allow that to be me, given the evidence and law - not for my sake but for poor Rich's sake, who needs to learn by now that he is not above the law despite what his ego tells him.

This email related to the Chance order of protection lawsuit in which I was the attorney of record until Disturbed McKenzie had me disqualified under an apparent double standard. In September 2010, poor Rich, through Disturbed McKenzie, filed a ridiculous order of protection against Chance, falsely stating in that actual order of protection that a music video made by Chance constituted a "death threat" that made poor Rich and his family feel "molested." I

initially appeared as the attorney of record in that case. However, Disturbed McKenzie was able to have me disqualified under rules 1.7 and 3.7 for substantially inferior reasons that the ones listed here. Without an attorney Rich was able to grossly abuse Chance through the Courts, proving that the Courts were a place for the rich to oppress the poor, which was never the the purpose of their design. After reviewing this case the poor and disadvantage should have great concern over the lack of equal standing in Nashville Courts. By sending poor Rich and Disturbed McKenzie a link to a music video and artist pictures I was referring to the circus like ridiculousness that surrounded the malicious order of protection action against Chance.

Additionally, since poor Rich had referred to my artist promotional pictures, opening the door, in his email on April 20, 2012, when he stated "I've seen pictures of you online in military gear holding a weapon with camoflauge paint on your face, I have to assume that is the frame of mind you are in," he made the artist pictures relevant to the discussion on conflict resolution. Accordingly, I sent Disturbed McKenzie these artist pictures to underscore how ridiculous poor Rich's logic reasoning skills were after he opened the door as part of their plot to frame me for stalking a year later.

As a lawyer, I am suppose to make arguments and be persuasive in the pursuit of justice. My intent was to persuade Disturbed McKenzie that these matters were ridiculous and that it was in her client's best interest to spend his time an money elsewhere, instead of publicly proving how expensive his ego was. I sent my band photos to Disturbed McKenzie to make a point that was designed to reduce conflict and keep poor Rich from continuing to spend money on litigation in which he had nothing to gain because he brought them up. The point I was making in sending this email to Disturbed McKenzie in which I was clearly talking to her was that there

was no upside for poor Rich to continue litigation.

---

I responded to Poor Rich:

Wednesday, May 23, 2012 4:54 PM Mark as Unread Flag this messageFrom: "chris severe"
<severerecords7@yahoo.com>To: "John Rich" <johnrichfans@hotmail.com>
From: Chris Sevier
To: John Rich

---

you insult your own intelligence by insisting that we expand conflict where you have no upside.
I'm trying to help you, not insult you. Law is reason without passion so I have no feelings toward
any of these matters.   I think we should focus on music, family, and other controveries. The cost
of your self insult has been the amount you were defrauded into paying Cyndi for a bag of goods
she has the inability of delivering. You continue to self-insult by wanting to expand it when the
value is less than the benefits.

The best option is that we agree to stop all litigation so that we can focus on other conflicts. Ones
where we can make a positive difference. All you have to do is tell Cyndi to end it. Believe me,
she does not like these cases besides the money part. She's going to get disqualified anyway.

Save yourself the emotional, time, energy, and money expense by laying down the sword. Any
sensible general at OCS would tell you that you don't win every battle to win the war of fulfilling
our greater purpose.

I let Shanna go, I'm attempting to do the same with you.  If I was your lawyer, I'd tell you not to
get into a fight were there is only down side. My offer to do something else is not, sad, its
sensible. It permits you to stop losing.  I have no interest in insulting you, but allowing you to
focus on other battles.

---

COMMENTARY: *Colossians 3:13 "Bearing with one another and, if one has a complaint*

*against another, forgiving each other; as the Lord has forgiven you, so you also must forgive."*

I explain to Poor Rich that I am trying to help him see a way out of continued litigation because I

did not expect him and Disturbed McKenzie to frame me for felony stalking. But because of his

pathology, trying to reason with him over the past seven years has proved to be impossible.

Money is no object to him. It does not make him happy. Hurting people to get ahead turns their crank. He puts his interest over the law. Rich in his false affidavit that led to the stalking charge, stated that I had threatened his family. Very obviously, this email impeaches that load of nonsense. Here I explain that "we should focus on music, family, and other [controversies]" Only a true coward would use his family as a litigation pawn. My intent at that time was to get us to focus on other controversies.

Additionally, I allowed Shanna Crooks out of the Federal litigation in which poor Rich and Crooks were guilty as sin because I am a proponent of mercy and grace. I am not a bully like poor Rich. I felt like Crooks had been through enough after attaching her wagon to poor Rich's. Although Crooks was caught red handed, one of our most fundamental rights in this Country is our ability to waive those rights, which I did because as an Officer of the Court my interest is justice, which is most often surpassed by the benefit of unconditional forgiveness. However, some individuals are so depraved and are so far gone to include - poor RIch and Disturbed McKenzie - that until the BPR disbars Disturbed McKenzie and until this Court allows me to completely bankrupt poor Rich they will continue to pose a threat to our community and undermine the confidence in laws that govern our society. We don't need people like poor Rich living amongst us in Nashville, individuals that hurt other people to get ahead, who thumb their nose up at the law, and exploit people of who respect the law. Although it is possible for people to have a change of heart, poor Rich and Disturbed McKenzie are long since past that. They have only become worse as time has progressed, and now the public is watching to see if this Court will allow actual justice to be accomplished.

---

Poor Rich retorts:

From: John Rich <johnrichfans@hotmail.com>
Subject: Re: sensible, not sad
To: "chris severe " <severerecords7@yahoo.com>
Date: Wednesday, May 23, 2012, 5:22 PM

I said STOP EMAILING ME CHRIS. You are ridiculous and unprofessional. This is the TENTH
time I've ordered you to cease with these harassing emails. STOP.

Sent via BlackBerry by AT&T

COMMENTARY: " *"The rich are wise in their own eyes; one who is poor and discerning sees*
*how deluded they are." Proverbs 28:11*
This was mere posturing. I have reason not to talk to Cyndi McKenzie. Reasons that Jason

McKenzie quiet eloquently confirmed. She had a personal stake in the litigation because I had

sued her as well as poor Rich multiple times. Plus I was trying to get it across to poor Rich that I

could appeal certain things to the 6th Circuit again, who would have ruled in my favor again.,

which would been costly to Rich again. Cyndi invited the appeal because she could bill poor

Rich again for another trip to the 6th Circuit. On the one hand, poor Rich was complaining about

litigation expense, on the other, he did not want to entertain ways to resolve the litigation that

was costing him so much. It was all a set up and a manipulation legal tactic that this Court should

not honor.

I respond:

From: chris severe <severerecords7@yahoo.com>
Date: Thu, 24 May 2012 02:25:24

To: <johnrichfans@hotmail.com>
Subject: Re: sensible, not sad

file a restraining order...it will only cost you 30,000 which is a drop in the bucked compared to

the appeal and refiling and additional litigation cost...plus once the judiciary catches wind that

you really are a pathetic child who bullies people, who was the one the insisted that we take up

~~their time with litigation that I attempted to resolve. I bet they will let me bankrupt you so go cry~~

to Cyndi about [it] you pussy.

COMMENTARY:   *"Fools' words get them into constant quarrels; they are asking for a beating."*

*Proverbs 18:6*

Key words here: " I bet they will let me bankrupt you." I told poor Rich that he could file for a

restraining order if my efforts to talk sense into him were making him feel threatened. I even

tried to give him a reason by engaging in Constitutionally protected free speech by calling him a

part of the female anatomy, which is no worse than him calling me an "ambulance chaser" and

"bottom feeder." Name calling is not only not actionable in civil court in libel cases when

published to a third party and does not constitute a dangerous threat.

In response, John stated;

sensible, not  sad Wednesday, May 23, 2012 9:37 PM Mark as Unread Flag this

messageFrom: "John Rich" <johnrichfans@hotmail.com>To: "chris severe "

<severerecords7@yahoo.com>Full Headers Printable View

Okay.

Sent via BlackBerry by AT&T

---

COMMENTARY: *"Proverbs 21:10 The wicked crave evil; their neighbors get no mercy from them."*

This was mere posturing to set the stage for the real purpose of this abusive action - the stalking charge. The reason poor Rich kept talking to me was not because he was in actual fear, but because he knows that I speak the truth. Poor Rich never did file for a restraining order. It wasn't until Cyndi McKenzie's email to me on March 29, 2013 that I had heard anything about a threat to file a restraining order. Disturbed McKenzie sent that unfounded threat in response to my meetings with her husband Jason McKenzie, who was so fouled out by her and poor Rich's obsession with this case that he was compelled to set forward to put an end to their bankruptable misuse of the legal system.

To ask for a restraining order to prohibit settlement negotiations would be as unconstitutional to seek a restriction to prohibit someone from being able to represent themselves. Shortly after this time Judge McClendon recused herself from this case. Any matter before her, to include the motion to set aside the rule 59e motion was forwarded to this Court for reconsideration, who did not honor the relief sought in the July 5, 2012 order that was entered by default trick and part of the basis for recusal of the prior judge.

---

In Response I stated;

1 + 1 = 0 Friday, May 25, 2012 11:33 AM Mark as Unread Flag this messageFrom: "chris

severe" <severerecords7@yahoo.com>To: "John Rich" <johnrichfans@hotmail.com>

so just to be clear.

1. You acknowledge and understand that my exclusive source of income is from the VA, which is Federally protected against any form of garnishment and collection. I have no other assets nor will I ever. So, from the day you wrote the first check to your first lawyer you lost, due to the fact that even a basis investigation would have demonstrated that you have no upside in these matters. And that is what you get for messing with a young lawyer with a commitment to justice and nothing to lose.

2. If you are wanting to expand and continue litigation it only proves that you are an asshole because there is no actual benefit, which is a categorization that you have sufficiently established for yourself outside of this litigation. In fact, in sharing our recent email exchange with media outlets, their collective response was that "it is not ground breaking news that John Rich is a pathetic prick," with psychosis that perpetuate an acute inferiority complex. They dismissed you as being irrelevant for cause. So, instead of trying to prove your relevancy in spending time and money on these cases and wasting judicial economy, which I will make it my mission to ensure that Courts do not appreciate it, you should focus your efforts on making yourself relevant perhaps.

3. If I appeal to the 6th Circuit and refile the Nancy Jones cases its going to be good for other

people in the state associated with your codefendants, who can only look to you as the source of a controversy that could have been ended at this time. Although its laughable to suggest that you are more than a child who cares only for himself there will likely be latent consequences that are adverse to your interest in other areas.

I know that you savor thinking of me and cherish the opportunity to keep me in your life, but what I recommend is that you authorize Cyndi and I to end all litigation so you can fixate that brain of yours on other matters where you actually have the opportunity to come out ahead.

Chris

---

COMMENTARY: "*A fool takes no pleasure in understanding, but only in expressing his opinion.*" *Proverbs 18:2*

I am trying to break it down for poor Rich in layman's terms. I was hoping to allow poor Rich to make an informed decision because poor McKenzie had incentive not to tell him the truth about things because she had a personal stake in the litigation. But poor Rich wanted to hang in there so that they could frame me for stalking to impeach my character. Like a criminal lying in wait. There is no question that for years now, poor Rich has made me the center of his universe. It was never I would was stalking poor Rich. It was poor Rich would stalking me pursuant to the psychosis displayed here: http://www.youtube.com/watch?v=oywB5aOUg4c.

---

On June 25, I emailed poor Rich

**do yourself a favor - forgive**
Monday, June 25, 2012 5:55 PM

Mark as Unread

Flag this message

From "chris severe" <severerecords7@yahoo.com>

To: johnrichfans@hotmail.com

I am in the Mountains of North Carolina and just read a book called "Do yourself a favor -

forgive," by Joyce Meyers. There are a lot folk who did some stuff to try an hurt me.

Accordingly, I'm forgiving all of them. This includes yourself. "Unforgiveness is the poison you

intend for someone else that ends up killing you."  John Fogerty of Creedence Clearwater

Revival. Not only have I made that affirmation alone before God, I do it affirmatively through

action.  The first step was to not appeal the Haynes case to the 6th Circuit a second time, and to

send you a waiver of liability in any and all cases.  Therefore, accordingly, you can have peace of

mind that am not coming after you through the courts anymore because you are hereby absolved

entirely. I also absolve Cyndi and Jackson of any liability they might have. I don't have time to

be mad at anyone.  Also, on my end, I apologize for using such harsh terms previously my intent

was to make the point more so than anything else.


Best,
Chris

_____

COMMENTARY: "*Let all bitterness and wrath and anger and clamor and slander be put away*

*from you, along with all malice. Be kind to one another, tenderhearted, forgiving one another, as God in Christ forgave you." Ephesians 4:31-32*

This Court has seen that I have been through a ton of injustice for being one of the honest attorneys. Instead of fighting to be right, I was fighting to be happy. Being right is not what it is all cracked up to be. Life is too short to be fighting people all the time. One of my favorite quotes from Joyce Meyers is that "forgiveness is for yourself, not the person you are forgiving." Human nature has and will remain flawed. Poor Rich might be in a different realm of bad acting than I, but forgiveness is something we all need. The fabric of what makes our society great is for individuals to forgive one another as God has forgiven them, which does not rationalize away restitution and the need for justice.

So, I was working very hard to forgive those who were implementing plots to traumatize me for trying to do right. I suffer from PTSD. I was wrongfully victimized by the Texas Courts who had grossly abused me in reprisal for a civil lawsuit in Federal Court, I have been gernaded by Al Qaeda, I suffered extensive reprisal actions by a Congressman attempting to cover up his tracks, I have been grossly abused by the BPR, Tennessee Supreme Court, and nearly ever other Nashville Court. None of us are perfect. Nancy Jones, the Tennessee Supreme Court, the media, Krisann Hodges, Congressman Windle, so forth. I'm certainly not perfect. My overall hope as that these people come to have a personal relationship with God through Jesus Christ that is authentic. But that does not mean that I don't believe that strict application of justice should not apply on those who will never stop hurting people unless they are deterred. *"A hot tempered man must pay the penalty, rescue him and you will have to do it again." Proverbs 19:19.*

From: Cyndi McKenzie

To: severerecords7@yahoo.com

Chris, I am responding to the email you sent John Rich today. Please direct all communication to me in the future.

You should understand that Mr. Rich's lawsuit against you is not about anger or revenge. Mr. Rich has spent hundreds of thousands of dollars defending himself against your frivolous and abusive lawsuits, which money he is entitled to recover. Moreover, he is entitled to additional significant compensatory and punitive damages.

That being said, he has authorized me me to discuss a possible settlement with you in which he will not require payment of additional compensatory or punitive damages. Although this will only partially make him whole, he is willing to allow us to try to resolve it if you are willing to resolve the attorneys' fee issue. If not, we will litigate the Second Circuit matter to conclusion.
  cyndi mckenzie

---

COMMENTARY: *"A false witness snorting lies, and someone sowing quarrels between brothers." Proverbs 6:19.*

You have to give it to her, the fluidity to which Mrs. McKenzie spews lies is nearly miraculous. As a codependent with poor Rich, who deliberately filed a sanctionable lawsuit and set me up to be framed for stalking, I think by this point we can conclude that this case is exclusively about "anger and revenge." The fact that poor Rich has employed Publicist who had Bill O'Reilly

discussing another one of my cases in a light that was completely unfavorable and missed the entire point of the lawsuit intentionally is because His Heinous Rich is beyond angry and vengeful.

In the line the follows, Disturbed McKenzie admitted that Rich is angry about spending hundreds of thousands of dollars in legal fees that he is now seeking despite the fact that he knows that he is not entitled to any form of recovery. So, since poor Rich was upset about legal fees, his issue was not with me, it was with Mrs. McKenzie who advised him that fighting was the right call. Poor Rich was spending money on legal fees to get back his money on legal fees. It was both circular reasoning and irrational. One does not have to have a PHD in logic to deduce reasons why I preferred to talk to poor Rich about ways to resolved the conflict than Disturbed McKenzie, who Judge McClendon realized was terrified of being sued for malpractice as she should be. The case was about legal fees. So since that was true, it was rational for anyone in my shoes to communication directly with the one who was paying the legal fees, not receiving them due to overt disincentives.

If anyone fan of poor Rich reads this, I want them to know that poor Rich's psychosis has been grossly exploited by Disturbed McKenzie.          Any of Poor Rich's fans who side with poor Rich because out of ignorance in response to his charm in these affairs, they should be outraged at the BPR for allowing Disturbed McKenzie and the Courts to take advantage of poor Rich in the manner in which she has. No matter how regal and important, His Heinous, poor Rich sees himself, at the end of the day he is a backward country singer with a inferior high school education. He is a man who suffers from a verity of complexes that has been misguided by a depraved lawyer how has long since abandoned her oath to the Bar.

Disturbed McKenzie exploited poor Rich's peculiarities and puffed him up, billing him for hundreds of thousands of dollars in a case that Bill Ramsey could have resolved in 20 minutes, if he had the character that the John C. Tune award exemplified. Instead, pandering Ramsey was lead around by the nose ring by poor Rich, like Nancy Jones and Krisann Hodges.

This all goes back to the BPR's failure to hold her accountable for representing poor Rich, when their was glaring conflict of interest that all of us have long since recognized but no one is doing anything about it. This Court needs to sanction Disturbed McKenzie under rule 11 to deter attorney's like her from misguiding their clients and taking advantage of their personality peculiarities. This case is very much about Disturbed McKenzie exploiting her client's mental irregularities. But in Disturbed McKenzie's defense. This is another reason why she should be disqualified and stripped of her law license by the Tennessee Supreme Court justices, who I will ask to read this document in its entirety.

---

On June 28, I sent poor Rich pleadings and stated:

From: "chris severe" <severerecords7@yahoo.com>

To: johnrichfans@hotmail.comFull Headers Printable View


your true advocate: see attached. Lets achieve forgiveness of all liabilities and court action. Lets focus on more positive battles. Time is all we have.

---

COMMENTARY: *"Walk in wisdom toward outsiders, making the best use of the time."*

*Colossians 4:5*

I emailed poor Rich pleadings with statements suggesting that we should go do something else

for his benefit more so than mine. My intent was not to harass him but to show him that the cost

of litigation and the attorney's fees that Disturbed McKenzie and he alleged that they were so

concerned with would keep going up. After being falsely arrested for stalking, I see now that the

truth was that neither poor Rich nor Disturbed McKenzie were concerned with the cost of

litigation. They are only concerned with impeaching and discrediting me for having exposed

their corrupt natures. So my efforts to extend poor Rich grace were by addressing what appeared

his concern was used against me improperly in a way that exposes poor Rich's horrible character.

Poor RIch responded:

**Re:**
Thursday, June 28, 2012 10:19 PM

Mark as Unread

Flag this message

"John Rich" <johnrichfans@hotmail.com>

"chris severe " <severerecords7@yahoo.com>

Call my attorney.

COMMENTARY:  Disturbed McKenzie was not just poor Rich's attorney, she was his

codefendant in an existing case. The fact that poor Rich continued to respond to my emails

should not go unnoticed by the Court. It is a reflection of his egoism, which is a the root of all of

this. This Court as well as the criminal court should also appreciate that poor Rich's statements are admissible in Court as an admission against a party opponent. Accordingly, I had a right to zealously defend myself by getting poor Rich to talk. I can understand why Disturbed McKenzie would not like it. But her not liking it does not give her or poor Rich the right to file false stalking criminal charges, which should be the final catalyst that allows me to bankrupt them both through the civil court to prove to the watchful public that no man, to include attorneys and celebrities, are above the law in Tennessee. If poor Rich was silent, then I would have had no choice but to call his attorney. The fact that poor Rich continuously responded was a sign that he was neither afraid and that he wanted to talk about the case with me personally, as he continued to do.

Disturbed McKenzie wants to prohibit Jason McKenzie from testifying in this case because its against her personal interest more so than even her clients. Disturbed McKenzie don't want me talking about her attempted bribery efforts or the scandal surrounding her and Dishonest Jackson. She is so out of control that she literally tries to make any speech that points towards her criminal and fraudulent conduct to be a criminal offense, which is an additional basis for the BPR to take her license away for her own sake, as well as others. This case is beyond backwards inso far as the Tennessee Supreme Court took my license away even though Krisann Hodges could not provide a single example of how my PTSD was prejudicing any clients. I provide countless examples to the BPR as to how Disturbed McKenzie's dishonest practices are prejudicing her client, and the BPR does nothing.

---

I responded:

Thursday, June 28, 2012

11:51 PM Mark as Unread Flag this messageFrom:
From: "chris severe" <severerecords7@yahoo.com>
To "John Rich" <johnrichfans@hotmail.com>

your smarter than the lawyer brother believe me.....she's only going to want to bill you...she

knows that my sole sources of income are protected under federal statutes from garnishments of

any kind...that was proven already in other courts involving me....this makes any form of victory

entirely allusive....we should simply forgive....move on......it will be better for our hearts....I'm

not only not stalking you through the legal system...I'm offering you a complete out...which is

what you need....not the bad karma of intending to do harm to me, provoking the boomer range

effect.....I'm embracing Matthew 5:44.  But I tell you: Love your enemies and pray for those who

persecute you.   So, I am going to start following that order from the Almighty.

COMMENTARY: "Woe to the wicked! It shall be ill with him, for what his hands have dealt out

shall be done to him." Isaiah 3:11.

I predict that "the boomerang effect" will come into play with the false stalking charges. Even if

this Court where to give poor Rich underserved breaks as it has in the past, I don't think the

evidence is going to slide past the jury in the criminal case.  Interesting that I would say that "I'm

not stalking you through the legal system." Disturbed McKenzie had argued regularly that I was

stalking poor Rich through the legal system in one of her gross mischaracterizations pursuant to

a strategy to win at all cost. It has in fact been poor Rich who has been stalking me as a form of

payback.  It is very obviously that I'm simply wanting to do other things besides litigation

between poor Rich and I. Life is too short for a grudge match.  Fighting people is bad for the

heart. Watching angry people argue with one another is like watching someone stab themselves,

hoping that the other person bleeds to death. I think that this verse applies to this litigation:

Proverbs 4:23: "Above all else, guard your heart, for it is the wellspring of life." I also think this

verse is the most applicable: "If you bite and devour each other, watch out or you will be

destroyed by each other." Galatians 5:15

---

Poor Rich, demonstrates that he is very willing and capable of responding does so and states:

Re:Friday, June 29, 2012 12:27 AM
From: "John Rich" <johnrichfans@hotmail.com>
To: "chris severe " <severerecords7@yahoo.com>

This is just beginning. Your turn to defend. I'm energized and ready for the haul.
Sent via BlackBerry by AT&T

---

COMMENTARY: *Proverb 12:15 "The way of fools seems right to them."*

That email from poor Rich said it all. The email exemplified his true colors and showed his

psychosis demonstrated on National television when Gary Busey called him a "boy," apologized

about it, and poor Rich refused to forgive him when Mr. Busey offered an undeserved apology. If

the Court or public ever wanted a window into poor Rich's mind, "here is your sign." Poor Rich

does not understand the issues involved in any of these cases. The only thing that poor Rich

knows is that he is going to "fight, fight, fight" until "the ultimate end." Like he exposed when

he left Mr. Ashley the voicemail, Poor Rich believes that his money can buy justice, and so far,

up until now he has been right, causing the Nashville Justice system to look so disgraceful that

these matters should have an impact on judicial elections. The Nashville Bar needs honest

lawyers with character in positions of authority, not a bunch of greedy back scratchers, who can be controlled by a short man with acute psychosis issues.

Poor Rich fails to understand that the state law claims in the Federal Court were dismissed without prejudice and were valid. He does not understand that this Court allowed him to escape total accountability in the May 2010 lawsuit because this generous Court allowed the matter to be dismissed on mere technicalities. Poor Rich does not grasp that this case is a complete and total loser and that he has never had any chance of winning, but he will be subject to the consequences of filing a frivolous malicious prosecution lawsuit. Poor Rich does not understand that by filing the false frivolous stalking claims that he just drew a gigantic target on his forehead for rock solid contingent fee attorneys in Nashville to completely strip him of all of this assets. I will pass the case on to a the line of contingent fee lawyers who will finally give poor Rich the opportunity to litigate until the ultimate end - or his ultimate end - which must be complete and total bankruptcy to pay for all of the damage his unsurpassed egoism has caused. Again, if this is opportunity is denied, I can warrant that I will be calling for a congressional hearing given how my honorable military war service has been wrongfully brought into the mix to perpetrate fraud that would offend all service members if they knew what has occurred here. "Wrong" needs to be "the new wrong" and "right," "the new right" as it relates to this case.

In response to poor Rich's threat to "make myself defend because he had to defend" and his threat to litigate for the "haul."
I appropriately stated:

From: chris severe <severerecords7@yahoo.com>
Subject: Re:
To: johnrichfans@hotmail.com

Date: Friday, June 29, 2012, 8:41 AM

Hahaha....

---

COMMENTARY: *"The righteous will see it and be amazed. They will laugh."* Proverbs 52:6.

If the Nashville Courts were based on the rule of law, my laughter would be most appropriate. If the Nashville Courts were based on "he with the most money wins," poor Rich should be the one laughing. After seven years of litigation, poor Rich should know by now that I'm not intimidated by him. I explain to him in my email in May 2006 that "frivolous acts of intimidation are not persuasive to me."

---

On August 2, 2012,

Brett Forsyth contacted me to complain of how poor Rich bullied him out of copyrights and treated him with contempt and abuse. He asked if I could help him file a lawsuit against poor Rich. I emailed him my response.

From: Chris Sevier
To: Brettcforsyth

On Thu, Aug 2, 2012 at 10:46 PM, chris severe <severerecords7@yahoo.com> wrote:

Hey Brett,

sorry don't think I'll be able to help you with this. I'm trying to end all controversies with John Rich. Best of luck,

Chris
--- On Tue, 7/31/12, Brett Forsyth <brettcforsyth@gmail.com> wrote:

From: Brett Forsyth <brettcforsyth@gmail.com>

COMMENTARY: "Learn to do good. Seek justice. Help the oppressed." Isaiah 1:17. "An arrogant man stirs up strife." Proverbs 28:25.

Over the years that there has been countless individuals who have contacted me about helping them with some legal matter regarding poor Rich. All of those cases involved Poor Rich bullying someone. Mr. Forsyth was just one amongst many.. I don't seek out these people, they seek me out. I was never seeking out ways to expand conflict with poor Rich, he was the one seeking the expansion of conflict with a host of people. His untreated psychosis causes him to be this way.

On December 19, 2012

I offered to buy poor Rich a Christmas present pursuant to the command to love your enemies

and pray for those who persecute you. I emailed him:

From: Chris Sevier

To: John Rich

What would you like for Christmas, I have this new thing were I'm buying my enemies

Christmas presents. As I said this summer, I will strictly fulfill Matthew 5:44.

But I tell you: Love your enemies and pray for those who persecute you,

"But I tell you who hear me: Love your enemies, do good to those who hate you, Luke 6:27.

Thanks,
Chris
**Isaiah 1:18**
New International Version (NIV)
**18**
"Come now, let us settle the matter,"
    says the Lord.
"Though your sins are like scarlet,
    they shall be as white as snow;
though they are red as crimson,

they shall be like wool.

COMMENTARY: It was months since I last talked with poor Rich. These are not the emails of a "stalker" as Rich would like the mislead the public. I trying to set a good example for poor Rich.

I am attempting to comply with Matthew 5:43 "You have heard that it was said, "Love your neighbor and hate your enemy.' But I tell you, love your enemies and pray for those who persecute you, that you may be children of your Father in heaven." The Tennessee Supreme Court or anyone else can call me "crazy" until they are blue in the face, but I unappologetically believe in the Bible, and depend on it as if it was food.

Here is the the thing about the realities of evil, when you set out to hurt other people as poor Rich and Disturbed McKenzie have done regarding myself, what happens is the boomerang effect. Their resentment and animosity towards me poisoned their hearts and then impacted those around them. This is merely the realities of christianity at play in terms of what happens next.

On March 2013 at 12:44pm, Jason McKenzie, Cyndi's husband sent me the following email from this email address::

From Jason McKenzie: jaasonmckenzie34@icloud.com
To: Chris Sevier:

Mr. Severe my name is Jason McKenzie. I am soon to be divorced from Cynthia McKenzie. I have heard dozens of story's and what not about you and know she considers you her mortal enemy. She is now my enemy. She has caused my life pain and has flipped it over. She has falsely accused me of several crimes in effort to try and take me out. She has failed to do so, so far but she won't stop. I know some things about her that could have her disbarred. I'm willing to share them with you if you think you'd like to here. She is a fucking nut case, and I'm sick of her trying to destroy my life. She's on her way down and is doing most of it to her self. I would like to help her in her case to self destruct and thought you may also. Please let me know if you'd like to meet up for a drink or coffee some time to discuss this issue. You see I once loved this person but I now hate her. She's trying to ruin my life any way she can. I'm determined to fight back. I'm humiliated to say I actually married such a piece of shit cunt of a bitch but how did I know she'd

get hooked on drugs and alcohol and become the demon I now know as Cyndi.

_____

COMMENTARY: *"the crookedness of the treacherous destroys them."* Proverbs 11:3.

In short, what can we say to that other than "ladies and gentlemen this is the fruits of of poor Rich and Disturbed McKenzie's conquest."  Jason McKenzie approached me, not the other way around. He merely highlighted every thing I had been screaming to the Courts and the BPR for years.  The fact that Mr. McKenzie came forward with so much relevant testimony makes it completely certain that Disturbed McKenzie is a foreseeable witness in this action. Therefore, as much as the this Court is against motions to disqualify, the Court must disqualify her under rule 3.7. Additionally, the Court must disqualify her because an insurmountable conflict of interest is presented by Jason's statements that make him a witness in this action. If the media or Assistant District Attorney wants to know why I was adverse to talking to Disturbed McKenzie over poor Rich, the answer is confirmed here. Disturbed McKenzie considers me to be her "mortal enemy," whereas I don't consider her. She has a personal stake in this litigation because, she like poor Rich suffer extensively from superiority complexes that cause them to believe that who they are makes them immune to the law. They are both extremely dangerous to our society. Additionally, Jason McKenzie complains of Disturbed McKenzie falsely accusing him of criminal crimes to gain an advantage in their civil divorce case. Sounds familiar.  Also, he correctly identifies that Disturbed McKenzie will never stop trying to ruin his life. Sounds familiar.  I am demanding that Sandy Garrett at the BPR investigate this matter. I insist the the Tennessee Supreme Court require that Cyndi McKenzie be brought before a panel and that myself and Jason McKenzie be given the opportunity to attest to the horrific monster this woman is. Otherwise, I'll bang the

drum about a congressional hearing all the way up to Washington, which I pray for the public's sake will lead to the dismantling of a majority of the Nashville justice system that needs to be greatly overhauled.

---

I responded at 1:10pm: (Thanks for the offer but your marriage is more important than John Rich's pathetic case).

From: Chris Sevier
To: Jason McKenzie

"Jason, thanks so much for reaching out. I am very sorry to hear that.

I can attest as a lawyer that the practice of law very much poisons the heart. It breeds hate that spills out and hurts other people around you. In the case of Cyndi, I have watched her slipped into further darkness and irrationality (is the best way to describe it).  Your email is not surprising based on how I've watched her obsess over these matters for years in a controversy that should have been resolved in a matter of minutes. Ego is very much destructive force.

I am not like Cyndi, in so far as I am a strong Christian. I believe that it is my duty to love my enemies, forgive them, pray for them in fact. I am a proponent of marriage and reconciliation. I am not vindictive and am a proponent of peace. However, I do believe in the right of self defense. I have had to defend myself pretty relentlessly in Cyndi's on going and deep ceded commitment to hurt me. (Which in fact has allowed me to grow leaps and bounds as a lawyer and man).

So, my hope is that you guys can get into counseling. But yeah, if you have information that I

could use in a way that is as least prejudicial as possible to Cyndi to help her let go of wanting to fight everyone, including yourself. That would be helpful.

For us as men to do anything to be harmful to her is would make us no worse than she is by taking the instant course she has been on now for years, which has darken her mind and polluted her soul to the point of objective mental illness and demonic level. As part of logical deduction, it would seem to me that her inability to hurt me at this point has caused her to turn to hurting others, including yourself. I'm very sorry to hear this, and hope God's favor can be poured out on you both and your marriage - which is way more important than any silly lawsuit that we have been involved in sin[c]e 2008.

Your Friend,
Chris
615 500 4411

_____

COMMENTARY: *"Therefore what God has joined together, let no one separate." Mark 10:9; Do not take revenge, my dear friends, but leave room for God's wrath, for it is written: "It is mine to avenge; I will repay," says the Lord." Romans 12:19*

If I was a vindictive person, I would have jumped on what Jason was offering. But the truth is that I feel sorry for Disturbed McKenzie and poor Rich to an extent because they don't know what they are doing. See Luke 23:34. If this Court ever had any doubts as to whether I was some kind of litigious tyrant, the answer is above.

At this point in the Rich litigation here I was confident in the law plead in the motion to dismiss could easily be used in a motion for summary judgment to have this nonsuit exposed of.

Accordingly, I was not interested in personally hurting Disturbed McKenzie, despite her

herculean efforts to cause me to suffer to keep poor Rich shelling out fees. I had an idea that

Disturbed McKenzie was behind some of the litigation in Texas as well as the fact that she had

been collaborating with the horribly corrupt Helen Rogers Esq in my domestic case, but that did

not mean that I was going to stoop to her level. However, I was troubled by the fact that she was

falsely framing Mr. McKenzie for crimes he did not commit. That is part of the way she practices

law. And as an EDM artist in Ghost WARS, I have never done drugs, but I have been around tons

of people who have, and its been evident for years that she is drug user.

On March 15, 2013, at 1:45pm, Jason McKenzie responded:

From: Jason McKenzie
To: Chris Sevier

Chris, thanks for responding to me yesterday. Your right in so many ways about Cindi slipping

into a dark world with absence of reality and its effected more honest people than you can

imagine. I don't know what an attorney swears to when they swear to the bar but I can tell you

Cyndi has not only broken her oath but has and continues to manipulate the legal system in a

way that is most dishonorable and should have her disbarred. She abuses her power, knowledge

and the trust of the legal system in a way that diminishes the credibility of hard working

upstanding lawyers. She causes honest hard working Americans to have doubt in our most

honorable legal system. She must be stopped. She simply gives the legal system and lawyers in

general bad name. She's tarnishing my good name.

I am also a man of faith. I have no room in my heart hate and I believe it's the worst thing a man

can cary with him. I pray to god for the strength to help me manage and deal with the hurt and

pain this woman continues to try and force upon me. I look for understanding in the lessons god

teaches me and like you am a much better man for the hardships I've been dealt. It's made me a

more humble stronger man and for that I'm most grateful.

I would never suggest harm upon her. I am a firm believer in Karma, and have no wish to hurt

any one. Cyndi is an egotistical narcissistic maniac who will stop at nothing to get her way. What

she doesn't realize is that her alcohol and drug abuse are diminishing her once sharp mind and

and average skill. It's diminishing her sense of reality and reason her ability to love and be loved.

Her addiction to Methamphetamine compounded with chain smoking, alcohol abuse and little to

no sleep is destroying her mentally and physically.

You see I saw first hand what kind of effect you had on her. You ruined many days and nights for

her mentally. She would obsess over your emails and songs to the point of insanity. I can only

imagine what it would do to her if we collaborated on a song and made a video or just formed a

friendship. It would probably freak John rich out too. She has wasted so much of his money it's

pathetic and he continues to serve as the life line to her diminishing law practice. Most of her

clients are court appointed and thugs at that.

---

COMMENTARY: In short, I rest my case. Mrs. McKenzie is confirming the obvious realities

played out here that Disturbed McKenzie has broken her oath by filing a sanctionable lawsuit. I

will subpoena Jason McKenzie to testify for the defense at trial that Mrs. McKenzie knowingly

filed a frivolous lawsuit to facilitate a grudge match because she considers me to be "her mortal

enemy." This lawsuit is a personal vendetta for my decision to blow the whistle on poor Rich and

disturbed McKenzie by reporting her to the police for attempted bribery, the BPR for violations

of rule 3.6., and for suing them collectively on May 28, 2010 for libel per se. Disturbed

McKenzie had based her entire law practice virtually around this case and hired Dishonest

Jackson, who has put in charge of investigating the attempted bribery claims against her and poor

Rich, as evidence of that.  Highlights from this email that are relevant to the Defenses theory of

the case that make Disturbed McKenzie a foreseeable witness include:

1. Cyndi has broken her oath as a lawyer. (This should concern Sandy Garrett).

2. "she must be stopped" because she files frivolous actions pursuant to untreated anger,

intensity, and substance additions.

3. She work's to "tarnish good names." Its called libel per se, which is the reason she was sued in

May 2010 and the reason she will sued along with poor Rich for the latest stunt.

4. She "continues to manipulate the legal system in a way that is most dishonorable and should

have her disbarred." (Pay attention Sandy)

5. "What she doesn't realize is that her alcohol and drug abuse are diminishing her once sharp

mind and and average skill." This Court saw this first hand when she pulled the Clay Akin

defense to my motion to dismiss and instead of arguing the merits of the law set out to prove that

my motion should be denied on the basis of being an unlikable racist.  The Court should

disqualify Disturbed McKenzie under rule 1.1, which states:

RULE 1.1: COMPETENCE A lawyer shall provide competent representation to a client. Competent representation requires the legal knowledge, skill, thoroughness, and preparation reasonably necessary for the representation.

6. "Her addiction to Methamphetamine compounded with chain smoking, alcohol abuse and little to no sleep is destroying her mentally and physically." This Court should order her to take a visit to TLAP. I went to TLAP once, albeit to exclusively to lay out a case against Nancy Jones and Krisann Hodges to present to the Tennessee Supreme Court because the BPR was running what appeared to be a fraud mill under Nancy Jone's charge. I have PTSD from combat, which I am not ashamed of. It does not mean that I am "mentally ill" and that I cannot practice law, as Disturbed Mckenzie and Krisann Hodges falsely assert to further poor Rich's egotistical agenda. I regularly go to the OIF center at the VA to talk about things I saw in war and abuse I have suffered as a result of being in the military by people like ADA Waters, Helen Rogers, Frank McGuyer, poor Rich, Congressman Windle, Nancy Jones, Krisann Hodges, Disturbed McKenzie, and others who exploited my military to hurt me for whistle blowing. This Court has seen Disturbed McKenzie's disturbia first hand. She lacks the capacity to represent poor Rich under such conditions. The Court would be doing her a favor by disqualifying her so that she could be treated for the glaring mental infirmities complained of by her husband, who can attest to that.

7. "Cyndi is an egotistical narcissistic maniac who will stop at nothing to get her way." Well that

is true, given how outrageous her litigation tactics have been from 2008 forward.. She has grossly violated rule 3.3, 4.1, 3.7, 1.7, and 8.4. She knows that my offers for peace were not stalking threats. Yet pursuant to this practice of not stopping until she gets her way, she has engaged in additional defamation and malicious prosecution.

8. "I saw first hand what kind of effect you had on her. You ruined many days and nights for her mentally. She would obsess over your emails and songs to the point of insanity." Well that's disturbing. If Disturbed McKenzie did not have a personal stake in the litigation to the point that it violated rules 3.7 and 1.7, then there would be no sleepless nights. Disturbed McKenzie needs to be disqualified under rule 1.1 for being insane or she needs to be disqualified for violating rules 1.7. 3.6, 4.1, 3.7, 3.3, and 8.4 - or a combination of both. ([10] The lawyer's own interests should not be permitted to have an adverse effect on representation of a client.)

9. "She has wasted so much of [poor Rich's] money it's pathetic and he continues to serve as the life line to her diminishing law practice." This is not my problem. Lets remember that it was poor Rich back in 2005 who contacted me, served me Cease and Desist letters, and begged me for file a lawsuit against him, which was a request that I granted once it became clear that he would never stop harassing Severe Records or myself because something about what we were doing triggered his inferiority complex.

On March 15, 2013, I forwarded Jason's emails to other Nashville lawyers, one of whom responded with:

From the Nashville Bar
To: Chris Sevier

"It couldn't get any weirder.  Can i have the movie and bock rights?"

COMMENTARY: *"Truly, O God of Israel, our Savior, you work in mysterious ways."* Isaiah
*45:15*

If this was a movie as this outside attorney stated, I would want it to end by me forgiving poor Rich and him returning to the values of his youth and Disturbed McKenzie reconciling with her husband. However, poor Rich and Disturbed McKenzie are way past that. They are never going to stop hurting myself and others.  Therefore, this Court should allow me to take them out financially bankrupting them both so that their influence can be decreased. The BPR and the Tennessee Supreme Court should disbarred Disturbed McKenzie for the sake of the perception of the Nashville Bar. Meanwhile, all I really want to do is make EDM music with Ghost WARS, instead of giving John Grisham the topic for his next book.

On March 16, 2013 at 11:11am, I forwarded Jason's emails to Krisann Hodges at the BPR and stated the following in two emails:

From: Chris Sevier

To: Kriass Hodges at the BRP

Predictable. Good going Krisann. This is what the kind of evil you knowingly enabled produces.

Add this to the file. I think the Supreme Court will need to see this along with the Department of

Justice.

Chris

while attending SXSW.
ghostwarsmusic.com
615 500 4411
Not A Tennessee Lawyer

On March 16, 2013, at 11:14, I sent this second email to Krisann Hodges:

What am I supposed to do about this. I think it confirms what I've been saying for years now.
Truth which you and Nancy have both known. What am I supposed to do about this. And more
importantly, what are you going to do about it.

---

COMMENTARY: "*The wicked shall return to Sheol*": *Psalm 9:17.*

Tennessee Courts involve a system of justice that is so backwards that "right" is "wrong" and

"wrong" is "right." I don't much care about making controversies about me. I don't find that to

be very interesting. The real story here is how unethically Nancy Jones and Krisann Hodges have

acted in these matters, not because they are bad people, they are not, but because the BPR lacks

adequate checks and balances. They have allowed Bill Ramsey, Disturbed McKenzie, and

Dishonest Jackson to perpetrate a litany of fraud, criminal conduct, and abuse of process that

does exactly what Jason McKenzie said, "makes Americans lose faith in the justice system."

When I was overseas, in Iraq fighting for our country, I certainly was not fighting for Krisann

Hodges, ADA Waters, Helen Rogers, and Disturbed McKenzie's version of our justice system.

The people in Tennessee deserve to know how pathetic the Courts are. Here the Tennessee

Supreme Court label me as being "mentally ill," which everyone with common sense knows is nonsense, while meanwhile, the Disturbed McKenzie, who is so mentally ill that her own husband was compelled to step forward to testify against her and poor Rich are held out being the "sane ones." I mean, every time I work on this case, I feel like I need to take a shower afterwards because there is so much slime involved, it is if the Nashville Courts have set out to be so backwards that no one would want to dare use them.

*Proverbs 24:17 "Do not gloat when your enemy falls; when they stumble, do not let your heart rejoice."*

On March 16, 2013, I sent this email to Jason McKenzie at 12:07:

From: Chris Sevier
To: Jason McKenzie

Hey Jason,

there is a really audio series at the Christian book store called Love and Respect. There is another one called "Love and War." I recommend you guys go get it and listen to it; there are awesome christian counselors in Nashville like Andy Gardner, who I recommend you guys meet with. No lawsuit, especially, one involving someone as silly as John Rich is worth damaging something that is actually sacred and valuable like marriage.

However, I do agree that Cyndi has allowed herself to be used as a vessel to accomplish great evil and to bring harm to many people including herself. That such blatant and damaging misconduct is intolerable. It should cease. She has allowed herself to be a cancer of sorts in the Nashville community.

Normally, when someone has something unethical to report. I recommend contacting the

Tennessee Board of Professional Responsibility. In this case, I recommend that you do not

enforce your rights; that you lay down; (as Cyndi and John in a case that she has made her

obsession at her own peril).

As far as it is possible for us, we should all try to promote peace.

Your, Cyndi's, and the Nashville communities friend,
Chris

COMMENTARY: This email to Jason McKenzie speaks of my intent in these matters. At this point, my recommendation to not report Disturbed McKenzie has been reversed. To not hold her accountable would be a great disservice to her clients, like poor Rich, herself, the Nashville bar, and the viewing public.

On March 16, 2013, at 12:10, I forwarded Jason's email to the poor Rich entitling the email: Give yourself a round of applause.

On March 16, 2013 at 12:25pm, I emailed John Rich:

From: Chris Sevier

To: John Rich

Intangible war my friend is much more real than the physical. The question I  is how is this all

working out for you man? It might be best if we do something else like I suggested.

Best,
Chris

While at SXSW
Romans 12:18 If it is possible, as far as it depends on you, live at peace with everyone.

Matthew 5:43-48 "love your enemies and pray for those who persecute you"
soundcloud.com/ghostwars

---

COMMENTARY: *"For our struggle is not against flesh and blood, but against the rulers, against the authorities, against the powers of this dark world and against the spiritual forces of evil in the heavenly realms." Ephesians 6:12*

Call me "crazy," but I believe in spiritual warfare. I think that these cases have been grounded in spiritual warfare from day one. There are things that I have set out to further to help the hurting and lost that will help hundreds of thousands of people for the causes of Christ, and I believe that this poor Rich nonsense is merely a way to distract me from those more important missions.

The biggest challenge I have faced is in trying to keep a good attitude in the face of so much personal adversity. (The Assistant Attorney General, who represents Dishonest Jackson in my case against him has been quick to try to make me maintain the standard, which I have appreciated. I continue to expect this Court to require that I maintain my military manners, despite the fraudulent order entered by the Tennessee Supreme Court that I'm incapable of practice law, which is so outrageous, the voting public should not let that abuse go unnoticed. My call to poor Rich from the start was to challenge him to return to the values of his youth, which he has refused.

---

On March 16, 2013 at 1:05pm, I forwarded Marsh Nichols Jason McKenzie's emails along with this email:

From Chris Sevier
To: Special Master Nichols

Hey Marsh,

I might have been out of the loop for a bit. I've been in London, am now at SXSW, and I need to go straight back to Paris. I would like to have these emails attached attached as exhibits to a modified reply brief in support of the motion to dismiss. (I also think I'll file a motion for reconsideration on the motion to disqualify Mrs. McKenzie, which I would like them to attach). I would file a notice of filing but given the content, I'd like to have the option to documents filed under ceal. As I have been suggesting in pleadings, Cyndi is pretty out of control so the ceal thing might not be advisable. I'm not sure how that should be handled so this is why I am reaching out to you on the matter before providing documents to the clerks office, which are part of the public record.

Thanks,
Chris
(not a Tennessee lawyer)
ghostwarsmusic.com

---

COMMENTARY: *"Be Merciful As Your Father Is Merciful." Luke 6:36–42.*

One member of the news media read this email and said, "Ah I see, you do your stalking of poor Rich from overseas." Obviously, he was kidding. But while poor Rich and Disturbed McKenzie have resolved to keep me at the center of their universe by oppressing me through the justice system, my focus has always been elsewhere besides silly Rich's self destructive litigation. If I was free from all of this nonsense I could be doing a lot of good overseas. I would likely be in Paris right now instead of exposing the dangerous nature of poor Rich and Disturbed McKenzie who are begging to be bankrupted. In this email, I was seeking permission to file the Jason letters under seal with the second motion to disqualify under rule 3.7. I wanted to file the letters under seal as an act of mercy. To repay me for that merciful request, Disturbed McKenzie frames me

for stalking.

---

*Proverbs 15:25 "The LORD tears down the house of the proud."*

On March 16, 2013 at 1:24pm Jason emailed me:
From: Jason McKenzie
To: Chris Sevier

---

I'm through with Cindi and moving on with my life, no exceptions. I do however appreciate your

positive spirit and will to help. Your a kind person and god bless you.

Sent from my iPhone

---

COMMENTARY: Disturbed McKenzie can thank the BPR as well as other Courts for allowing

this litigation to go on and on which has managed to poison her heart and life. Nice going

Nashville Bar - you've really taken care of one of your own by being both arrogant and

dishonest. If the BPR and the Courts had shut down poor Rich, Disturbed McKenzie's marriage

might still be in tact.  This points back to a saying we had in the Army, " be careful what you

wish for because you just might get it."

---

On March 17, 2013, poor John Rich emailed me:
From: John Rich
To: Chris Sevier

Chris:

Your multiple malicious prosecutions of me cost me more than you know. We will have justice
served at the end of the day.

JR

COMMENTARY: *"The rich are wise in their own eyes; one who is poor and discerning sees how deluded they are." Proverbs 28:11; "While evildoers and impostors will go from bad to worse, deceiving and being deceived." 2 Timothy 3:13*

Falsely accusing me of stalking for my efforts to promote peace is not "justice served at the end of day." Filing a frivolous and sanctionable malicious prosecution lawsuit against myself is not "justice at the end of the day" its continued fraud. Given the evidence that we are dealing with two extreme narcissist, who are bent on hurting people, the only form of meaningful justice poor Rich and Disturbed McKenzie can expect to have is that I will commission contingent fee attorneys to stripe them of all of their assets so that they cannot oppress people through our Justice system in the ways that they have attempted to do to me. Poor Rich might better be able to assert Justice at the end of the day if he filed a mal practice suit against Disturbed McKenzie and if she was disbarred.

On March 17, 2013, I forwarded Jason's email to Cyndi along with this email:
cmckenzie@mckenziejacksonlaw.com
From: Chris Sevier
To: Cyndi McKenzie

"Hey Old Gal,

Go do something else. I know all that you really have is the pain from this case to latch onto to fill that void. But there are better things out there. Being right is not what it is all cracked up to be. Neither is winning, which was at all times impossible. There are more important things tha[n] this stupidity. Allow yourself to be used in other ways beyond a vessel of collateral and self-destruction is what I recommend as your friend and fellow lawyer. Run, not walk, to the church Cyndi, and start working on your heart. Cross Point and West End Community are good. Go to

Christian counseling. I recommend this guy: "Buddy Horne" <bhorne@recoveryranch.com>. He

is great. I have never used him, but I've seen him work with Heroin addicts in Ireland.

Yours,
Chris

_____

COMMENTARY: *"But I say, love your enemies! Pray for those who persecute you! " Matthew*

*5:44*

I sent this email to Disturbed McKenzie, as an act of mercy and kindness. I am called to love my

enemies and pray for those who persecute me. I did not want to see her marriage to Jason fail. By

this point of the litigation, I was hoping that this Honorable Court would dispose of the case at

the motion for summary judgment, and then we could move on. But poor Rich and Disturbed

McKenzie simply cannot let it go any more than poor Rich can get over being called "boy" by

Mr. Bucey.

Additionally, if the Court will recall, we had a saying the Army, "No good deed goes

unpunished." Here, I am recommending to Disturb McKenzie to go to Cross Point to get healing.

In response to that good faith jesters. When she helped poor Rich lodge false stalking charges

against me, she had police officers come to Cross Point church and arrest me. So much for

sanctuary. I have got to be one of the first people in history to be arrested when walking out of

church. This Honorable Court should know that when that occurred I was on my way out of town

to meet with prisons in Georgia and Florida to implement a program that could help the state

reform inmates so that recidivism and violence in state, county, and federal prisons could be

reduced. My arrest and the media coverage of it, greatly interfered with my efforts to help people

who are suffering.

In response to my kindness,

 Mrs. McKenzie attached her friend Marsh Nichols and retorted:

From Cyndi McKenzie
To: Chris Sevier

Chris, do not ever email me again unless it is directly related to John Rich v. Chris Sevier, et. al.

and makes no mention of or reference to Jason McKenzie.  You should know that I have an

Order of Protection against  him, and I consider his emails to you and your emails to me to be in

violation of that Order.  I will seek relief from the Court.  Your discovery responses are long past

due, and I will file a Motion to Compel and seek fees if I do not receive them in my office by 5

pm Monday, March 18, 2013.

Cynthia S. McKenzie
McKenzie|Jackson, PLC
615-873-5670
615-873-5671 - fax

COMMENTARY:   *"An unjust man is an abomination to the righteous, but one whose way is*

*straight is an abomination to the wicked." Proverbs 29:27*

At every turn Disturbed McKenzie is attempting to hurt people through the legal system. It

seems like her move is to falsely mischaracterize someone as dangerous and have a phony order

of protection entered against them, when there is no evidence of a credible threat. The result of

the BPR's arrogance and the Court's refusal to hold poor Rich and Disturbed McKenzie

accountable is that they created monsters that will inevitably make the entire Nashville bar look

terrible and hurt the law economy to some degree.

---

On March 28, 2013, in response to receiving the emails I forwarded to her by sent to me by Jason, Marsh Nicholes recused herself:

From Special Masters Nichols
To: Chris Sevier

It appears to the Court that Special Master Mary Ashley Nichols has developed a conflict that prevents her from further assistance in this matter.

The parties are directed to continue filing all documents with the Davidson County Circuit Court Clerk. The Clerk will forward courtesy copies to Judge Don Harris by email.

It is, therefore, ORDERED, ADJUDGED and DECREED that Special Master Mary Ashley Nichols be removed from case management of this case and that parties are to continue to file all documents with the Davidson County Circuit Court Clerk. It is further ordered that the Circuit Court Clerk will forward courtesy copies of all documents filed in this matter to Judge Don Harris by email.

---

COMMENTARY: When I graduated from law school, I made the mistake of failing to factor in the human element of the justice system. I figured that law was a game of mechanics, not politics. I was incorrect. Marsh recused herself because Jason appeared as a foreseeable witness in this case and could attest to all kinds of improper activity involving Distrubed McKenzie and Marsh. This is unsettling to an extent because the Special masters is clearly biased due to her personal relationship with Disturbed McKenzie. However, she did select this Court to replace Judge McClendon, which does honestly give me some pause. Marsh's recusal, Judge Smith's

recuse, Judge McClendon's recusal, the abuse of discretion by Judge Haynes, the erroneous

decision lodged against me by the Tennessee Supreme Court regarding my law license is pretty

outrageous, and shows that the rule of law is not controlling the Nashville Courts. Politics are.

And the media should do something about that so that voters are mobilized to vote the rascals

out.

On March 28, 2013, at 8:18, Cyndi McKenzie emailed Master Nichols and myself stating:

From: Cyndi McKenzie

To: Special Masters Nichols and Chris Sevier

Thank you. We will need to extend the deposition dates, which are also set for that week,

because Chris Sevier has not provided his discovery responses. Tomorrow, I will file a motion to

revise the scheduling order, but we cannot proceed effectively with depositions until Mr. Seveir

responds to the discovery. I have intended to file a motion to compel, but hoped the responses

would be forthcoming. In light of Mr. Sevier's failure to respond to discovery, I would not

expect him to oppose moving the deposition dates. Three dates were reserved, but Mr. Sevier

has not provided any information that we requested concerning his own knowledge and has not

identified any witnesses or persons with knowledge. I wanted the Court to have notice that I am

going to move to revise the scheduling order with respect to the deposition dates, but hopefully

not much else.

Cynthia S. McKenzie
McKenzie|Jackson, PLC
615-873-5670

615-873-5671 - fax

---

COMMENTARY: A question here what are we going to do about my deposition because I have been ordered to stay away from poor Rich. Additionally, another question at issue is that I need clarification as to which objections were overruled as to my responses to my motion to compel at the last hearing, when Attorney David Hall stood in my place.

---

---

On March 29, 2013, I replied to Marsh and Cyndi McKenzie:


From Chris Sevier

To: Special Masters Nichols and Cyndi McKenzie

I provided this as discovery: Evidence of how unwise Mrs. McKenzie is to facilitate a frivolous lawsuit against myself. Evidence that will be passed along through the public records and discussed by other attorneys. A by product of the fruit of categorical stupidity and evidence that all of their efforts to be injurious to me have and will continue to be their own undoing.


Yeah, I would have been available this week. But now, as a laymen, I am off to Paris due to contract. Won't be back till after the summer.


Thanks,
Chris

---

COMMENTARY: My clients Severe Records and Jared Ashley have a continuing right to confidentiality. Therefore, I need clarification on discovery.

On March 29, 2013, at 2:22pm, I responded to John Rich's delusional email that he sent me on March 17, 2013

From: Chris Sevier
To: John Rich

This is justice my friend, which points back to your decision to go with pride than to follow humility. McKenzie's marriage was destroyed in part because your insistence to prove your right effectively has driven her nutty. See below. Your efforts to harm me have allowed me to be persecuted for righteousness sake and have crafted me into quite the most effective lawyer, not that I'm interested in practicing law. The price tag for which you spent on making me the center of your universe is a direct reflection how you constitute a bad investment: Bad for investors and bad for the electorate.

You exposed the true nature of yourself and dumb, uneducated, wealthy, and blinded by pride. While you were raised in the church, you do not put into practice the principles that are required and it is to that end my friend you will be held to account to him. As your brother, I recommend on this good Friday that you start actually putting into practice what the book says instead of trusting in your own mind. Either way I win.

: D
Chris

COMMENTARY: *"Honest scales and balances belong to the LORD; all the weights in the bag are of his making." Proverbs 6:11*

Every time I try to talk sense into poor Rich I think of:

1. Proverbs 26:3 A whip for the horse, a bridle for the donkey, and a rod for the backs of fools!.

2. Proverbs 9:8: Do not rebuke mockers or they will hate you; rebuke the wise and they will love you.

3. Proverb 17:10: A reproof entereth more into a wise man than an hundred stripes into a fool.

4. Proverbs 29:1: Whoever remains stiff-necked after many rebukes will suddenly be destroyed--without remedy. .

Poor Rich has the inability to let things go. The fact that I am basically explaining to him that he

has 1. lost hundred of thousands of dollars for being an ego maniac, 2. that he has caused

Disturbed McKenzie's marriage to fall apart, and that 3. his malicious prosecution lawsuit was

going to be dismissed at the motion for summary judgment, pushed him over the edge. This

caused him to falsely accuse me of stalking in a last ditch effort to impeach me for taking him up

on his offer to litigate his offenses in Court.

On March 29, 2013 at 2:25, I sent this email to Cyndi McKenzie entitled: Riddles in the dark mind of Cyndi Parson

From Chris Sevier
To: Cyndi McKenzie

Haven't learned by now that your attempts to hurt me have been your undoing?

You are not a demon as your soon to be ex husband describes you. But you have chosen a course

of conduct that has rendered you spiritually dead and internally rotten. There is a way that seems

right to a man but the end their of is death - says proverbs. Like a vessel of corruption who has

blackened his own heart, you have poisoned your own life. Your anger is a cancer to your own

mind. Its nearly tangible. Your efforts to harm me have only made me into a better lawyer. Given

me confidence to pursue things that I never would have otherwise. To you my friend, I am most grateful. I look forward to either watching you continue to deteriorate and prove true all of scripture while continuing to make me stronger political candidate or to wake up and realized that you lost these cases the day I filed in July 2008. Either way works for me and causes me to have more concern for your well being than my own for good cause shown.

Chris

COMMENTARY:

I think I'm trying to suggest: "For in the same way you judge others, you will be judged, and with the measure you use, it will be measured to you."Matthew 7:2. The strange thing about trying to hurt someone else is that it ends up hurting you. There can be exceptions when taking action that hurts someone is taken in self-defense that constitutes an exception to the rule. The fact that I'm pointing out to Disturbed Mckenzie that all of her years of efforts to hurt me have not accomplished what she expected pushed her over the edge. Her narcissism once again got the best of her, and she and poor Rich together implemented this phony stalking charge as a last ditch effort to discredit and impeach me, since their civil malicious prosecution lawsuit wasn't working so well after Judge McClendon was recused.

On March 29, 2013, at 7:13pm, pursuant to Proverbs 17:10, I sent an email to promote peace to John Rich entitled

Subject: "A Different Approach"
From: Chris Sevier

To: John Rich

Hey man, so follow me on this for a bit. What if instead of attempting to inflict injury on me, like has occurred since 2005, and me ripping on you in the public record. Why don't we adopt a different approach. Why don't we work to serve as a blessing to one another. You might see such a request as a sign of weakness, instead of being the biblical offer that it is. You my friend have greatly conditioned me to pursue things I never would have dreamed of going after, boosting my confidence to incredible heights, as pointed to in James, which advises to welcome trials as friends because they produce character and skills. To that end, I am extremely grateful. What you intended for harm has been used as a huge source of good. Cyndi's husband is right in that in his assessments about her having charged you too much for results that are unobtainable. In fact, the Judiciary could see through you from moment one, as they question. Why is Mr. Rich even bothering with these affairs - matters that the 6th Circuit confirmed were valid. They have been allowing Justice to occur at all times. They have been allowing you to pay out, not to me, but to your attorneys as your punishment. They have permitted me to garner the legal experience to represent other clients who have been oppressed by individuals and entities that are much worse than yourself. They did not like my quasi-pro se advocacy because of the message it sends. My advice to you as your friend John is to practice putting into place the principles you hope your two boys to follow, which should be blessed are the peace makers, not to fight at all cost a losing battle. Going around and trying to prove you rights will only continue to drive you nuts, like it has Cyndi and provoke the wrath of our father in heaven. Yet, the beautiful and powerful thing is that the choice of which road you would like to venture down is all yours. Currently, you are faced with losing. A motion to dismiss your case in its entirety has been taken under advisement

by Senior Judge Harris. He will likely grant most of it, if not all of it. Then what will happen is a

motion for summary judgment, which it will for sure be curtains. Then I pray you will appeal, at

which time I will be afforded the opportunity to appear before the Tennessee Supreme Court,

who I have a bone to pick with. Then, when you lose the malicious prosecution case, you'll be

faced with paying my attorney's fees and bad press. But none of that will come close to in terms

of punishment compared to the wrath that the Almighty himself will bestow on you, which has

been foretold. You might could ask for a restraining order against him. But again, you are

certainly right in so far as, you have the right to send your life to hell as Cyndi has by being

involved in representing you, if the statements in her soon to be ex husband's emails are true.

Thanks so much for your

considerations.

Your friend,
Chris
Ghostwarsmusic.com
soundcloud.com/ghostwars
615 500 4411
facebook.com/ghostwars
twitter.com/ghostwars

_____

COMMENTARY:  *"From everyone who has been given much, much will be demanded; and from*

*the one who has been entrusted with much, much more will be asked." Luke 12:48*

No one with common sense could consider my email that was designed to promote "peace" and

termination of the litigation as a stalking threat. What occurred is that poor Rich's unbelievable

narcism was provoked as a consequence of his irregular insecurities. I pointed out very

graciously that he was faced with the immediate prospect of losing and being exposed as a fraud.

He could not take it. He called the police and accused me of stalking.

_____

On March 29, 2013 at 10:41pm, Cyndi McKenzie threatened.

From Cyndi McKenzie

To: Chris Sevier

Pursuant to Court orders and Tennessee criminal law, you must refrain from contacting John Rich. Chris, you have been warned repeatedly by the Court to stop emailing Mr. Rich. Next week, along with the motion for civil contempt for your failure to provide discovery responses, I will file on Mr. Rich's behalf a motion for criminal contempt seeking all available sanctions, including the maximum amount of jail time for your willful violation of the Court's orders to refrain from contacting Mr. Rich in any way. In addition, I will file a motion for a Temporary Restraining Order prohibiting you from contacting Mr. Rich but also imposing additional restraints. The Motion will seek mandatory criminal sanctions for each of your violations. In addition, your emails unquestionably amount to charge of criminal harassment, under the Tennessee Code 39-17-308. I am now recommending to Mr. Rich that, in addition to the motions in the civil action, he also seek a criminal harassment warrant against you.

Cynthia S. McKenzie
McKenzie|Jackson, PLC
615-873-5670
615-873-5671 - fax

_____

_____

COMMENTARY: *"If you set a trap for others, you will get caught in it yourself. If you roll a boulder down on others, it will crush you instead." Proverbs 26:27.*

So here is their new move to have me arrested for stalking. I am unaware of any order of protection or order that would prohibit me from discussing ways to resolve the litigation. Any ridiculous restrictions that were temporarily awarded on July 5, 2012 by Judge McClendon by default trick were set aside under rule 59 of the Tennessee Rules of Civil Procedure. The July 5 order was loaded with so much grossly unjustifiable relief that Disturbed McKenzie should be disciplined by this Court and the BPR for seeking such unconstitutional and sanctionable relief. The Rule 59 motion was filed contemporaneously with motions to set aside, motions to consolidate cases, and motions for recusal. The matters of the outrageous relief rewarded by Judge McClendon in by default were part of the reason she was recused in the first place. The matters were represented by this Court, who did not honor the ridiculous restrictions that had no basis in law whatsoever.

On March 30, 2013, at 2:24pm, I responded in an emailed entitled "A lot of money invested in an attempt to make me feel 'embarrassed' = questionable judgment exposing John to be a bad investment for members of the public to invest votes or money into him as an asset:"


From Chris Sevier

To: Cyndi McKenzie

The crime of "attempted settlement." The crime of attempted effort to talk common sense into Mr. Rich and to stop wasting money on Cyndi's fledging law practice. As your husband states Mrs. McKenzie, Mr. Rich is pretty much your most important cash cow. Cyndi, Mr. Rich's, case was not worth losing your sanity, career, or family over. I feel no embarassment in these actions.

In fact, I feel nothing toward these matters, except for how I might feel towards a mosquito. Mr. Rich has invested quite a lot in trying to make me feel embarrassed. Such a waste of money shows that he has questionable judgment, which makes him a bad investment to investors and those who would be delusional enough to invest a vote his way (Although Jonny boy and I share a lot of the same political views). If Judge Harris did deny the pending motion, I am unaware of that - obviously because I have been living in London, where my actual life is - not Nashvagas.

So, if denial has occurred let me look into the crystal ball and predict how this will go. Mrs. McKenzie will waste your money John by filing harassment stuff like restraining orders to thwart my attempts to open your eyes to common sense to terminate the cases that are only profiting her (if you consider her losing her family over a case worth the money). I'll file a motion for summary judgment and ignore all that other nonsense. It will be granted. Then you will appeal. And the Tennessee Supreme Court will affirm. Then you'll owe me attorney's fees, and the press will be notified of your these matters so that no one business wise or electroate wise will find you worthy of investment due to bad judgment, questionable common sense, and that kind of thing.

However, there is one last moment of glory for you to try to gain after spending hundreds of thousands of dollars on Cyndi's promises. I'll answer a few silly questions that make up interrogatories. I can do that in about 10 minutes. Then Cyndi and you will get to depose me. Sit in a room and ask me questions - all at your expense of course. You and her will hope that I feel real embarrassed and intimidated - oh my.

I'll be in military officer mode and provide concise answers that are designed to embarassed and rattle me. I'm sure Cyndi will spend thousands of dollars of time in preparing them, all the while saying "boy this will cause him to feel embarrassed." When the truth is that what will happen is that the only thing of value that will occur at a deposition is that I'll further learn the art of deposition - which the Courts want to train me to be a good lawyer because they are keenly aware that I fight for the little guy and sincerely try to help the disadvantaged. (The Judges see through you and Cyndi John, but they are punishing you by allowing you to pay into the system by paying Cyndi, who would otherwise be virtually jobless). These are the things that the crystal balls tell me. But then after all that. The bible tells me that Cyndi and you will face the wrath of God. Its not that Cyndi will go to hell. Its that she is living in it as we speak.

Then the only question after all that unfolds is who will play who in the movie, which will be answered while I'm on tour with Ghost WARS in Europe.

Again, I can't thank you both enough for developing my character and providing me sources of inspiration and strength as I rely on my Father in heaven to fight my battles for me for good cause shown.

Cyndi, you need to get back to work on trying to embarrass me and billing John. Hurry and start billing him before my premonitions start becoming a reality.

About the only thing that I believe you and John have been able to prove is that you are the sources of poison for your own hearts. Black heart syndrome really. Poison that spills out and has Cyndi's husband sending me emails about corruption in these matters. I have never been either of your enemy. Your worst enemy is your own pride in believing that you are exempt from the commands and promises of God himself found in the Bible.

Your friend and brother.
Chris

COMMENTARY: *"Having a good conscience, so that, when you are slandered, those who revile your good behavior in Christ may be put to shame." 1 Peter 3:16*

The "crime of attempted settlement." No reasonable person could perceive an argument to go pursue other causes as criminal stalking. I had a good faith basis for trying to resolve the conflict with poor Rich, who had erroneously hauled me into Court. What ever metro police officer allowed these false charges to go forward should be congratulated by the entire police force for making it look so untrustworthy. Even an elementary investigation would have demonstrated that poor Rich was misusing the police and engaging in malicious prosecution and abuse of process. Poor Rich and Disturbed McKenzie were faced with the prospect that after years of litigation and hundreds of thousands of dollars spent, they have nothing to show for it but the fact that they are corrupt. Their superiority complexes that governed their every move from the start was simply not going to allow them to let me win.

On March 30, 2013 at 1:44pm: Disturbed McKenzie replied in regards to my motion to dismiss:

From Cyndi McKenzie
To: Chris Sevier

Chris, Judge Harris denied your motion to dismiss in all respects. You should have been aware of this long ago. A motion to compel will be filed this week along with a motion seeking criminal sanctions, meaning I will request jail time for you. The motion for a temporary restraining order I will file on Mr. Rich's behalf will address Jason McKenzie's criminal and defamatory conduct. He currently has two counts of aggravated assault pending against him in addition to an active order of protection. I will advise you that by continuing to repeat his defamatory statements you are subjecting yourself to yet more litigation. Do not contact my client again and stop embarrassing yourself.

Cynthia S. McKenzie
McKenzie|Jackson, PLC
615-873-5670
615-873-5671 - fax

COMMENTARY: *"These men lie in wait for their own blood; they ambush only themselves!"*
*Proverbs 1:18*

I did not know that this Court denied my motion to dismiss until that time. The fact that is did, gives me slight pause, since it did so right as Master Nicoles recused herself for bias. Although I understand that motions for summary judgment are preferable because the likelihood of appeal by poor Rich, who would rather go under completely than lose this case prohibits him from letting this go.

Disturbed McKenzie states: "A motion to compel will be filed this week along with a motion seeking criminal sanctions, meaning I will request jail time for you."

Disturbed McKenzie has lost it. Here irrational threats show that she is incapable of representing

poor Rich adequately because she has a personal stake in the litigation. Sandy Garrett at the BPR

would be doing Disturbed McKenzie a huge favor if she would hold her accountable to bring her

back to reality. From this email, it is evident that Disturbed McKenzie and Rich have been

concocting a false plan to put me in jail to hurt me in ways that they cannot through civil

litigation, after the Honorable Senior Judge Harris was put in place to preside over these matters.

Disturbed McKenzie's rash threats to have me put in jail without any grounds, show that her

assault allegations against Jason McKenzie are merely abuse of process and malicious

prosecutions to impact their civil divorce.


In this email, Disturbed McKenzie confirmed that there was no restraint to prevent me from

having settlement discussions with poor Rich. Otherwise, there would not have been for her to

seek a restraining order.


I'm trying to resolve conflict, while they are escalating it.

_____

On March 30, 2013, at 1:33pm, I emailed Jason McKenzie (only the twisted minds of John Rich
and Cyndi McKenzie could warp an offer to promote peace into criminal harassment): I attached
jaasonmckenzie34@icloud.com, johnrichsongs@gmail.com.

From Chris Sevier
To: Jason McKenzie

Hey Jason, clearly Mrs.McKenzie's meth use is getting the best of her. I say you and I should go

to the BPR and have a discussion about the hoards of unethical conduct she has been engaging

in. The poor woman has completely lost touch with reality. How would Tuesday or Wednesday

work for your schedule?

Thanks man,
Chris
615 500 4411

COMMENTARY: In this email, I'm taking up Jason's offer to go to the board because Disturbed

McKenzie was threatening criminal actions without any basis.

*Proverbs 24:28 "Do not testify against your neighbor without cause-- would you use your lips to
mislead?"*

On March 30, 2013, at 1:49pm, Cyndi McKenzie emailed me:

From: Cyndi McKenzie
To Chris Sevier

Chris, this will be last email you get from me.  The remaining communication will be through

court filings or from the Court itself.  Moreover, Mr. Rich has stated his concerns regarding your

emails in no uncertain terms and has done so repeatedly.  You will not prompt a reply from either

of us no matter how frightening, ridiculous and delusional your emails are.  I most certainly am

not ruling out the possibility of contacting the police department to file criminal charges for

stalking, harassment and other crimes.

Cyndi McKenzie

Cynthia S. McKenzie
McKenzie|Jackson, PLC
615-873-5670
615-873-5671 - fax

COMMENTARY: *"You shall not spread a false report. You shall not join hands with a wicked man to be a malicious witness." Exodus 23:1*

Disturbed McKenzie says this will be the last email from her. She After this, there are no more emails from her. Any emails I send to her she ignores. So there is no one but Rich for me to discuss ways to attempt to resolve the litigation. Disturbed McKenzie was so upset about her husband stepping forward to testify against her in this case, which is her life that she couldn't stand to talk to me. This is further grounds for why she must be disqualified.

Attempting to resolve frivolous litigation that is very obviously founded on a a personal vendetta by a drug addicted attorney with a grudge is not grounds to have someone arrested for stalking. This is true despite the evidence that shows that poor Rich and Disturbed McKenzie were acting rashly at the realization that they had completely failed to accomplish what they set out to for the last several years in this malicious prosecution action. This email will be used to have both Disturbed McKenzie and poor Rich attached as codefendants once again in the inevitable civil lawsuit for malicious prosecution. Clearly, Disturbed Mckenzie has gone wild with accusing people of crimes, probably because of her drug use.


I do sometimes wonder if the Courts are trying to communicate to the general public that the take away from these cases are that "if you have a superiority complex and money to burn, you can win your case here in Nashville." That seems to be the take away, which offends my belief that the rule of law is supposed to guide litigation in a Court of law in this Country.

I think that these cases prove the need for a major overhaul of the Nashville Court system.

On March 30, 2013 at 3:03 pm, Jason McKenzie emailed me:

She's filed a motion for a restraining order to keep me from communicating with you. She's claiming I'm hacking into her work computers and stealing client info and giving it to you. None of witch is true. I'm just telling you about her as a person and wife. I don't see how she can keep us from being friends. I can tell you any thing about her I want. The things I tell you are true. Her attorney fired her yesterday. He was # 3. She's already been fire by her 2 previous lawyers. Larry Hays jr. Was his name. The other 2 were Rose Polermo and Lisa Binder. I am meeting with my attorney on mon. I will see if its okay for you and I to move forward with the unethical conduct thing. I don't see why not especially if its before any retraining orders are put in action. My thing is this your my friend, I can tell you about my life. I'm not interfering with her clients. I have no confidentiality agreement with her. What do think? Our hearing is set for 9:00 on Thursday at the old court house on the 6th floor in court room 4 in front of Judge Joseph Smith you should come. We also have a hearing on fri. Same time regarding her moving out of my house and stealing all of my and our personal possessions, and my three dogs. She did not have permission from a judge or me to do this. How do you suppose I can help you on Wednesday ? What do you suggest.

COMMENTARY:  "Take no part in the unfruitful works of darkness, but instead expose them."

Ephesians 5:11

To keep her year of misconduct from coming to bare on this case Disturbed McKenzie moved to have Jason McKenzie silenced from testifying in this one. Obviously, this Court can't allow that obstruction to justice to fly. If Disturbed McKenzie was actually ethical she wouldn't have anything to worry about, but she should be concerned for good reason. Cyndi Mckenzie's answers to anyone whose interest whose are opposed to hers is to take out a frivolous restraining order and falsely accuse them of a crime. Meanwhile, the BPR does nothing to stop her, which makes the Nashville Courts look terrible.

_____

On March 30, 2013 at 3:30pm, I emailed Cyndi McKenzie:

As Judge Harris stated, if Mr. Rich wanted to block the emails, I'm sure he would. My offers to make settlement with him are far from criminal. What is criminal is the meth use that your husband accuses you of. Mrs. McKenzie you are clearly out of your mind. Judge Harris has the motion to dismiss this lawsuit under advisement. The Special masters recused herself. I am not answering your irrelevant interrogators until Judge Harris rules on the motion to dismiss or tells me that he would like me to do so. I am unaware of any Court order from the Honorable Judge Harris that precludes contact with Mr. Rich. I understand you concern regarding my contact with Mr. Rich because unlike yourself, I am telling him the truth. The truth is:

1. He wasted money on you.

2. His case is a donkey that will either be dismissed upon ruling of the pending motion under advisement or at a motion for summary judgment, at which time he will be on the hook for attorney's fees.

3. That you are codefendants in a case that I have the right to refile in one year.

4. That your husband contacted me about all kinds of disbarrable activity you have been engaged in regarding Mr. Rich.

For the record, I don't live in Tennessee. I have no interest in either you or Poor Jonny boy.

Clearly, your meth use as referred to by your husband is impairing your judgment to suggest that offers to settle a case in a civil matter is a criminal offense. I predict with reasonable certainty that the measure you use to attempt to harm me will continue to be the measure that is used to harm yourself and Mr. Rich: see the entire record for proof positive of that.

Best,
Chris

---

COMMENTARY: *"Don't speak in the ears of fools, for they will scorn your insightful words."*

*Proverbs 23:9*

To quote Colonel Jessup from the movie a few good men, "the truth, you can't handle the truth."

Poor Rich and Disturbed McKenzie cannot handle the truth, which I laid out for them in this

email in hopes we could move on to other more important affairs. Jason stated that this case was

Disturbed McKenzie's obsession. It is her and poor Rich's idol, and like any idol, they always

destroy us. None of us were made for idolatry. Our purpose in life is to love God with all of our

heart, soul, mind, and strength, and to love others as ourselves. We were not designed to go

around hurting people and manipulating the legal system to gain personal power. We are to help

the broken, defend the oppress, while being the hands and feet of Jesus. But instead, poor Rich

and Disturbed McKenzie refuse to let these matters go and are so moved by their superiority

complex that they falsely lodge a criminal stalking claim against me to make me look bad in the

media.

_____

On March 30, 2013, I responded to Jason McKenzie:

From Chris Sevier

To:  Jason McKenzie


Yeah man, I mean I am really not a vindictive person at all. I don't go around trying to hurt

people. But Cyndi does. She is obsessed with injuring people it something that needs to be

stopped in light of the right of self-defense.  I don't think I've encountered someone with a heart

as black as hers, unless it was Al Qaeda in Iraq.  Sure I could consider coming to the hearing on

Thursday. If your attorney advises it on Monday. Until there is a restraining order in place. I don't

see how you are prohibited from talking to me. Poor Rich is so blinded by her. Yeah, I

recommend we meet and go see the BPR. I might get an affidavit of your observations to present

to the Judge in the Rich case so that he will strike her down and Rich down, and impeach her

credibility for all other cases. If your lawyer Monday wants to contact me he can. She doesn't

want us talking because we can expose how corrupt she is and how much she needs to be

disbarred. That is why. Our

stories match. That just a fact because we only speak the truth.

Chris

615 500 4411

COMMENTARY: "we only speak the truth." Disturbed McKenzie and poor Rich should try it

sometime. If a lawyer vows to always be honest, then he has nothing to worry about. But in the

Nashville justice system, it is the honest lawyers who are persecuted and the dishonest ones are

the ones who are rewarded, which affirms bad behavior that ultimately causes them to self

destruct and harms the integrity of the bar, making the Courts come across as nothing more than

a scam where only the rich win.

On March 30, 2013 at 4:17, I emailed Jason McKenzie:

From Chris Sevier

To: Jason McKenzie

Hey shoot me your digits. I'm working out of the Well in Greenhills (a christian coffee shop) if

you'd like to come over.

COMMENTARY: The Well is a coffee shop in Greenhills, where missionaries gather to plan trips. It is dope. This is evidence of us meeting which support the statements in his subsequent affidavit, which is a reflection of what he would attest to at trial. This foreseeable testimony requires that Disturbed McKenzie be disqualified under rules 3.7 and 1.7.

On March 30, 2013, at 4:45, Jason McKenzie responded:

A black heart she indeed does have. I have no quarrel with John he's always been a good dude to me. It's not my intention to interfere with his case but to expose Cindi's drug and alcohol abuse before she hurts another innocent person or client. I'm sure John would not approve of what she's become. It's caused me a great deal of pain and suffering. It's only a matter of time before she hurts Anton and the rest of her firm. It only took Lindsay Hyde a year before Cindi ripped her apart. You should hear how her and her pathetic man child of a son talk about Anton. Making nasty racist comments and jokes about him. I really like him but If he only new.  I'm not a vindictive person by any means and just want to move on with my life, however Cindi wont let that happen. She's an evil person. Her father never loved her and abandoned her when she was a little girl. She's never got over that.The hate has been pinned up inside her growing and compounded with the drug, alcohol abuse, chain smoking and sleepless nights she's become the worst kind of person there is. An educated,mean, hateful, vindictive, dangerous, conceited, narcissistic, self destructive bitter bitch. That all being said she is 14 years older than me, I have

my whole life ahead of me. If I have to fight to get my life back I will.

---

COMMENTARY: *"You destroy those who speak lies; the Lord abhors the bloodthirsty and deceitful man." Psalm 5:6*

Jason McKenzie described poor Rich as "a good dude." I'm not so sure that is the case based on the evidentiary record here; however, it would make sense that I'd prefer to discuss ways to settle the case with him instead of Disturbed McKenzie, who Jason describes as "an evil person" "a mean, hateful, vindictive, dangerous, conceited, narcissistic, self destructive bitter bitch." Those are not my words, but the person who was living with her throughout this litigation. I like Lindsay Hyde a great deal who practice law with her before Disturbed McKenzie "ripped her apart." This Court and the BPR need to intervene to disqualify her and send her to counseling. Given the false criminal charges that will cause her and poor Rich to once again be codefendants, she has already exposed herself to substantial liability. I mean the woman is broke and has no assets but she will be included in that lawsuit pressed by contingent fee attorneys so that she cannot hurt other people. (Once again, I'll be doing the BPR's job for them.).

---

Sent from my iPhone

On March 30, 2013, at 4:46, Jason McKenzie responded to my request to meet me for coffee:

Sure, my number is 870-7643. How long will you be there?

Sent from my iPhone

---

COMMENTARY: This is evidence that Jason McKenzie and I were meeting. This Court can no longer allow Disturbed McKenzie to continue to represent poor Rich in these matters given the insurmountable evidence of conflict and expected witness testimony.

On March 30, 2013 at 4:51, I emailed Cyndi McKenzie, John Rich, and Jason:

The evidence demonstrates that the common denominator of all problems for John, Jason, and me is Mrs. McKenzie. She has taken advantage of Mr. Rich's wealth and self-entitlement syndrome. Mr. Rich is wealthy yes - but he has a high school education. He does not understand the issues at hand and all the evidence that shows his case to be a donkey. The reason that he has had success in the music business at one point was because, like myself, he pushes, pushes, pushes. But that approach does not work in the law field, as has been demonstrated over since 2008.

Then there is Jason, who Mrs McKenzie is threatening with criminal liability and all kinds of outrageous things because she is afraid of all the information that shows that she is not qualified to practice law because she is hopelessly corrupt. It is the same reason that Rose Palarmo or Larry Hazye refuses to represent her before the Honorable Judge Smith because she is verifiable cancer. While Jason hasn't provided me with any information other than the emails provided. He should approach the BPR to attest to all of the things that demonstrate beyond a reasonable doubt that she is out of control. There is a lawsuit that names Mr. Rich and Mrs. McKenzie that I nonsuited. But I can refile it if it will bring them under control. In that case, Mr. McKenzie's testimony would likely confirm all of the allegations against both Mrs. McKenzie and Mr. Rich at a jury trial.

Then there is me. I am an electronic artist. I have no interest in law, Tennessee, or piddling with pitiful types like Mrs. McKenzie. But due to her warped mind, she threatens me with nonexistent criminal liability.

Gentlemen, the common denominator to all problems is Mrs. McKenzie. That's what the evidence shows. Her paranoia is the enemy of everyone named here in this email.

As for me, I will now return to booking our tour schedule instead of wasting time over this mentally ill individual.

Best,

Chris

_____

COMMENTARY: *"Strive for peace with everyone, and for the holiness without which no one will see the Lord."* Hebrews 12:14

Poor Rich listened to Disturbed McKenzie about filing the false stalking charges as a way to discredit me, and it will inevitably cause him to be bankrupted. Disturbed McKenzie is the common denominator in everyone's problems. It is a result of not being held accountable. Accountability is not always a bad thing, Disturbed McKenzie definitely needs it.

_____

On the night of March 30, I emailed Disturbed McKenzie and Poor Rich:

Cyndi can't do anything to help you: but she can hurt you - see the record

John, Cyndi cannot help you, but she can hurt you. While she has no other life other than this case. Attached is the motion to dismiss your frivolous lawsuit that is under advisement. It should be granted in part, which will gut your sad lawsuit and expose you to be an idiot. If not, a motion for summary judgment will terminate your case. It took me about 30 minutes to put this document together - that is it. The motion for summary judgment is effectively all ready on file. My brother it has been curtains for a long time now. You are merely bleeding for the sake of bleeding. Like a child who is stabbing themselves repeatedly and complaining about it.

The main questions I am concerned with right now is whether I should go to Milan Italy to work with Kyle Minogues producers or collab with Benny Bennasi. Not any of ya'lls out dated nonsense.

Although you do not have the any right to rewards under the law in this case, you do have the privilege to lie to yourselves. You also have the privilege of allowing me to build a platform on to become a better lawyer and prospective political candidate. I know that the truth hurts, but if you'd like to continue to lie to yourselves - that is your privilege. (My friend John read the attach motion that is pending).

Blessings and Mercy be on you both,

Chris

I attached a copy of the motion to dismiss.

---

On the night of March 30, Jason McKenzie and I met for hours at which time he divulged a litany of information that makes himself and Mrs. McKenzie necessary witnesses to the defense of my case. I agreed to provide an affidavit of the corrupt and abusive practices that I have personally watched Mrs. McKenzie inflict in the Davidson County justice system for years. Very obviously, Cyndi's modus operandi is to file frivolous lawsuits and file false criminal charges pursuant to an undignified value system to "get her way at all cost." I took copious notes at my meeting with Jason and converted those notes into an affidavit in the same exact way that I did for Jared Ashley.

John Rich and Cyndi McKenzie will go to any length to obstruct justice.

---

**On Mar 30:**

**From: Chris Sevier** <ghostwarsmusic@gmail.com>

to cmckenzie, Cynthia, Talmage.Watts, ajackson, John

Hey Cynthia, will you be so kind as to ask Mrs. Nichols, if she was ever planning on disclosing that she married Mr. McKenzie and Mrs.McKenzie the degree of personal closeness between

Mrs. McKenzie and Mrs. Nichols?

The question presented is does the special masters, who recused herself believe that she is

immune to the rules of profession conduct.

Thanks so much,
Chris
Not a lawyer



COMMENTARY: Featured here is a picture of Jason McKenzie and I that I sent to Disturbed

McKenzie and poor Rich.


I sent the photo to poor Rich and Disturbed McKenzie, which caused them both to panic.

Because Jason told me "everything" - a treasure trove of corruption.

It was at this meeting and through telephone conversations that I created his affidavit. Jason's

testimony is essential to support the theory of the defense. Therefore, Disturbed McKenzie will

need to be called to testify, she must be disqualified under rule 3.7.. Given the evidence that this

lawsuit is a frivolous harassment one that was filed in response to my May 2010 lawsuit against

poor Rich and Disturbed McKenzi, there is an insurmountable conflicts of interest between her

and poor Rich because Jason's testimony will demonstrated that Disturbed McKenzie's reckless

obsessions to hurt me in cases that she has a personal stake in has put poor Rich on the hook for

liability.

---

On March 31, 2013 at 1:10pm, I emailed Jason McKenzie:

Hey, working on your affidavit from me for you cases.

---

On March 31, 2013, at 1:15, Jason McKenzie responded in reference to his affidavit in this case:


Hey man, happy Easter. Can't wait to read it! Did you finish the one for your case.

---

On March 31, 2013 at 2:44, I emailed Mr. McKenzie:

From Sevier:

To: Jason McKenzie

Hey: here is a draft of the affidavit I'll provide for you:

1.  My name is Chris Sevier. I am over 18. I attended Vanderbilt Undergrad and Vanderbilt Law school. I am a lawyer, but currently, in terms of Tennessee, my license is currently inactivated for medical/political reasons.

2.  I am a former combat veteran, having served honorably as an Officer in Operation Iraqi Freedom, where I incurred service connected injuries in war.  As part of a recovery effort, I am an overseas missionary, having served in Haiti, Peru, Ireland, Dream Centers in New York, and LA in the last 8 months. I am a volunteer in a variety of organizations, spending all of my time making art or trying to help the disadvantaged.

3.   I have been involved in litigation against Cyndi McKenzie, since July 2008, as my opposing counsel.  She has represented one of Nashville's most unlikes celebrities, John Rich.  I was one of the few brave souls who was willing to stand up to his tyrannical bulling of countless members of our community.

3. I have observed documents showing that Mr. Rich has paid Mrs. McKenzie hundreds of thousands of dollars in legal fees. I have knowledge that Mrs. McKenzie has never earned Mr. Rich any income from his investment.  Mr. Rich put a lot of pressure on Mrs. McKenzie to win

at all cost, who has been unable to do anything other than expose Mr. Rich as a bad investment

due to his questionable judgment.

4. I have observed a long verifiable pattern of Mrs. McKenzie acting outside the normal course

of law in order to attempt to provide Mr. Rich benefits in exchange for payment.

5. I have been involved in hundreds of cases as a Judge Advocate General and have never

encountered a lawyer as who is more immoral and corrupt than Mrs. McKenzie, based on my

own personal observations and experiences.  Mr. Rich has even had other lawyers represent him,

whose conduct was in keeping with the traditional standard for lawyers. Mrs. McKenzie is the

exception, and the evidence I have observed has show that it is her willingness to engage in

dishonest practices out side of the law that attracts Mr. Rich to employ her services.

6.  I have observe her engage in a myriad of dishonest practices to avoid criminal prosecution

and ethical liability before the board of professional responsibility.  Evidence of such activity is

lodge in three different courts of record.

7.  In fact, I reported her to the Metro Police department in June 2009 for her direct role in an

effort to bribe a witness to drop criminal charges. The case was assigned to then Assistant

District Attorney Anton Jackson.  As a former prosecutor for the United States military, I can

attest to having possessed taped recorded evidence that demonstrated beyond a reasonable doubt

that Mrs. McKenzie was engaged in obstruction of justice and attempted bribery of witnesses. I

observed Mr. Jackson disregard evidence and go so far as to misrepresent the truth to help Mrs.

McKenzie and Mr. Ramsey avoid liability before the Board of Professional Responsibility that

was at that time run by Mr. Ramsey's close friend, Nancy Jones.


8. After working for the District Attorney's office, Mr. Jackson is now Mrs. McKenzie's other

partner at her law firm. From my prospective based on the Court records in the 5th Circuit, 2nd

Circuit, and before the Honorable Chief Judge Campbell in District Court, Mrs. McKenzie's

decision to employ Mr. Jackson is classic qui pro quo and the same kind of bribery in kind that I

had accused her of originally. The fact that Mr. Jackson is now Mrs. McKenzie's law partner is

not a coincidence.


9. Based on my observations, experience, and training, none of those activities listed above that

were engaged in by Mrs. McKenzie were the kind that a traditional lawyer of ordinary prudence

and good moral character. (Mrs. McKenzie is the poster child of attorney that give the law

profession a rotten name. Her values are to win at all cost, no matter who it hurts, or what it

takes. Truth and justice rarely make it on to her radar in believing that her connections in the

small Davidson County justice system make her immune to the law and ethical standards.


10. On May 28, 2010, I filed a lawsuit in circuit court against Mrs. McKenzie for defamation,

after her and Mr. Rich went to the media and falsely accused me and my client of asking for

money in exchange for dropping criminal charges. I accused Mrs. McKenzie of activity that went

well beyond the normal practice of law, and provided material evidence that demonstrated her

propensity to engage in unjustifiable legal tactics to accomplish and ends that was beneficial to

Mrs. McKenzie at the expense to honor. The Honorable Senior Judge Harris from Williamson

Country presided in that case. The case was ultimately dismissed on a hyper-technical procedural

ground under Rule 4 of the Tennessee Rules of Procedure and a trial on the merits never

followed. However, all the evidence in that case demonstrated Mrs. McKenzie's willingness to

misuse her knowledge as an attorney in engaging in dishonest legal tactics to benefit herself at

the expense of others and her

ethical duties as a licensed attorney.


11. In September 2010, my sweet wife tragically and unexpectedly filed for divorce in the 4th

Circuit. After being in an exclusive relationship with her for 9 years, her controlling father,

convinced her that she would be happier living a life of luxury in Texas. She took our new born

son to text and in effect vanished. I filed a motion before the 4th Circuit to pursuant to the 100

mile radius rule to make her return within a 100 miles of the marital residence. The motion was

not granted for unknown reasons. Custody in that case was not resolved, and so I tried to take a

self-help measure by physically returning my son to Tennessee because I did not feel that the

Court was willing to follow the law as required. In the process of returning my son to Tennessee,

I was assaulted by my former father-in-law. I responded in self-defense in accordance to the

escalation of force measures and rules of engagement, as taught to me by the United States

Military, and

the laws of Tennessee and Texas, as taught to me by law school. However, after the incident I

was arrested by mistake by the police. I appeared pro se before the Honorable Judge Fields in

Texas, who dismissed the charges following my argument that they should have arrested my father-in-law. I filed a lawsuit in Federal Court against my father-in-law for assault, malicious prosecution, and other torts.

12. Upon information, knowledge, belief, and established evidence, Mrs. McKenzie and Mrs. Rogers, my divorce attorney, began working with ADA Jane Waters of Texas to refile the previously dismissed false charges in Texas, which they were able to do. I was wrongfully arrested in Arkansas on the way to SXSW because of their efforts, held, and extradited to Texas because of their collaborative efforts that was merely an abuse of process designed to garner benefits in other trials involving Mr. Rich and domestic proceedings in civil and federal court.

13. At the trial in Texas, I moved the Court three separate times to allow myself to proceed pro se because all of the evidence suggested that my Court appointed attorney was not only incompetent to handle the case but that he was willfully working with Mrs. Waters to rail road me into conviction pursuant to a doctrine that Mrs. McKenzie follows "the ends justify the means," which came at the expense of justice, ethical vows, and the rule of law itself.

14. There was a tape recording of the assault in Texas. In viewing the video tape, I and the new Texas Judge, Mrs. Harris, could clearly see that my former Father-in-law committed the first hostile act, which I responded to.

15. Sometime after the conviction was handed down and before the sentencing hearing, Mrs.

McKenzie contacted ADA Jane Waters and made a myriad of false statements, alleging that I had made a series of threats that never occurred. Her false misrepresentations were designed to cause me to suffer in the criminal proceedings to allow her to garner benefits in a contemporaneous civil litigation for Mr. Rich. Upon information and belief, Mrs. McKenzie's intent was to provide grounds to aggravate sentencing. Mrs. McKenzie wanted to have the criminal justice system punish me to help her in civil litigation in which she was named in and to show results to her client Mr. Rich, who had hired her to do nothing more than injure me whenever and wherever possible.

16. At nearly every hearing that I was present at during my divorce proceedings in the Forth Circuit, Mrs. McKenzie had commissioned individuals to harass me in the hallway. At a majority of those hearing dates, she had me served with court documents in an effort to rattle me, inflict emotional distress, and so forth, pursuant to her goal to impress Mr. Rich.

17. Mrs. McKenzie's purpose in every litigation she is involved in is not to service the law, but to inflict injury on her adversary through any and every means she believes she can get away with. This includes falsifying documents, misrepresenting the truth regarding service of process, abusing process, making false reports to the police, misusing her connections at the BPR through Mr. Ramsey, and so forth.

18. There were other occasions where Mrs. McKenzie made false reports to the police to garner unfair advantages in pending civil litigation in which she had an interest in. For example, on May

27, 2009, Mrs. McKenzie contacted ADA Rosemary Sexton and falsely alleged that I had

committed the crime of compounding a crime by asking for money from Mr. Rich to resolve a

criminal case. ADA Sexton did not believe Mrs. McKenzie. But Mrs. McKenzie's conduct shows

a nastiest that is gives Davidson County the reputation as a legal cesspool void of lawyers with

actual integrity and character, which ultimately cripples the legal economy.

19. I unlike Mrs. McKenzie, am a strong Christian. It is not my desire to harm Mrs. McKenzie or

anyone else for that matter.  Mr. McKenzie has not provided me with any documents or work

product that is protected by attorney client privilege. When Mr. McKenzie first contacted me, it

was because he is keenly aware that every single allegation that I have lodged against Mrs.

McKenzie regarding her unquenchable corruption is true and accurate. Nevertheless, my initial

response to Mr. McKenzie was that I am not vindictive, that I advised him to do everything he

could to work on his marriage with Mrs. McKenzie, that the cases involving someone as silly as

Country and Western "has been" was not worth doing anything that could interfere with any

attempts for prospective reconciliation. I am not like Mrs. McKenzie and Mrs. Rogers in that I

would not use his domestic case in any way to help my civil litigation. I reached out to Mrs.

McKenzie, privately and

implored, her to drop the John Rich nonsense, which is going to be dismissed anyway at a

motion for summary judgment, and to work on her marriage.

20. My attempts to appeal to her reason fell flat as they always have. Mr. McKenzie and I are

keenly aware of the same thing. Mrs. McKenzie cannot stop. She will not stop. She, like Mr.

Rich, "get off" on hurting people. It is a psychosis that apparently only I can see, but other

Judges have chosen not to.  She will never at any time back down from doing absolutely

everything within her power to inflict injury on someone she considers to be her adversary. This

is training and conditioning she received at while working at Neal & Harwell that she has taken

to way out of proportion. Mr. McKenzie and I are aware that she will invent evidence, falsify

police reports, and fabricate the truth at all turns if she thinks she can get away with it and it will

help give her an advantage in civil litigation. Furthermore, Mr. McKenzie and I are aware that

Mrs. McKenzie's mind is grossly polluted by drugs and alcohol that are a by product to numb all

of the grossly

shameful misconduct that she has been the author of for years on end. To suggest that her

capacity for decency and logic is depleted is an understatement of fact.


21. I would like to re-emphasis that I am a proponent of justice and the truth. I very much would

like to see Mrs. McKenzie and Mr. McKenzie attempt to save their marriage. I do not want to

interfere with it whatsoever. Mr. Rich is not worth anything, and as I've explained to Mrs.

McKenzie regularly, he is not worth losing your law license, health, marriage, and well-being

over.  Yet, I am aware of how her belief that she is above the law, which I have seen ratified by

Courts and the BPR, could be used here in this case to victimize another person. Although we

went to the same law school, she does not engage in traditional zealous advocacy but a myriad of

schemes and scams to hurt her opponents at all costs.  There is a long verifiable pattern of that.


21. Based on my extensive experience in working opposite of Mrs. McKenzie and witnessing

Mr. Rich and Mrs. McKenzie's egos continuously get the best of them, it would be of no surprise whatsoever that she is inventing false charges against Mr. McKenzie in criminal court to gain an unfair advantage in domestic court.

22. I am here to attest to the fact that any criminal allegations against Mr. McKenzie lodged by Mrs. McKenzie, while there is civil litigation pending should be ignored and discredited, as another one of her immoral legal tactics. The evidentiary record consisting of thousands of documents proves conclusively that she has a pattern of engaging in these kinds of dishonest legal practices. The Court should be aware that any time that a Court or tribunal has allow Mrs. McKenzie to profit off of her malicious prosecution practice that it ultimate creates a lot of bad karma for her and to not do something to put an end to her abuse of process would be to fail to act in her best interest.

23.  I will have Mr. McKenzie attest to things he has heard Mr. Rich say that are relevant to my case that are admissible as an omission against a party opponent.

COMMENTARY: "A truthful witness saves lives, but a false witness is deceitful." Proverbs 14:25. It was for the same reason that I represented Jared Ashley on a pro-bono basis that I provided this affidavit for Jason McKenzie. To protect him from Disturbed McKenzie's destructive and abusive legal tactics to frame innocent people of crimes.

On March 31, 2013 at 3:07, Jason McKenzie responded "Excellent work my man."

On March 31, 2013 at 3:14, I responded to Jason:

The sad part is that it is all true. I am actually upset with the judges who allowed her to get away

with so much bad stuff because it warped her and likely caused her drug use to escalate. Injustice

never does anyone any favors. I thought of some more examples of dishonest legal strategies she

has engaged in to gain an advantage in other civil proceedings. That is clearly what she is doing

in your case. Smith and Harris and the BPR will likely have to stop her. Maybe she'll get cleaned

up. We need to go to the BPR out of necessity.


I'm working on your affidavit based on conversations yesterday to approve.

_____

On March 31, 2013, at 3:28, Jason McKenzie emailed me:


Thats exactly what shes doing. I couldn't agree more. I'm starting to wonder about her son Josh

who has had several criminal issues. A domestic Assault charge for attacking his girl friend and a

roommate taking out an order of protection. Josh threatened to kill him over cable tv. It seems

like she told me he went into the Marines to get out of a statutory rape charge. These people are

low life's and making a mockery of our great nations legal system and military. I believe Anton

acted as his Attorney. He had to do 12 weeks of anger management and the police had to be

present when he moved out of his roommates apartment. Cindi is very protective of Josh. To the

point it's sick and disgusting he follows her every whet she goes. It's really weird.

_____

On April 1, 2013, at 11:36, I emailed Jason McKenzie a first draft of his affidavit. These are the

things he will attest to at trial:

Here is a draft of your affidavit. You can make changes and send it back.

1.  My name is Jason McKenzie.

2. Over are over 18.  I am an electrician by trade.

3. I married Cyndi McKenzie April 23, 2010.  Marsh Nichols was the justice of the peace that married us. We were married at her house. Mrs. McKenzie and Mrs. Nichols are good friends. We would go on double dates with Mrs. Nichols and her boyfriend while these proceedings were on going; For example, we went to the Zack Brown concert. That Marsh Nichols is a wild one. I observed Mrs. McKenzie and Mrs. Nichols make fun of Mr. Sevier of behind his back regularly. They considered him a thorn of in the side of the Davidson County Justice system, and discussed ways to "get rid of him." They believed that he made up a lawsuit against Mr. Rich just to shake him down for money. Mrs. McKenzie would tell me that her spending time and having private talks with Mrs. Nichols about the case involving Mr. Sevier was a violation of the rules. But she would do it anyway. Mrs. Nichols would call Mrs. McKenzie and give her "a heads up" in these proceedings, as to what was
going on and what to do next.

4. I am currently in divorce proceedings with Mrs. McKenzie.  The justice system has allowed

her to dissolve into a monster. She has been able to get away with so much wrong doing through corrupt legal practices that it has left her riddled with guilt and caused her to engage in self destructive behavior. She is psychopathic, narcissistic, delusional, irrational, and addicted to hurting people. My intention in providing this affidavit here is not to harm her, but to stop her from using her legal knowledge to harm other people. The Courts have not done her any favors by allowing her to get away with abusing the system. I have observed her abuse her legal knowledge and victimize others, like Mr. Sevier. I reached out to Mr. Sevier to attest to my observations because I am disturbed at the abuse I have witnessed Mrs. McKenzie get away with in the justice system in Davidson County. Mr. Sevier's initial response to me was that Mrs. McKenzie and I should

work on our marriage - that this case was not worth doing anything that could interfere with any possible attempt to reconcile. However, Mr. Sevier eventually came around to wanting to discuss the matter with me once he learn how Mrs. McKenzie had falsely accused me of crimes to gain an advantage in our domestic case for divorce. He also is well aware that there is no reasoning with Mrs. McKenzie and the only way to ever get rid of Mr. Rich and Mrs. McKenzie is through absolute defeat, due to their out of control egos.


5. I met John Rich in 2009. I have known Mrs. McKenzie ever since she was working with Mr. Rich. Mr. Rich has by far been her most important financial client. We enjoyed going to Mr. Rich's parties. He is an excellent and generous host.


6. I have observe Mr. Rich and Mrs. McKenzie obsess over Mr. Sevier's cases for years. Mr. Rich

told me that he does not care how much money it takes, he wants to "own Mr. Sevier" and all of his intellectual property - copyrights that exist now and in the future. His exact words are the he wants to "own Mr. Sevier;" he wants to be able to tell the public that he "owns" Mr. Sevier, which I found incredibly strange. I have always found it bizarre, when being around Mr. Rich and Mrs. McKenzie how fixated they are with harming Mr. Sevier. Mr. Sevier would send Mrs. McKenzie an email that would upset her so much that it would take her up to three days to calm down after reading it. The fact that Mr. Rich was so wealthy, but would spend so much time with Mrs. Mckenzie on these matters was perplexing during the entire time of our marriage. I observed how these controversies between Mr. Sevier and Mr. Rich caused countless sleepless night for Mrs. McKenzie.

7. I observe Mr. Rich state that he will do whatever it takes to hurt Mr. Sevier. He stated that he wanted my wife to "take him out." Mr. Rich explained that he would take any an all measures to harm and discredit Mr. Sevier, if there was any chance he could get away with it. I observed Mr. Rich and Mrs. McKenzie discuss plans to hurt Mr. Sevier that Mrs. McKenzie described as not outside of normal protections. It was clear to me that trying to hurt Mr. Sevier was like some kind of drug to them. They get off on feeling above the law. They build one another up in that regard. Mrs. McKenzie has no dignity whatsoever when it comes to doing anything and everything to win in legal proceedings. She will do anything to get her way, and her aggressive and dishonest practices catch otherwise law abiding attorney's off guard. She has no real values other than to win. Falsifying evidence, fabricating the truth, and working her connections in the criminal

justice system to influence civil proceedings is a way of life for her. I helped her set up her law

firm and know.

8. Mr. Rich stated in my presence that if ever given the opportunity without getting arrested that

he would physically assault Mr. Sevier.

9. Every time I have observed Mr. Rich in person talk about Mr. Sevier, he clenches his fist and

his face turns red.

10. I observed Mr. Cyndi McKenzie working with Mr. Sevier's wive's divorce attorney Helen

Rogers. Mrs. McKenzie would also tell me about how they were planning on working together to

destroy his life. I observe Mrs. Rogers and Mrs. McKenzie strategize and plot over all of the

ways how they would work to have Mr. Sevier discredited, by having them disbarred and falsely

jailed.   Mrs. McKenzie's meetings with Mrs. Rogers was all part of their agenda to hurt Mr.

Sevier at all cost that Mrs. McKenzie would tell me about regularly.  When Mr. Sevier was

arrested in Arkansas for an assault in Texas, I observed Mrs. McKenzie celebrate it, and indicate

that she had something to do with it.

11. I think in part that Mrs. McKenzie felt bad about herself because of the things she was doing

in the legal system and because of baggage from her past relationship with her father, who

abandoned her. I feel sorry for her because she feels really bad about herself.  I observed her fall

heavily into drugs, while being married to her and working on the case involving Mr. Sevier. I

have observed Mrs. McKenzie do the following drugs on a regular basis: snort cocaine; snort

adderall, pop adderall without a proscription; smoke marijuana; take painkillers. I have observed

her snort adderrall with her son.  She recently got a prescription to adderrall in an attempt to

legitimize her growing drug use and dependency that had been ongoing before then.  Mr. Rich

pretty much bank-rolled and impacted her drug addiction, and in part, caused it by pressuring her

to get  results in the cases against  Mr. Sevier.

12. I have watched Mrs. McKenzie obsess over every detail of Mr. Sevier's cases against

involving Mr. Rich. She obsesses over every song and video he releases. She looks for meaning

in his emails that are simply not there. She analyses his music videos over and over again. Her

drug and alcohol use and believes about  herself has had an adverse impact on her thinking.  I

would tell Mrs. McKenzie not to worry so much about the case that Mr. Sevier was "just messing

with her." It became obvious to me that Mr. Sevier was taking advantage of her paranoia.  But

she wouldn't listen and made things out to be of major significance where I couldn't see any.

13. As Mrs. McKenzie's paranoia grew, I observed her purchase a gun, believing that Mr. Sevier

would come to her office and attack her.  As a result of her fear, she had a member of Neal &

Harwell come to her office an provide her with a hand gun. She said if Mr. Sevier were to ever

come to her office, she would shoot him on site. Her drug and alcohol use combine with her

obsession over this case made her paranoid to the point that it was hard to live with her.  She had

me standing guard at night, worried that Mr. Sevier would attack us in our sleep.  Based on

observation and belief, I believe that her personal guilt in knowing what she was doing to Mr.

Sevier and other clients was the source of her paranoia, not that anyone besides herself

represented an actual threat. There were no cases that impacted Mrs. McKenzie like the one

involving Mr. Sevier. It was a source of identity for her.

14. Mrs. McKenzie would show me emails and documents that Mr. Sevier had written about her,

and I would read them, and think that everything Mr. Sevier was saying was true.

15. Mrs. McKenzie has admitted to me on several occasions that she knows Mr. Rich's lawsuit

against Mr. Sevier is frivolous and designed merely to harass him. I have observed Mrs.

McKenzie cash hundreds of thousands of dollars of checks written by Mr. Rich, some checks

were for $4,000, $20,000, and so forth, all as a result of Mr. Rich's ego. I have seen ledgers

showing that Mr. Rich spent over $200,000 in fees on Mrs. McKenzie's law services.

16. I have observed Mrs. McKenzie develop a chemical dependency on alcohol. I have observe

Mrs. McKenzie drink a 12 pack every day nearly every day until she passes out. On a regular

basis, I would pour out vodka bottles and fill it water just to attempt to keep her from getting so

intoxicated.

17. Mrs. McKenzie has told me that the she thinks she is above the law. In helping Mrs.

McKenzie set up her firm, her biggest selling point to her clients that she would do whatever it

took to win. She was willing to lie, cheat, and steel, if necessary. She felt her connections within

the justice system would protect her from harm. She felt enabled to say and do anything. She

takes advantage of the honesty of most lawyers and attacks aggressively because they are not use

to that kind of approach. Although her biggest fear was if her dishonest conduct was presented to

the BPR in a way that she could not escape liability.  She would obsess about ways to cover her

tracks. It was all a game of power to her - how to hurt people and get away with it. In reality, I

sat in trials with her and saw that she was a terrible trial lawyer. She let her emotions get the best

of her, and for the most part, her arguments did not make sense to me.

18. She didn't ever tell me why she hired Mr. Jackson, but out of all the options, I found it

strange that she picked him, when behind his back she would make fun of him constantly.  It is

just a matter of time before she turns on him like she did on Lindsey and myself.

19.   After filing for divorce, I just want to move on with my life and start over. But

Mrs.McKenzie is bent on hurting me.  She won't let it go. She has falsely accused me of crimes

to hurt me in the domestic case, having fabricated evidence and outrageous allegations. So far,

three lawyers have dropped her as their client because she is out of control.  She needs to be

stopped from treating people like she does. She has abused her knowledge and connection in the

legal system and gives attorneys a bad name. I am amazed at all that she has been allowed to get

away with.  The same abusive and dishonest tactics she is using in my case are the same ones

being used here.

20.   When she left Neal & Harwell, she took Mr. Rich as her primary client. Mr. Rich owed Neal

& Harwell $30,000. But he never paid it.

21. Mr. Rich me to install eight four hundred watt lights at the front of his house that were trigger on censors. He wanted the lights to blind people as they drove by. Mr. Rich wanted Love Circle to virtually be under his exclusive control. When installing the lights, Mr. Rich would go on and on about how he was terrified that Mr. Sevier and others might break into his house and do something to him at night.

22. While I was dating Mrs. McKenzie, she flew out to California to resolve Mr. Rich's assault case against musician Jerry Montano. I observed documents showing that Mr. Rich paid Mr. Montano $25,000 under the table to settle the civil case. Mr. Rich did not want details of that settlement coming out. So they were supposed to be confidential. Mrs. McKenzie informed me that Mr. Rich was prompting her to sleep with him in California, but she turned him down because she was dating me.

23. I am by no means vindictive. Mr. Sevier indicated to me that his case with Mr. Rich is all but over. Nevertheless, although my marriage might have failed, if I can at this point do some good by stopping her from doing damage to our communities and others, I'd like to try.

On April 3, 2013, at 5:45, I emailed Jason McKenzie:

Hey, I'll send you over that affidavit. In a minute. I'll also forward you a bunch of emails. I recommend printing them out and giving them to your attorney.

On April 4, 2013, I emailed poor Rich and Disturbed McKenzie

Here is an example for you guys to provide to the Judge of how you would be better served spending your time that relates to criminal law matters, not settlement in civil law suit. This email is not designed to harass you but to help you. In so far as, you would both profit from my example of spending your time trying to help other people, not harm them, because when you live like that. You merely serve to hurt yourself, as you have done an outstanding job of proving, since July 2008.

Best,
Chris

FW:

Hey Pastor Pete and Pastor Blake,

 my name is Chris Sevier. I am a member of Cross Point,  Nashville campus. I watch Cross Point on line regularly, when out of the country or out of state. I also watch Church
 of the Highlands in Birmingham on line. All part of a nutritious diet of "necessary life" one might say. Church of the Highlands has managed to have its messages broad cast in five prisons in the state of Alabama. To include Bibb County, which is the largest prison in the state. Pastor Chris Hodges addresses the inmates at these facilities at  the outset of the message as members of the congregation, which has implications that carry much weight. There is an abundant amount of clear and convincing evidence demonstrating that the result of this activity besides being undeniable positive has had positive results across a multitude of areas.

 It is my opinion that there is no reason for Cross Point, not to follow Church Of the Highlands example, and open its doors to members in the prison system in Tennessee to become part of its congregation. There resources are effective the same in terms of "broadcast capability" and "video equipment," and the messages follow from the same source.

 Preliminarily, here is what I am asking: I respectfully request that Pastor Pete and Pastor Blake become opportunist
 like Chris Hodges. I and others will provide that opportunity. Here are todays developments:

 1. I went to the Correctional Developmental Center on Harding road, which is a prison here in Nashville. I discussed the idea with the in house chaplain, Henry
 Davidson. He directed me to Tim Odell and Luis Grant at Corrections Corporation of America, who are located in Hillsboro.

2. I spoke directly with Tim Odell about the matter. Tim O'Dell is the director, Chaplaincy and Developmental Programs. It appears that he and Luis Grant do in fact have the authority to authorize this project. He is familiar with Cross Point; he confirmed that he and his wife listen to the pod cast on line regularly. He is an ardent proponent of this idea given the arguments outlined below. He would like for us to schedule a meeting about this idea. Our initial goal would be to get Cross Point broach casted into Metro Jail in Nashville; then like Church of the Highlands, we would work the message into other prisons that are within close proximity to Cross Point. Make no mistake, Mr. O'Dell was entirely enthusiastic of this idea; he is asking for a calendared date.

3. I also talked to Christian, who is part of Rich Warrens team at Church of the Highlands, about what steps they took to accomplish infiltration into Alabama prison system. As members of our common body, they are willing to help provide advice and indirect support for this project in any way that they can: advising both Metro and Cross Point as to the most effective way to convert the idea into reality in Tennessee. I asked if we set up a meeting between Metro and Cross Point that they be present. They agreed. I would be willing to pay for them to stay at the Vanderbilt Plaza hotel for a night if they journeyed from the magic city, Birmingham, to music city, Nashville, in these efforts.

4. This afternoon, I came to Cross Point to present the idea. I didn't have a scheduled appointment but was able to relay the concept to Pastor Ryan Bult, who instructed me to simply email the concept to you fellas, and seek a scheduled appointment in fairness to demanding schedules.

(Truth be told, there is no question that I went in reverse in terms of contacting the parties who would be involved in this matter. I had mentioned the idea to Pastor Ketric the other day at the Well, who seemed to indicate that the concept was meritorious. I was expecting stiff opposition from Metro given my past experience dealing with a myriad of agnostic state officials in complex litigation in state an Federal Court as my roll as an attorney, so that might explain my inverse approaching in these affairs).

Here are the arguments for why I would like Cross Point to consider having a meeting with me about this idea of opening its doors to inmates to becoming actual members of its congregation.

1. Secular Humanism would suggest that inmates are "bad" people and those contributing in regular society are "good," when we know that this is nonsense. We are all bad and fallen short of the glory of our King. Those who are incarcerated are lucky in some respects to be told that they are "bad" and naturally in need of a savior. No one at Cross Point is better or worse than the individuals in prison, who we are all in need of the powers of the healing grace of the great physician. The objective of jail is transformation and that will never occur to the requisite degree on the inside without the disruption and transforming grace that comes only from having a

relationship with our savior.

2. Those in prison are in a dark place where they are more acceptable to hearing and receiving the truth. Jesus approached those discarded with leprosy in the midst of their worst of circumstances, not after their situations had improved. There are many ripe hearts, who are prepared to hear and receive the word of God there out of the same desperation that I myself need to hear it. No pun intended, but unlike many on the outside, they have the time to reflect on such positive messages in away that they would not otherwise upon release.

3. The purpose of jail is to reform prisoners. With merely state run programs that leave out the great physician as the center piece for healing, there can only be sham reformation. (Even the 12 step program makes relationship with a higher power a requisite ingredient for recovery). And in fact the evidence demonstrates is that many of the incarcerated leave jail worse than before, having bitterness in the hearts that spills out onto society and hurts us all. Prison should not be a wasteful-holding-tank of cruelty nor a college of criminology, where individuals learn to be worse criminals than before (See the movie Blow). The evidence shows that Alabama's decision to permit Church of the Highlands to broadcast in its detention centers, not only has changed lives there, but there has been a verifiable decrease of violence in those facilities. Guards report that several inmates who attend the services have become more respectful, which is a positive result that no opponents of this proposal can deny. It is by no means an accident that wardens from nearly all the jails located there are requesting that Church of the Highlands broad cast in their facilities.

4. There is no question that there are many outstanding programs in the jails right now. Thank God for the outstanding volunteers and chaplins, who go out of their way to invest in the lives of inmates. Mr. O'dell confirmed that inmates are allowed to watch programs offered by TVC. This proposal is by no means designed to take away from those awesome things. However, the evidence suggests that there remains an unfulfilled void. Inmates need to have to feel and know that they are members of a congregation in a community in which they live. They need to know that they are part of something on the outside that's located in close proximity to themselves. They need to understand that they are loved and appreciated by the congregation, which consists of members, many of whom are different in so far as they choose to sin differently than themselves. Also, equally important, the members of the church on the outside need to know that "despite the horrible acts they have committed that most likely compelled well deserved incarceration" the inmates who voluntarily elect to attend services while incarcerated are still their brothers and sisters in Christ. No better or worse. As God in his paradoxical ways of working, it would not surprise me in the least if the congregation at Cross Point becomes the beneficiary of this policy to a greater extent than the inmates themselves.

5. If Cross Point decided to broad cast in Tennessee jails it would create a support structure for prisoners to join once they are released. This is something that neither TVC nor Church of the Highlands could provide in our state. In practice, they constitute "intangible institutions in the sky." To release inmates without a support structure is to set them up for failure. In referring to

the case in Alabama, many inmates who are released from Bibb County decide to attend church of the Highlands. Likewise, it could be assumed that once released, many former inmates of the Tennessee justice system could continue to call Cross Point its family home. They could know that the same church that accepts a free thug like me, will accept them once free. The evidentiary record over the last 2000 years confirms that the local church is the hope of the world, and implementation of this concept in tangible and real ways that makes the spread of the gospel less of an intangible plausible theory and more of a pragmatic reality that an unbelieving world will never be able to deny.

6. All separation of church and state concerns are obsoleted due to the fact that attendance would be voluntarily. Just like, when I was in the Army, there were buddhist and muslim programs were made available to Soldiers, those programs are available to inmates in these facilities.

7. In terms of the pragmatic obstacles that relate to technological considers, like streaming, wifi issues, I think those will be easy to over come. Plus, I suspect that there might be some talented tech-types in the congregation, who would be thrilled to help employ their skill sets in converting this life yielding concept that is squarely in tune with the gosple into reality.

I respectfully request that we meet to discuss this proposal.

Many thanks,
Chris Sevier Esq.
44 Music Square East
Nashville, TN 37203
615 500 4411

COMMENTARY: I am very much involved in creating plans to help churches plant campuses inside of county, state, and federal correctional facilities to assist the state on the reform side so that the recidivism rate and violence rates are cut. The mobilized local church is the hope of the world. I am currently going around the country trying to mobilize the local churches to engage in modern ways of doing prison ministry. While we need the state to lock up criminal offenders, we need the local churches to take a more proactive role in loving the hurting people in prisons. Given advances in modern technology the local church mobilized can do more to minister to inmates and show them God's love.

Hebrews 13:3 "Continue to remember those in prison as if you were together with them in prison, and those who are mistreated as if you yourselves were suffering." The way to cut back on recidivism and violence in prisons is to cause the inmates to change on the inside by introducing them to the Great Physician through God's primary instrument - the local church. Here my email to poor Rich was to appeal to him to follow my example of spending his time impacting the greater good - like he did when he donated money to St. Judes (but the reason he did that was because he was trying to fix his tarnished reputation primarily).

I was actually arrested at Cross Point church for the phony stalking charges. After I left Cross Point, I was headed out of town for two weeks to meet with churches and prisons in Florida, Georgia, South Carolina, Virgina, and elsewhere but these stalking nonsense has thwarted those plans for now - which is prejudicial to thousands of people, all as a result of poor Rich and Disturbed McKenzie's egos, as they allow themselves to be used to interfere with such initiatives. When the stalking arrest hit the media, I was already out of town meeting with churches and jails in Chattanooga.

Something critical happens at this part of the story regarding this email concerning the church: cmckenzie had blocked my emails. Before she recused herself, Judge McClendon had ordered that all of our communications be in writing because of how Disturbed McKenzie would abuse settlement negotiations. Disturbed McKenzie had blocked my emails so that I would have no one else to talk to except poor Rich about ways to resolve the litigation. This was a total set up.  Here is the message that I got after sending the above email

Sorry, we were unable to deliver your message to the following address.

<cmckenzie@mckenziejackson.com>:

Remote host said: 550 #5.1.0 Address rejected. [RCPT_TO]

--- Below this line is a copy of the message.

Received: from [98.138.226.180] by nm5.bullet.mail.ne1.yahoo.com with NNFMP; 05 Apr 2013
01:00:52 -0000
Received: from [98.138.226.167] by tm15.bullet.mail.ne1.yahoo.com with NNFMP; 05 Apr
2013 01:00:52 -0000
Received: from [127.0.0.1] by omp1068.mail.ne1.yahoo.com with NNFMP; 05 Apr 2013
01:00:52 -0000

X-Yahoo-Newman-Property: ymail-3
X-Yahoo-Newman-Id: 95420.81473.bm@omp1068.mail.ne1.yahoo.com
Received: (qmail 29085 invoked by uid 60001); 5 Apr 2013 01:00:52 -0000
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s1024;
t=1365123651; bh=l2p2DdAboDiSnSqUtjfmWv8cRINIiO6jVZ00mPXawtw=; h=X-YMail-
OSG:Received:X-Rocket-MIMEInfo:X-Mailer:Message-ID:Date:From:Subject:To:MIME-
Version:Content-Type:Content-Transfer-Encoding; b=4B70QxxcGITY1MYQ/
FDCZpsPmtfxMN4l6NvYJZQ6o0U4SzDWnw2bEFLO1LYff6jayEynUGnnE6DupAvDFi8Woi5
injh11nD49LjyG3mQENNc4B2JoH212O3ujN2UotM
+2Dxb2jBRS8DP8lawad8piiu1RZj8lcx39FjkuXg7wno=
DomainKey-Signature:a=rsa-sha1; q=dns; c=nofws;
  s=s1024; d=yahoo.com;
  h=X-YMail-OSG:Received:X-Rocket-MIMEInfo:X-Mailer:Message-
ID:Date:From:Subject:To:MIME-Version:Content-Type:Content-Transfer-Encoding;
  b=abCcdrIX6aESWG48KUgFaHySsHiSS/B8pILby5cjegmcJEh0RRn9n5s9AiMWX2/
ggHIvkpsq5Lc/
AzoSlBGpmFqpkRIcB4h7YNY0AXjMzJojKye7xuVM96j67ocJomBzthe7+otMeJBpSqAUzEp
uynCLcoQD5bUuoFs5kSnTsLo=;
X-YMail-OSG: A9uCSOMVM1kCH4umxX2iS4C2pur3F6RrkQCpFfjsSxF3HgF
LWkKblnbbbeg67GM0aTUi0ftD.nXCS3GkElo_EzqGHAzywN44HFuvreHLfEX
iqeMiUvJ.pPYDqfGmIQGO8aZeXohEm86dE_wbqgYu.ezIIsIjOLKSc7Jnh6E
6.5baMDzxLDWQsD85IWpxwlQxLsQXrppkIw7Ps8AHkXdGHhstZw7ROEUXTtn
x3Ij1rRap4cqqSyldFUdxLy8NP6b80Z1bgqoQaVJgEpkyQSz22_m3QHmIgHZ
pO_q3OeNQVFZjkrqKxMjishPVVPyuuBX.kuJJ2CHLbZ3ZsQ_P9onzYT5.dWw
Wlis3wxuBbZ0sl3d6Hnz_rWgY0Srq9E5BRfoSW0whrj_F9uHeznDqA6kPp29
CYsYGPrHp3x2E7iNlYsu_4dfboVl.Yzft_AdET8srPO4yVvFh7rNfxwY.QiU
BC6kvLIqVPyx0Kzt8Ackg5hviJrMhm2aOWgCn4CqbHkyyvli7LjsX6w9QvBk
lArmZvLis5ryHtttCpRjg0iohV8o-
Received: from [70.90.199.77] by web126105.mail.ne1.yahoo.com via HTTP; Thu, 04 Apr 2013
18:00:51 PDT
X-Rocket-MIMEInfo:
002.001,SGVyZSBpcyBhbiBleGFtcGxlIGZvciB5b3UgZ3V5cyB0byBwcm9aWRlIHRvIHRooZ
SBKdWRnZSBZiBob3cgeW91IHddWxkIGJlIGJldHRlciBzZXJ2ZWQgc3BlbmRpbmcgeW9
1ciB0aW1lIHRoYXQgcmVaYXRlcyB0byBjcmltaW5hbCBoYSBvcgbWF0dGVycywgbm90IHNd

HRsZW1lbnQgaW4gY2l2aWwgbGF3IHN1aXQuIFRoaXMgZW1haWwgaXMgb90IGRlc2ln
bmVkIHRvIGhhcmFzcyB5b3UgYnV0IHRvIGhlbHAgeW91LiBJbiBzbyBmYXIgYXMgIHlvdS
B3b3VsZCCib3RoIHByb2ZpdCBmcm9tIG15IGVYW1wbGUGUBMAEBAQE-
X-Mailer: YahooMailClassic/15.1.7 YahooMailWebService/0.8.140.532
Message-ID: <1365123651.13126.YahooMailClassic@web126105.mail.ne1.yahoo.com>
Date: Thu, 4 Apr 2013 18:00:51 -0700 (PDT)
From: chris severe <severerecords7@yahoo.com>
Subject: Fw: Cross Point is going to Jail
To: johnrichsongs@gmail.com, cmckenzie@mckenziejackson.com
MIME-Version: 1.0
Content-Type: text/plain; charset=iso-8859-1
Content-Transfer-Encoding: quoted-printable

This was calculated part of their plan. Disturbed McKenzie prohibited me from communicating

with her about ways to resolve the conflict, leaving only poor Rich as the only option.

In response to my email to "the Son of A Preacherman" suggesting that we spend our time

helping the hurting, poor Rich postured:

What do you NOT UNDERSTAND about me telling you more than ten times to stop contacting
me? You are a disturbing, violent man and I have asked for the last time. LEAVE ME ALONE.

JR

COMMENTARY: I am made an appeal to poor Rich that we should spend time serving other

people and helping the lost, and this was the best he could come up with. Disturbed McKenzie

had blocked my ability to have settlement discussions with her so that I would be forced to

communicate with poor Rich, as part of a crafty plan to frame me for stalking. I had a legitimate

reason for trying to resolve the litigation and for communicating with him. Poor Rich holds

himself out as "the son of a preacher man," so I have always assumed that it was likely that he

had the same values as myself. It was obvious that the train wreck that is Disturbed McKenzie

has zero values and wouldn't even begin to understand the significance of my offer that poor

Rich and I spend our time furthering the gospel instead of watching hims Disturbed McKenzie

self destruct through the legal system. No one with common sense would think that my attempts

to resolve the conflict were threatening or without justifiable cause. My offers to make peace

were exact that.

So since Disturbed McKenzie was refusing to discuss settlement options, (which violates the

rules of professional responsibility Sandy Garrett) I felt an increased license to work see if I

could work out the matter with poor Rich, since their defeat was imminent in this civil case.

Jason McKenzie's testimony would only further expose these two for being the frauds that they

are.  All of the problems here stem back to the fact that BRP did not force Disturbed McKenzie

to disqualify herself from this case, despite my repeated attempts to get Krisann Hodges to do

her job at the BPR. I emailed poor Rich:

As confirmed by Mrs. McKenzie's soon to be ex husband, paying Jerry Montano $25,000 to
settle that assault case under the table after you bashed his face in that my friend would be the
mark of a violent man.

I'm the only one who is going to speak the truth to you my friend. You need to know I know
everything. Volumes of verified evidence against you - as if I needed any more. You need to hire
a new attorney because Mrs. McKenzie's violations of attorney client privilege and failures are
going to interfere with your efforts.

I'm not violent, I'm an EDM singer: check out the work that you would like to own, but is owned
by Ghost WARS LLC here: soundcloud.com/ghostwars.

I expect your opinion on these materials: violent review or otherwise.
Now for the next folks I'm going to collab with, I'm thinking Benny Benassi or Adrian Lux. I just
did Approaching Nirvana. I think I'll track in Milan with Kyle Minogue's producer. I finished a

collab with Jane Bang, who is on Ultra records. Madeon's camp approves of that derivative. I'm waiting to here back from Wolfgang Gartner. Next on the docket for sure is a collab with Zedd and Joel Zimmerman. I leave the Country and Western music making and obsession over your cases to you my friend.

_____

COMMENTARY: This email triggered poor Rich's paranoia. They guy has about the worst reputation in the history of Nashville and he has spent millions of dollars trying to improve it so that he can involve himself more in the republican party. The fact that I told him that Jason McKenzie has told me everything and will testify to an assortment of corruption perpetrated by poor Rich and Disturbed McKenzie caused these two to panic.

Additionally, I am an EDM artist. I like making music. For some reason it comes the most natural to me. It certainly helps as an outlet for traumatic experiences. But poor Rich and Disturbed McKenzie have invested a ton of time trying to hurt me at all cost. So, by pointing out that after all of their efforts to hurt me are not working out so well, this caused poor Rich to freak out because poor Rich was being forced to face the reality that he is not so bright. Poor Rich cannot bare the thought that although he might of won the celebrity apprentice and everything else, he was no match for the Vanderbilt lawyer.

_____

I also added:

On Fri, Apr 5, 2013 at 1:12 PM, chris severe <<u>severerecords7@yahoo.com</u>> wrote:

What is violent about attempting to set an example for you by using my time and talents on projects like getting Cross Point to broad cast its messages into jails in tennessee, like church of the Highlands does in Alabama, to promote the same God we both claim we believe in and follow?

Or is your unlogical reasoning and outrage evidence that you are well aware of the fact that you

have wasted your time and money in trying to injure me, which you have yet to accomplish. Your response is a evidence of the hot temper and bad character that causes you to be your worst enemy. Your response, is my friend, evidence of the inevitable defeat. A desperate plea from one who has nothing to plea about. The only question at issue from July 2008 until now, April 2013, was how bad do you want to lose? The longer you go, the more you lose, even your infant sons could tell you that.

---

COMMENTARY: "The only question at issue from July 2008 until now, April 2013, was how bad do you want to lose? The longer you go, the more you lose, even your infant sons could tell you that." This was the email that poor Rich referred to in his affidavit for stalking where he falsely alleged that I threatened his sons. Obviously, that was not true. I pointed out to poor Rich the truth - that he had lost from day one and that he was continuing to lose. I was suggesting that even an intelligent two year old could see that. I know nothing about poor Rich's family other than he has one. But there is certainly no evidence anywhere that I present a danger to them. There is evidence that poor Rich presents a danger to them because of his craftiness that any impartial Court and jury could easily see. This was all part of an outrageous litigation tactic. They had long ago decided to execute this plot to frame me for a crime, so poor Rich was making a big deal about his infant son as part of that legal strategy, as any intelligent two year old could see.

---

On April 4, 2013, in response to my email, poor Rich stated:

If you EVER mention my sons again I WILL put you in jail.

---

COMMENTARY: This was all red herring. Poor Rich was using his son as a pawn in a litigation

tactic because poor Rich has no respect for the law or anyone else other than his own self

centered agenda.  No one with common sense could feel like my offers to resolve the litigation

that was going to end soon in their defeat posed a threat of any kind other than to poor Rich's

egoism.  I think it is extremely disgusting how poor Rich uses his family members as pawns in

litigation.

---

In response to poor Rich's threat to put me in jail for merely mentioning his son in passing to

illustrate a point, I responded:


To: Rich

From: Sevier

Subject: free legal advice in exchange for the over $500,000 you paid Mrs. McKenzie


Alright big britches, let me give you  some free legal advice, after you have spent $500,000 on

Mrs. McKenzie, you should have learned by now that just

because you are short and angry doesn't give you certain protections under the law. Assault on

Mr. Montano and Mr. Ashley are jailable offenses, just like obstruction of

justice. I commend you for being able to pay off Mr. Jackson who was supposed to investigate

you for attempted bribery, and who now represents you, but just because you feel upset does not

give you entitlement to the relief you seek Hoss dog.

Now, your son is only relevant in these matters to the same way that Mr. McKenzie is (to a

lesser extent because your son has nothing to attest to). These affairs have undoubtedly

blackened your heart as well as Mrs. McKenzie's. Proof of that would be Mr. McKenzie

providing me with a mountain of evidence that demonstrates the corruption and bad acts I've

complained of. This is one of the many poisonous fruits of your stupidity. There was plenty of

existing evidence already demonstrating that you case is

a donkey, long before Mr. McKenzie provided his relevant observations. In the same way that

Mrs. McKenzie represented a threat to her family, you represent a threat

to your own family. It is your black heart my friend that is the danger to your son. Someday, he

will ask you "dad, why did you spend so much money on antagonizing Sevier." And the only

response you can have with any kind of sincerity will be: "because I'm arrogant and refused to

put into practice the express teachings of your grandfather." He

will likely not respect you. And when asked, I will say - " I tried to tell him." So, given the

lessons learned from Mrs. McKenzie, it is you who present a danger to your son in these

matters. You must know by now my friend it is God himself who is my advocate; he fights

battles for me; and to actually harm myself, you'll need to jail him.


Just so the record is clear. In 2007, you, Crooks, and others falsely put out there that we at

Severe Records were engaged in misappropriation of artists rights because your

entitlement convinced you that you could do so with impunity. Those false misrepresentations

caused us to lose business deals that we're pending and harmed my artists.

This gave rise to a cause of action against you in Federal and State Court. I pursued that course

as an officer of the Court pursuant to a contractual fiduciary responsibility to the artist under my charge. That is a distinction with a difference from pursuing a course of action as a result of "white trash" entitlements, as we have pending in before the Honorable Senior Judge Harris. While you lack the ability to put me in jail for mentioning your son for his benefit, you do have the right to continue to engage in counter productive and wasteful life decisions that could create a platform for me to run for office on. We all have better things to do with our time than watch you self-destruct.

Your Friend,

Chris

COMMENTARY: Although I believe that poor Rich should be held financially accountable for the damaging things he has done in accordance with the law, I did not want to see poor Rich become so darken by these affairs that it hurt his family personally. This was exactly what had happened to Disturbed McKenzie's family. Disturbed McKenzie went for broke in this case and became such a disgusting person on the inside that she lost her family over it. Many people think that I hate poor Rich and Disturbed McKenzie, and the truth is that is not the case. How could anyone hate someone who does not even know what they are doing. While I most certainly despite the evil acts that they perpetrate on our community, my hope for them has remained that they surrender their lives to God. While these individuals are not unique in that they have set out on a conquest to destroy my soul, it has been my intent from the inception to help save theirs. This year I went on mission trips to Haiti, Ireland, and Peru. If I am willing to minister and bless those in strange lands, I am willing to do the same to those in my own back yard. The common

denominator is that neither is entitled to that but I feel called. Speaking the truth to poor Rich in a way to guide him on a course that will better protect him is not a threat, but an act of love. But obviously, these two people were just out to get me at all cost.

---

AFFIDAVIT: Poor Rich then called the police and stated in an affidavit

---

1. That there were two restraining orders against me, entered on July 5, 2012 and August 2012.

2. That I had sent him a picture of me covered in blood that was intended as a threat.

3. That I had email him without justifiable cause repeatedly despite his protest that I stop

4. That those emails contained specified violent threats against him and his family

---

COMMENTARY: There were not two restraining orders against me. Any such restrictions would offend the first amendment and the spirit of settlement law that encourages conversations to cut out unnecessary litigation expenses. I had a legitimate reason to have settlement discussions with poor Rich because Disturbed McKenzie was personally involved as a party to one of the lawsuits between us that which presented a conflict of interest. For some reason neither the Courts nor the BPR were disqualifying her, despite my repeated protest. No one with common sense could see any of my efforts to resolve the litigation as a threat. Poor Rich opened the door to making my artist pictures relevant all because poor Rich and Disturbed McKenzie were plotting to abuse settlement discussions as they had back in May 2009. The picture was emailed to Disturbed McKenzie to illustrate a point at law to call Mr. Rich's bluff regarding his inconsistent concerns about wasting hundreds of thousand of dollars on litigation, while encouraging that it be

proliferated. Disturbed McKenzie should be disbarred for the crafty plan that they executed here.

The police officer who allowed the warrant to be issued should be brought to accountability for

sucking up to a celebrity. There was no investigation whatsoever into the truthfulness of these

offenses. Even a minimal investigation would have demonstrated conclusively that there was not

only no probable cause to support this charge but that this was all part of a plan to hurt

maliciously prosecute me and abuse process.

On April 7, 2013, I emailed Jason McKenzie:

Hey Jason, it turns out that I could use your affidavit. Ole Rich is back on the crazy horse.

Obviously, I emailed him with the exclusive intent to suggest that we should focus on other

matters instead of silly litigation. Pursuant to the pattern he learned from Cyndi, he has tried to

assert that my emails in the promotion of peace "constitute stalking." Because of his connections

with former ADA Jackson and Cyndi, he apparently has been allowed to defy all reason by

getting warrant for stalking issued. I am not 100% that has occurred but that is the rumor.  As

mention, I was contemplating not even asking for you to provide an affidavit because in the Rich

civil case there is so much evidence that it constitutes malicious prosecution that no additional

evidence showing that is needed. (Very obviously, the new allegations are additional malicious

prosecution that has no foundation in probable cause). In light of Mr. Rich's more recent legal

strategies,

you affidavit would be helpful in exposing his and Mrs. McKenzie's patterns of abuse.

Meanwhile, these new developments materialized as I am working with Cross Point Church and

West End to have sermons broadcast into the jails in Tennessee. And interesting observation is

how individuals like Mr. Rich and Mrs. McKenzie allow themselves to be used as vessels to

accomplish purposes of evil without knowing what they are doing. All they care about it hurting

other people, because they themselves are hurting individuals. In reality what is occurring is that

there pride makes them a vessel to thwart the plans of those who are being used as an instrument

for good.  In the end, I can't say that I've ever been actually hurt for doing the right thing.

Hope all is well,

Thanks,

Chris

COMMENTARY: "*Whoever speaks the truth gives honest evidence.*" *Proverbs 12:17*

Jason never responded because Disturbed McKenzie's motions to prevent him from talking to

me, providing me with evidence that is relevant to this case that exposes Disturbed McKenzie

and poor Rich as frauds and dangers to our legal system and community in general.

" *In a lawsuit the first to speak seems right, until someone comes forward and cross-examines.*

*Proverbs 18:17*"

What happens next is that Poor Rich and Disturbed McKenzie are so overwhelmed by their

inability to hurt me in the civil case that they conspire to have me arrested for stalking and

prepare to discredit me in the media greatly. I was arrested for felony stalking in late June. The

media covered the matter extensively, and only reported poor Rich's side of the story. Obviously,

I was framed by poor Rich and Disturbed McKenzie as these emails demonstrate.

*Proverbs 29:8 "Mockers stir up a city, but the wise turn away anger."*

NASHVILLE, TN (WSMV) -
Metro police have arrested a man accused of stalking country music singer John Rich and his
family, and it turns out the man is someone Rich has been battling in court for nearly five years.

In fact, Rich has obtained at least three separate restraining orders against 36-year-old Mark
Christopher Sevier going back to 2009.

Court records show that Rich filed a police report in April, saying Sevier has been harassing him
repeatedly.

Rich's attorney said the family is concerned after a photo was e-mailed to the singer despite the
restraining order that is in place. The photo shows Sevier wearing little clothing and draped in an
American flag with what appears to be blood covering his body.

Since he's out of town regularly for his career, the singer told police he became increasingly
fearful for the safety of his wife and two infant sons.

Rich said one of Sevier's emails referenced "your infant sons." Sevier is now charged with
aggravated stalking.

If Sevier's name sounds familiar, it's because he has previously been in the news.

Back in 2009, Rich was arrested for allegedly assaulting aspiring country artist and reality show
winner Jared Ashley.

The story captured headlines for weeks, as video and phone recordings slowly trickled out to the
public.

Rich was eventually acquitted in that case, in which Sevier served as Ashley's attorney.

Rich has contended in court filings that Sevier was the one who actually convinced Ashley to file
assault charges in exchange for a record deal.

COMMENT: Psalms 59:12, *"For the sin of their mouth and the words of their lips let them even be taken in their pride: and for cursing and lying which they speak." "Whoever digs a pit will fall into it; if someone rolls a stone, it will roll back on them." Proverbs 26:27*

*Acts Chapters 21-22. The Romans arrested Paul and "the commander brought Paul inside and ordered him lashed with whips to make him confess his crime. He wanted to find out why the crowd had become so furious. As they tied Paul down to lash him, Paul said to the officer standing there, 'Is it legal for you to whip a Roman citizen who hasn't even been tried?'*

There were countless publications like these. All of which were false, all of which were designed by poor Rich and Disturbed McKenzie to discredit me. This just another example of terrible defamation they have engaged in against me without consequence. The public in Nashville should not tolerate this kind of thing. If it can happen to me, it could happen to them. Our system of government was not designed for this kind of abuse.

## SECTION II FELONY STALKING

### A. "PEACE FOR OUR TIME"

On September 30, 1938, British Prime Minister, Neville Chamberlain, used the word "peace for our time" in his speech concerning the Munich Agreement and the Ango-German Declaration. In response to Chamberlain's attempts to foster peace, Hitler invaded Poland. Try to make peace with poor Rich and Disturbed McKenzie and talk common sense to them about making peace, and their egos simply cannot take it.

# **FELONY STALKING LAW STATUTE**

T. C. A. § 39-17-315
§ 39-17-315. Stalking
Currentness

(a) As used in this section, unless the context otherwise requires:

(1) "Course of conduct" means a pattern of conduct composed of a series of two (2) or more separate noncontinuous acts evidencing a continuity of purpose;

(2) "Emotional distress" means significant mental suffering or distress that may, but does not necessarily, require medical or other professional treatment or counseling;

(3) "Harassment" means conduct directed toward a victim that includes, but is not limited to, repeated or continuing unconsented contact that would cause a reasonable person to suffer emotional distress, and that actually causes the victim to suffer emotional distress. Harassment does not include constitutionally protected activity or conduct that serves a legitimate purpose;

(4) "Stalking" means a willful course of conduct involving repeated or continuing harassment of another individual that would cause a reasonable person to feel terrorized, frightened, intimidated, threatened, harassed, or molested, and that actually causes the victim to feel terrorized, frightened, intimidated, threatened, harassed, or molested;

(5) "Unconsented contact" means any contact with another person that is initiated or continued without that person's consent, or in disregard of that person's expressed desire that the contact be avoided or discontinued. Unconsented contact includes, but is not limited to, any of the following:

(A) Following or appearing within the sight of that person;

(B) Approaching or confronting that person in a public place or on private property;

(C) Appearing at that person's workplace or residence;

(D) Entering onto or remaining on property owned, leased, or occupied by that person;

(E) Contacting that person by telephone;

(F) Sending mail or electronic communications to that person; or

(G) Placing an object on, or delivering an object to, property owned, leased, or occupied by that person; and

(6) "Victim" means an individual who is the target of a willful course of conduct involving repeated or continuing harassment.

(b)(1) A person commits an offense who intentionally engages in stalking.

(2) Stalking is a Class A misdemeanor.

(3) Stalking is a Class E felony if the defendant, at the time of the offense, was required to or was registered with the Tennessee bureau of investigation as a sexual offender, violent sexual offender or violent juvenile sexual offender, as defined in § 40-39-202.

(c)(1) A person commits aggravated stalking who commits the offense of stalking as prohibited by subsection (b), and:

(A) In the course and furtherance of stalking, displays a deadly weapon;

(B) The victim of the offense was less than eighteen (18) years of age at any time during the person's course of conduct, and the person is five (5) or more years older than the victim;

(C) Has previously been convicted of stalking within seven (7) years of the instant offense;

(D) Makes a credible threat to the victim, the victim's child, sibling, spouse, parent or dependents with the intent to place any such person in reasonable fear of death or bodily injury; or

(E) At the time of the offense, was prohibited from making contact with the victim under a restraining order or injunction for protection, an order of protection, or any other court-imposed prohibition of conduct toward the victim or the victim's property, and the person knowingly violates the injunction, order or court-imposed prohibition.

(2) Aggravated stalking is a Class E felony.

(d)(1) A person commits especially aggravated stalking who:

(A) Commits the offense of stalking or aggravated stalking, and has previously been convicted of stalking or aggravated stalking involving the same victim of the instant offense; or

(B) Commits the offense of aggravated stalking, and intentionally or recklessly causes serious bodily injury to the victim of the offense or to the victim's child, sibling, spouse, parent or dependent.

(2) Especially aggravated stalking is a Class C felony.

(e) Notwithstanding any other provision of law, if the court grants probation to a person convicted of stalking, aggravated stalking or especially aggravated stalking, the court may keep the person on probation for a period not to exceed the maximum punishment for the appropriate classification of offense. Regardless of whether a term of probation is ordered, the court may, in addition to any other punishment otherwise authorized by law, order the defendant to do the following:

(1) Refrain from stalking any individual during the term of probation;

(2) Refrain from having any contact with the victim of the offense or the victim's child, sibling, spouse, parent or dependent;

(3) Be evaluated to determine the need for psychiatric, psychological, or social counseling, and,

if determined appropriate by the court, to receive psychiatric, psychological or social counseling at the defendant's own expense;

(4) If, as the result of such treatment or otherwise, the defendant is required to take medication, order that the defendant submit to drug testing or some other method by which the court can monitor whether the defendant is taking the required medication; and

(5) Submit to the use of an electronic tracking device, with the cost of the device and monitoring the defendant's whereabouts, to be paid by the defendant.

(f) In a prosecution for a violation of this section, evidence that the defendant continued to engage in a course of conduct involving repeated unconsented contact with the victim after having been requested by the victim to discontinue the conduct or a different form of unconsented contact, and to refrain from any further unconsented contact with the victim, is prima facie evidence that the continuation of the course of conduct caused the victim to feel terrorized, frightened, intimidated, threatened, harassed, or molested.

(g)(1) If a person is convicted of aggravated or especially aggravated stalking, or another felony offense arising out of a charge based on this section, the court may order an independent professional mental health assessment of the defendant's need for mental health treatment. The court may waive the assessment, if an adequate assessment was conducted prior to the conviction.

(2) If the assessment indicates that the defendant is in need of and amenable to mental health treatment, the court may include in the sentence a requirement that the offender undergo treatment, and that the drug intake of the defendant be monitored in the manner best suited to the particular situation. Monitoring may include periodic determinations as to whether the defendant

is ingesting any illegal controlled substances or controlled substance analogues, as well as determinations as to whether the defendant is complying with any required or recommended course of treatment that includes the taking of medications.

(3) The court shall order the offender to pay the costs of assessment under this subsection (g), unless the offender is indigent under § 40-14-202.

(h) Any person who reasonably believes they are a victim of an offense under this section, regardless of whether the alleged perpetrator has been arrested, charged or convicted of a stalking-related offense, shall be entitled to seek and obtain an order of protection in the same manner, and under the same circumstances, as is provided for victims of domestic abuse by the provisions of title 36, chapter 3, part 6.

(i) When a person is charged and arrested for the offense of stalking, aggravated stalking or especially aggravated stalking, the arresting law enforcement officer shall inform the victim that the person arrested may be eligible to post bail for the offense and to be released until the date of trial for the offense.

(j) If a law enforcement officer or district attorney general believes that the life of a possible victim of stalking is in immediate danger, unless and until sufficient evidence can be processed linking a particular person to the offense, the district attorney general may petition the judge of a court of record having criminal jurisdiction in that district to enter an order expediting the processing of any evidence in a particular stalking case. If, after hearing the petition, the court is of the opinion that the life of the victim may be in immediate danger if the alleged perpetrator is not apprehended, the court may enter such an order, directed to the Tennessee bureau of investigation, or any other agency or laboratory that may be in the process of analyzing evidence

for that particular investigation.

(k)(1) For purposes of determining if a course of conduct amounting to stalking is a single offense or multiple offenses, the occurrence of any of the following events breaks the continuous course of conduct, with respect to the same victim, that constitutes the offense:

(A) The defendant is arrested and charged with stalking, aggravated stalking or especially aggravated stalking;

(B) The defendant is found by a court of competent jurisdiction to have violated an order of protection issued to prohibit the defendant from engaging in the conduct of stalking; or

(C) The defendant is convicted of the offense of stalking, aggravated stalking or especially aggravated stalking.

(2) If a continuing course of conduct amounting to stalking engaged in by a defendant against the same victim is broken by any of the events set out in subdivision (k)(1), any such conduct that occurs after that event commences a new and separate offense.

## ANALYSIS

There were multiple emails sent to poor Rich. These emails were not sent to him out of the blue. I had a legitimate purpose in communicating with him, no different than how a debtor and creditor have a right to resolve their claims. Poor Rich filed a frivolous civil lawsuit against me for $20,000,000. I think it stands to reason that I had grounds for wanting that to go away, along with him and his psychosis.    I had grounds to talk to him directly about resolution because they Disturbed McKenzie was a party with him in an existing lawsuit on file that could be revived at any moment under the savings statute. Once Judge McClendon and Marsh Nichols

were recused, poor Rich and Disturbed Mckenzie went into over drive to implement their plan to

frame me for stalking. This was a well calculated play. Even the press releases were calculated in

such a way to damage my aspirations and personal life as much as possible.  Disturbed

McKenzie was the one who put that all together. She had lost her husband over this case, who

had come forward to provide a treasure trove of corrupt dealings that these two scoundrels were

perpetrating through the Courts so she felt entitled to engage in disbursable misconduct in an

effort to frame me to justify poor Rich's legal fees.  If I wasn't suffering from distress, as I write

this, I could probably provide a more polish and exact analysis.  I don't think anyone should be

treated the way I have by the Justice system that has failed at nearly ever turn in these matters.

Call me "crazy" but I don't understand who these people think they are that have done all of this.


### B.  PROCEDURAL HISTORY AND DEVELOPMENTS THAT RELATE TO THE STALKING MATTER THAT DEMONSTRATE THAT THERE WERE NO RESTRAINING ORDERS IN PLACE TO PROHIBIT ME FROM ATTEMPTING TO RESOLVE LITIGATION THAT BOTH POOR RICH AND DISTURBED MCKENZIE ARE PARTY TO

This case was an winding procedural history. But I will attempt to focus on the relevant

procedural history at issue.

1. In the spring of 2012,  at the time I contacted poor Rich through email, I was considering

dragging out the Federal lawsuit before Judge Haynes involving the Fed Dec claim. I merely

picked back up a discourse that he initiated back in October 2005.

2. Also at that time, I was considering refiling the Federal case before Judge Campbell that

named poor Rich, Disturbed McKenzie, Krisann Hodges, Nancy Jones, ADA Welch, and Marc

Oswald in state court and consolidating the matter with this one, which is a story of how they have collectively abused me through the justice system for being a whistle blower.

3. Disturbed McKenzie filed a motion for a status conference that was set on June 29, 2012. I was served a copy of that motion.

4. However, weeks later she secretly filed a motion to (1) prevent me from representing myself (an unethical and sanctionable request that violated the Constitution and Tennessee Code); to (2) stop me from mentioning her dishonest and criminal plan involving Dishonest Jackson back in the summer of 2009 (a sanctionable and dishonest request that violated the First Amendment); to 3. prohibited me from filing lawsuits against herself and poor Rich as a way to stop me from filing the pre-existing case before Judge Campbell in state court (a sanctionable and dishonest request that violated the petition clause and highlighted a conflict of interest); and to 4. keep me from talking to poor Rich about ways to resolve all of the litigation between us to include the case in which Disturbed McKenzie was a codefendant with Poor Rich (this was another unlawful request because the first amendment and the spirit of settlement law in Tennessee). Her request was a frivolous and sanctionable, just as this instant lawsuit and stalking case is. Her request was designed to set me up for false criminal stalking charges, which makes her liable for conspiracy to engage in malicious prosecution and abuse of process, putting her on the hook with poor Rich as a prospective codefendant once again.

Disturbed McKenzie filed the motion for restrictions but deliberately did not serve it on me. She set the motion for the restrictions on the same day as the status conference and was hoping to sandbag me with the relief sought. I did not file any opposition on the monday before

the friday hearing in keeping with the local rules because I was not aware of the improper relief she was hoping to obtain "sneak through" in keeping with her propensity to engage invalid litigation tactics. Since becoming an attorney, I have never failed to file a response in opposition to a motion because I have always been served with the pleadings. I did not file a response on the Monday before the hearing on Friday as required by the local rules. The week of the hearing, I became ill with strep throat while hiking in the mountains of North Carolina and went to the VA. There, VA physicians provided me with documents to present to the court that I confirmed that I should not physically appear on June 29, 2012. This all took place, not because I was trying to delay appearing at a mundane status conference, but because I was actually not well at that time. I filed a motion for an emergency continuance. It is evident from my motion for a continuance that I was unaware of the Disturbed McKenzie and poor Rich's ridiculous motion for unlawful restrictions. On the morning of the hearing, I called the Judge's clerk and asked if I could appear telephonically. The clerk stated that Judge McClendon planned on continuing the hearing. The hearing was subsequently moved to the following friday, but I was not aware of that until the day before the hearing, when I was out of town for the July 4th holiday and could not return in time. I asked Disturbed McKenzie to continue the hearing, still unaware of her secret motion for restrictions. She refused of course because she was out to get me. I was defaulted, by trick for that matter, for the first time ever in my life as an attorney at that hearing. A default order loaded with unconstitutional and improper relief was entered. The order was drafted by Disturbed McKenzie, who of course had a personal stake in these matters, and slanted the order to have a verity of unconstitutional and invalid relief. The order was so unlawful that it consisted of a basis to have Judge McClendon recused from this case and the order set aside in its entirety under rule

59.

In discovering the surprise order the ridiculous relief found therein regarding restrictions, I contemporaneously filed a motion to set aside all of the unlawful restrictions in the July 5, 2012 order and a motion to recuse Judge McClendon for being biased. I refiled the preexisting Federal case that was before Chief Judge Campbell against poor Rich and Disturbed McKenzie and filed a motion to consolidate the cases. Judge McClendon reversed herself on the motion to prohibit myself from proceeding pro se. She took the rest of the matters under advisement, including the matter to undo the restrictions, consolidation, and the motion for recusal. Then she granted the motion for recusal. The motion to consolidate and to remove the unlawful restrictions to (1) prohibit communication with poor Rich; to (2) stop me from referring to Disturbed McKenzie and Dishonest Jackson's unethical and criminal initiatives in the summer of 2009, and to refile the federal case that was before Judge Campbell against poor Rich and Disturbed Mckenzie.

All of the restrictions in the July 5, 2012 default order that caused Judge McClendon to be recused were set aside under rule 59. I was permitted to refile the preexisting case before Judge Campbell that named poor Rich and Disturbed McKenzie as codefendants. (My motion to consolidate the actions was not granted by this Court to keep the cases simple for the jury to follow.) The refiled federal case against poor Rich and Disturbed McKenzie was then stayed by this Court. The decision to allow myself to proceed pro se that was obviously set aside was affirmed by this Court. The restrictions that prohibit me from accusing Disturbed McKenzie and Dishonest Jackson of engaging in a litany of misconduct was set aside. I subsequently argued a motion to disqualify Disturbed McKenzie in December that attacked her and Dishonest Jackson,

since the unlawful restriction was set aside. Any unlawful prohibition that prevented me from

having contacting poor Rich  as well as the ridiculous contention that I could not communicate

with poor Rich about ways to resolve the litigation was set aside in keeping the first amendment

and spirit of settlement law. This Court said on the record at the hearing in late November 2012

regarding the restriction contact with poor Rich that if poor Rich was not interested in talking

with me then he could ignore my emails or block them. Poor Rich chose to do neither because

him and poor McKenzie were trying to frame me for stalking, after it became apparent to them

that they were not going to be able to discredit me through the civil case as they had planned

after Judge McClendon was removed. The naa naa na na scenario was in effect.   There was no

evidence that my attempts to resolve conflict and promote peace would created a "credible

threat" to anyone with common sense.

      Accordingly, in March 2013, when I contacted Rich through email, there was no restrict

to prevent that. These were debtors and creditors talking with one another.  I felt compelled to

contact poor Rich in March 2013 about settling the cases once again because Jason McKenzie

had step forward on his own to provide new evidence of his and Disturbed McKenzie's corrupt

practices that further exposed this lawsuit and poor Rich for what they are. I then tried to

convince poor Rich that it would be best if we focused our energies elsewhere. Unable to let it go

and desperate to hurt me, poor Rich called the police and falsely reported me for stalking,

knowing that the media would cover the matter, as a way to discredit me. He obviously did not

actually feel threatened by me given the fact that my communications were reasonably designed

to promote peace and resolve conflict  amongst debtors and creditors. The only thing that was

threatened was his plan to discredit me, which he had wasted hundreds of thousands of dollars

on. Of course, Disturbed McKenzie was masterminding the plot as usual.

Therefore, like in making the false statements in the affidavit that caused Severe Records works to be removed from 47 different digital retail stores in June 2008 that help kick start the litigation, poor Rich falsely stated in the criminal stalking affidavit that there were two restraining orders in place that prohibited me from contacting him; One on July 5, 2012 and one in August 2012 (that wasn't true the orders were set aside under rule 59); that I had sent him pictures of me covered in blood to threaten him; (that wasn't true; the pictures were emailed to Disturbed McKenzie to prove a point in a discussion surrounding the merits of resolving the litigation) and that I had engaged in felony stalking was patently false, no debtor or creditor could see an offer to make peace as a credible threat. The only thing that was in danger was poor Rich's plan to discredit me.   I wonder sometimes if poor Rich is trying to set the world record of how many acts of libel per se he can get away with committing. Its almost hard to keep track of the number of retraction demands we have sent poor Rich over the years that he has ignored, which is making the force of law not seem very legitimate against him. Just like this lawsuit, the false stalking charges was merely a "patient plan" that was designed to harass me and discredit me for standing up against poor Rich in the first place, which I did as an Officer of the Court due to his pathology that makes him dangerous to our community.

## C.  TENNESSEE LAW ON SETTLEMENT NEGOTIATIONS WHICH UNDERMINE'S POOR RICH'S STALKING ALLEGATIONS

*"If it is possible, as far as it depends on you, live at peace with everyone." Romans 12:18.*

The law favors settlement of disputes by compromise. *See Third Nat. Bank v. Scribner,*

212 Tenn. 400, 370 S.W.2d 482 (1963); settlements of litigation are not contrary to public policy

and are to be encouraged. *Alexander v. Rhodes,* 63 Tenn. Ct.App. 452, 474 S.W.2d 655

(1971).Trinity Indus., Inc. v. McKinnon Bridge Co., Inc., 147 S.W.3d 225, 231 (Tenn. Ct. App.

2003)

This principle of law was clearly established in *Sullins v. Farragut Tire & Battery Co.,*

144 Tenn. 491, 234 S.W. 330 (Tenn. 1921), where the Tennessee Supreme Court declared:

"The law favors the settlement of controversies out of court, and an offer of compromise is made

with a view to avoid controversy and saving the expense of litigation. These reasons frequently

move persons who are not legally liable to seek compromise. They are not necessarily prompted

by knowledge of liability. It is difficult to see how an offer to compromise is incompetent to

show liability and yet admissible to show one of the essential facts to make a case of liability.

There was no liability upon the part of the defendant unless the driver of the car was acting for

the defendant as his agent and representing him, and to admit the testimony for the purpose of

showing this relationship would be to admit it for the purpose of showing liability. In a case

where the question at issue is whether an offer of compromise was made, such evidence would,

of course, be admissible; *but where it is introduced as affording circumstantial evidence to prove

a material fact entering into the question of liability, it is not admissible."* James and Patricia

CULLUM, Natural Parents of Samuel Cullum, a Minor, Plaintiffs, v. BAPTIST HOSPITAL,

INC. and Baptist Women's Health Center, LLC, Defendants., 2008 WL 8937874 (Tenn.Cir.Ct.)

There is a strong public policy in Tennessee favoring the settlement of litigation. *See

Third National Bank v. Scribner,* 212 Tenn. 400, 370 S.W.2d 482 (1963). Heggie v. Cumberland

Elec. Membership Corp., 790 S.W.2d 284, 285 (Tenn. Ct. App. 1990)  One of the purposes of

Tenn. Code Ann., § 29-11-101 *et seq.* is to encourage extra-judicial settlements and promote

judicial economy.

## ANALYSIS:

No one with common sense can deny that I have a Constitutionally protect first

amendment right to engage in settlement negotiations directly with poor Rich to save litigation

expense, as expressed by the Tennessee Supreme Court. If poor Rich and I have the right to haul

one another into court under the Petition Clause as this Court affirmed in setting aside the July 5

default restrictions, then we should have the right to communicate with one another about

resolving that litigation with each other. We should also have the right to have these discussion

outside the presence of other individuals, who are also a party to the lawsuit, to include

Disturbed McKenzie, who is more than just an attorney here. She is a defendant with poor Rich.

This is true even if Disturbed McKenzie has ignored the ethical rules on conflict of interest and

decided to represent poor Rich whom she is a codefendant with in a closely related civil action

before this court involving myself as the same party opponent.  I should not have to expect to be

prejudiced by Disturbed McKenzie's willful disregard of the ethical rules to involve herself in

cases as a lawyer, when she has a personal stake involved.  The Court and BPR should have long

since disqualified her.

A parties right to attempt to resolve conflict in good faith cannot be undermined by the

other parties malicious plan to use the communications as grounds to lodge a stalking charge,

especially when there is no evidence of a "credible threat," but their is a long trial of poor Rich's

manipulation tactics. Allowing such a practice otherwise would deter settlement negotiations which the law favors and encourages. Therefore, poor Rich's use of this frivolous case to create a frivolous stalking one should be prohibited and actionable. This Court should allow me to commission local attorneys to bring poor Rich to complete accountability to attempt to make me whole again for seven years of poor Rich's wrongdoing, cover ups, framing, and abuse. Since my Tennessee law license is temporarily deactivated for reprisal purposes, rule 4.2 does not attach, so I was not prohibited from having direct communications with poor Rich.

If this Honorable Court will recall, I attempted to consolidate this lawsuit with the refiled Federal lawsuit against poor Rich and Disturbed McKenzie that was before Chief Judge Campbell because these relate cases tell a story of poor Rich's and Disturbed McKenzie's abuse through the justice system to discredit me through vexatious and unlawful litigation tactics. This Honorable Court did not deny that the matters were not related, but understandably felt it best if the matters were tried separately because the complexity of the issues might be confusing to a jury. That decision by this Court supported my reasonable belief that I had a right to discuss ways to resolve all of the litigation with Mr. Rich directly, since Disturbed McKenzie is a party with poor Rich in the related lawsuit.

Although I nonsuited to the refiled lawsuit against poor Rich and Disturbed McKenzie in December 2012 in an effort to promote the peace, those claims were very much alive under the saving statute when I contacted poor Rich in March 2013. T.C.A. Sec. 28–1–105. See, Reed v. Cincinnati, N.O. & T.P. Railroad Co., 136 Tenn. 499, 190 S.W. 458 (1916). I am electing to reopen that case at this time.

## D. DISTURBED MCKENZIE'S IDEA - ONCE AGAIN

*"If you plan to do evil, you will be lost." Proverbs 14:22*

Talk about mal practice, one has to look no further than disturbed McKenzie's email to see who was partnering with Rich to file the frivolous stalking charges:

On March 29, 2013 at 10:41pm, Cyndi McKenzie threatened.

Pursuant to Court orders and Tennessee criminal law, you must refrain from contacting John Rich.

Chris, you have been warned repeatedly by the Court to stop emailing Mr. Rich. Next week, along with the motion for civil contempt for your failure to provide discovery responses, I will file on Mr. Rich's behalf a motion for criminal contempt seeking all available sanctions, including the maximum amount of jail time for your willful violation of the Court's orders to refrain from contacting Mr. Rich in any way. In addition, I will file a motion for a Temporary Restraining Order prohibiting you from contacting Mr. Rich but also imposing additional restraints. The Motion will seek mandatory criminal sanctions for each of your violations. In addition, your emails unquestionably amount to charge of criminal harassment, under the Tennessee Code 39-17-308. I am now recommending to Mr. Rich that, in addition to the motions in the civil action, he also seek a criminal harassment warrant against you.

Cynthia S. McKenzie
McKenzie|Jackson, PLC
615-873-5670
615-873-5671 - fax

I am unaware of any order of protections or restraining orders that prohibit me attempting to provide legal arguments, grounded in Constitutionally speech to my opponent in civil litigation. This Court stated on the record that if poor Rich was actually not interest in having conversations with me about these matters, then he could block my emails or simply ignore them. Motions that were lodged before Judge McClendon were forwarded to this Court or refiled, to include the motion to dismiss. Any form of bizarre and unconstitutional request sought

by poor Rich and Disturbed McKenzie as part of their plan to oppress was not upheld. Due to

Krisann Hodges and Disturbed McKenzie's ulterior plan through the BPR, I am not subjected to

rule 4.2. So my communication to resolve conflict could not be considered improper and

certainly not criminal.

### E. ANALYZING THE FALSE STATEMENTS IN JOHN RICH'S AFFIDAVIT

In poor Rich's affidavit to the police he alleges that

(1) THE NONEXISTENT RESTRAINING ORDERS: there were two restraining order that

prevented me from talking to him. Obviously that is false. There were no such restraining orders.

Any frivolous restrictions that were entered by default trick before Judge McClendon recused

herself were set aside by this Honorable Court. Additionally, in March 2013, I was contacting

poor Rich to discuss what Jason McKenzie had said about his admissible observations regarding

poor Rich and Disturbed McKenzie. I was informing poor Rich about the additional evidence

that proved the glaring conflict of interest. Obviously, Disturbed McKenzie wasn't interested in

discussing the topic that was adverse to her personal interest and even threatened to have me

jailed for bringing it up. So, I took that as further license to discuss these new developments with

poor Rich, whose interest was supposed to be advanced by this hopeless woman, not

undermined. Discussing the conflict of interest with Disturbed McKenzie was a conflict of

interest. I contacted poor Rich to explain that Disturbed McKenzie had violated her client's

confidences by telling her husband all about the case (including their intent to merely harass me),

and her decision to show relevant documents to her husband, which besides being unethical gave

additional rise to her being called as a witness against his interest. I also wanted to inform poor

Rich that I was "told everything" by Jason McKenzie, which although understandably upset

Rich's personal agenda did not constitute criminal stalking. Very obviously despite my attempts

to require Disturbed McKenzie to comply with the rules of professional responsibility it has been

very obvious that she has no interest in doing so because she is blindly guided by a self-serving

agenda. (If the BPR would actually do its job instead of perpetuating evil then none of this would

have developed. The BPR is known for calling "unethical" activity "ethical" and "ethical"

activity "unethical").  In addition to that the BPR in an act of colossal stupidity has refused to

hold Disturbed McKenzie and Dishonest Jackson accountable for a wide variety of well

documented ethical violations involving matters that public is watching.

(2) POOR RICH INITIATED THE CONVERSATION ON WAYS TO RESOLVE THE

LITIGATION:  Just like in the case before the 6th Circuit Court of Appeals, the justices said that

poor Rich sent me cease and desist letters threatening copyright litigation and could not turn

around and say that "he didn't mean it." Likewise, poor Rich sought me out and started the

discussion about the conflict and the ways to resolve it. Just because I later continued that

conversations, did not give poor Rich the right to turn around and misconstrue my statements as

being "threatening" when there was no evidence to support that position. When in reality all of

the evidence demonstrated that him and Disturbed McKenzie were setting me up to frame me for

stalking to discredit me for not bowing down to poor Rich.

(3) THE FAKE BLOOD ARTIST PICTURE THAT ASSOCIATED WITH MY ROCK BAND

AMERICAN PROPAGANDA:  In his affidavit poor Rich stated that I sent him pictures of

myself covered in blood, which made him feel the apprehension of danger in support of his

phony stalking charge.  Poor Rich was not telling the truth. First, Poor Rich initiated our

continuing conversation about way to resolve our debts and credits. I picked that conversation

back up in the spring of 2012, my intent was to make peace.  On April 20, 2012, poor Rich

opened the door to making my artist photos as a relevant part of the conversation. By stating:

From: John Rich <johnrichfans@hotmail.com>
Subject: RE: we should do something else
To: "Chris Sevier" <severerecords7@yahoo.com>
Date: Friday, April 20, 2012, 6:12 PM

CHRIS!

This is the FOURTH time in the past few hours that I have ordered you to STOP with these

harassing emails! I've seen pictures of you online in military gear holding a weapon with

camoflauge paint on your face, I have to assume that is the frame of mind you are in. You are

scaring the hell out of me and my family and I will NOT stand for it any longer. I will not tell

you again to STOP stalking me through my email. CEASE.

JR

Under the circumstances, no one with common sense could believe that poor Rich was

being sincere. As an artist himself, poor Rich knows first hand that art is fiction. Art in music is

no different that acting, when it comes to promotional photos. Although poor Rich did not

actually feel afraid even though he said he did, what he did do was to go out of his way to

introduce my band photos to the continuing conversation concerning ways to resolve the

litigation between us.

Also, the Court should take note that poor Rich brought his family into the discussion,

not me. He opened the door to making his family a relevant part of the conversation on settling the lawsuits as a tactic to frame me for stalking. Poor Rich has no respect for the law or anyone else to include his family, who he uses like a pawn in a chess match. To underscore how ridiculous poor Rich was being I later sent this email that was directed to Disturbed McKenzie and attached several band photos in attempting to make a persuasive point:

From Chris Sevier

To: Cyndi McKenzie;

Lets Expand Litigation : D

So, I've repeatedly offered to end all litigation in exchange for all cases being resolved. Since Rich is both wealthy and stupid, I say lets expand litigation on all fronts. Lets begin with filing a restraining order against me.

Lets budget $30,000 for that. Here is some evidence you need. These photos were clearly taken in reference to antagonizing John Dumb ass Rich, and have nothing to do with the musical platform I'm going to build to rail against corruption. So, they can constitute exhibit A. Like last time, you'll need a video so here is one: http://youtu.be/ZL8dk2uhoL8

Clearly the girl in this video was meant to symbolize John whose inferior vocal ability explain in part his deep ceded insecurities. He has verbalized in numerous emails that my attempts to resolve litigation places him and his family in fear of their safety so there is sufficient probable cause to spend time and money on these matters in the interest of justice.

Lets appeal Haynes abusive decision to the 6th Circuit Court of appeals, so Cyndi can lose all credibility in front of them in which should hurt all of her other cases which go there, which probably wont be very many. Rich you can pay your codefendant Cyndi to write your brief, and go argue the case. That should cost the same as it did last time, which might be nothing because Cyndi is your codefendant after all who exposed you to liability.

Lets move forward on the state case and have a jury trial, and if little Rich wins, lets all laugh as he spends money on trying to collect something that's not there. He can hang the judgment on the wall, next to a picture of himself smoking a cigar - with a caption that reads "my lawyer was worth every penny." But if he loses, lets all laugh as I move to collect on assets that he has, since I'll be entitled to attorney's fees and count suit for abuse of process.

Lets refile the campbell case, I'm thinking state court would be fun. That way he can pay for you to show up on fridays as well as file motions.

I think we can build a really good platform for our publicist to make him look like the fool everyone all ready knows that he is so there is not a lot of value in that. As Rich moves towards inevitable D list status these cases can give him a since of purpose in fueling short man complex, which can only be number by an addiction to crown royal.

 or we could do something else.  I think Cyndi you should have John pay you to show this email to the Courts because its clearly evidence that he is entitled to some kind of relief.











My intent of this email as part of our ongoing discussion to resolve the litigation was to expose

poor Rich's contradictory positions. On the one hand, Mr. Rich was complaining about how

much litigation was costing him. On the other hand seemed to not be opposed to expanding it.

And since he had made my artist photos relevant to the settlement conversations, I used them to

illustrate the point that expanding the litigation - if that was what they wanted - would be

inconsistent with poor Rich's concern regarding his continuous wasteful spending on senseless

litigation. Although poor Rich was CC: to the email, it was directed at Disturbed McKenzie. At

the time I sent it, I had the option to greatly expand litigation in refiling the lawsuit that was before Judge Campbell against Disturbed McKenzie and poor Rich in state court, which would all but bankrupt both of them. I could have keep the federal litigation going that was before Judge Haynes as well that causing poor Rich to "bleed" money continuously. I have always held that this current lawsuit was deliberately frivolous and was taking the position in this email that if spending money to harass me was his overriding objective, then why not file additional frivolous lawsuits against me. That is, my intent was to make a persuasive legal argument to call his bluff in the same way that this Court should, by recognizing that poor Rich has used this civil court to perpetrate fraud through it and in criminal court.

Additionally, the Court should be advised that after Mrs. Crooks sent out 15,000 defamatory emails in July 2007, I sent poor Rich a retraction demand in compliance with the Tennessee Code annotated to preserve punitive damages. Poor Rich had just willfully instructed Mrs. Crooks to send out libelous emails to our target client pool, which was extremely damaging to us, and he thought it was funny. He stated: "Keep sending us your humorous emails though, we REALLY enjoy getting those!!"

Therefore, it was apparent that poor Rich considered this all to be a joke. It has never been a secret that poor Rich is a total scoff law whose superiority complex causes him to believe that he is above the law. His manipulative posturing regarding the charade in suggesting he felt threatened was not credible. It was all a part of framing me for stalking because poor Rich has no respect for anyone but himself to include his own family and the law, which makes him a danger our community.

Ironically, the band photo of me covered in fake blood was a promotional photo for my

rock band America Propaganda. Part of the mission of that band was to promote the rule of law

throughout different parts of the world, no different than I did in Operation Iraqi Freedom when

working with the U.S. Attorney's office.  I was also hoping to tell my story of the reprisal I have

faced in trying to strengthen the rule of law from entities like the Tennessee Supreme Court,

Congressman Windle, Nancy Jones, and others. But we ended up not using the photo shoot so it

is ironic that poor Rich brought it to bare here.

## F. THE IMPLICATION OF POOR RICH'S DECISION TO EMAIL ME ON THE DAY THAT THE PHONY STALKING STORY WAS COVERED BY THE MEDIA REGARDING "CREDIBLE THREAT" ELEMENT

The Court should be advised that on the day that after the arrest for the phony stalking

charge, poor Rich emailed me.  If he had a credible fear of stalking, he would not have sent me

an email.  In response, I called the police. The ranking officer on call at the down town station

met with me. My question was whether I could open the emails, which might have relevant

information that would be admissible in this case as an admission by a party opponent. However,

because manipulative Rich is so untrustworthy, the officer advised me not to open the emails

because they could be set to send an automatic response, which would be a set up to cause me to

violate the current unwarranted restrictions. Poor Rich is extremely manipulative, and he is

knowingly misusing the Courts in a case of public interest because he gets off on being known to

be above the law. Poor Rich is all about the set up. The key point is that If Rich actually believed

I was stalking him and that there was a "credible threat" he would not have emailed me the day

the story broke in the media. The Court might need to restrict him from doing something like that given the current restrictions on myself. I ask permission to open the email while in Court, so we can see what poor Rich had to say that day. And so that it is clear that I am not contacting him in violation of the restriction in criminal court.

## G. WHAT THE CLAY AKIN RACISM DEFENSE, THE CHEWBACCA DEFENSE FROM SOUTH PARK, AND THE NEW STALKING CHARGES HAVE IN COMMON

*Proverbs 20:8 "When a king sits on his throne to judge, he winnows out all evil with his eyes."*

This Court knows good and well that poor Rich and Disturbed McKenzie are just using the courts just to discredit me. (They have drawn this out for three years now and are only expanding this conflict into criminal court now off of this frivolous civil suit). This Court saw this first hand, when Disturbed McKenzie's primary argument on behalf of poor Rich at the motion to dismiss this action was that I was a "racist." Besides being entirely improper and unethical, this argument was lodged by Disturbed McKenzie just months after I returned from Haiti and Peru having worked with orphans of a different ethnicity from myself. Months prior, Poor Rich got into a public conflict with another singer, Clay Aiken, on twitter, who he falsely accused of being a racist to discredit him in the same way. Besides being a red herring, the argument was inappropriate and made no sense. It was similar to the parody on south park about the Johnnie Cochran's chewbacca defense: http://www.southparkstudios.com/clips/103454/the-chewbacca-defense. Distubed McKenzie and poor Rich are in the practice of engaging in legal tactics that make no sense and are mere designed to harass people. This new false stalking charge, just like the instant case, is part of this continuing unlawful plan to discredit me so that

poor Rich can run for office. The fact that the false stalking case in which there was no "credible threat" was built off of this case, should give concern to this Court. Meanwhile the rule of law has been virtually obliterated at the expense of the publics perception of the integrity of the Courts, which has been traumatic for myself and harmful to others. (Shortly after Disturbed McKenzie made that sanctionable defense used on Clay Aiken, I returned to Haiti to work with orphans as was prearranged with a missionary team).

*Country singer John Rich blasted Clay Aiken as "racist" and "idiotic" for a tweet the "American Idol" alum sent out about the Republican National Convention, referencing the lack of African-American attendees in Tampa and the alcohol-free lifestyle of Mormons.*

## SECTION III: THE SIGNIFICANCE OF THE INDECISIVE FAVORABLE TERMINATION FACTOR AND REQUEST TO DISMIS AND SANCTION

### A.  CONTROLLING LAW

Once again, I am asking this Court to dismiss this action under Rule 12 of the Tennessee Rules of Civil Procedure for a reason I did not articulate clear enough in the last motion to dismiss. The new stalking charges that were an extension of this frivolous case might cause the Court to consider granting the motion to dismiss in the interest of justice. Poor Rich was required to have a victory on all of the claims and charges in the two prior suits. He had procedural victories on at least one claim in the prior suit, therefore, his complete innocence was not established. Accordingly, poor Rich's complain is insufficiently plead and a fraudulent

representation of the procedural history of cases that are part of the public record. Accordingly, this lawsuit is both frivolous and discardable.

I would like to re-include the controlling law here, given my intention to appeal these matters if my requests here are not granted. In Tennessee, to make out a claim for malicious prosecution, a plaintiff must show that the defendant maliciously brought a prior suit against him or her without probable cause, and that the prior suit was terminated in favor of the plaintiff. Roberts v. Federal Express Corp., 842 S.W.2d 246, 248 (Tenn.1992). Swepson v. Davis, 109 Tenn. 99, 70 S.W. 65 (1902). Abuse of process differs from malicious prosecution in that abuse of process lies "for the improper use of process after it has been issued, not for maliciously causing process to issue." Priest, 174 Tenn. at 306, 125 S.W.2d at 143. "To establish claim for abuse of process two elements must be alleged: (1) existence of ulterior motive; and (2) act in use of process other than such as would be proper in regular prosecution of charge.

The Supreme Court of Tennessee held unanimously in Elliot Himmelfarb, M.D., ET AL v. Tracy R. Allain that a voluntary dismissal pursuant to Tennessee Rule of Civil Procedure 41 is not a favorable termination on the merits for a prior suit for purposes of a malicious prosecution claim. Elliot Himmelfarb, M.D., ET AL v. Tracy R. Allain, M2010-02401-SC-S10-CV, See generally Vitauts M. Gulbis, Annotation, Nature of Termination of Civil Action Required to Satisfy Element of Favorable Termination to Support Action for Malicious Prosecution, 30 A.L.R. 4th 572, § 15 (1992) (collecting cases); See Tenn. R. Civ. P. 41.01 adv. comm. cmt. (2005), (2006); see also Lawrence A. Pivnick, 1 Tennessee Circuit Court Practice § 23:1. In Parrish v. Marquis, 172 S.W. 3d 526, 531 (Tenn. 2005).

On July 1, 2008, I filed a copyright case against poor Rich. (This was the first lawsuits

involving the parties so only malicious prosecution, not abuse of process can be alleged: ell ex

rel. Snyder v. Icard, Merrill, Cullis, Timm, Furen and Ginsburg, P.A. 986 S.W.2d 550 Tenn.,

1999). I voluntarily nonsuited the copyright action on November 2011 pursuant to Federal Rule

41 to promote peace because I'm not litigious. Therefore, poor Rich did not have a favorable

outcome on the merits. Therefore, Mr. Rich is barred from bringing a cause of action under

Himmelfarb ruling. The lack of that particular essential element from the complaint negates Mr.

Rich's ability to bring a malicious prosecution action for the Copyright case. Those claims should

be dismissed due insufficient pleading. Tennessee Supreme Court in Hillelfarb in 2012. Martin v.

Norfolk S. Ry. Co., 271 S.W.3d 76, 84 (Tenn. 2008). Martin v. Norfolk S. Ry. Co., 271 S.W.3d

76, 84 (Tenn. 2008). I am not sure why we need to go through discovery when this is a matter of

public record negates a necessary element to make a prima facia case for malicious prosecution.

     The Tennessee Supreme Court in Himmelfarb relied heavily on its decision in Parrish in

reaching its decision. In Parrish v. Marquis, 172 S.W.3d 526, 531 (Tenn. 2005) the Tennessee

Supreme Court explained that a judgment based on a successful statute of limitations defense

was procedural in nature and not a reflection on the merits of the underlying case. The Court

found conclusively that an action for malicious prosecution and abuse of process cannot be

brought if the prior claim at issue was barred by the statute of limitations. Poor Rich pled in his

complaint that the assault charge at Legend's Corner was dismissed prior to trial because it was

barred by the statute of limitations. (See Mr. Rich complaint). Therefore, poor Rich cannot bring

a cause of action against me for claims in the consolidated criminal case because he was not

victorious on all of them. There was not a total finding of innocence because there was a

procedural victory on one of the charges. Poor Rich indicated in the complaint that one of the

charges was dismissed for procedural reasons and therefore, he cannot make out a prima facie

case of malicious prosecution regarding the criminal case, and once again, he has engaged in

filing a sanctionable frivolous lawsuit wasted hundreds of thousand of dollars on Disturbed

McKenzie's horrible legal services. (See Amended Complaint).

## B. POOR RICH'S COMPLAINT FAILS TO SUFFICIENTLY PLEAD THE FAVORABLE TERMINATION ELEMENT FOR MALICIOUS PROSECUTION AND ~~ABUSE OF PROCESS AND MUST BE DISMISSED~~

"It is necessary to an action for malicious prosecution that the proceeding giving rise to it terminated in the plaintiff's favor. Otherwise there can be no recovery. See, Landers, supra; Martin v. Wahl, 17 Tenn.App. 192, 66 S.W.2d 608 (1933); 52 Am.Jur.2d Malicious Prosecution, § 43; Restatement of Torts 2d, § 660. I agree with the learned court below that termination of the criminal proceedings in favor of the plaintiff means more than mere termination. Quoting: "Proceedings are 'terminated in favor of the accused,' [for purposes of a malicious prosecution action], only when their final disposition is such as to indicate the innocence of the accused." Restatement (Second) of Torts § 660 Comment a (1977).

There is not a single case in existence in any state where a Defendant in the prior suit had

a blend of procedural victories on some claims and success on the merits on other ones only to

then file suit for malicious prosecution.  One would think that the defendant should feel satisfied

with having gotten off on mere technicalities (by the skin of their teeth).  The law in nearly every

jurisdiction including this one is clear that a malicious prosecution suit cannot stem from a cases

involving procedural victories on at least one claim to include statute of limitation defenses as

well as nonsuited claims. This is because the favorable termination must be absolute, not partial.

The defendant in the prior suit, now plaintiff in the malicious prosecution one, must have been

found innocent. Poor Rich is, therefore, barred from bringing this lawsuit because of his mere

procedural victories on claims and charges in a consolidated trial in the assault case and the

Federal suit cause his complaint to be insufficiently plead. Accordingly, this instant lawsuit constitutes a malicious prosecution itself and should be dismissed at this time under Rule 12 of the Tennessee Rules of Civil Procedure because of insufficient pleading in the complaint. The surrounding circumstances that are part of the public record make it impossible for poor Rich to plead his case. Poor Rich even admits that the Legend's Corner assault charge was dismissed under the statue of limitations claim within the four corners of his complaint. Poor Rich and Disturbed McKenzie should be sanctioned under rule 11, and I should be award attorney's fees, for having a law degree and very obviously practicing law to the point that bullies like poor Rich and Disturbed McKenzie are compelled to engage in unlawful use of the Courts. If this Honorable Court does not agree with this analysis, I would like for it to consider permitting me to appeal under TRAP 9. I welcome the opportunity to flaunt poor Rich's and Disturbed McKenzie's abuse of our justice system to higher authorities, especially the Tennessee Supreme Court, who ratified the immoral agenda of Disturbed McKenzie, Krisann Hodges, Helen Rogers, and Nancy Jones for the benefit of poor Rich in the first place.

"It is apparent "favorable" termination does not occur merely because a party complained against has prevailed in an underlying action. While the fact he has prevailed is an ingredient of a favorable termination, such termination must further reflect on his innocence of the alleged wrongful conduct. If the termination does not relate to the merits—reflecting on neither innocence of nor responsibility for the alleged misconduct—the termination is not favorable in the sense it would support a subsequent action for malicious prosecution." Jean Foshee v. Southern Finance and Thirft Corporation, 967 S.W.2d 817.

Rule 14 instructs that where "two or more offenses have been joined or consolidated for trial pursuant to Rule 8(b), *the defendant shall have a right to a severance of the offenses unless the offenses are part of a common scheme or plan and the evidence of one would be admissible upon*

*the trial of the others.*" Tenn. R.Crim. P. 14(b)(1) (emphasis added). Under this provision, the defendant has an absolute right to have offenses separately tried unless the prosecution shows that the offenses are part of a common scheme or plan *and* evidence of each crime would be admissible in the trial of the others. *Spicer,* 12 S.W.3d at 443.

## C. POOR RICH'S MALICIOUS PROSECUTION LAWSUIT SHOULD BE IMMEDIATELY DISMISSED UNDER COLLATERAL ESTOPPEL

Collateral estoppel is an issue preclusion doctrine devised by the courts. See Dickerson v.

Godfrey, 825 S.W.2d 692, 694 (Tenn.1992); Goeke v. Woods, 777 S.W.2d 347, 349 (Tenn.1989);

Morris v. Esmark Apparel, Inc., 832 S.W.2d 563, 565 (Tenn.Ct.App.1991). Like other preclusion

doctrines, its purposes are to conserve judicial resources, to relieve litigants from the cost and

vexation of multiple lawsuits, and to encourage reliance on judicial decisions by preventing

inconsistent decisions. See Allen v. McCurry, 449 U.S. 90, 94, 101 S.Ct. 411, 414–15, 66 L.Ed.

2d 308 (1980); Disimone v. Browner, 121 F.3d 1262, 1267 (9th Cir.1997).

"Collateral estoppel (CE), known in modern terminology as issue preclusion, is a common law

estoppel doctrine that prevents a person from relitigating an issue. One summary is that "once a

court has decided an issue of fact or law necessary to its judgment, that decision ... precludes

relitigation of the issue in a suit on a different cause of action involving a party to the first case."

The rationale behind issue preclusion is the prevention of legal harassment and the prevention of

abuse of judicial resources.

Because poor Rich had only partial victories in the prior suit that demonstrated

innocence on isolated claims, he is collaterally estopped from filing this civil lawsuit, which

should be dismissed at this time, under rule 12 of the Tennessee Rules of Civil Procedure.

## D. THE NONSUITED CLAIMS IN THE FEDERAL CASE WAS AN ACT OF MERCY

## THAT PRECLUDES THE FILIING OF A MALICIOUS PROSECUTION LAWSUIT
## UNDER RULE 11 AND COLLATERAL ESTOPPEL

*"Evil will never leave the house of one who pays back evil for good." Proverbs 17:13*

The second restatement of Torts states; Restatement (Second) of Torts § 660 deals with the "Indecisive Termination Of Proceedings."

A termination of criminal proceedings in favor of the accused other than by acquittal is not a sufficient termination to meet the requirements of a cause of action for malicious prosecution if

(a) the charge is withdrawn or the prosecution abandoned pursuant to an agreement of compromise with the accused; or

(b) the charge is withdrawn or the prosecution abandoned because of misconduct on the part of the accused or in his behalf for the purpose of preventing proper trial; or

(c) the charge is withdrawn or the proceeding abandoned out of mercy requested or accepted by the accused; or

(d) new proceedings for the same offense have been properly instituted and have not been terminated in favor of the accused.

Comment on Clause (c):

*f. Charge withdrawn as act of mercy.* A charge is not withdrawn as an act of mercy if the accuser has come to believe that the accused is innocent. Mercy implies a belief in the guilt of the accused or at the least in the possibility that he may be guilty. Hence a nolle prosequi entered under these circumstances is not a sufficient termination in favor of the accused. A private prosecutor who initiates a criminal prosecution should not be penalized for an act of mercy,

much less for a similar act performed by a public prosecutor over whose conduct he has no

control.


Miss.1996. Cit. in headnote, quot. in sup.; subsec. (a) cit. in ftn.; subsec. (c) cit. and quot. in diss.

op. and cit. generally in disc., in sup., and in ftn.; com. (f) quot. in sup. (cit. as com. to clause

(ç)). After a municipal court judge dismissed charges against an arrestee of assaulting and

battering a store's security guard, the arrestee brought an action for malicious prosecution against

the security guard's employer. Affirming the trial court's grant of summary judgment for

defendant, this court cited the policy considerations behind Restatement (Second) of Torts §

660(c) to hold that the municipal court judge's dismissal of the charges against plaintiff on the

ground of mercy or leniency did not constitute a favorable termination of the criminal

proceedings entitling plaintiff to bring a malicious prosecution action. A dissent argued that §

660(c) was inapplicable because plaintiff made no request for mercy and made no willful

acceptance of leniency. Stewart v. Southeast Foods, Inc., 688 So.2d 733, 733, 736–741.


    § 660 of the second restatement of tort can be applied bar the malicious prosecution

lawsuit as it relates to the Copyright action. The 6th Circuit Court of appeals remanded the action

finding that Judge Haynes had abused his discretion, in accordance with his reputation for doing

so. Subsequently, I decided to nonsuit the surviving claims confident of a declaration of non-

infringement, given the evidence that established that my activity was non-infringing. However, I

elected to nonsuit the claims. As payment for that act of mercy. Poor Rich and Disturbed

McKenzie filed a claim for malicious prosecution. By achieving victory on a single claim, poor

Rich cannot asset that he was completely innocent, since all of the other claims were disposed of

as an act of mercy.

*(Jonah 2:8, "They that observe lying vanities forsake their own mercy.")*

## SECTION IV: THE SIGNIFICANCE OF PROBABLE CAUSE EVIDENCE IN

## DISTURBED MCKENZIE'S POSSESSION

### A. SANCTIONING AND DISQUALIFYING DISTURBED MCKENZIE FOR FILING THIS ACTION WHILE BEING IN SUCH OVERWHELMING POSSESSION THAT DEMONSTRATES THAT THE CRIMINAL CHARGES AGAINST POOR RICH WERE SUPPORTED BY PROBABLE CAUSE

A huge problem in these matters is that no one has stopped Disturbed McKenzie from

being involved. The BPR has deliberately turned a blind eye to her unethical conduct. She had a

lot of reasons of self-interested reasons for filing this lawsuit that has clouded her judgment in

these affairs. Given the new evidence provided by Jason McKenzie that supports the defenses

theory of the case it is inevitable that both he and his wife will be called to testify, which makes

Disturbed McKenzie's disqualification necessary under rules 3.7 and 1.7. I'd like this Court to

sanction Disturbed McKenzie for filing this lawsuit in which she has had a personal stake in

while being in possession of a truck load of evidence that demonstrates that there was probable

cause for these lawsuits against poor Rich, proving that this action, as well as the stalker action

are merely vexatious harassment lawsuits. *(I demand that Sandy Garrett send her an inquiry to*

*that end, or I will appeal to the Tennessee Supreme Court for relief; I am demanding that Sandy*

*Garrett send Disturbed McKenzie an inquiry which asks her why she filed a malicious*

*prosecution lawsuit against me knowing that poor Rich had procedural victories on claims in those cases and cannot assert complete innocence as required).* I would like to call Disturbed McKenzie to the stand and ask her how she could file this lawsuit while being in so much possession of evidence that demonstrated that there was probable cause for poor Rich to be arrested. Obviously, she has knowingly filed a frivolous lawsuit and must be sanctioned and disqualified for doing so.

    <u>VOICEMAIL</u>: Disturbed McKenzie was in possession of the voicemail of poor Rich and Sebastian Bach threatening Jared Ashley, which was left on Jared's answering machine a few hours after the assault had taken place. This 6am voicemail alone constitutes the probable cause for the assaults at the Spot and for the harassing phone call. In the voicemail, poor Rich indicates that he would come to Jared's house and "knock the !@#42 out of him" if he reported the matter to the police. Disturbed McKenzie was served a copy of the voicemail over a year before she filed this retaliatory lawsuit. Therefore, she knew the matter was frivolous and she should be sanctioned because she filed it for having a personal stake in the matter. *(I demand that Sandy Garrett send her an inquiry as to how she thought it was proper for her to file this action with the voicemail of John Rich in her possession).*

    <u>FIRST HAND EYE WITNESS ACCOUNT</u>: Disturbed McKenzie filed the lawsuit for malicious prosecution regarding the Spot claims while being in possession of Danny Basham's affidavit. Mr. Basham's affidavit was served on her through ECF PACER in April of 2009. In his Affidavit that is on file with this Court, Mr. Basham states that he was the designated driver, that he had a clear view of the interaction between poor Rich and Jared Ashley, and that he observed poor Rich reach around his body guard 69 and strike Jared in the face. Danny Basham's affidavit

proves that Disturbed McKenzie was in possession of evidence that established that there was

adequate probable cause for Mr. Rich to be arrested for the crimes at the spot. Therefore,

Disturbed McKenzie filed this frivolous, knowing that there was probable cause for the arrest. *(I*

*demand that Sandy Garrett send her an inquiry to that end, asking her how she thought that*

*filing this lawsuit while in the possession of this evidence was not part of her personal retaliatory*

*plan or I will appeal to the Tennessee Supreme Court, who lets just say owes me).*

    <u>VIDEO TAPE</u>: Disturbed McKenzie filed this action while being in possession of the

pictures and a video tape of poor Rich harassing and assaulting Jared Ashley while he performed

on stage at Legend's corner. Poor Rich, pursuant to the same self-entitlement and narcissistic

qualities demonstrated in his decision to falsely report me for stalking, climbs on stage with

Jared Ashley, during the middle of his show, to embarrass and intimidate him in front of his fans.

The video and pictures were served onto Disturbed McKenzie through ECF Pacer in Federal

Court; they were also served on to her in Jared Ashley's civil lawsuit for assault against John

Rich. *(I want Sandy Garrett at the BPR to send Disturbed McKenzie an inquiry asking her how*

*she could justify filing this lawsuit while being in possession of the pictures and video tapes*

*regarding the assault at Legend's Corner. )*

    <u>STATUTE OF LIMITATIONS</u>: Disturbed McKenzie filed this frivolous lawsuit knowing

that the claim at Legend's corner was barred by the statute of limitations. She knew that poor

Rich had a procedural victory on this charge at the consolidated criminal trial, which prevented

her from filing an action on the entire case.  She knew that poor Rich was not successful on all of

the charges at the criminal trial regarding the same victim and could not legitimately bring a

malicious prosecution lawsuit against me. But because she has a personal stake in this matter and

desires to hurt me due to her own dysfunctional disorders, she violated rule 11 and brought this action, relying on the judiciary to ignore the rule of law because parts of it were biased against me for having whistle blown. Disturbed McKenzie's decision to violate rule 11 in this regard warrants actual sanctions. I should be entitled to all of my attorney's fees in this matter.

<u>KNOWLEDGE OF RICH'S VIOLENT PROPENSITIES</u>:  Disturbed McKenzie filed this sanctionable lawsuit knowing there was probable cause for this action based on first hand knowledge of poor Rich's violent propensities. Jason McKenzie confirmed that Disturbed McKenzie flew out to California to pay off Jerry Montano to the tune of $25,000 after poor Rich smashed his face in with a drinking glass. Jason McKenzie can be called to testify to these things as well as Disturbed McKenzie, who waived attorney client privilege, violated her oath, and broke confidentiality to her husband in this regard, which alone warrants sanction and BPR action. *(I demand that Sandy Garrett send her an inquiry to that end asking her why she disclosed documents to her husband that were part of attorney client privilege regarding that and why she filed the malicious prosecution lawsuit regarding the assault case, when she had first hand knowledge of poor Rich's propensities to assault musicians, having settled a case for him on that matter).*

<u>CHANCE'S AFFIDAVIT OF RICH'S TELEPHONIC THREATS</u>: Additionally, Disturbed McKenzie filed this action while being in possession of Chance's second affidavit in which poor Rich and his brother threaten to physically hurt Chance if he continues to provide testimony in the Federal case against poor Rich. Poor Rich's brother's text messages were copied verbatim and added in the affidavit. Disturbed McKenzie was well aware of Mr. Rich's propensities for violence to cover up his wrong doing. She knew that Chance's second affidavit

helped establish probable cause concerning the harassment phone call levied against poor Rich. Chance's second affidavit was severed on Disturbed McKenzie in January 2009. Consequently, she filed this sanctionable action for ulterior reasons knowing that it was without foundation in violation of rule 11, given the amount of evidence establishing proof of probable cause. *(I demand that Sandy Garrett send her an inquiry asking her how she can justify filing this malicious prosecution action while being in possession of Chance's affidavit that demonstrates that poor Rich has a patter of calling adverse witnesses and harassing them telephonically).*

MODUS OPERANDI AFFIDAVIT: Furthermore, Disturbed McKenzie filed this frivolous action while in possession of Robert Smith's affidavit. Robert Smith was the former body guard of poor Rich, before he employed 69. Poor Rich is one of the few country stars, who has employed a body guard, not because he needs one, but because he needs one to hide behind to guard him from his manipulative attacks. (Disturbed McKenzie is just one of those body guards in kind, as Jason McKenzie confirmed.) Robert Smith came forward to attest that when he was working for him, one night at a bar, poor Rich reached around him and punched a third party at the bar, who was not complying with his will, only then to hide behind Robert Smith, just as he hid behind 69 after punching Jared Ashley on March 13, 2009. This pattern confirms modus operandi and is probable cause. *(I demand that Sandy Garrett send her an inquiry to that end how she could justify filing a malicious prosecution lawsuit for the assault at the spot while being in possession of Robert Smith's affidavit that established a pattern of attack which support the reality of probable cause. I would like Sandy Garett to ask her how she can justify filing this action while being a codefendant with poor Rich in two cases and being in possession of Robert Smith's affidavit.)*

## B.  SANCTIONING AND DISQUALIFYING DISTURBED MCKENZIE FOR FILING THE MALICIOUS PROSECUTION CLAIMS REGARDING THE FEDERAL LAWSUIT WHILE BEING IN POSSESSION OF SO MUCH EVIDENCE THAT THE CLAIMS WERE SUPPORTED BY PROBABLE CAUSE

~~I would like to be able to call Disturbed McKenzie to the stand and question her as to~~ why she filed the malicious prosecution lawsuit, while being in possession of so much evidence ~~that demonstrated probable cause. The Federal lawsuit was not a copyright infringement case~~ primarily. Disturbed McKenzie attempted to dress up the lawsuit as a Copyright infringement one, as an excuse to bill poor Rich for hundreds of thousands of dollars, only to blame me for that and trick poor Rich into thinking there was a way for him to recover fees, when actually they were both looking for ways to discredit me for challenging their superiority complexes. The Copyright infringement claim was an ancillary one, plead in the alternative to tortious interference of contract. Disturbed McKenzie was served a copy of the complaint. She was given a copy of the copyright registration forms, which creates the reputable presumption that I was either the exclusive author or coauthor of the works in dispute. She was provided with written evidence from Crooks own mouth in which Crooks admitted that I was either the sole author or coauthor of the works in question. She was given copies of poor Rich's harassing cease and desist letters. All of those documents clearly demonstrated probable cause to bring the federal lawsuit.

At the time Disturbed McKenzie filed amended the complain to include the Federal claims, she had in her possession the defamatory statements, the demand for retraction, and countless statements demonstrating that they were falsely lodged and ratified by poor Rich or his

agents he was in charge of.

Disturbed McKenzie was served a copy of Judge Haynes' order to dismiss the state law claims without prejudice, which means that poor Rich lacked the necessary victory to file an abuse of process lawsuit at the time she maliciously filed the case on his behalf, as a form of continued defamation and harassment due to her black heart that Jason McKenzie divorced her over.

Disturbed McKenzie was present at oral arguments before the 6th Circuit, who said on the record from the outset that the State law claims were not appealed and were severed. She was served a copy of the final order from the 6th Circuit Court of Appeals who confirmed that the Federal Declaratory Judgment claim was dependent on the Copyright Act, and therefore, it was to be remanded back to the lower Court for further litigation. She was aware that I nonsuited the surviving claims, giving poor Rich a huge under deserved break because neither one of them are worth my time and attention. She knew that the nonsuit constituted a procedural victory for poor Rich, which and that she could not file a malicious prosecution lawsuit regarding the Federal lawsuit because the claims were nonsuited out of mercy involving claims that he was clearly guilty of.

Disturbed McKenzie was aware that the state law claims were severed from the Federal lawsuit and refiled against her and poor Rich in the May 2010 lawsuit against them collectively. She was aware that the lawsuit included additional causes of action against them both for the same kind of dishonest scheme they engaged in falsely accusing me of stalking, which will be the basis for which contingent fee attorney's working on my behalf will totally bankrupt them both to put an end to their tactics.

Disturbed McKenzie was aware that most of those claims were barred by a statute of limitations issue. And the surviving claims were nonsuited by myself, giving her and poor Rich another undeserved break. She had direct personal knowledge as a party to the lawsuit itself that she could not file a malicious prosecution lawsuit on the basis of that matter.

But yet despite all of this first hand and direct knowledge, she falsely amended the complaint to add these matters, knowing good and well that the original claims as well as the amended ones were completely and totally bogus. I have the right to call her to the stand to question her about how she could justify filing this lawsuit, while being a codefendant with poor Rich and having personal knowledge that there was probable cause to support the claims. Now what I want to know is what is this Court and the BPR going to do about it.

## SECTION V. REQUEST FOR DISQUALIFICATION REVIEW AGAIN

*Proverbs 22:10 "Drive out the mocker, and out goes strife; quarrels and insults are ended."*

In brief, Disturbed McKenzie needs to be disqualified because of the new evidence regarding Jason McKenzie, which makes her testimony relevant to the defense's theory of the case, because she obviously misused this frivolous lawsuit to lodge the false criminal charges, and because she has clearly filed a sanctionable lawsuit, while violating countless rules of ethics. While it is true that Disturbed McKenzie may need to be proud of the fact that she has set some records in these matters that should follow her the rest of her life and straight into disbarment proceedings, this Court needs to disqualify her.

1. Disturbed McKenzie has to be the first attorney in history who has employed the Assistant

District Attorney who was assigned to prosecute her for engaging in attempted bribery in a

representing a rich client, John Rich, that now they both represent here in this matter. Talk about

not being discreet about bribery.  Its one thing that poor Rich paid off Jared Ashley to switch

sides. Its another thing that he was able to pay off an Assistant District Attorney, who was in

charge of investigating him and now works for him, as his employee. This is the kind of power

trip that poor Rich's psychosis enjoys. It really turns poor Rich's crank and impeaches our system

of justice at the expense of the community. *(Sandy Garett at the BPR needs to stop ignoring this*

*issue and investigate the circumstances leading up to Disturbed McKenzie's employment of*

*Dishonest Jackson).*


2. Disturbed McKenzie has to be the first  attorney in Tennessee history to be so dysfunctional

and  immoral that her own husband has step forward to testify as to her gross abuse and

misconduct involving a case, which happens to be the one at bar. The testimony of Jason

McKenzie should be grounds for both Disturbed McKenzie and Dishonest Jackson to be

disbarred. Jason McKenzie disclosed to me first hand accounts of a litany of misconduct that

support nearly all of my accusations for the past several years.  I am requesting that given this

evidence combined with the totality of the circumstances that Sandy Garrett call and question

Jason McKenzie, who his future ex wife has done everything in her power to silence him, to

include filing false criminal charges against him. She framed him in the same way she and poor

Rich framed me for stalkings so that they could gain tactical advantages in civil litigation and

extract underserved revenge for trying to make them be honest in the first place.  This Court and

the BPR need to extend mercy to the people Disturbed McKenzie is victimizing in these ways by

shutting her down completely.

3. Disturb McKenzie has to be the one of the only attorneys in history to think it profitable for her client to oppress a hybrid-pro-se attorney litigant instead of settling a straight forward case (one which the exhibits attached to the complaint demonstrate her client's inescapable guilt). The moral of the story here is that is an attorney files a lawsuit pro se, listen carefully to him, or proceed at your own peril. One almost has to respect the fact that her legal strategies almost always involve some kind of illegal move or tortious conduct that is not protected by law. It is not surprising that such unlawful activity would attract someone as nefarious as poor Rich.

4. Disturb McKenzie has to be one of the few attorneys to charge a celebrity so much money and produce so little results for her client. This Court would be showing poor Rich some mercy by helping him clear his name by holding Disturbed McKenzie accountable for her fraudulent practices that give all attorneys a bad name. I feel sorry for poor Rich. Her backwards reasoning is doing more than just make Court's look bad. Her reasoning has victimized poor Rich, who she has convinced that because he is mad about spending money on her legal services, he should spend more to recover fees that he was never entitled to recover in the first place. The fact that poor Rich has bought into it demonstrates how dangerous his thinking is to himself and our community. These cases are proving the point that a litigants worst enemy is his own lawyer.

5. Disturb McKenzie has to be one of the only attorneys in modern history to file a frivolous lawsuit against her opposing counsel a few months after he lodged lawsuit against her and her

client, and not be disqualified and sanctioned for doing so. Her involvement here has been a

problematic cancer for a ton of people at all times. She is well aware of that the public is

watching these matters to see if a celebrity is given special treatment under the law, and yet she

flagrantly disregards the law and ethical rules to win underserved victories because she thinks

that the justice system in Nashville is based on personal relationships, not the rule of law. It is

unsurprising that she is proceeding pro se in her divorce proceedings, not because she cannot

afford counsel unlike myself, but because her legal tactics are so deplorable that no attorney

wants to have anything to do with her. Perhaps that should constitute a sign for Sandy Garett at

the BPR to be responsive and take her out.  Disturbed McKenzie has to be one of the only

attorneys not to be automatically disqualified and sanctioned for filing a lawsuit against her party

opponent in a prior case on behalf of her codefendant in the prior suit.   One would think that

such a posture was problematic on its face, when it comes to a rudimentary evaluation of the

integrity. (See rules 1.7 and 3.7). The fact that Disturbed McKenzie had me disqualified in the

8th Circuit on weaker grounds that exist here for her disqualification  means that she knows that

her representation is unethical. *(I demand that Sandy Garett at the BPR question how she can

justify being involved in this case given her knowledge on this exact matter.)* In short, I am

asking that this Court prove to Disturbed McKenzie and poor Rich that they are not above the

law.

## A. RULE 3.6 VIOLATIONS

         The primary question I had for the media the day that the phony stalking story was

reported was "who was doing the speaking on behalf of poor RIch?" The answer - Disturbed

McKenzie. This Court knows that this was not the first time the Disturbed McKenzie has

defamed me in the media. Rule 3.6 states: A lawyer who is participating or has participated in the investigation or litigation of a matter shall not make an extrajudicial statement that the lawyer knows or reasonably should know will be disseminated by means of public communication and will have a substantial likelihood of materially prejudicing an adjudicative proceeding in the matter. *(I would like Sandy Garrett at the BPR to investigate that matter.)*

## B. REOPENING THE NONSUITED LAWSUIT, FILING ADDITIONAL LAWSUIT FOR LIBEL PER SE, MALICIOUS PROSECUTION AND ABUSE OF PROCESS AGAINST ~~POOR RICH AND DISTURBED MCKENZIE~~

At this time it is the least worst alternative to reopen the current stayed lawsuit against poor Rich, Disburbed McKenzie, and Dishonest Jackson. I expect that the lawsuit will remained held in abeyance, as ordered by this Honorable Court, until the conclusion of this action. Moreover, I except that once poor Rich's false stalking charges are dismissed that the complaint will be amended to included (for the third time) allegations of libel per se against poor Rich and (for the second time) against Disturbed McKenzie. If this Court would like to see a malicious prosecution trial, it should be the case of Chris Sevier v. poor Rich and Disturbed McKenzie, not the other way around. Poor Rich and Disturbed McKenzie will finally get their wish of being involved in a malicious prosecution lawsuit with myself, only this time, the complaint will be supported by non-frivolous allegations of abuse of process and malicious prosecution. (This case will not likely be brought by myself pro se, but there are lawyers who are willing to take the case on a contingent basis so that should make some happy because I am contributing to the law economy and not merely pursuing justice for justice sake). Nevertheless, given the fact that this Honorable Court is well aware of the frivolous and harassment nature of this action and the overwhelming probability that Disturbed Mckenzie and poor Rich lodged false stalking charges

against me to advance their illegitimate quest to impeach and discredit me for whistle blowing, I respectfully submit that their is an insurmountable conflict of interest that should compel this Court to strictly honor the law in this regard to disqualify Disturbed McKenzie in a matter that is of interest to the public. Disturbed McKenzie's involvement with the false stalking charges supports my theory of the defense here that this lawsuit is a personal grudge match for my decision to lodge a libel per se suit against her and poor Rich for the defamation spoken in May 2009 to the press regarding settlement negotiations.

## SECTION VI PUBLIC POLICY CONSIDERATIONS

### A. BETTER QUESTIONS

1.  The better question is why hasn't the BRP taken action against Disturbed McKenzie for filing this frivolous action. If they had done their job and held her accountable for filing this frivolous lawsuit, I would not have been speaking to poor Rich about resolving the multiple cases in emails, and poor Rich and Disturbed McKenzie would not have been able to frame me for stalking, and thus, expose a host of individuals to liability, including BPR members even, who I sued once already regarding poor Rich and Disturbed McKenzie to tell the BPR to knock it off.

2. Another better question is why hasn't this lawsuit been long since thrown out and Disturbed McKenzie and poor Rich been sanctioned for filing it by the Court. The dismissal of the Legends corner assault due to the statute of limitations prevents poor Rich from filing a malicious prosecution action from that prior trial because his complete innocence was not established in that case due to a procedural victory of one of the charges. Additionally, all but one of the state

law and federal claims were nonsuited in the federal case, which means that poor Rich's

innocence was not established to the requisite degree to file this malicious prosecution action.

Like the BPR, this Court hasn't disqualified Disturbed Mckenzie from being involved in this

case because it does not know the extent of wrong doing they have engaged in.  (Obviously, Judge

McClendon was presiding over this case in a biased position for some time until she was recused

for bias - this Honorable replacement Court walked into a storm, but it with the emails from

Jason McKenzie and the stalking set up, the Court should see that Disturbed McKenzie must be

disqualified in the interest of justice).


## B. POOR RICH HAS A RIGHT TO A ZEALOUS DEFENSE BUT THOSE RIGHTS

## HAVE LIMITATIONS

I believe in the United States and Tennessee Constitutions. I believe that Mr. Rich has the

right to a zealous defense. However, that does not mean that poor Rich has the right to file a

frivolous malicious prosecution lawsuit against me, just because he is angry; that does not mean

that he has the right to frame me for stalking,  making a mockery of the civil and criminal courts;

and that does not mean that he has the right to have his codefendant represent him in this action,

given the evidence demonstrating that she has a personal stake in the litigation, which impeaches

the integrity of the BPR. Allowing poor Rich to exercise such rights in the face of attorney's like

myself who attempt tyrants like him from hurting people in our community hurts the law

economy because it causes the public to lose confidence in the system of justice.  If this is

permitted, the Nashville Bar is going to need to create a billboard directed at talented young

lawyer prospects, who are thinking about practicing here which reads, "Become a Tennessee

attorney, engage in 'go along get long,' and we will falsely hold you out as being mentally ill,

wrongfully take away your license; allow frivolous civil lawsuits to be filed against you; cover

you up with frivolous ethical inquiries; have you framed for false criminal charges; never allow

you to win any cases despite the fact that law and evidence is in your favor. So come, please, join

us today!" As much as I rail against the state, I am an advocate of the state and the Court and

want the state to get things right for the publics sake. I just don't understand why so many

grownups have acted so horribly and allowed poor Rich to lead them around by the nose ring.

## C.  SECULAR HUMANISM AND DIVERGENT VALUES

The primary problem in our justice system highlighted by the degree of inescapable

abuse here is divergent values. May of the state officials that have failed to do their job in this

matter are secular humanist. Secular humanism dictates that those who are contributing most to

society should be favored. This explains why jails are loaded with poor individuals who are not

making much contribution to society. This Honorable Court needs to not be influence by such a

philosophy because our system is founded on the rule of law.  Moreover, it is a fact that poor

Rich's days of influence are dwindling to an inevitable conclusion. His perverted and tacky songs

was a flash in the pan. And compared to myself given the plans and ambitions that I have our

contributions to the greater good are going to be in comparable. I'd like to have the opportunity

to allow poor Rich to make one last contribution to a set list of charitable organizations by

allowing me to employ contingent fee lawyers to bankrupt him for this latest stalking nonsense.

## D. RESTORING THE INTEGRITY OF THE POLICE AND NEWS BY

## **DISQUALIFYING AND SANCTIONING POOR RICH AND DISTURBED MCKENZIE**

One concern I have is how these matters are going to make the police look in Nashville. For over a year now I have regularly attended four church services on Sunday, Church of the Highlands (on line) at 8:00am, West End Community Church at 9:30, Covenant at 11:00, and Cross Point at 5:30 or noon. On Sunday June 23, 2013, I was arrested for the false crimes Rich reported at Cross Point church, after walking up to an officer and thanking him for being at the service. So much for sanctuary. I responses to her marital troubles, I sent an email to Disturbed McKenzie in which I recommended that she abandoned litigation and go to Cross Point church. She repaid that act of mercy by having the officers look to arrest me in church.

The police very obviously did not do any investigation into these matters that are lodged in the public record. It appears that the Metro officers in question were merely sucking up to a celebrity. Such abuse and mismanagement of authority should not be tolerable by a civilized society, but it all points back to poor Rich's extensive pattern of dishonesty, egoism, and reckless disregard of the law as the superseding cause that warrants civil action. This case makes police officers in Nashville appear as if they can be used as a retaliation vehicle through the use of false accusations and insufficient investigations.

The integrity of the News seems to be impeached on how they reported the case in such a one sided fashion. It appears that poor RIch and Disturbed McKenzie, who was RIch's mouth piece to the media as usual, set up a scheme of sensationalism, not actual reporting balanced coverage. However, I suspect that they will be eager to get the story straight once this frivolous action is dismissed given my past practice of filing libel per se law suits. I don't want the media to look bad, and this Court would be doing everyone a favor if it would disqualify Disturbed

McKenzie and dismiss this action.

## E.  WHAT MESSAGE DOES THE ARREST OF A LAWYER SEND TO YOUNG ATTORNEYS WHO HOPE TO PRACTICE IN DAVIDSON COUNTY

The Court should be advised that the media keeps asking me if I have a message for the public concerning the Davidson County Justice system. That response is going to depend on what this Court, other courts, District Attorney's office, and the BPR decides to do in the face of so much evidence of injustice and abuse. I do have a lot of things to say, none of which will reflect positively on the Nashville Bar and all of which will call into question the integrity of the Nashville Justice System. It is my sincere hope to all but level the BPR so that it can be rebuilt with actual checks and balances in place so that young idealistic attorneys are not so grossly mistreated and abused like I have been.

## RESPECTFUL REQUEST FOR RELIEF VIII

### Psalm 7:

**14 The wicked conceive evil;
they are pregnant with trouble
and give birth to lies.
15 They dig a deep pit to trap others,
then fall into it themselves.
16 The trouble they make for others backfires on them.
The violence they plan falls on their own heads.**

## 1. RULE 11 SANCTIONS AND RULE 12 DISMISSAL

*"How long will you judge unjustly and show partiality to the wicked?" Psalm 82:2*

I request that Disturbed Mckenzie and Poor Rich be sanctioned for filing this lawsuit under rule 11. I've sent them two letters under the safe harbor provisions of rule 11 demanding that they pull this lawsuit more than 21 days ago. The first letter was sent immediately after they filed this lawsuit. I am not a proponent of asking for sanctions. (In fact, this Court can recall me giving the attorney general a hard time for asking for them in trying to get Nancy Jones to escape liability by attempting to sweep her large quantity of bad acts under the rug by cowering behind government immunity law. If this Court refuses to sanction them, I ask that it sanction me for making the request, as the Court is required to do in keeping with the rule of law. The evidence here shows that Poor Rich and Disturbed McKenzie brought this frivolous lawsuit against me as part of an ongoing vexatious plan to discredit me based on their superiority complexes that has poor Rich convinced that he is better than everyone else. Rich and Disturbed Mckenzie have known all along that they cannot make out a prima facie case because the Legend's Corner assault charge was dismissed for statute of limitations reasons and all but one of many claims in the Federal case were nonsuited or barred by this Court for statute of limitations reasons. Therefore, poor Rich cannot say that he was completely innocent of all of the claims in either lawsuit because he had procedural victories on some of the claims in those prior cases. Therefore, this law suit has always been phony and sanctionable from its inception. The new

stalking charges, which are false and extremely damaging to myself and my perceptions of the justice system, are an extension of the fruit of this poisonous tree. Sometimes the most unmerciful thing a Court can do is show mercy. I ask that these two be sanctioned under rule 11 so that I can provide the sanctioning order to the Assistant District Attorney in charge of the false stalking charges which this action was used to set that up like a trap. Equity demands that this Court allow poor Rich and Disturbed McKenzie to fall into their own trap, since this is the fifth or sixth time they have done something like this without any accountability. Poor Rich's and Disturbed McKenzie's manipulative and fraudulent practices demonstrate a rare degree of rotten character that makes them dangerous to our community. I did not file a lawsuit against poor Rich because I wanted his filthy money. This is no shake down. I wanted to prevent him hurting people in our community by taking away his ability to do so. I wanted deterrence, along with confirmation in my own mind as a younger lawyer of the integrity of the justice system that promises that no man is above the law. (I also wanted to challenge the copyright act and have the copyright act clarified in parts for our circuit. Us younger idealistic lawyers like that kind of stuff). I now ask for sanctions because I deserve to have my name cleared for the sake of the people I am affiliated with. I am working extensively with prisons, churches, volunteer service outreach programs, community service groups, overseas missions, and different parts of the music industry. Over the past seven years, poor Rich and Disturbed McKenzie have colluded in one way or another to public label me on a mass scale, as someone who committed copyright infringement, as an extortionist, as a filed of frivolous lawsuits, a mentally ill war veteran, and now a stalker. None of those things are true and all of their actions were maliciously undertaken and violated tort law. All of my demands for retraction were ignored and lodged properly to

preserve punitive damages. They deserve to be brought to accountability for the publics sake as well as my own by the merciful act of sanctioning them.

A. Sanctioning poor Rich and Disturbed McKenzie would highlight the truth that I have never filed false claims against poor Rich. This Court is well aware that he and Disturbed Mckenzie have been guilty of an assortment of corruption, and have been given countless underserved breaks.

B. Sanctions would help demonstrate to the public and the Tennessee Supreme Court that I'm not "mentally ill." Although I have been greatly traumatized tremendously by an dysfunctional justice system, who has enabled poor Rich and others to bully me. Also, I do have combat related PTSD from Iraq, for direct combat with Al Qaeda and for the reprisal action initiated by Congressman Windle, who used the combat stress clinic in Mosul to stop me from reporting his violations of General Order No1 and DoD regulations to the Office of the Inspector General. (The trial of emails shows that I was on my way to report Congressman Windle to the Inspector General in keeping with my duties as a Judge Advocate when he launched a false reprisal campaign that was similar in spirit to poor Rich and Disturbed Mckenzie's efforts to frame me for stalking). Krisann Hodges, Helen Rogers, and Disturbed McKenzie, picked up on that move set in motion by Congressman Windle to in other cases. The military needs people of with my educational back ground and belief systems to voluntarily join during a time of war, and such volunteers should not be in fear of being persecuted for their values. Sanctions would off set the deterrence precedent established in this case as well as others. Poor Rich targeted me for

subscribing to a set of ideals that were inconsistent with his in the same way that the IRS targeted

conservative groups. Accordingly, sanctions are in order.

C.  Sanctions would help me explain to the unfortunate ADA, assigned the phony stalking case

and to the public that the obvious truth that I am not stalking poor Rich, but rather, he is just out

to hurt me because of a superiority complex. One would think that poor Rich with his success

and opportunities to pursue more positive courses of action would spend his time elsewhere and

be grateful that I and the judiciary gave him countless breaks to amend his conduct. But his

prideful psychosis will not permit him to let things go, as the Court will see in this instrument.

The Court and public should know that I was aware of poor Rich's pathology when I first filed in

Federal Court in July 2008. Neither the abusive Judge Haynes nor abusive Nancy Jones had the

intuition to see this.  They thought this was a shake down. The fact that I am a Court Office as

well as a Judge Advocate 27A in the United States Army should have signaled to these

individuals that perhaps my cause was warranted.

     The public needs to know that just as there are bullies in junior high and high school,

their are adult bullies, like poor Rich, who hire other bullies, like Disturbed McKenzie, to

facilitate corruption.  Sanctions would help send that honest message.

     The evidence shows that I've given poor countless ways to get out of litigation and

resolve conflict, but it was poor Rich,  who has always perpetuated, initiated, and begged for

conflict, as the evidence shows here.  Sanctioning poor Rich and Disturbed McKenzie in how

they have misused the civil courts, would help me to immediately terminate the false stalking

charges they plotted to lodge against me. (I been through a false prosecution in the past in Texas,

which was part of a tag team effort by Disturbed McKenzie and Helen Rogers and don't need to experience that again). I do not want to see Tennessee's justice system develop the same kind of reputation that the Texas justice system has.

## 2. CLARIFICATION:

I am respectfully asking that this Honorable Court point out which interrogatories are incomplete and which documents need to expanded upon, regarding discovery. I had attorney David Hall appear at the last hearing, and am advised as to the decision, but I am unclear as to which objections were overruled regarding my responses. As confirmed in the past, I'll do anything this Honorable Court asks me to do. I was an attorney for Severe Records and Mr. Ashely concerning the time frame when these matters transpired, accordingly, my past clients have a continuing expectation of attorney client privilege despite the unlawful decision by the Tennessee Supreme Court to use my military medical records to prejudice me, as an extension of the reprisal campaign for whistle blowing.

## 3 .DISQUALIFICATION:

*"Let their lying lips be silenced, for with pride and contempt they speak arrogantly against the righteous." Psalm 31:18*

I am requesting that this Court disqualify Disturbed McKenzie from this lawsuit for the second

time given (1) the new evidence of the expected testimony of Jason McKenzie at trial with create

an insurmountable conflict of interest and proof positive that she will be called as a witness;  (2)

the evidence of Disturbed McKenzie's participation in the fraudulent plot to falsely accuse me of

stalking, which is in keeping with their pattern of misconduct and abuse; (3) the fact that

Disturbed McKenzie has violated eight separated rules of professional conduct as explained in

this document; (4) for the reasons articulated in the first motion to disqualify. This Court is a

place of honor, and it is not serving our community well by giving them breaks, given their

ulterior motives and abuse of the justice system. I am asking that this Court  for the public's sake

to "call a spade a spade" and shoot this donkey.

But this case truly calls for Disturbed McKenzie to be disqualified, after Jason

McKenzie stepped forward and volunteered to testify for the defense. Additionally, the evidence

shows that Disturbed McKenzie is guilty of malicious prosecution and fraud in setting one of her

classic traps revolving around settlement discussions to have me accused of stalking to publicly

discredit me in the same way she did when her and poor Rich promoted lies in the media in May

2009 following his arrest for assault. If this Court does not disqualify Disturbed McKenzie, I

have the option to leave this hearing, get in my car, drive to Atlanta, and take up CNN's offer to

discuss these matters with them. Not being I'm rude, not because I'm vindictive, but because I am

concerned about that the pubic is being mislead about the integrity of our Courts. (If the BPR

does not initiate disciplinary proceedings against Disturbed McKenzie, which I will gladly testify

at before a panel, I have the right to Washington and meet with TJAG, whose staff has been

alerted to these matters given the News coverage connection to military affairs.)  Recruiter don't

like to see military combat officer's service record used against them by entities like the Supreme

Court, who should stay out of military affairs because it lacks jurisdiction to involve itself in

such complex matters that war presents.

## 4. CLARIFICATION OF THE LAW TO UNDERMINE THE PHONY STALKING

## CHARGES THAT STEMMED FROM THIS CASE:

*"Whoever digs a pit will fall into it; if someone rolls a stone, it will roll back on them." Proverbs*

*26:27*

I am unapologetically asking that this Court to clarify the law and the record in this case so I can

present it to the Assistant District Attorney to further show that (1) there were no restraints on my

ability to conduct settlement discussions with poor Rich concerning all of the litigation between

us; that (2) even if there was some kind of temporary restraint that was part of a default hearing

on July 5, 2012 that that order was set aside under Rule 59 of the Tennessee Rules of Civil

Procedure, after the matter was forwarded to this Honorable Court following the recusal of Judge

McClendon. The phony stalking case was built off this phony malicious prosecution case. No

Assistant District Attorney nor criminal defense lawyer can reasonably be expect to determine

"up from down" from this intensely perplexing civil litigation. Clarification would help clear my

name from the phony stalking charge, expose poor Rich and Disturbed McKenzie to be the

frauds that they are, help the public understand that civil court is not a place to set some one up

for undeserved criminal charges, help Sandy Garrett do her job more effectively, and remove

undeserved pressure off of the Assistant District Attorney.

I was un unaware of any law or decision that would prohibit me from attempting to

contact poor Rich in March 2013 about the partialities of resolving the litigation between us

which involves multiple cases, one of which Disturbed McKenzie is a coparty with poor Rich in.

There is a glaring conflict of interest in expecting me to resolve litigation with an unethical

lawyer who is a codefendant with her client in a related case. This Court stated on the record in

December 2012 that if poor Rich was not interested in discussing the case with me in which he

hauled me into court he could ignore my emails or block them. Poor Rich did not block these

emails and engaged himself in an on going conversation with me, which he initiated because I

obviously do not present a "credible threat." I'm not a scoff law, I'm an attorney. The Court could

clarify that even if under the highly improbably likelihood that poor Rich mistakenly believed

that there was an unwarranted restriction in place that was inconsistent with the spirit of

settlement law in Tennessee that such a violation of a restriction would have fallen within the

scope of civil court and that the filing of criminal complaint of stalking was improper.


### 5. COUNTER SUIT WITH CONTINGENT FEE ATTORNEYS:

*"Beloved, never avenge yourselves, but leave it to the wrath of God, for it is written, "Vengeance*
*is mine, I will repay, says the Lord." Romans 12:19*


I request that I be able to hold poor Rich entirely accountable for this third strike of massive

defamation. Poor Rich has been pugilistic towards me for seven years. If he wasn't fighting me,

he would be victimizing others, as he was doing on a regular basis more overtly before I filed a

lawsuit against him on July 1, 2008. However, out of respect for the BPR, this Court, and the

Nashville Bar, I will commission local contingent fee attorneys in Nashville to carry out the

litigation against poor Rich for the perception of the justice system's sake. (Court TV in Atlanta

has expressed interest in covering that trial because they are shocked at what poor Rich has been

able to get away with in Nashville). Additionally, as someone who still considers themselves as a

Court Officer, I will donate any an all proceeds to Abolition International, foreign missionary

exchanges, and mobilized churches to underscore that these matters have not been about money

but stopping a tyrant from damaging people. Helping people who are hurting is the most healing

thing I can do.  I will respectfully seek the opportunity to bankrupt poor Rich, since I am entitled

to overwhelming punitive damages given the factors in aggravation over the course of a seven

year litigation history in which poor Rich will not stop until one of us is not left standing.

The general public needs to be reminded that is not the "celebrity apprentice," this is Civil Court

in the state of Tennessee, and poor Rich and Disturbed McKenzie. If it is a malicious prosecution

lawsuit they want, it is a malicious prosecution lawsuit they shall have.


## 6. IMPLICATIONS OF THE RESTRICTIONS FROM CRIMINAL COURT AND THE IMPACT ON THIS CASE

If this Court does not disqualify Disturbed McKenzie and dismiss this lawsuit, I respectfully

request clarification as to how we are going to proceed given the restrictions in place from the

criminal court until the phony stalking charges are discharged.


## 7. EXTENUATING CIRCUMSTANCES REQUIRE A SLIGHT EXTENSION TO COMPLY WITH DISCOVERY

I respectfully request that this Court give me a little bit more time to comply with the discovery

demands given the fact that I am unclear as to what Disturbed McKenzie is suggesting that she still needs and because I have been having to deal with damage control with the new stalking nonsense.

8. GRISHAM: What do you think the odds are that John Grisham will be interested in this story?

## OTHER ALTERNATIVES:

If I do not get the relief I want. I could go to Washington and seek out a congressional hearing to expose all of this terrible abuse. Further, I will leave this hearing, drive to Atlanta, meet with Court TV and CNN and get them to investigate these matters and cover them to their conclusion. In addition, I will meet with the department of justice who I will ask to bring justice upon every public official who has mismanaged and abused their authority in this matter. Poor Rich's hot head has drawn too much heat on these injustices to be swept under the rug. He has had his chances.

## CONCLUSION

"Come now, you rich, weep and howl for the miseries that are coming upon you." "James 5:1.

In one sentence: dismiss this lawsuit, sanction McKenzie, provide me with clarification that I can present to the District Attorney's office about impact of the motion to set aside the July 5, default by trick order, allow me to commission contingent fee lawyers to pursue poor Rich for framing me for the sake of Nashville. Now *"Speak up and judge fairly; defend the rights of the poor and needy" Proverbs 31:9,* as I have.

Respectfully submitted,
s/Chris Sevier /
615 500 4411
ghostwarsmusic@gmail.com
soundcloud.com/ghostwars
law license temporarily deactivated
due to an elaborate reprisal campaign to discredit me for trying to keep them honest

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served in person or via the mail with adequate postage on this 19th day of July, 2013 to Cynthia S. Parson, Esq., Counsel to 201 4th Ave N. Suite 1130, Nashville, TN 37219

MOTION TO BE HEARD ON AUGUST 2, 2013  AT 9:00 AM