FILED
2013 SEP 13 PM 4:50
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

IN THE UNITED STATES COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| Chris Sevier<br>Plaintiff<br><br>V. | ) ) ) ) ) ) ) | CASE NO:<br><br>JURY TRIAL |
| HP Inc. | ) ) ) ) ) | |

MOTION TO CONSOLIDATE

NOW Comes the Plaintiff pursuant to rule 42 of the Federal Rules of Civil Procedure, moving to consolidate this case, with the case on file against Apple, since the matters arose out of the same common nucleus of facts and involve the same parties and issues. Judicial economy and common sense would indicate that consolidation is warranted.

Respectfully Submitted,
s/Chris Sevier Esq./
ghostwarsmusic@gmail.com
BPR#026577
615 500 4411
9 Music Square South 247
Nashville, TN 37203
soundcloud.com/ghostwars
yourbrainonporn.com
http://www.youtube.com/watch?v=mxJK9F0SHuQ

GHOST
WARS