FILED

2013 OCT -7 PM 1: 10

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

## IN THE UNITED STATES COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| Chris Sevier )<br>Plaintiff )<br>)<br>V. )<br>)<br>)<br>Hewlett Packard. )<br>)<br>Defendant )<br>) | CASE NO:<br>3:13-cv-00955<br><br>JURY TRIAL |

## MOVE TO WITHDRAW DUE TO SUING THE WRONG PARTY

NOW COMES the Plaintiff seeking to withdraw this lawsuit because the Plaintiff named

the wrong party. The defendant is commonly referred to as HP, but this was not its legal name.

Accordingly, the Plaintiff moves to withdraw this case under the Federal Rules of Civil

Procedure and refile it under the correct name to avoid confusion.


Respectfully Submitted,

s/Chris Sevier/

9 Music Square South

Nashville, TN 37203

615 500 4411

ghostwarsmusic@gmail.com

From Paris

Copy

s/Chris Sevier/ 

026577

615 500 4411

Severerecords7@yahoo.com

44 Music Square East

Nashville, TN 37203