# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

CHRIS SEVIER                          ]
      **Plaintiff,**                   ]
                                      ]
v.                                    ]          No. 3:13-0955
                                      ]          Judge Campbell
HP, INC.                              ]
      **Defendant.**                    ]

## O R D E R

The Court has before it plaintiff's *pro se* Motion (Docket Entry No. 5) in which he states that he is "seeking to withdraw this lawsuit because the Plaintiff named the wrong party". He asks to do so to "avoid confusion".

For good cause shown, the plaintiff's Motion for VOLUNTARY DISMISSAL is hereby GRANTED. Rule 41(a)(2), Fed. R. Civ. P.

It is so ORDERED.


_____
Todd Campbell
United States District Judge